IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO: 2:20-CV-00966 ) ) JUDGE J. NICHOLAS RANJAN |
| v. | ) ) |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, | ) ) ) ) |
| Defendants. | ) |

## PRAECIPE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of Jeremy A. Mercer on behalf of all Plaintiffs in this matter.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: June 30, 2020     By:  */s/ Jeremy A. Mercer*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
Justin Clark (DC #499621)
(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224

(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2020, a true and correct copy of the foregoing **PRAECIPE OF APPEARANCE** was sent to the process servers for service, along with the Summons and Complaint, on each Defendant.

        Respectfully submitted,

        PORTER WRIGHT MORRIS & ARTHUR LLP

By:  */s/ Jeremy A. Mercer*
      Ronald L. Hicks, Jr. (PA #49520)
      Jeremy A. Mercer (PA #86480)
      Russell D. Giancola (PA #200058)
      Six PPG Place, Third Floor
      Pittsburgh, PA 15222
      (412) 235-4500 (Telephone)
      (412) 235-4510 (Fax)
      rhicks@porterwright.com
      jmercer@porterwright.com
      rgiancola@porterwright.com

      and

      Matthew E. Morgan (DC #989591)
      Justin Clark (DC #499621)
      (both to be admitted pro hac vice)
      Elections, LLC
      1000 Maine Ave., SW, 4th Floor
      Washington, DC 20224
      (202) 844-3812 (Telephone)
      matthew.morgan@electionlawllc.com
      justin.clark@electionlawllc.com

      *Counsel for Plaintiffs*