IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) | |
| | ) | |
| KATHY BOOCKVAR; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## ORDER OF THE COURT

THIS MATTER is before the Court on the Motion for attorney Matthew E. Morgan to Appear *Pro Hac Vice* and the Affidavit in support of the same.  It appears to the Court that Matthew E. Morgan meets the requirements for admission *pro hac vice* set forth in LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

AND NOW, this day of _____, 2020, the Court hereby **GRANTS** the motion and admits Matthew E. Morgan to appear *pro hac vice* on behalf of Plaintiffs in this matter.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Matthew E. Morgan*
Matthew E. Morgan
matthew.morgan@electionlawllc.com
ELECTIONS, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20024
Telephone: (317) 554-7997

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Matthew E. Morgan, an attorney, do hereby certify that on July 6, 2020, I electronically submitted the foregoing Proposed Order to the Clerk of the Court for the United States District Court for the Western District of Pennsylvania, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record, who, by rule, have consented to accept the Notice as service of this document by electronic means.

*/s/ Matthew E. Morgan*
Matthew E. Morgan