**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DONALD J. TRUMP FOR ) Civil Action
PRESIDENT, INC.; *et al.*, )
  )
      Plaintiffs, )
  ) No.: 2-20-CV-966
      v. )
  )
KATHY BOOCKVAR; *et al.*, )
  )
      Defendants. ) Judge J. Nicholas Ranjan

<u>**CERTIFICATION OF SERVICE CONCERNING JULY 2, 2020 ORDER**</u>

In accordance with the July 2, 2020 Order (ECF No. 7), the undersigned certifies as follows:

1.      On Thursday, July 2, 2020, true and correct copies of Plaintiffs' June 29, 2020 Verified Complaint for Declaratory and Injunctive Relief, Plaintiff's July 1, 2020 Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery, and this Court's July 2, 2020 Order were mailed via Federal Express, Priority Overnight, to all named Defendants and the Pennsylvania Attorney General's Office.  As of the filing of this Certificate, Federal Express has confirmed delivery of all the July 2, 2020 mailings, except for the one directed to the Lycoming County Board of Elections.  As for that delivery, Federal Express has advised that the package is in route to be delivered on July 6, 2020, but had not yet been accomplished as of 4:30 p.m. EST.

2.      Additionally, between Friday, July 3, 2020, and Monday, July 6, 2020, the undersigned confirmed, based on an examination of the named Defendants' web sites, meeting minutes, and/or other reliable information (including without limitation the Pennsylvania Disciplinary Board's online database and direct telephone calls with counsel or their staff), the identity of all attorneys serving as solicitors for all the named Defendants, and their email accounts

and/or facsimile telephone numbers.  Attached as Exhibit A is a list of all the attorneys that the undersigned was able to confirm represented the named Defendants.

3.       Beginning on July 3, 2020, at approximately 3:38 p.m. EST, and continuing until July 6, 2020, at approximately 2:20 p.m. EST, the undersigned emailed and/or faxed true and correct copies of the Plaintiffs' June 29, 2020 Verified Complaint for Declaratory and Injunctive Relief, Plaintiff's July 1, 2020 Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery, and this Court's July 2, 2020 Order to all known solicitors of the named Defendants. The only exceptions to such emails and/or faxes were the solicitors for county boards of elections for Bucks and Butler counties.  Those two solicitors did not have any published email addresses or fax numbers and did not return the undersigned's telephone calls.

4.       Accordingly, by July 6, 2020, all named Defendants or their known attorneys were served with copies of the Plaintiffs' June 29, 2020 Verified Complaint for Declaratory and Injunctive Relief, Plaintiff's July 1, 2020 Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery, and this Court's July 2, 2020 Order, which service was in addition to the service of original process being accomplished upon the Defendants via the procedures outlined in Federal Rule of Civil Procedure 4..

5.       This certification is made pursuant to 28 U.S.C. § 1746, involving unsworn declarations under penalty of perjury.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date:  July 6, 2020                    By:  */s/ Ronald L. Hicks, Jr.*
                                             Ronald L. Hicks, Jr. (PA #49520)
                                             Six PPG Place, Third Floor
                                             Pittsburgh, PA 15222
                                             (412) 235-4500 (Telephone)
                                             rhicks@porterwright.com

                                             *Counsel for Plaintiffs*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **CERTIFICATION** has been served by mail upon each of the parties identified in the attached Service List.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

By:   */s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy  A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
Justin Clark (DC #499621)
(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

13451873v1