# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUMP FOR PRESIDENT, INC.,** *et al.*,<br>　　　　　　　　　　**Plaintiffs**<br><br>　　　　　v.<br><br>**KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.*,<br>　　　　　　　　　　**Defendants** | No. 2:20-CV-0966-NR<br><br>*Complaint Filed 6/29/20* |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Defendant Boockvar in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　By:　*/s/ Stephen Moniak*
　　　　　　　　　　　　　　　　　　　　　　STEPHEN MONIAK
　　　　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Pa. Bar # 80035

Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120
Phone: (717) 705-2277
smoniak@attorneygeneral.gov

DATE:  July 7, 2020

## CERTIFICATE OF SERVICE

I, Stephen Moniak, Senior Deputy Attorney General, do hereby certify that I have this day served the foregoing **Entry of Appearance**, via ECF, on the following:

>Ronald L. Hicks, Jr., Esquire
>Jeremy A. Mercer, Esquire
>Russell D. Giancola, Esquire
>PORTER WRIGHT MORRIS & ARTHUR LLP
>rhicks@porterwright.com
>jmercer@porterwright.com
>rgiancola@porterwright.com
>
>Matthew E. Morgan, Esquire
>Justin Clark, Esquire
>ELECTIONS LLC
>matthew.morgan@electionlawllc.com
>justin.clark@electionlawllc.com

>*/s/ Stephen Moniak*
>
>STEPHEN MONIAK
>Senior Deputy Attorney General

DATE:  July 7, 2020