Joseph J. Joyce, III
Matthew J. Carmody
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Luzerne County Board of Elections

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **KATHY BOOCKVAR, et al.,** <br><br> **Defendants.** | <br><br><br><br><br><br><br><br><br> No. 2:20-cv-966-NR |

## ENTRY OF APPEARANCE

Kindly enter the appearances of Joseph J. Joyce, III, Matthew J. Carmody and the law firm of Joyce, Carmody & Moran, P.C. on behalf of Defendant Luzerne County Board of Elections in the above-matter.

                                                 Respectfully,
                                                 *s/ Matthew J. Carmody*
                                                 Joseph J. Joyce, III, I.D. No. 200514
                                                 Matthew J. Carmody, I.D. No. 206781
                                                 **JOYCE, CARMODY & MORAN, P.C.**
                                                 9 N. Main Street, Suite 4
                                                 Pittston, PA 18640
                                                Phone:  570-602-3560
                                                Fax:  570-602-3561
                                                E-mail:  mjc@joycecarmody.com

                                                 Attorneys for Defendant
                                                 Luzerne County Board of Elections

DATED: July 7, 2020

Joseph J. Joyce, III
Matthew J. Carmody
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Luzerne County Board of Elections

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,** | |
| **Plaintiffs,** | |
| v. | |
| **KATHY BOOCKVAR, et al.,** | |
| **Defendants.** | **No. 2:20-cv-966-NR** |

## CERTIFICATE OF SERVICE

I, MATTHEW J. CARMODY, certify that on this date I caused a true and correct copy of the foregoing entry of appearance to be served by U.S. First Class Mail upon the following counsel of record and the following unrepresented parties:

Ronald L. Hicks, Jr.
Jeremy A. Mercer
Russell D. Giancola
**PORTER WRIGHT MORRIS & ARTHUR, LLP**
Six PPG Place, Third Floor
Pittsburg, PA 15222

Matthew E. Morgan
Justin Clark
**ELECTIONS, LLC**
1000 Maine Ave., SW, 4th Floor
Washington DC 20224

*Counsel for Plaintiffs*

*s/ Matthew J. Carmody*
Matthew J. Carmody

DATED: July 7, 2020