IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*,<br>　　　　　　　　　　Plaintiffs<br><br>　　　　　v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br>　　　　　　　　　　Defendants | No. 2:20-CV-0966-NR<br><br><br>*Complaint Filed 6/29/20*<br><br>Electronically Filed |

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2(B), I, Keli M. Neary, hereby attest that the following is true and correct:

1. I have read, know, and understand the Local Rules of Civil Procedure for the District Court of Western Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　__s/ Keli M. Neary_____
　　　　　　　　　　　　　　　　KELI M. NEARY
　　　　　　　　　　　　　　　　Attorney No. 205178
　　　　　　　　　　　　　　　　Executive Deputy Attorney General
　　　　　　　　　　　　　　　　Office of Attorney General
　　　　　　　　　　　　　　　　Civil Law Division
　　　　　　　　　　　　　　　　15th Floor, Strawberry Square
　　　　　　　　　　　　　　　　Harrisburg, PA  17120

DATED:  July 8, 2020

**ATTACHMENT 1**