UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR            :        Civil Action
PRESIDENT, INC.; *et al*.,      :
                               :
        Plaintiffs,            :
                               :        Case No. 2:20-CV-00966-NR
     vs.                       :
                               :
KATHY BOOCKVAR; *et al.,*       :
                               :        Judge J. Nicholas Ranjan
        Defendants.            :

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance on behalf of Defendant, Lycoming County

Board of Elections, in the above captioned matter.

Respectfully submitted,

McCORMICK LAW FIRM

By:   */s/ J. David Smith*
        J. David Smith,
        I.D. No. 27813
        Attorney for Defendant
        Lycoming County Board of Elections

        835 West Fourth Street
        Williamsport, PA 17701
        (570) 326-5131

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

McCORMICK LAW FIRM

By:  */s/ J. David Smith*
       J. David Smith,
       I.D. No. 27813
       Attorney for Defendant
       Lycoming County Board of Elections

       835 West Fourth Street
       Williamsport, PA 17701
       (570) 326-5131

Dated: 07/**/2020