IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et.al., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:20-cv-966 |
| | : | |
| Kathy Boockvar, et.al. | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearances of Frank J. Lavery, Jr., Esquire, Andrew W. Norfleet, Esquire and Stephen B. Edwards, Esquire on behalf of Defendant Franklin County Board of Elections, only relative to the above-referenced matter.

                                                        Respectfully submitted,

                                                        Lavery Law

                                                        By:  /S/Frank J. Lavery, Jr.
                                                        Frank J. Lavery, Jr., Esquire
                                                        Attorney No. 42370
                                                        225 Market Street, Suite 304
                                                         P.O. Box 1245
DATE: July 8, 2020                        Harrisburg, PA 17108-1245
                                                       (717) 233-6633 (Telephone)
                                                         (717) 233-7003 (Facsimile)
                                                         flavery@laverylaw.com
                                                         Attorney for Franklin County Board of Elections, only

|  |  |
|---|---|
| | By: _/S/Andrew W. Norfleet_ |
| | Andrew W. Norfleet, Esquire |
| | Attorney No. 83894 |
| | 225 Market Street, Suite 304 |
| | P.O. Box 1245 |
| DATE: July 8, 2020 | Harrisburg, PA 17108-1245 |
| | (717) 233-6633 (Telephone) |
| | (717) 233-7003 (Facsimile) |
| | anorfleet@laverylaw.com |
| | Attorney for Franklin County Board of Elections, only |

|  |  |
|---|---|
| | By: _/S/Stephen B. Edwards_ |
| | Stephen B. Edwards, Esquire |
| | Attorney No. 326453 |
| | 225 Market Street, Suite 304 |
| | P.O. Box 1245 |
| DATE: July 8, 2020 | Harrisburg, PA 17108-1245 |
| | (717) 233-6633 (Telephone) |
| | (717) 233-7003 (Facsimile) |
| | sedwards@laverylaw.com |
| | Attorney for Franklin County Board of Elections, only |

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this __8th__ day of July, 2020, I served a true and correct copy of the foregoing Entry of Appearance via ECF to all counsel of record:

/s/ Aimee L. Paukovits_____
Aimee L. Paukovits, Legal Assistant to
Frank J. Lavery, Jr., Esquire

This document has also been electronically filed and is available for viewing and downloading from the ECF system.