IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*,<br>    Plaintiffs<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br>    Defendants | No. 2:20-CV-0966-NR<br><br>*Complaint Filed 6/29/20*<br><br>Electronically Filed |

### CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2(B), I, Nicole J. Boland, hereby attest that the following is true and correct:

1. I have read, know, and understand the Local Rules of Civil Procedure for the District Court of Western Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

__s/ Nicole J. Boland_____
NICOLE J. BOLAND
Attorney No. 314061
Deputy Attorney General
Office of Attorney General
Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA  17120

DATED:  July 9, 2020

**ATTACHMENT 1**