# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : <br> : No. 2:20-CV-00966-NR <br> : |
| Plaintiffs | : <br> : <br> : Judge J. Nicholas Ranjan |
| v. | : <br> : |
| KATHY BOOCKVAR, *et al.*, | : Electronically Filed Document <br> : |
| Defendants | : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHÉLLE POKRIFKA

I, Michélle Pokrifka, Esquire, hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant York County Board of Elections in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

1. Pursuant to the requirements set forth in LCvR 83.2, please find attached in support of this motion the Affidavit for Admission *Pro Hac Vice* of Michélle Pokrifka.  *See Attachment – 1*.

2. Also attached please find the declaration of Michélle Pokrifka certifying that the undersigned is both a registered ECF user and that she is familiar with the Local Rule of Court.  *See Attachment – 2*.

WHEREFORE, it is respectfully submitted that Solicitor Michélle Pokrifka be admitted to practice in the United States District Court for the Western District of Pennsylvania *pro hac vice*, for the purposes of the above-captioned case on behalf of the York County Board of Elections.

                                          Respectfully submitted,

Date: July 9, 2020                *s/ Michélle Pokrifka*
                                          Michélle Pokrifka, Esquire
                                          Attorney ID 66654
                                          28 East Market Street
                                          York, PA  17401
                                          Phone: (717) 771-4777
                                          Email: mpokrifka@yorkcountypa.gov
                                          *Counsel for Defendant York County Board of Elections*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.,* | : <br> : No. 2:20-CV-00966-NR <br> : |
| Plaintiffs | : <br> : Judge J. Nicholas Ranjan |
| v. | : <br> : |
| KATHY BOOCKVAR, *et al.,* | : Electronically Filed Document <br> : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Michélle Pokrifka, Solicitor for the County of York, Pennsylvania, do hereby certify that I caused the foregoing Motion for Admission *Pro Hac Vice* of Michélle Pokrifka to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all and parties of record.

                                                                             Respectfully submitted,

Date:  July 9, 2020                      *s/ Michélle Pokrifka*
                                                              Michélle Pokrifka, Esquire