## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al. | : | |
| Plaintiffs, | : | NO. 2:20-CV-00966 |
| | : | |
| v. | : | JUDGE J. NICHOLAS RANJAN |
| | : | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al. | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

Kindly enter my appearance as counsel for Defendant, Berks County Board of Elections, only, in the above-captioned matter.

                                                **DEASEY, MAHONEY & VALENTINI, LTD.**

**Date:** July 9, 2020        BY:   */s/ Christine D. Steere, Esquire*
                                                    **CHRISTINE D. STEERE, ESQUIRE**
                                                      PA ID NO. 84066
                                                      103 Chesley Drive, Suite 101
                                                      Media, PA 19063
                                                      (610) 892-2732 Phone
                                                      (215) 587-9456 Fax
                                                      csteere@dmvlawfirm.com
                                                      *Attorney for Defendant,*
                                                      *Berks County Board of Elections*

**CERTIFICATE OF SERVICE**

    I, Christine D. Steere, Esquire, attorney for Defendant, Berks County Board of Elections, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's ECF system.

|  |  |
|---|---|
|  | **DEASEY, MAHONEY & VALENTINI, LTD.** |
| **Date:** July 9, 2020 | BY: */s/ Christine D. Steere, Esquire* <br> **CHRISTINE D. STEERE, ESQUIRE** |