IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR                          :
PRESIDENT, INC., et al.,                     :
                                             :    Civil Action No.: 2:20-cv-966-NR
                           Plaintiffs,       :
                                             :
             v.                              :
                                             :
KATHY BOOCKVAR, et al.,                      :
                                             :
                           Defendants.       :

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Steven B. Silverman, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendant, Centre County Board of Elections, in the above-captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date: July 10, 2020                    */s/ Steven B. Silverman*
                                       Steven B. Silverman
                                       PA I.D. No. 56829
                                       ssilverman@babstcalland.com
                                       Two Gateway Center, 6th Floor
                                       Pittsburgh, PA 15222
                                       412-394-5400

                                       Counsel for Defendant,
                                       Centre County Board of Elections

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/  Steven B. Silverman* _____