IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., : : : Plaintiffs, : : v. : : KATHY BOOCKVAR, et al., : : Defendants. : | Civil Action No.: 2:20-cv-966-NR |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Sean R. Keegan, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendant, Centre County Board of Elections, in the above-captioned action.

                      Respectfully submitted,

                      BABST, CALLAND, CLEMENTS
                      and ZOMNIR, P.C.

Date: July 10, 2020               */s/ Sean R. Keegan*
                                          Sean R. Keegan
                                          PA I.D. No. 316707
                                          skeegan@babstcalland.com
                                          Two Gateway Center, 6th Floor
                                          Pittsburgh, PA 15222
                                          412-394-5400

                                          Counsel for Defendant,
                                          Centre County Board of Elections

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

/s/  Sean R. Keegan