# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, et al., <br><br> Defendants. | NO. 2:20-cv-00966-NR |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance in this case as counsel for the following Defendants: the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections.

Dated: July 10, 2020

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  */s/ Mark A. Aronchick*
    Mark A. Aronchick
    (Pa. I.D. No. 20261)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Email: maronchick@hangley.com

*Attorney for Bucks County Board of*

- 2 -

*Elections, Montgomery County Board of Elections and Chester County Board of Elections*

## **CERTIFICATE OF SERVICE**

I, Mark A. Aronchick, certify that on the 10th day of July, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

*/s/ Mark A. Aronchick*
Mark A. Aronchick
