IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et. al.,*<br>    Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, *et. al.,*<br>    Defendants. | No. 2:20-CV-00966-NR<br><br>Judge J. Nicholas Ranjan |

### MOTION FOR ADMISSION *PRO HAC VICE* OF GERARD J. GEIGER

I, Gerard J. Geiger, Esquire, hereby move to be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendants Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, and Snyder County Board of Elections, in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

1. Pursuant to the requirements set forth in LR 83.2, please find attached in support of this motion the Affidavit for Admission *Pro Hac Vice* of Gerard J. Geiger.  *See Attachment – 1.*

2. Also attached please find the declaration of Gerard J. Geiger certifying that the undersigned is both a registered ECF user and

that he is familiar with the Local Rule of Court.  *See Attachment – 2.*

WHEREFORE, it is respectfully submitted that Gerard J. Geiger be admitted to practice in the United States District Court for the Western District of Pennsylvania *pro hac vice,* for the purposes of the above-captioned case on behalf of the Monroe County, Carbon County, Pike County, and Snyder County Boards of Elections

Respectfully submitted,

Date: July 10, 2020

*s/ Gerard J. Geiger*
Attorney ID 44099
NEWMAN | WILLIAMS
P.O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
Phone: (570) 421-9090
Email:
GGeiger@newmanwilliams.com
*Counsel for Defendants Carbon, Monroe, Pike, and Snyder Counties Board of Elections*

## CERTIFICATE OF SERVICE

I, Gerard J. Geiger, Solicitor for the County of Monroe, Pennsylvania, do hereby certify that I caused the foregoing Motion for Admission *Pro Hac Vice* to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties of record.

                                              Respectfully submitted,

Date: July 10, 2020                      *s/ Gerard J. Geiger*
                                              Gerard J. Geiger, Esquire