IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et. al.*, | No. 2:20-CV-00966-NR |
| Plaintiffs, | |
| v. | Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR, *et. al.*, | Electronically Filed Document |
| Defendants. | |

AFFIDAVIT OF GERARD J. GEIGER IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE

I, Gerard J. Geiger, Esquire, make this affidavit in support of the motion for my addition to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants, Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, and Snyder County Board of Elections, pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). I do hereby depose and say as follows:

1. I am an Attorney for the County of Monroe, Pennsylvania.

2. My business address is NEWMAN | WILLIAMS, 712 Monroe Street, Stroudsburg, PA 18360-0511.

3. I am a member in good standing of the bars of the Supreme Court of Pennsylvania and the Eastern and Middle Districts of Pennsylvania.

4. My bar identification number is 44099.

**ATTACHMENT – 1**

5. A current certificate of my good standing from the Supreme Court of Pennsylvania has been requested and will be filed as a separate document upon receipt.

6. There are no previous disciplinary proceedings concerning my practice of law that have resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar or any state or any United States Court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

GERARD J. GEIGER
Attorney for Monroe County, Pennsylvania

Date: July 10, 2020        *s/ Gerard J. Geiger*

Attorney ID 44099
NEWMAN | WILLIAMS
P.O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
Phone: (570) 421-9090
Email: GGeiger@newmanwilliams.com
*Counsel for Defendants Carbon, Monroe, Pike, and Snyder Counties Board of Elections*

**ATTACHMENT – 1**