IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et. al.*,<br>　　Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, *et. al.*,<br>　　Defendants. | No. 2:20-CV-00966-NR<br><br>Judge J. Nicholas Ranjan |

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2 (B), I, Gerard J. Geiger, hereby attest that the following is true and correct:

1. I have read, know, and understand the Local Rules of Civil Procedure for the District of Western Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

Date: July 10, 2020

Respectfully submitted,
*s/ Gerard J. Geiger*
Gerard J. Geiger, Esquire
Attorney ID 44099
NEWMAN | WILLIAMS
712 Monroe Street
Stroudsburg, PA 18360
Email: ggeiger@newmanwilliams.com
*Counsel for Defendants Carbon, Monroe, Pike, and Snyder Counties Board of Elections*

**ATTACHMENT – 2**