IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et. al.,*<br>　　　Plaintiffs,<br>v.<br><br>KATHY BOOCKVAR, *et. al.,*<br>　　　Defendants. | No. 2:20-CV-00966-NR<br><br>Judge J. Nicholas Ranjan |

ORDER

AND NOW, this _____, day of July 2020, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Gerard J. Geiger, Esq., it is hereby ORDERED that this motion is GRANTED.

Gerard J. Geiger, Esq. is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in the above-captioned case on behalf of the Carbon County Board of Elections, the Monroe County Board of Elections, the Pike County Board of Elections, and the Snyder County Board of Elections.

　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　J.