IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| KATHY BOOCKVAR; et al., | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

    Kindly enter my appearance on behalf of Defendant, Potter County Board of Elections, in the above captioned matter.

Respectfully submitted,

GLASSMIRE & SHAFFER LAW OFFICES, P.C.

By:   /Thomas R. Shaffer/
      Thomas R. Shaffer,
      Pa. I.D. No. 37503
      Solicitor for Potter
      County Board of Elections

      5 East Third Street
      Coudersport, PA 16915
      (814) 274-7292

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

                                            GLASSMIRE & SHAFFER LAW OFFICES, P.C.

                                By:   */Thomas R. Shaffer/*
                                               Thomas R. Shaffer,
                                               Pa. I.D. No. 37503
                                               Solicitor for Potter
                                               County Board of Elections

                                               5 East Third Street
                                               Coudersport, PA 16915
                                               (814) 274-7292

Dated: 07/13/2020