IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : :  : Civil Action No.: 2:20-cv-966-NR |
| Plaintiffs, | : |
| v. | : |
| KATHY BOOCKVAR, et al., | : |
| Defendants. | : |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of Nathan W. Karn, Esquire, Blair County Solicitor, as co-counsel for Defendant, Blair County Board of Elections, in the above-captioned action.

                         Respectfully submitted,

                         COUNTY OF BLAIR

Date:  July 13, 2020

                         */s/ Nathan W. Karn*
                         Nathan W. Karn
                         PA I.D. No. 86068
                         PACER: nkarn@eveyblack.com
                         COMMUNICATION: nkarn@blairco.org
                         401 Allegheny Street
                         PO Box 415
                         Hollidaysburg, PA  16648
                         814-695-7581

                         Co-Counsel for Defendant,
                         Blair County Board of Elections

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                                                                                 _/s/  Nathan W. Karn_