IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 2:20-CV-966 |
| BOOCKVAR, C.A., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

TO:   Clerk, U.S. District Court for the Western District of Pennsylvania,

Kindly enter my appearance as counsel on behalf of the Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above case.

Respectfully submitted,

/s/ George M. Janocsko
GEORGE M. JANOCSKO
Assistant County Solicitor
Pa. I.D. No. 26408
ALLEGHENY COUNTY LAW DEPT.
Firm No. 057
445 Fort Pitt Blvd., Suite 300
Pittsburgh, PA 15219
412-350-1120