# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | Civil Action |
| Plaintiffs, | No. 2:20-CV-966 |
| v. | Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant Philadelphia County Board of Elections in the above-captioned matter.

Date: July 13, 2020

*/s/ Zachary Strassburger*
Zachary Strassburger, Esq. (ID 313991)
1515 Arch St, 17th Floor
Philadelphia, PA  19102
Telephone: (215) 683-2998
Email: zachary.strassburger@phila.gov
*Attorney for Philadelphia County Board of Elections*

## **CERTIFICATE OF SERVICE**

I certify that on July 13, 2020, I caused a true and correct copy of the foregoing Entry of Appearance to be electronically filed and served with the Court using the Electronic Case Filing System.

*/s/ Zachary Strassburger*
Zachary Strassburger