IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.**, *et al.*, | : | Civil Action |
| | : | |
| Plaintiffs, | : | |
| | : | No.: 2:20-cv-966 |
| v. | : | |
| | : | |
| **KATHY BOOCKVAR**, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge J. Nicholas Ranjan |

## NOTICE OF APPEARANCE

Kindly enter the appearance of **DAVID A. REGOLI, ESQUIRE**, of the Solicitor's Office of Westmoreland County, on behalf of Westmoreland County Board of Elections, in the above captioned matter.

Office of the Solicitor of Westmoreland County

*/s/ David A. Regoli, Esquire*
PA ID# 61970

2 North Main Street, 1st Floor
Greensburg, PA 15601

dregoli@co.westmoreland.pa.us