IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | ) ) | No. 2:20-cv-00966-NR |
| Plaintiffs, | ) ) | Judge J. Nicholas Ranjan |
| v. | ) ) | |
| KATHY BOOCKVAR, et. al. Defendants. | ) ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF BRIAN J. TAYLOR

I, Brian J. Taylor, Esquire, hereby move to be admitted to appear and practice before this Honorable Court as counsel *pro hac vice* for Defendant the Northampton County Board of Elections in the above-captioned matter. In accordance with Local Rule 83.2 B of the United States District Court for the Western District of Pennsylvania, I aver the following:

1. I hereby certify that I have read and understand the Local Rules of this Honorable Court.

2. I have attached an Affidavit in support of my Motion for Admission *pro hac vice*, which contains the information required by Local Rule 83.2 B.

3. I am a registered user of the Western District of Pennsylvania's ECF system.

4. I have attached a proposed Order for consideration by this Honorable Court.

WHEREFORE, it is respectfully requested that Brian J. Taylor be admitted to practice before the United States District Court for the Western District of Pennsylvania *pro hac vice* as counsel for Defendant the Northampton County Board of Elections in the above-captioned matter.

Dated: July 13, 2020

Respectfully submitted:

*/s/ Brian J. Taylor*
Brian J. Taylor, Assistant Solicitor
Attorney ID: 66601
County of Northampton
669 Washington Street
Easton, Pennsylvania 18042
Phone: (610) 829-6350
Facsimile: (610 559-3001
btaylor@northamptoncounty.org

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | ) ) | No. 2:20-cv-00966-NR |
| Plaintiffs, | ) ) | Judge J. Nicholas Ranjan |
| v. | ) ) | |
| KATHY BOOCKVAR, et. al. Defendants. | ) ) ) | |

## AFFIDAVIT OF BRIAN J. TAYLOR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Brian J. Taylor, Esquire, make this Affidavit in support of the motion for admission to appear and practice before the United States District Court for the Western District of Pennsylvania *pro hac vice* as counsel for Defendant the Northampton County Board of Elections in the above-captioned matter. Pursuant to Local Rule 83.2 B, I hereby aver the following:

1. I am an Assistant Solicitor for the County of Northampton, which is located at 669 Washington Street, Easton, Pennsylvania 18042.

2. I am also a practicing attorney for King, Spry, Herman, Freund & Faul, LLC, which is located at 1 West Broad Street, Suite 700, Bethlehem, PA 18018.

3. My Pennsylvania attorney identification number is 66601.

4. I am a member in good standing of the bars of the State of New York, the Supreme Court of Pennsylvania, the United States District Court for the Middle and Eastern Districts of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

5. I have attached a Certificate of Good Standing issued by the Supreme Court of Pennsylvania on September 23, 2019. I have requested a more current Certificate and shall

furnish it to this Honorable Court as soon as possible. A true and correct copy my current Certificate is attached hereto as Exhibit "A".

6. I have not been subject to any disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by any disciplinary authority of the bar of any state of any United States court.

I hereby certify that the above statements made by me are true. I am aware that, if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 13, 2020

/s/ Brian J. Taylor
Brian J. Taylor, Assistant Solicitor
Attorney ID: 66601
County of Northampton
669 Washington Street
Easton, Pennsylvania 18042
Phone: (610) 829-6350
Facsimile: (610 559-3001
btaylor@northamptoncounty.org

# EXHIBIT "A"



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Brian J. Taylor, Esq.*

DATE OF ADMISSION

*December 17, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 23, 2019

_____
Elizabeth E. Zisk
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | ) ) | No. 2:20-cv-00966-NR |
| Plaintiffs, | ) ) | Judge J. Nicholas Ranjan |
| v. | ) ) | |
| KATHY BOOCKVAR, et. al. Defendants. | ) ) ) | |

ORDER OF COURT

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Admission pro hac vice of Brian J. Taylor Esquire, it is hereby ORDERED that this Motion is GRANTED.

Brian J. Taylor, Esquire is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania *pro hac vice* as counsel for the Northampton County Board of Elections in the above-captioned matter.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., Plaintiffs, | ) ) ) ) | No. 2:20-cv-00966-NR<br><br>Judge J. Nicholas Ranjan |
| v. | ) ) | |
| KATHY BOOCKVAR, et. al. Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, Brian J. Taylor, Esquire, hereby certify that, on the date indicated below, a true and correct copy of the foregoing Motion for Admission *pro hac vice*, Affidavit, and proposed Order have been served on all counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF filing system.

Dated: July 13, 2020

/s/ Brian J. Taylor
Brian J. Taylor, Assistant Solicitor
Attorney ID: 66601
County of Northampton
669 Washington Street
Easton, Pennsylvania 18042
Phone: (610) 829-6350
Facsimile: (610 559-3001
btaylor@northamptoncounty.org