**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) ) | No.: 2-20-cv-966-NR |
| v. | ) ) | |
| KATHY BOOCKVAR; *et al.,* | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of C.J. Zwick, Esquire, Jefferson County Solicitor, as counsel for Defendant, Jefferson County Board of Elections, in the above-captioned action.

                                                Respectfully submitted,

                                                COUNTY OF JEFFERSON

Date: <u>July 13, 2020</u>                    /s/ C.J. Zwick
                                                      C.J. Zwick, Esquire
                                                      PA I.D. No. 306554
                                                      cjz@zwick-law.com
                                                      Zwick & Zwick LLP
                                                      171 Beaver Drive
                                                      P.O. Box 1127
                                                      DuBois, PA  15801
                                                      Telephone: (814) 371-6400
                                                      Fax: (814) 503-8453

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

Date: July 13, 2020                                   /s/C.J. Zwick