IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | ) ) | No. 2:20-cv-00966-NR |
| Plaintiffs, | ) ) | Judge J. Nicholas Ranjan |
| v. | ) ) | |
| KATHY BOOCKVAR, et. al. Defendants. | ) ) | |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant the Northampton County Board of Elections in the above-captioned matter.

Dated: July 13, 2020            Respectfully submitted:

                                         */s/ Brian J. Taylor*
                                         Brian J. Taylor, Assistant Solicitor
                                         Attorney ID: 66601
                                         County of Northampton
                                         669 Washington Street
                                         Easton, Pennsylvania 18042
                                         Phone: (610) 829-6350
                                         Facsimile: (610 559-3001
                                         btaylor@northamptoncounty.org

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et. al., | ) ) | No. 2:20-cv-00966-NR |
| Plaintiffs, | ) ) | Judge J. Nicholas Ranjan |
| v. | ) ) | |
| KATHY BOOCKVAR, et. al. Defendants. | ) ) | |

CERTIFICATE OF SERVICE

I, Brian J. Taylor, Esquire, hereby certify that, on the date indicated below, a true and correct copy of the foregoing Entry of Appearance has been served on all counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF filing system.

Dated: July 13, 2020

*/s/ Brian J. Taylor*
Brian J. Taylor, Assistant Solicitor
Attorney ID: 66601
County of Northampton
669 Washington Street
Easton, Pennsylvania 18042
Phone: (610) 829-6350
Facsimile: (610 559-3001
btaylor@northamptoncounty.org