# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) | |
| | ) | |
| KATHY BOOCKVAR; *et al.,* | ) | |
| | ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTINA L. HAUSNER

  Christina L. Hausner, undersigned counsel for Defendant, Lancaster County Board of Elections, hereby respectfully moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

  In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Christina L. Hausner filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

          Respectfully submitted,

Dated: July 13, 2020

          /Christina L. Hausner/
          Bar ID No. 32373
          Lancaster County Solicitor
          150 North Queen Street, Suite #714
          Lancaster, PA 17603
          Tel: 717-735-1584
          Fax: 717-293-7208
          CHausner@co.lancaster.pa.us

          *Counsel for Defendant, Lancaster County Board of Elections*