# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action )  ) |
| Plaintiffs, | ) )  ) No.: 2-20-CV-966 |
| v. | ) ) |
| KATHY BOOCKVAR; *et al.*, | ) ) |
| Defendants. | ) ) Judge J. Nicholas Ranjan |

## AFFIDAVIT OF CHRISTINA L. HAUSNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Christina L. Hausner, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, Lancaster County Board of Elections, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Christina L. Hausner, being duly sworn, do hereby depose and say as follows:

1. I am the Solicitor for the County of Lancaster, Pennsylvania.

2. My business address is 150 North Queen Street, Suite #714, Lancaster, PA 17603.

3. I am a member in good standing of the bars of the Supreme Court of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Ninth Circuit.

4. My Pennsylvania bar identification number is 32373.

5. On July 8, 2020, I applied for and am awaiting a current certificate of good standing from the Supreme Court of Pennsylvania which I will provide to supplement this affidavit once it is received.

6. I attest that I have not been the subject of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for

       the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission for the purpose of representing Defendant Lancaster County Board of Elections in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2020                                                /Christina L. Hausner/
                                                                        Christina L. Hausner

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Respectfully submitted,

By/Christina L. Hausner/

Christina L. Hausner, Bar ID No. 32373
*Motion for admission pro hac vice pending*
Lancaster County Solicitor
150 North Queen Street, Suite #714
Lancaster, PA 17603
Tel: 717-735-1584
CHausner@co.lancaster.pa.us

Date: July 13, 2020

*Attorney for Lancaster County Board of Elections*