**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DONALD J. TRUMP FOR )  Civil Action
PRESIDENT, INC.; *et al.*, )
　 )
　Plaintiffs, )
　 )  No.: 2-20-CV-966
v. )
　 )
KATHY BOOCKVAR; *et al.*, )
　 ).
　Defendants. )  Judge J. Nicholas Ranjan

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF CHRISTINA L. HAUSNER**

**AND NOW**, to wit, this _____ day of July 2020, upon consideration of the

foregoing Motion for Admission *Pro Hac Vice* of Christina L. Hausner, it is hereby **ORDERED**

that this motion is **GRANTED**.

**AS SUCH**, Christina L. Hausner, Solicitor for the County of Lancaster, Pennsylvania, is

hereby admitted to practice in the United States District Court for the Western District of

Pennsylvania in the above-captioned case on behalf of the Lancaster County Board of Elections.


BY THE COURT:


/_____
J. NICHOLAS RANJAN, J.