IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action<br>)<br>) |
| Plaintiffs, | )<br>) No.: 2-20-CV-966 |
| v. | )<br>) |
| KATHY BOOCKVAR; *et al.*, | )<br>) |
| Defendants. | ) Judge J. Nicholas Ranjan |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance in this case as counsel for Defendant Lancaster County Board of Elections.

        Respectfully submitted,

        By <u>/Christina L. Hausner/</u>

        Christina L. Hausner, Bar ID No. 32373
        *Motion for admission pro hac vice pending*
        Lancaster County Solicitor
        150 North Queen Street, Suite #714
        Lancaster, PA 17603
        Tel: 717-735-1584
        Fax: 717-293-7208
        CHausner@co.lancaster.pa.us

Date: July 13, 2020        *Attorney for Lancaster County Board of Elections*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Respectfully submitted,

By<u>/Christina L. Hausner/</u>

Christina L. Hausner, Bar ID No. 32373
*Motion for admission pro hac vice pending*
Lancaster County Solicitor
150 North Queen Street, Suite #714
Lancaster, PA 17603
Tel: 717-735-1584
CHausner@co.lancaster.pa.us

Date: July 13, 2020

*Attorney for Lancaster County Board of Elections*