IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.; et. al.,**<br>　　　　Plaintiffs<br><br>　　vs.<br><br><br>**KATHY BOOKCVAR; et al.,**<br>　　　　Defendants | CIVIL ACTION<br><br><br>NO: 2:20-cv-966-NR<br><br><br>Judge J. Nicholas Ranjan |

### NOTICE OF APPEARANCE

TO: Clerk, U.S. District Court for the Western District of Pennsylvania,

　　Kindly enter the appearance of Anthony V. Clarke, Esquire, of the Solicitor's Office of McKean County, on behalf of the Defendant, McKean County Board of Elections, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**COUNTY OF McKEAN**

　　　　　　　　　　　　　　　　　　By: /s/Anthony V. Clarke
　　　　　　　　　　　　　　　　　　　　Anthony V. Clarke, Esquire
　　　　　　　　　　　　　　　　　　　　Supreme Court No.: 61687
　　　　　　　　　　　　　　　　　　　　500 West Main Street
　　　　　　　　　　　　　　　　　　　　Smethport, PA 16749
　　　　　　　　　　　　　　　　　　　　Telephone: (814) 331-6441
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　McKean County Board of Elections
　　　　　　　　　　　　　　　　　　　　Email: avclarke@mckeancountypa.org

Dated: July 13, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.; et. al.,** <br>     Plaintiffs <br><br> vs. <br><br><br> **KATHY BOOKCVAR; et al.,** <br>     Defendants | CIVIL ACTION <br><br><br> NO: 2:20-cv-966-NR <br><br><br> Judge J. Nicholas Ranjan |

### CERTIFICATE OF SERVICE

I Anthony V. Clarke, Esquire, Solicitor for the County of McKean, Pennsylvania, do hereby certify that I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of records.

                            Respectfully Submitted,

                            **THE CLARKE FIRM**

                            By:  /s/Anthony V. Clarke
                                 Anthony V. Clarke, Esquire
                                 Supreme Court No.: 61687
                                 500 West Main Street
                                 Smethport, PA 16749
                                 Telephone: (814) 331-6441
                                 Attorney for Defendant,
                                 McKean County Board of Elections
                                 Email: avclarke@mckeancountypa.org

Dated: July 13, 2020