**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : | Civil Action |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | No.: 2:20-cv-966 |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge J. Nicholas Ranjan |

**ENTRY OF APPEARANCE FOR LAWRENCE COUNTY BOARD OF ELECTIONS**

Kindly enter my appearance on behalf of Lawrence County Board of Elections, Defendant in the above-captioned case.

Respectfully submitted,

Date: July 13, 2020

/s/ Thomas W. Leslie
Thomas W. Leslie, Esq.,
County Solicitor
Lawrence County Board of Elections
Atty ID No. 43238
430 Court Street
New Castle, PA 16101
724-656-2150
tleslie@co.lawrence.pa.us