**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : |
| Plaintiff, | : |
| v. | : **CIVIL ACTION NO. 2:20-cv-00966-NR** |
| KATHY BOOCKVAR, ET AL., | : |
| Defendants. | : |

**DELAWARE COUNTY BOARD OF ELECTIONS' JOINDER IN SECRETARY OF THE COMMONWEALTH'S RESPONSE TO PLAINTIFFS' MOTION FOR A SPEEDY DECLARATORY JUDGMENT HEARING AND EXPEDITED DISCOVERY**

Defendant Delaware County Board of Elections ("Delaware County"), by and through its undersigned counsel, hereby formally joins the Response to Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery filed by the Secretary of the Commonwealth Kathy Boockvar (Doc. No. 48) (the "Commonwealth's Response"). Delaware County agrees that the relief requested by Plaintiffs is unnecessary and inappropriate. In particular, Delaware County underscores that Plaintiffs' motion is premature prior to a determination of the viability of their claims, and unnecessarily risks diverting key resources from Delaware County's efforts to prepare for the November election.

Delaware County reserves all rights, including but not limited to defenses and objections as to venue, service, and personal jurisdiction. The filing of this Notice of Joinder is subject to, and does not waive any, such defenses and objections.

Dated: July 13, 2020

Respectfully submitted,

*/s/ David Fryman*
David S. Fryman (No. 57623)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Phone: (215) 665-8500
Facsimile: (215) 864-8999

*Of counsel, pro hac vice applications pending*:

Edward D. Rogers (No. 69337)
Terence M. Grugan (No. 307221)
Kahlil C. Williams (No. 325468)
Elizabeth V. Wingfield (No. 324277)

*Attorneys for Defendant Delaware County Board of Elections*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing joinder was filed and served on July 13, 2020 via the Court's CM/ECF system.

Dated: July 13, 2020.

*/s/ David S. Fryman*
David S. Fryman