IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : Civil Action :  :  : |
| Plaintiffs, | :  : No.: 2:20-cv-966 |
| v. | :  : |
| KATHY BOOCKVAR, *et al.*, | :  : |
| Defendants. | : Judge J. Nicholas Ranjan |

## DEFENDANT LAWRENCE COUNTY BOARD OF ELECTIONS' RESPONSE TO PLAINTIFFS' MOTION FOR A SPEEDY DECLARATORY JUDGMENT HEARING AND EXPEDITED DISCOVERY

Defendant Lawrence County Board of Elections ("Lawrence County") hereby submits this Response to Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery ("Motion") (ECF No. 6) as follows:

Lawrence County joins in the filing of Defendant Centre County Board of Elections' Response to Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery filed this same date and adopts the arguments and positions stated in said response as if fully set forth herein as the arguments and positions of Defendant Lawrence County.

Lawrence County does not oppose the accelerated disposition of this case. However, Plaintiffs' Proposed Order must be modified to eliminate Plaintiffs' requested written discovery to avert the duplicative efforts it places on Defendants. Accordingly, Lawrence County supports the proposed Order attached to Defendant Center County's Response to Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery.

                                                                                                   Respectfully submitted,

Date:  July 13, 2020                                  /s/ Thomas W. Leslie
                                                                                       Thomas W. Leslie, Esq.,
                                                                                       County Solicitor
                                                                                       Lawrence County Board of Elections
                                                                                       Atty ID No. 43238
                                                                                       430 Court Street
                                                                                       New Castle, PA 16101
                                                                                       724-656-2150
                                                                                       tleslie@co.lawrence.pa.us

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July, 2020, this document was served via the court's electronic filing system upon all counsel of record.

                                            /s/ Thomas W. Leslie
                                            Thomas W. Leslie, Esq.
                                            County Solicitor
                                            Lawrence County Board of Elections