# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action ) ) |
| Plaintiffs, | ) ) ) No.: 2-20-CV-966 |
| v. | ) ) ) |
| KATHY BOOCKVAR; *et al.*, | ) ) |
| Defendants. | ) Judge J. Nicholas Ranjan |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTINA L. HAUSNER

**AND NOW**, to wit, this _____ day of July 2020, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Christina L. Hausner, it is hereby **ORDERED** that this motion is **GRANTED**.

**AS SUCH**, Christina L. Hausner, Solicitor for the County of Lancaster, Pennsylvania, is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in the above-captioned case on behalf of the Lancaster County Board of Elections.

BY THE COURT:

/_____
J. NICHOLAS RANJAN, J.