**NEWMAN | WILLIAMS**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| Gerard J. Geiger, Esq. | Attorneys for Defendants: Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, and Snyder County Board of Elections |
| IDENTIFICATION NO. PA44099 | |
| 712 MONROE STREET | |
| P.O. BOX 511 | |
| STROUDSBURG, PA 18360-0511 | |
| (570) 421-9090 (voice) | |
| (570) 424-9739 (fax) | |
| ggeiger@newmanwilliams.com | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,  Plaintiffs | No. 2:20-CV-00966-NR |
| v. | Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR, *et al.*,  Defendants | Electronically Filed Document |

## Entry of Appearance

TO THE CLERK OF COURTS:

Please enter my appearance for the Defendants, Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, and Snyder County Board of Elections.

**NEWMAN | WILLIAMS**

By: *s/ Gerard J. Geiger*
Gerard J. Geiger, Esq.
Attorney ID: PA44099

Date: July 13, 2020

## Certificate of Service

I hereby certify that on this date, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Western District Court of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties of record.

                                          **NEWMAN | WILLIAMS**

                                          By: *s/ Gerard J. Geiger*
                                                 Gerard J. Geiger, Esq.
                                                 Attorney ID: PA44099

Date:  July 13, 2020