IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, *et al.*, <br><br> Defendants. | Civil Action <br><br> No. 2:20-CV-966 <br><br> Judge J. Nicholas Ranjan |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery and all filings related thereto, the Court ORDERS that the Motion is GRANTED IN PART AND DENIED IN PART. Defendants shall answer, move, or otherwise respond to Plaintiffs' Complaint by August ___, 2020.  Any third party desiring to intervene in this matter shall file its motion to intervene, together with a pleading or motion responsive to the Complaint, by July ___, 2020.  Plaintiffs shall respond to all Rule 12 Motions within ___ days of service, and each Defendant shall file any reply brief within ___ days of Plaintiffs' Response to its Motion.  Plaintiffs' Motion is otherwise DENIED.

Dated: July ___, 2020                                                        BY THE COURT:

                                                                                            _____
                                                                                            J. Nicholas Ranjan, J.