IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR        :
PRESIDENT, INC., et al.,        :
       :   Civil Action No.: 2:20-cv-966-NR
       Plaintiffs,        :
       :
       v.        :
       :
KATHY BOOCKVAR, et al.,        :
       :
       Defendants.        :

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

Kindly enter the appearance of Sean R. Keegan, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendants, Bedford County Board of Elections, Blair County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Indiana County Board of Elections, Lackawanna County Board of Elections, Mercer County Board of Elections, Northumberland County Board of Elections, and Union County Board of Elections, in the above-captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date: _July 13, 2020_____       _/s/ Sean R. Keegan_____
                                Sean R. Keegan
                                 PA I.D. No. 316707
                                 skeegan@babstcalland.com
                                 Two Gateway Center, 6th Floor
                                 Pittsburgh, PA 15222
                                 412-394-5400

*Counsel for Defendants, Bedford County Board of Elections, Blair County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections,*

*Indiana County Board of Elections,*
*Lackawanna County Board of Elections,*
*Mercer County Board of Elections,*
*Northumberland County Board of Elections,*
*and Union County Board of Elections*

*Also counsel for Centre County Board of*
*Elections (appearance previously entered)*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/  Sean R. Keegan* _____