IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : : : | Civil Action |
| Plaintiffs, | : : | No.: 2:20-cv-966 |
| v. | : : | |
| KATHY BOOCKVAR, *et al.*, | : : | |
| Defendants. | : | Judge J. Nicholas Ranjan |

### **[PROPOSED] ORDER**

AND NOW THIS _____ day of July, 2020, upon consideration of Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery (ECF No. 6), and Defendants' Responses thereto, the Court hereby ORDERS that the Motion is DENIED in part and GRANTED in part. The Court hereby ORDERS that the Declaratory Judgment Hearing and Discovery in this matter shall be expedited as follows:

1. Defendants shall answer, move, or otherwise respond to the Complaint by _____ of _____, 2020.

2. All parties may serve written discovery beginning on August 3, 2020 and thereafter until the close of discovery. The parties' discovery shall not request information duplicative of the public information provided by Pennsylvania's Department of State under Section 815 of Pennsylvania's Administrative Code, 71 P.S. Sec. 279.6.

3. The parties shall meet and confer in good faith to agree upon a reasonable expedited deadline for responses to written discovery. If the parties cannot agree upon a reasonable deadline, the parties should contact chambers to schedule a telephonic conference to discuss the dispute. No discovery-related motions should be filed until after the telephonic conference with the Court.

2

    4.       Discovery shall close on _____, 2020.

    5.       The Court sets _____, 2020, at \_\_\_\_:\_\_\_\_ \_\_\_.m., for hearing on Plaintiffs' declaratory judgment claims.

    6.       On _____, 2020, at \_\_\_\_:\_\_\_\_ \_\_\_.m., the Court will have a pretrial hearing to discuss any further deadlines, including, but not limited to, the scheduling of fact or expert depositions.

IT IS SO ORDERED.

_____
United States District Judge