IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et.al., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:20-cv-966 |
| | : | |
| Kathy Boockvar, et.al. | : | |
| Defendants | : | |

**Franklin County Board of Elections' Joinder in Centre County Board of Elections' Response to Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery**

Defendant Franklin County Board of Elections (hereinafter, "Franklin County") hereby formally joins the Response to Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery filed by Defendant Centre County Board of Elections. (Doc. 80). Consistent with this joinder, Franklin County generally does not oppose the expedited disposition of this case, but asks that the discovery requested by Plaintiff be denied in light of the Counties' forthcoming reports to the Pennsylvania Department of State.

Franklin County reserves all rights, including but not limited to defenses and objections as to venue, service, and personal jurisdiction. The filing of this Notice of Joinder is subject to, and does not waive any, such defenses and objections.

1

Respectfully submitted,

**Lavery Law**

By:  _/S/Frank J. Lavery, Jr._
Frank J. Lavery, Jr., Esquire
Attorney No. 42370
Andrew W. Norfleet, Esquire
Attorney No. 83894
Stephen B. Edwards, Esquire
Attorney No. 326453
225 Market Street, Suite 304
P.O. Box 1245
DATE: July 13, 2020                     Harrisburg, PA 17108-1245
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
flavery@laverylaw.com
anorfleet@laverylaw.com
sedwards@laverylaw.com
Attorneys for Franklin County Board of Elections,
only

2

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this __13th__ day of July, 2020, I served a true and correct copy of the foregoing Entry of Appearance via ECF to all counsel of record:


/s/ Aimee L. Paukovits_____
Aimee L. Paukovits, Legal Assistant to
Frank J. Lavery, Jr., Esquire


This document has also been electronically filed and is available for viewing and downloading from the ECF system.