IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | Case No 2:20-cv-00966-NR |
| | Electronically Filed |
| Plaintiffs, | |
| vs. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of the undersigned counsel on behalf of Defendant Beaver County Board of Elections in the above-captioned matter.

Dated: July 14, 2020

Respectfully submitted,

s/ Nathan A. Morgan
Nathan A. Morgan, Esquire
PA ID No. 202885
nmorgan@beavercountypa.gov

Garen Fedeles, Esquire
PA ID No. 203282
gfedeles@beavercountypa.gov

Attorneys for Defendant,
Beaver County

810 Third Street
Beaver, PA 15009
724-770-4444 (Telephone)
724-773-7268 (Facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon all counsel of record on this 14th day of July, 2020, via the U.S. Western District Court's electronic case filing system.

s/ Nathan A. Morgan<br>
Nathan A. Morgan, Esquire<br>
Attorney for Defendant, Beaver County