UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.,** et. al. | : |
| | : |
| **Plaintiff,** | : |
| | : Civil Action No. 2:20-cv-966 |
| v. | : |
| | : Electronically Filed |
| **CLARION COUNTY BOARD OF ELECTIONS, et. al.,** | : |
| **Defendant.** | : |
| | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher P. Gabriel, Esquire, and the law firm of Cafardi Ferguson Wyrick Weis + Gabriel llc on behalf of Defendant, Clarion County Board of Elections.

                              Cafardi Ferguson Wyrick Weis + Gabriel llc

Date: July 14, 2020        By: */s/ Christopher P. Gabriel*
                                        Christopher P. Gabriel
                                        Pa. I.D. No 92975

                                        2605 Nicholson Road
                                        Suite 2201
                                        Sewickley, PA 15143
                                        Tel:  (412) 515-8900
                                        Fax:  (412) 515-8901
                                        *cgabriel@cfwwg.com*
                                        Counsel for Defendant, Fayette County

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2020, a true and correct copy of the foregoing Notice of Appearance was served upon the parties via CM/ECF system:

                                        */s/ Christopher P. Gabriel*_____
                                        Christopher P. Gabriel

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that requires filing confidential information and documents differently than non-confidential information and documents.

Date: July 14, 2020     /s/ Christopher P. Gabriel
                        Christopher P. Gabriel