770039

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : <br> : <br> : Civil Action No.: 2:20-cv-966-NR |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| KATHY BOOCKVAR, et al., | : <br> : |
| Defendants. | : |

## NOTICE OF COUNSEL SUBSTITUTION FOR DEFENDANT, UNION COUNTY BOARD OF ELECTIONS

Notice is hereby given that that Union County Board of Elections, a Defendant in the above-captioned matter, hereby substitutes Allen P. Page, IV, Esquire, as counsel of record in place of Steven B. Silverman, Esquire, and Sean R. Keegan, Esquire.

*Entry of:*

McNERNEY, PAGE, VANDERLIN & HALL

Date:  July 14, 2020          By: __/s Allen P. Page, IV_____
Allen P. Page, IV, Esquire
PA I.D. No. 325789
apage@mpvhlaw.com
433 Market Street
Williamsport, PA 17701
570-326-6555

*Withdrawal of:*

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date:  July 14, 2020          By: __/s Steven B. Silverman_____
Steven B. Silverman
PA I.D. No. 56829
ssilverman@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
412-394-5400

770039

***Withdrawal of:***

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date: July 14, 2020          By: __/s *Sean R. Keegan*_____
                             Sean R. Keegan
                             PA I.D. No. 316707
                             skeegan@babstcalland.com
                             Two Gateway Center, 6th Floor
                             Pittsburgh, PA 15222
                             412-394-5400

770039

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Counsel Substitution for Defendant Union County Board of Elections was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                                                                _/s Allen P. Page, IV_