## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : : : |
| Plaintiff, | : : |
| v. | : **CIVIL ACTION NO. 2:20-cv-00966-NR** : |
| KATHY BOOCKVAR, ET AL., | : : |
| Defendants. | : |

### MOTION FOR ADMISSION PRO HAC VICE OF EDWARD D. ROGERS

Edward D. Rogers, undersigned counsel for Defendant Delaware County Board of Elections, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Delaware County Board of Elections pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Edward D. Rogers filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 14, 2020                                   Respectfully submitted,


                                            */s/ Edward D. Rogers*
                                            Edward D. Rogers, PA 69337
                                            rogerse@ballardspahr.com
                                            Ballard Spahr LLP
                                            1735 Market Street, 51st Floor
                                            Philadelphia, PA 19103
                                            (215) 864-8144
                                            Facsimile:  (215) 864-8999

                                            *Attorneys for Defendant Delaware County Board of Elections*

## **CERTIFICATE OF SERVICE**

I certify that, on July 14, 2020, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via electronic filing.

*/s/ Edward D. Rogers*
Edward D. Rogers