# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHY BOOCKVAR, ET AL.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: **CIVIL ACTION NO. 2:20-cv-00966-NR**<br>:<br>:<br>:<br>: |

## CERTIFICATION OF EDWARD D. ROGERS IN SUPPORT OF DEFENDANT'S MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Edward D. Rogers, hereby certify as follows:

1. I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

2. I have read, know, and understand the Local Rules of Court for the Western District of Pennsylvania.

Date:   July 14, 2020                                        */s/ Edward D. Rogers*
　　　　　　　　　　　　　　　　　　　　　　　　Edward D. Rogers, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　PA ID 69337

DMEAST #41688273 v1