IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : : : |
| Plaintiff, | : : |
| v. | : **CIVIL ACTION NO. 2:20-cv-00966-NR** : |
| KATHY BOOCKVAR, ET AL., | : : |
| Defendants. | : |

## MOTION FOR ADMISSION PRO HAC VICE OF ELIZABETH V. WINGFIELD

Elizabeth V. Wingfield, undersigned counsel for Defendant Delaware County Board of Elections, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Delaware County Board of Elections pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Elizabeth V. Wingfield filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 14, 2020				Respectfully submitted,


						*/s/ Elizabeth V. Wingfield*
						Elizabeth V. Wingfield, PA 324277
						wingfielde@ballardspahr.com
						Ballard Spahr LLP
						1735 Market Street, 51st Floor
						Philadelphia, PA 19103
						(215) 864-8128
						Facsimile:  (215) 864-8999

						*Attorneys for Defendant Delaware County Board of Elections*

## **CERTIFICATE OF SERVICE**

I certify that, on July 14, 2020, I caused a true and correct copy of the foregoing Motion for Admission Pro Hac Vice to be served via electronic filing.

>*/s/ Elizabeth V. Wingfield*
>Elizabeth V. Wingfield