# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.,<br><br>    Plaintiff,<br><br>v.<br><br>KATHY BOOCKVAR, ET AL.,<br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : **CIVIL ACTION NO. 2:20-cv-00966-NR** <br> : <br> : <br> : <br> : |

## CERTIFICATION OF ELIZABETH V. WINGFIELD IN SUPPORT OF DEFENDANT'S MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Elizabeth V. Wingfield, hereby certify as follows:

1. I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

2. I have read, know, and understand the Local Rules of Court for the Western District of Pennsylvania.

Date: July 14, 2020

*/s/ Elizabeth V. Wingfield*
Elizabeth V. Wingfield, Esquire
PA ID 324277