IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. 2:20-cv-00966-NR : |
| KATHY BOOCKVAR, ET AL., | : : |
| Defendants. | : |

**ORDER FOR ADMISSION *PRO HAC VICE* UPON WRITTEN MOTION**

Upon the motion of Elizabeth V. Wingfield, counsel for Defendant Delaware County Board of Elections,

**IT IS HEREBY ORDERED** that

Elizabeth V. Wingfield
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
wingfielde@ballardspahr.com
Telephone: 215.864.8128
Facsimile: 215.864.8999

is admitted to practice *pro hac vice* as counsel for Defendant Delaware County Board of Elections in the above-captioned matter in the United States District Court for the Western District of Pennsylvania. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
                                                                                              J.