IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>KATHY BOOCKVAR, et al.,<br><br>      Defendants. | NO. 2:20-cv-00966-NR |

## MOTION FOR ADMISSION *PRO HAC VICE*

Michele D. Hangley, undersigned counsel for Defendants the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections, hereby moves that Michele D. Hangley be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Michele D. Hangley in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                 Respectfully submitted,

Dated: July 15, 2020        HANGLEY ARONCHICK SEGAL PUDLIN &
                   SCHILLER

                By: */s/ Michele D. Hangley*
                   Michele D. Hangley (I.D. No. 82779)

>One Logan Square, 27th Floor
>Philadelphia, PA  19103-6933
>T: 215 568-6200
>F: 215 568-0300
>E: mhangley@hangley.com

*Counsel for Defendants, the Bucks County Board of Elections, the Montgomery County Board of Elections and the Chester County Board of Elections*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | |
| Plaintiffs, | NO. 2:20-cv-00966-NR |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Michele D. Hangley, certify that on July 15, 2020, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and it is available for viewing and downloading from the ECF system.

*/s/ Michele D. Hangley*
Michele D. Hangley