IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, et al., <br><br> Defendants. | NO. 2:20-cv-00966-NR |

**AFFIDAVIT OF MICHELE D. HANGLEY IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

    I, Michele D. Hangley, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Michele D. Hangley, being duly sworn, do hereby depose and say as follows:

1.     I am a Shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller.

2.     My business address is One Logan Square, 18th & Cherry Streets, 27th Floor, Philadelphia, Pennsylvania 19103.

3.     My Pennsylvania bar identification number is 82779.

4.     I am a member in good standing of: (1) the Bar of the Commonwealth of Pennsylvania; (2) the Bar of the State of New Jersey; (3) the United States District

        Court for the Eastern District of Pennsylvania; (4) the United States District Court for the Middle District of Pennsylvania; and (5) the United States Court of Appeals for the Third Circuit.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A (to be provided upon receipt).

6. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to the punishment.

Dated:  July 15, 2020                    /s/ Michele D. Hangley
                                                      Michele D. Hangley