**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : <br> : <br> : <br> : NO. 2:20-cv-00966-NR <br> Plaintiffs, : <br> : <br> v. : <br> : <br> KATHY BOOCKVAR, et al., : <br> : <br> Defendants. : |

**ORDER**

AND NOW, this _____ day of _____, 2020, it is hereby **ORDERED** and **DECREED** that Michele D. Hangley, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____ J.