# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:20-cv-00966-NR |
| KATHY BOOCKVAR, ET AL., | : |
| Defendants. | : |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery (Doc. No. 6) ("Plaintiffs' Motion"), the Secretary of the Commonwealth Kathy Boockvar's Response (Doc. No. 48) (the "Commonwealth's Response"), the Delaware County Board of Elections' Joinder in the Commonwealth's Response (Doc. No. 63), and all other filings related thereto;

**IT IS ON THIS** _____ day of _____, 2020 hereby

**ORDERED** that Plaintiffs' Motion is DENIED.

_____
J. Nicholas Ranjan, U.S.D.J.

DMEAST #41696402 v1