IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) | |
| | ) | |
| KATHY BOOCKVAR; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

MOTION FOR ADMISSION *PRO HAC VICE* OF PETER M. MCMANAMON

Peter M. McManamon hereby moves that he be admitted to appear and practice in this Court as Counsel *pro hac vice* for Defendant, Huntingdon County Board of Elections, in the above captioned matter pursuant to LCvR 83.2 and LCvR 83.3.

In support of this Motion, the undersigned Counsel attaches the Affidavit of Peter M. McManamon in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and this Court's Standing Order Regarding Pro Hac Vice Admissions, dated May 31, 2006 (Misc. No. 06-151).

Dated: July 14, 2020

Respectfully submitted,

GILL, McMANAMON & GHANER

/s/ Peter M. McManamon
Peter M. McManamon, Esquire
Supreme Court ID No. 43235
200 Penn Street
Huntingdon, PA 16652
814-643-2460
Attorney for Huntingdon County
        Board of Elections

CERTIFICATE OF SERVICE

I, Peter M. McManamon, certify that on July 14, 2020, I served

the foregoing document sent automatically by CM/ECF on the following

counsel who are registered as CM/ECF filing users who have consented

to accepting electronic service through CM/ECF:

Ronald L. Hicks, Jr., Esquire
Jeremy A. Mercer, Esquire
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-1476
rhicks@porterwright.com
jmercer@porterwright.com
Counsel for Plaintiff

Matthew Earl Morgan, Esquire
Elections LLC
1000 Main Avenue, SW
Ste 4th Floor
Washington, DC 20024
317-554-7997
Matthew.morgan@electionlawllc.com

Date:  July 14, 2020                    /s/ Peter M. McManamon_____
                                        Peter M. McManamon, Esquire
                                        Supreme Court ID No. 43235
                                        200 Penn Street
                                        Huntingdon, PA 16652
                                        814-643-2460
                                        Attorney for Huntingdon County
                                              Board of Elections

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) | |
| | ) | |
| KATHY BOOCKVAR; *et al.,* | ) | |
| | ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

AFFIDAVIT OF PETER M. MCMANAMON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter M. McManamon, make this Affidavit in support of the Motion for my admission to appear and practice in this Court in the above captioned matter as Counsel *pro hac vice* for Defendant, Huntingdon County Board of Elections, in the above captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions, dated May 31, 2006 (Misc. No. 06-151).

I, Peter M. McManamon, being duly sworn, do hereby depose and say as follows:

1.   I am an Attorney associated with the law firm of Gill, McManamon & Ghaner.

2.   My business address is 200 Penn Street, Huntingdon Pennsylvania 16652.

3.    I am an active member in good standing of the Bar of the Commonwealth of Pennsylvania, as well as the Pennsylvania Supreme Court and the United States District Court for the Middle District of Pennsylvania.

4.    My Supreme Court of Pennsylvania identification number is 43235.

5.    A current Certificate of Good Standing from the Supreme Court of Pennsylvania, the Bar in which I primarily practice, is attached to this Affidavit as Exhibit A.

6.    I attest that I have never been subject to any disciplinary proceedings concerning my practice of law.

7.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.    I attest that I have read, know and understand the Local Rules of Court for the United States District Court of the Western District of Pennsylvania.

9.    Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements by me are true.
I am aware that if any of the foregoing statements made by me are false,
I am subject to punishment.

Dated: July 14, 2020                    Respectfully submitted,


                                        GILL, McMANAMON & GHANER


                                        /s/ Peter M. McManamon_____
                                        Peter M. McManamon, Esquire
                                        Supreme Court ID No. 43235
                                        200 Penn Street
                                        Huntingdon, PA 16652
                                        814-643-2460
                                        Attorney for Huntingdon County
                                              Board of Elections