

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Peter McManamon, Esq.*

**DATE OF ADMISSION**

*May 21, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal
Dated:  July 15, 2020**

*Elizabeth Zisk* (signature)

Elizabeth E. Zisk
Chief Clerk