

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michelle Pokrifka, Esq.

#### DATE OF ADMISSION

#### December 17, 1992

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  July 13, 2020

_____
Elizabeth E. Zisk
Chief Clerk