UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> *Defendants*. | Civil Action <br><br> No. 2:20-cv-966 (NR) <br><br> Judge J. Nicholas Ranjan |

## **[PROPOSED] ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of the Motion to Intervene by the National Association for the Advancement of Colored People ("NAACP") Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise ("Intervenors"), and any opposition thereto, IT IS HEREBY ORDERED that Intervenors' Motion to Intervene is GRANTED pursuant to Fed. R. Civ. P. 24(a).

IT IS FURTHER ORDERED that Intervenors shall file a response to the complaint on the same schedule as Defendants, or within three business days of this Order, whichever is later.

BY THE COURT:

_____
Hon. J. Nicholas Ranjan
United States District Judge

1