# **EXHIBIT E**

## DECLARATION OF VOTER DANIELLE GRAHAM ROBINSON

I, Danielle Graham Robinson, hereby declare as follows:

1. I am a 44-year-old woman who lives in the Brighton Heights neighborhood on Pittsburgh's Northside.  Pittsburgh is in Allegheny County, Pennsylvania.

2. I have a graduate degree in theology but have most recently been working as a realtor.

3. I am a voter who rarely misses an election.  Civic engagement generally, and voting specifically, are very important to me.

4. Until the most recent primary election on June 2, 2020, I have always voted in person at my polling place.  I often volunteer to work at the polls for candidates whom I support, but I did not do so during the most recent election.

5. I have several medical conditions that, according to the CDC, put me at high risk of serious illness and even death if I contract COVID-19.

6. Because of my elevated risk of serious illness during the COVID-19 pandemic, I decided to vote by mail for the June 2, 2020, election.  I cannot afford the risk of having go to an indoor polling place, where I will be exposed to potentially many other people.

7. Because I am such a conscientious voter, I applied very early for my mail-in ballot – sometime in early April.  Despite this early application, the Allegheny County Board of Elections' mail-in ballot tracker indicates they did not receive my ballot application until April 28.  I do not know whether the mail was that slow or if the application sat in the Elections offices for a while

8. The tracker also indicated that they mailed my ballot on May 2.  I know from speaking to many other voters that they did not receive their ballots until many days and sometimes weeks after the mail date shown in the Allegheny County mail-in ballot tracker.

9. I cannot remember the exact date I received my ballot, but it was sometime after May 14 and before May 25.

10. Because it was only about a week before Election Day, which I know is the deadline to return the mail-in ballot, I was nervous about relying on the postal service to return my completed ballot.  The first steps in the process took way longer than they should have.

11. In order to ensure my ballot was delivered on time, I personally took the ballot to the only place in Allegheny County that was accepting hand delivered mail-in ballots, which was the County Office Building in downtown Pittsburgh where the Elections Bureau has its offices.

12.  While Brighton Heights is not that far from downtown, it is further than I can walk.  I was not willing to risk my health by taking public transportation during the pandemic, especially given my health vulnerability.  Consequently, I was forced to drive my car, which I had to park at a cost of $15. Given the pandemic's impact on real estate sales,

$15 was a significant expense. I had to go into the building, which also scared me because of the risk of exposure to strangers.

13. Given my health condition, and the likelihood that the virus will still be with us in November, I will almost certainly need to vote again by mail. I very much would like to see Allegheny County, and all of Pennsylvania, provide numerous "no contact" drop boxes throughout the county to make it easy and safe for people to deposit their mail-in ballots.

14. I am not receiving any financial or other compensation for participating in this litigation.

I HEREBY DECLARE on this 14th day of July, 2020, under the penalties of perjury, that the foregoing statements are, to the best of my information and belief, true and accurate.

/s/ Danielle Graham Robinson
Danielle Graham Robinson