# EXHIBIT F

## DECLARATION OF VOTER KATHLEEN WISE

I, Kathleen Wise, hereby declare as follows:

1. I am a 62-year-old woman who lives in South Park Township, which is located in Southern Allegheny County, Pennsylvania.

2. I am a widow who retired due to a disability from nursing after more than thirty years. I am now a caretaker for my daughter's two young children.

3. Until this past election, I have voted in every election I can remember.

4. Prior to the most recent primary election on June 2, 2020, I have always voted in person at my polling place.

5. This past election, however, I decided to vote by mail because of the COVID-19 pandemic. My age and the fact I have several pre-existing conditions specified by the CDC, puts me at high risk of severe illness and death if I contract the virus. I do not believe that going to a polling place, which is indoors and there are strangers present, is safe. Even with a mask, I am afraid of the risk.

6. Consequently, I applied by mail for a mail-in ballot from the Allegheny County Bureau of Elections several weeks before Election Day.

7. I did not, however, receive my ballot until June 1, the Monday before Election Day.

8. Knowing that there was no way I could mail the ballot and be sure it would reach the Elections Bureau by the deadline, which was Election Day – the very next day – I asked my daughter to take my completed mail-in ballot to the Township's one consolidated polling place, which was at the fire hall on Broughton Road.

9. The poll workers at the fire hall refused to take my ballot because they told my daughter I had to bring it in personally.

10. I could not take the ballot to the fire hall personally because I did not have access to the household's one car. I also had to care for my grandchildren, so even if I had access to the car I would have been worried to take them to the polling place because I would be risking all three of us to exposure to the virus.

11. I have since learned that even if I had personally taken my ballot to the one South Park polling place they could not have accepted the ballot because the Elections Bureau had only one drop box for all of Allegheny County, which was located at their offices in the County Office Building in downtown Pittsburgh. I would have had no way to get to that location, except possibly by mass transit, which during this pandemic I would not want to take, especially with my grandchildren.

12. So for the first time in as long as I can remember I was not able to vote in an election on June 2, 2020.

13. I am determined to cast my vote in the November 2020 general election, but because of the likelihood that the COVID-19 virus will still create risk, especially for people like me who are acutely vulnerable to fatal health effects, I will need to vote by mail.

14. If I once again receive my ballot late, I will need some way to vote my mail-in ballot that does not require me to travel long distances, or to enter an indoor location congested with strangers.

15. I am not receiving any financial or other compensation for participating in this litigation.

I HEREBY DECLARE on this 9th day of July, 2020, under the penalties of perjury, that the foregoing statements are, to the best of my information and belief, true and accurate.

/s/ *Kathleen Wise*

Kathleen Wise