# EXHIBIT G

# DECLARATION OF VOTER PATRICIA M. DEMARCO

I, Patricia M. DeMarco, hereby declare as follows:

1. I am a 74-year-old woman who lives in Forest Hills Borough, Allegheny County, Pennsylvania.

2. I am a retired, but now-adjunct, professor of science, ethics and public policy at Chatham University.

3. I vote in nearly every election. Indeed, I cannot remember the last election in which I did not vote. I believe that voting is a civic obligation.

4. Ordinarily, I would vote in the nearby polling place, which is walking distance from my house. In the most recent primary, held on June 2, 2020, Allegheny County consolidated polling places so that there was only one available location to vote in the entire borough. It was not walking distance from my house.

5. According to the CDC and other health organizations, my age (74) and at least two co-morbidities put me at severe risk of severe illness and even death if I contract COVID-19.

6. Because of concern about unnecessary exposure to the virus if I voted in person at a polling place, I and my live-in partner, who is also at heightened risk, opted to vote by mail.

7. My partner and I both applied for and received ballots in May 2020, and put them in a public postal box well in advance of the ballot return deadline, which was election day.

8. Upon repeatedly checking the Allegheny County Board of Elections' website, I learned that my partner's ballot had been received, but there was no indication that they received mine.

9. When I checked the status of my ballot on the County Board of Elections website on election day, it still did not indicate that they had received my ballot. I had no choice but to go to my polling place, protected by two masks, to cast a ballot. I was made to vote provisionally because I had requested a mail-in ballot.

10. To this day I do not know if my ballot was counted, either the one I mailed in or the provisional one I cast at the polling place.

11. If there had been a conveniently located drop box for my ballot, either in my Borough or at the polling place, I could have been assured the County Elections Board received it.

12. While I would prefer to vote in person in November 2020, if the threat of COVID-19 remains high I will vote by mail, but I am nervous that my ballot may once again get lost or for some reason not be counted. I would feel more secure if I could drop my mail-in ballot into a drop box that would go directly to the County Elections Board for counting.

13. I am also an elected official on Forest Hills Borough Council. We have many people living in senior apartment complexes in the Borough who regularly walk to one of the

eight polling places that are regularly open. Because these seniors too are at heightened risk of fatal infection, they are likely to want to vote by mail. Placing drop boxes outside of the normal polling places would enable most of them to be sure that their ballots are delivered to the County Elections Board and increase the likelihood that the ballots are counted.

14. I am not receiving any financial or other compensation for participating in this litigation.

I HEREBY DECLARE on this 9th day of July, 2020, under the penalties of perjury, that the foregoing statements are, to the best of my information and belief, true and accurate.

*Patricia M. DeMarco*

Patricia M. DeMarco