# IN THE UNITD STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, IN., et al., | ( |
| Plaintiffs, | ( |
| v. | ( |
| KATHY BOOCKVAR, et al., | ( |
| Defendants. | ( No. 2:20-cv-966-NR |

## ENTRY OF APPEARANCE

Kindly enter my appearance of record on behalf of Defendant Warren County Board of Elections in the above matter.

Respectfully,

COUNSEL OF RECORD:
Nathaniel J. Schmidt, Esquire.
Supreme Court No. 201508
315 Second Avenue, Suite 704
P.O. Box 746
Warren, PA 16365
Phone: 814-723-8665
Fax: 814-723-3413
contact@theschmidtlawfirm.com

Attorney for Defendant
Warren County Board of Elections

DATED: July 13, 2020

## IN THE UNITD STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, IN., et al., | ( |
| Plaintiffs, | ( |
| v. | ( |
| KATHY BOOCKVAR, et al., | ( |
| Defendants. | ( No. 2:20-cv-966-NR |

### CERTIFICATE OF SERVICE

I, Nathaniel J. Schmidt certify that on this date I caused a true and correct copy of the foregoing entry of appearance to be served by U.S. First Class Mail upon the following counsel of record and the following unrepresented parties:

Ronald L. Hicks
Jeremy A. Mercer
Russell D. Giancola
PORTER WRIGHT MORRIS & ARTHUR, LLP
Six PPG Place, Third Floor
Pittsburgh, PA 15222

Matthew E. Morgan
Justin Clark
**ELECTIONS LLC**
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224

*Counsel for Plaintiffs*

Dated: July 13, 2020

_____
Nathaniel J. Schmidt, Esquire