IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : : : |
| Plaintiff, | : : |
| v. | : **CIVIL ACTION NO. 2:20-cv-00966-NR** : |
| KATHY BOOCKVAR, ET AL., | : : |
| Defendants. | : |

**STATEMENT OF NON-OPPOSITION**

Defendant Delaware County Board of Elections ("Delaware County"), by and through its undersigned counsel, hereby states that it reviewed the motion and accompanying brief filed by the National Association for the Advancement of Colored People ("NAACP"), Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise seeking to intervene in the above-captioned matter (Doc. Nos. 103 & 104) and do not oppose their intervention.

Dated: July 16, 2020

                         Respectfully submitted,

                         */s/ Edward D. Rogers*
                         Edward D. Rogers (No. 69337)
                         David S. Fryman (No. 57623)
                         Elizabeth V. Wingfield (No. 324277)
                         **BALLARD SPAHR LLP**
                         1735 Market Street, 51st Floor
                         Philadelphia, Pennsylvania  19103
                         Phone: (215) 665-8500
                         Facsimile: (215) 864-8999

                         *Of counsel, pro hac vice applications forthcoming*:

                         Terence M. Grugan (No. 307221)
                         Kahlil C. Williams (No. 325468)

                         *Attorneys for Defendant Delaware County Board of Elections*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Statement of Non-Opposition was filed and served on July 16, 2020 via the Court's CM/ECF system.

Dated: July 16, 2020.

*/s/ Edward D. Rogers*
Edward D. Rogers