IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> Defendants. | Civil Action <br><br><br> No. 2:20-CV-966 <br><br><br> Judge J. Nicholas Ranjan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SAMANTHA PICANS**

Samantha Picans, undersigned counsel for the National Association for the Advancement of Colored People Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Intervenors"), hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Intervenors pursuant to LCvR 83.2(B).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Samantha Picans filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated:  July 16, 2020

Respectfully submitted.

/s/ Samantha Picans
Samantha Picans (Colo. Bar No. 44852)
WILMER CUTLER PICKERING
  HALE & DORR LLP
1225 17th Street
Suite 2600
Denver, CO 80202
Telephone: (720) 598-3477

1

Facsimile: (720) 274-3133
sam.picans@wilmerhale.com