IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>      Defendants. | Civil Action<br><br><br>No. 2:2-CV-966<br><br><br>Judge J. Nicholas Ranjan |

**AFFIDAVIT OF SAMANTHA PICANS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE* MOTION**

     I, Samantha Picans, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the National Association for the Advancement of Colored People Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Intervenors") pursuant to LCvR 83.2(B).

     1.    I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

     2.    My business address is 1225 17th Street, Suite 2600, Denver, CO 80202.

     3.    I am a member in good standing of the bar of Colorado.

     4.    My bar identification number is 44852.

     5.    A current certificate of good standing from the Supreme Court of the State of Colorado is attached to this affidavit as Exhibit A.

6. I attest that I have read, know, and understand the Local Rules of Court for the United States District for the Western District of Pennsylvania.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 16, 2020

Respectfully submitted,

*/s/ Samantha Picans*
Samantha Picans (Colo. Bar No. 44852)
WILMER CUTLER PICKERING
    HALE & DORR LLP
1225 17th Street
Suite 2600
Denver, CO 80202
Telephone: (720) 598-3477
Facsimile: (720) 274-3133
sam.picans@wilmerhale.com