## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al*., | Civil Action |
| Plaintiffs, |  |
| v. | No. 2:20-CV-966 |
| KATHY BOOCKVAR; *et al*., |  |
| Defendants. | Judge J. Nicholas Ranjan |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JASON H. LISS

Jason H. Liss, undersigned counsel for the National Association for the Advancement of Colored People Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Intervenors"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Intervenors pursuant to LCvR 83.2(B).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Jason H. Liss filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Dated:  July 17, 2020

Respectfully submitted.

*/s/ Jason H. Liss*

Jason H. Liss (Mass. Bar No. 672902)
WILMER CUTLER PICKERING
  HALE & DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6699
Facsimile: (617) 526-5000

1

jason.liss@wilmerhale.com