# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | Civil Action |
| Plaintiffs, | |
| v. | No. 2:20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | |
| | Judge J. Nicholas Ranjan |
| Defendants. | |

**AFFIDAVIT OF JASON H. LISS IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE* MOTION**

I, Jason H. Liss, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the National Association for the Advancement of Colored People Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Intervenors") pursuant to LCvR 83.2(B).

    1.    I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

    2.    My business address is 60 State Street, Boston, MA 02109.

    3.    I am a member in good standing of the bar of Massachusetts.

    4.    My bar identification number is 672902.

    5.    A current certificate of good standing from the Supreme Judicial Court of the Commonwealth of Massachusetts is attached to this affidavit as Exhibit A.

6. I attest that I have read, know, and understand the Local Rules of Court for the United States District for the Western District of Pennsylvania.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 17, 2020                                          Respectfully submitted,

/s/ *Jason H. Liss*
Jason H. Liss (Mass. Bar No. 672902)
WILMER CUTLER PICKERING
   HALE & DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6699
Facsimile: (617) 526-5000
jason.liss@wilmerhale.com