IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> Defendants. | Civil Action <br><br><br> No. 2:20-CV-966 <br><br><br> Judge J. Nicholas Ranjan |

**AFFIDAVIT OF JARED V. GRUBOW IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE* MOTION**

I, Jared B. Grubow, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the National Association for the Advancement of Colored People Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Intervenors") pursuant to LCvR 83.2(B).

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

2. My business address is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.

3. I am a member in good standing of the bar of New York.

4. My bar identification number is 5771845.

5. A current certificate of good standing from the Supreme Court of the State of New York, Appellate Division, Second Judicial Department is attached to this affidavit as Exhibit A.

6. I attest that I have read, know, and understand the Local Rules of Court for the United States District for the Western District of Pennsylvania.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 17, 2020

Respectfully submitted,

/s/ Jared V. Grubow
Jared V. Grubow (N.Y. Bar No. 5771845)
WILMER CUTLER PICKERING
  HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6459
Facsimile: (212) 230-8888
jared.grubow@wilmerhale.com