Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

----------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

----------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/8/2020 at 3:31 PM., at **55 E Court Street, Doylestown, PA 18901**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Thomas Freitag, Bucks County Acting Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Thomas Freitag, Bucks County Acting Director of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **200-220lbs** Height: **5' 9" - 6' 0"** Hair: **Brown** Other:

Thomas accepted and signed for the documents without an issue.
NOTE: Due to COVID-19 Both he and I were wearing a PPE face mask.

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/9/2020

NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _____
Brian Zavodnick
PPLS Ref# 20-17283

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------
Donald J. Trump for President, Inc.

                                          Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                          Defendant(s).
-------------------------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/6/2020** at **12:42 PM.**, at **601 Westtown Road, Suite 150, West Chester, PA 19380**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Sandra Burke, Director of Chester County Voter Services**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Sandra Burke, Director of Chester County Voter Services** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **180-200lbs** Height: **5' 6" - 5' 9"** Hair: **Dk. Brown** Other:

Sandra accepted and signed for the documents without an issue.

```
Commonwealth of Pennsylvania - Notary Seal
    Stacy Dougherty, Notary Public
          Montgomery County
My commission expires August 4, 2023
     Commission number 1263946
```
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/7/2020

*Stacy Dougherty*
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _____
                       Brian Zavodnick
                       PPLS Ref# 20-17289

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.
                                        Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                        Defendant(s).

---

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/6/2020** at **11:08 AM.**, at **201 W. Front St, Media, PA 19063**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Laureen Hagan, Chief Clerk Delaware County, Elections Bureau**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Amanda Wallace** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Deputy Chief Clerk / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **220 - 240lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Amanda accepted and signed for the documents without an issue. She confirmed that she is authorized to accept service.

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/7/2020

_Stacy Dougherty_
NOTARY PUBLIC
Commission Expiration Aug. 4, 2023



X _Brian Zavodnick signature_

Brian Zavodnick
PPLS Ref# 20-17297

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

                       Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                       Defendant(s).

---

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/13/2020 at 2:00 PM., at 123 Wyoming Ave, 2nd fl, Scranton, PA 18503
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Marion Medalis, **Lackawanna County**- Director- Department of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Marion Medalis, Lackawanna County- Director- Department of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **180-200lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Marion accepted and signed for the documents without an issue.

---

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/16/2020

_____
NOTARY PUBLIC
Commission Expiration 10/3/2021

X_____
Benjamin Wayne Merring
PPLS Ref# 20-17309

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

## AFFIDAVIT OF SERVICE

Client Ref.:

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/9/2020 at 4:05 PM., at 20. N. Pennsylvania Ave, Suite 207, Wilkes-Barre, PA 18701
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On Shelby Watchilla, **Luzerne County-** Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Marian Morris** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be Inspector / Authorized to accept service thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female Race/Skin: White Age: 51 - 65 Yrs. Weight: 180-200lbs Height: 5' 0" - 5' 3" Hair: Brown Other:

Marian accepted and signed for the documents She first contacted Shelby Watchilla and confirmed that she was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
Amy Dosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on _____

NOTARY PUBLIC
Commission Expiration _____

X_____
Benjamin Wayne Merring
PPLS Ref# 20-17314

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/13/2020 at 1:40 PM., at One Quaker Plaza, Rm 105, Stroudsburg, PA 18360
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Sarah May Silfee, Monroe County- Director of Elections and Voter Reg.

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Mary Dunkelberger** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Records Tech / Authorized to accept Service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **100 - 120lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Mary accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service

COMMONWEALTH OF PENNSYLVANIA

Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/16/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021

X _____
Benjamin Wayne Merring
PPLS Ref# 20-17319

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

                                        Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                        Defendant(s).

---

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/6/2020** at **10:02 AM.**, at **One Montgomery Plaza, 425 Swede St, Suite 602, Norristown, PA 19401**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Lee Soltysiak, Chief Clerk- Montgomery County Board of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Matt Macekura** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Voter Services Administrator** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **200-220lbs** Height: **5' 9" - 6' 0"** Hair: **Brown/Gray** Other:

Matt accepted and signed for the documents without an issue. He confirmed that he was authorized to accept service.

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/7/2020

_Stacy Dougherty_
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _Brian Zavodnick_
Brian Zavodnick
PPLS Ref# 20-17320

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------
Donald J. Trump for President, Inc.
                              Plaintiff(s),
vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                              Defendant(s).
-------------------------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/8/2020 at 11:48 AM., at 1400 John F Kennedy Blvd (City Hall), Rm 142, Philadelphia, PA 19107 Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Garrett Dietz, Philadelphia County Supervisor of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Garrett Dietz, Philadelphia County Supervisor of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **200-220lbs** Height: **Over 6'** Hair: **Brown** Other:

Garrett accepted and signed for the documents without an issue.

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/9/2020

_Stacy Dougherty_
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _Brian Zavodnick_
Brian Zavodnick
PPLS Ref# 20-17325

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

## AFFIDAVIT OF SERVICE

Client Ref.:

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
              Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
              Defendant(s).

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/10/2020 at 3:25 PM., at 506 Broad St, Milford, PA 18337
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Nadeen Manzoni, **Pike County-** Directror of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Nadeen Manzoni, Pike County- Directror of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Nadeen accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/10/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021

X _____
Benjamin Wayne Merring
PPLS Ref# 20-17326

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
                                        Plaintiff(s),
vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                        Defendant(s).

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/10/2020 at 2:30 PM., at 925 Court Street, Honesdale, PA 18431
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Cindy Furman, **Wayne County-** Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Cindy Furman, Wayne County- Director of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Cindy accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/10/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021

X_____
Benjamin Wayne Merring
PPLS Ref# 20-17338

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

                              Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                              Defendant(s).

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/9/2020 at 2:55 PM., at 1 Courthouse Square, Tunkhannock, PA 18657
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Florence Kellett, **Wyoming County-** Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Thomas S. Henry** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Commissioner / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male Race/Skin: White Age: 51 - 65 Yrs. Weight: 240-260lbs Height: 5' 9" - 6' 0" Hair: Brown Other:

Thomas accepted and signed for the documents without an issue. He confirmed that he was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number _____

Sworn to before me on _____

NOTARY PUBLIC
Commission Expiration _____



X _____
Benjamin Wayne Merring
PPLS Ref#/20-17340

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040