Matthew J. Carmody
Regina M. Blewitt
Lawrence J. Moran, Jr.
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Luzerne County Board of Elections

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KATHY BOOCKVAR, et al.,**<br><br>Defendants. | No. 2:20-cv-966-NR |

## ENTRY OF APPEARANCE

Kindly enter the appearances of Lawrence J. Moran, Regina Blewitt and the law firm of Joyce, Carmody & Moran, P.C. on behalf of Defendant Luzerne County Board of Elections in the above-matter.

Respectfully,
*s/ Lawrence J. Moran, Jr.*
Lawrence J. Moran, Jr., ID No. 316253
Regina M. Blewitt, ID No. 205644
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Phone: 570-602-3560
Fax: 570-602-3561
E-mail: ljm@joycecarmody.com

Attorneys for Defendant
Luzerne County Board of Elections

DATED: July 17, 2020

Matthew J. Carmody
Regina M. Blewitt
Lawrence J. Moran, Jr.
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Luzerne County Board of Elections

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., **Plaintiffs,** v. KATHY BOOCKVAR, et al., **Defendants.** | No. 2:20-cv-966-NR |

### CERTIFICATE OF SERVICE

I, LAWRENCE J. MORAN, JR., certify that on this date I caused a true and correct copy of the foregoing entry of appearance to be served by ECF upon the following counsel of record and the following unrepresented parties:

Ronald L. Hicks, Jr.
Jeremy A. Mercer
Russell D. Giancola
**PORTER WRIGHT MORRIS & ARTHUR, LLP**
Six PPG Place, Third Floor
Pittsburg, PA 15222

Matthew E. Morgan
Justin Clark
**ELECTIONS, LLC**
1000 Maine Ave., SW, 4th Floor
Washington DC 20224

*Counsel for Plaintiffs*

<u>s/ Lawrence J. Moran, Jr.</u>
Lawrence J. Moran, Jr.

DATED: July 17, 2020