Matthew J. Carmody
Regina M. Blewitt
Lawrence J. Moran, Jr.
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560                                                  Attorneys for Defendant
Fax: (570) 602-3561                                                Luzerne County Board of Elections

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **KATHY BOOCKVAR, et al.,** | |
| **Defendants.** | **No. 2:20-cv-966-NR** |

## ENTRY OF APPEARANCE

Kindly enter the appearances of Lawrence J. Moran, Regina Blewitt and the

law firm of Joyce, Carmody & Moran, P.C. on behalf of Defendant Luzerne County

Board of Elections in the above-matter.

Respectfully,
*s/ Regina M. Blewitt*
Lawrence J. Moran, Jr., ID No. 316253
Regina M. Blewitt, ID No. 205644
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Phone:  570-602-3560
Fax:  570-602-3561
E-mail:  ljm@joycecarmody.com

Attorneys for Defendant
Luzerne County Board of Elections

DATED:  July 17, 2020

Matthew J. Carmody
Regina M. Blewitt
Lawrence J. Moran, Jr.
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560                                    Attorneys for Defendant
Fax: (570) 602-3561                                   Luzerne County Board of Elections

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **KATHY BOOCKVAR, et al.,** | |
| **Defendants.** | **No. 2:20-cv-966-NR** |

## CERTIFICATE OF SERVICE

I, REGINA M. BLEWITT, certify that on this date I caused a true and correct

copy of the foregoing entry of appearance to be served by ECF upon the following

counsel of record and the following unrepresented parties:

Ronald L. Hicks, Jr.
Jeremy A. Mercer
Russell D. Giancola
**PORTER WRIGHT MORRIS & ARTHUR, LLP**
Six PPG Place, Third Floor
Pittsburg, PA 15222

Matthew E. Morgan
Justin Clark
**ELECTIONS, LLC**
1000 Maine Ave., SW, 4th Floor
Washington DC 20224

*Counsel for Plaintiffs*

s/ Regina M. Blewitt
Regina M. Blewitt

DATED: July 17, 2020