IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR                      :
PRESIDENT, INC., et al.                  :
                                         :
                    Plaintiffs,          :
                                         :
        vs.                              :        No. 2:20-cv-00966-NR
                                         :
KATHY BOOCKVAR, et al,                   :        CIVIL ACTION
                                         :
                    Defendants.          :

## ENTRY OF APPEARANCE

**TO:**   PROTHONOTARY

        PLEASE enter my appearance for Defendant Somerset County Board of Elections in the above-captioned action.

                                   BARBERA, MELVIN, & SVONAVEC, LLP

Date: July 17, 2020                By: */s/ Michael P. Barbera*
                                        Michael P. Barbera, Esq.
                                        Court Adm. Cert. No.: 312378
                                   146 West Main Street
                                   P.O. Box 775
                                   Somerset, Pennsylvania 15501-0775
                                   Tel: (814) 443-4681
                                   Counsel for Defendant Somerset County
                                   Board of Elections

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

BARBERA, MELVIN, & SVONAVEC, LLP

Date: July 17, 2020

By: _ /s/ Michael P. Barbera_
Michael P. Barbera, Esq.
Court Adm. Cert. No.: 312378

146 West Main Street
P.O. Box 775
Somerset, Pennsylvania 15501-0775
Tel: (814) 443-4681

Counsel for Defendant Somerset County
Board of Elections