# NEWMAN | WILLIAMS
A PROFESSIONAL CORPORATION

| | |
|---|---|
| Gerard J. Geiger, Esq.<br>IDENTIFICATION NO. PA44099<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG, PA 18360-0511<br>(570) 421-9090 (voice)<br>(570) 424-9739 (fax)<br>ggeiger@newmanwilliams.com | Attorney for defendants:<br>Carbon County Board of Elections,<br>Monroe County Board of Elections,<br>Pike County Board of Elections, and<br>Snyder County Board of Elections |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et. al.,*<br>    Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, *et. al.,*<br>    Defendants. | No. 2:20-CV-00966-NR<br><br><br>Judge J. Nicholas Ranjan |

**Certificate of Good Standing in Support of
Motion for Admission *Pro Hac Vice*
of Gerard J. Geiger**

1. On July 10, 2020, I moved for admission to be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendants Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, and Snyder County Board of Elections. (ECF No. 41).

1

2. When the motion was filed, I had requested but not yet received the certificate of good standing that must accompany *pro hac vice* motions.

3. On July 13, 2020, the Court conditionally granted the motion, subject to my promptly submitting a certificate of good standing upon receipt. (ECF No. 53).

4. I have now received my certificate and I attach a copy as exhibit "A."

                                        NEWMAN | WILLIAMS

                                        By: _____
                                             Attorney for Defendants,
                                             Carbon, Monroe, Pike, and
                                             Snyder Counties Boards of
                                             Elections

Date: July 20, 2020



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Gerard Joseph Geiger, Esq.**

### DATE OF ADMISSION

**November 4, 1985**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 14, 2020

*Elizabeth E. Zisk*
Chief Clerk

Exhibit A

## CERTIFICATE OF SERVICE

I, Gerard J. Geiger, do hereby certify that a copy of this document has been served on all counsel via the Court's CM/ECF system, which will provide electronic notice to all parties of record.

NEWMAN | WILLIAMS

By: _____
Attorney for Defendants,
Carbon, Monroe, Pike, and
Snyder Counties Boards of
Elections

Date: July 20, 2020