IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : Civil Action <br> : <br> : |
| Plaintiffs, | : <br> : No.: 2:20-cv-966 |
| v. | : <br> : |
| KATHY BOOCKVAR, *et al.*, | : <br> : |
| Defendants. | : Judge J. Nicholas Ranjan |

## MOTION FOR ADMISSION PRO HAC VICE

Adams County Solicitor Molly R. Mudd, undersigned counsel for Defendant Adams County Board of Elections, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Adams County Board of Elections pursuant to LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151):

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Molly R. Mudd filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

*/s/ Molly R. Mudd*

Molly R. Mudd, Esq.
Adams County Solicitor
PA Bar No. 63496
117 Baltimore Street
Gettysburg, PA 13725
mmudd@adamscounty.us
*Counsel for Defendant Adams County*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | : | Civil Action |
| Plaintiffs, | : | |
| v. | : | No.: 2:20-cv-966 |
| KATHY BOOCKVAR, *et al.*, | : | |
| Defendants. | : | Judge J. Nicholas Ranjan |

**AFFIDAVIT OF MOLLY R. MUDD, ESQ., IN SUPPORT OF**

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Molly R. Mudd, Adams County Solicitor, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Adams County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Molly R. Mudd, being duly sworn, do hereby depose and say as follows:

1. I am the Solicitor for Adams County, Pennsylvania.
2. My business address is 117 Baltimore Street, Gettysburg, PA 17325.
3. I am a member in good standing of the state bar of Pennsylvania and the federal Eastern District of Pennsylvania.
4. My state bar identification number is 63496.
5. A certificate of good standing has been requested, but due to the expedited nature of the above-captioned matter, the undersigned respectfully requests provisional admission based on her sworn representations herein.
6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
8. Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 7-20-2020

*Molly R. Mudd*

Molly R. Mudd, Esq.

Counsel for Defendant Adams County