IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : :  : Civil Action No.: 2:20-cv-966-NR |
| Plaintiffs, | : : |
| v. | : : |
| KATHY BOOCKVAR, et al., | : : |
| Defendants. | : |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of Joseph A. Curcillo, III, Esquire, Chief Solicitor, Dauphin County Pennsylvania, as counsel for Defendant, Dauphin County Board of Elections, in the above-captioned action.

Respectfully submitted,

DAUPHIN COUNTY PENNSYLVANIA

Date:  July 13, 2020

*/s/Joseph A. Curcillo, III*
Joseph A. Curcillo, III, Esquire, Chief Solicitor
PA I.D. No. 44060
JCurcillo@dauphinc.org
2 South Second Street
P.O. Box 1295
Harrisburg, Pa   17108-1295
(717) 780-6301

Counsel for Defendant,
Dauphin County Board of Elections

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Joseph A. Curcillo, III*