IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action ) |
| | ) No.: 2:20-cv-00966-NR |
| Plaintiffs, | ) ) |
| v. | ) Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR; *et al.*, | ) ) ) |
| Defendants. | ) *Electronically Filed* |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record.

Please take notice that Russell D. Giancola of the firm Porter Wright Morris & Arthur LLP hereby enters his appearance as counsel of record for all Plaintiffs in this matter. I am admitted and authorized to practice in the United States District Court for the Western District of Pennsylvania.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PORTER WRIGHT MORRIS & ARTHUR LLP |
| Date: July 20, 2020 | By: */s/ Russell D. Giancola* <br> Ronald L. Hicks, Jr. (PA #49520) <br> Jeremy A. Mercer (PA #86480) <br> Russell D. Giancola (PA #200058) <br> Six PPG Place, Third Floor <br> Pittsburgh, PA 15222 <br> (412) 235-4500 (Telephone) <br> (412) 235-4510 (Fax) <br> rhicks@porterwright.com <br> jmercer@porterwright.com <br> rgiancola@porterwright.com |
|  | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing ***Notice of Appearance of Counsel*** to be filed this 20th day of July, 2020, via ECF, which system will serve notice of same on all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Russell D. Giancola*
Russell D. Giancola (PA #200058)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rgiancola@porterwright.com