# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> Defendants. | ) Civil Action <br> ) <br> ) <br> ) <br> ) <br> ) No.: 2-20-CV-966 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Judge J. Nicholas Ranjan |

## **CERTIFICATION OF SERVICE CONCERNING JULY 17, 2020 ORDER**

In accordance with the July 17, 2020 Order (ECF No. 124), the undersigned certifies as follows:

1. On Friday, July 17, 2020, true and correct copies of Plaintiffs' July 17, 2020 Reply Brief in Support of Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery, and this Court's July 17, 2020 Scheduling Order were mailed via Federal Express, Priority Overnight, to all unrepresented Defendants. Federal Express has confirmed that all unrepresented Defendants were served on Monday, July 20, 2020.

2. Additionally, on July 18, 2020 I forwarded the Reply Brief and Scheduling Order via e-mail to the Solicitors of all of the unrepresented Defendants.

3. Accordingly, by July 20, 2020, all named Defendants or their known attorneys were served with copies of the Plaintiffs' Reply Brief and this Court's Scheduling Order.

5. This certification is made pursuant to 28 U.S.C. § 1746, involving unsworn declarations under penalty of perjury.

- 2 -

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | PORTER WRIGHT MORRIS & ARTHUR LLP |
| Date: July 20, 2020 | By: | */s/ Ronald L. Hicks, Jr.* |
|  |  | Ronald L. Hicks, Jr. (PA #49520) |
|  |  | Six PPG Place, Third Floor |
|  |  | Pittsburgh, PA 15222 |
|  |  | (412) 235-4500 (Telephone) |
|  |  | rhicks@porterwright.com |
|  |  | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **CERTIFICATION** has been served by mail upon each of the parties identified in the attached Service List.

    Respectfully submitted,

    PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Ronald L. Hicks, Jr.*
    Ronald L. Hicks, Jr. (PA #49520)
    Jeremy A. Mercer (PA #86480)
    Russell D. Giancola (PA #200058)
    Six PPG Place, Third Floor
    Pittsburgh, PA 15222
    (412) 235-4500 (Telephone)
    (412) 235-4510 (Fax)
    rhicks@porterwright.com
    jmercer@porterwright.com
    rgiancola@porterwright.com

    and

    Matthew E. Morgan (DC #989591)
    Justin Clark (DC #499621)
    (admitted pro hac vice)
    Elections, LLC
    1000 Maine Ave., SW, 4th Floor
    Washington, DC 20224
    (202) 844-3812 (Telephone)
    matthew.morgan@electionlawllc.com
    justin.clark@electionlawllc.com

    *Counsel for Plaintiffs*