**CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2020, I caused the foregoing to be electronically filed and to be served on counsel of record for Plaintiffs and Defendants listed on the docket via the Court's ECF system.

                 /s/ Alex M. Lacey