IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 2:20-CV-966 |
| BOOCKVAR, C.A., ) ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

TO:   Clerk, U.S. District Court for the Western District of Pennsylvania,

    Kindly enter my appearance as counsel on behalf of the Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above case.

                            Respectfully submitted,

                            /s/ Allan J. Opsitnick
                            ALLAN J. OPSITNICK
                            County Solicitor
                            Pa. I.D. No. 28126
                            ALLEGHENY COUNTY LAW DEPT.
                            Firm No. 057
                            445 Fort Pitt Blvd., Suite 300
                            Pittsburgh, PA 15219
                            412-350-1120