IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; GLENN THOMPSON; MIKE KELLY; JOHN JOYCE; GUY RESCHENTHALER; REPUBLICAN NATIONAL COMMITTEE; MELANIE STRINGHILL PATTERSON; and CLAYTON DAVID SHOW,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*,<br><br>Defendants. | CIVIL ACTION No. 2-20-cv-966 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____ 2020, upon consideration of the Motion to Intervene as Defendants by Citizens for Pennsylvania's Future and the Sierra Club ("Applicants") and any opposition thereto, **IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED** pursuant to Fed. R. Civ. P. 24(a).

The Court further **GRANTS** Applicants leave to file a responsive pleading on the same schedule as the current Defendants as set forth in the Court's July 17, 2020 Scheduling Order, or within 3 business days of the Court's order granting this motion, whichever is later.

BY THE COURT:

_____
Hon. J. Nicholas Ranjan
United States District Judge