IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as | : | |
| Secretary of the Commonwealth of | : | Electronically Filed |
| Pennsylvania, *et al.*, | : | |
| Defendants | : | |

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of Thomas M. Caffrey, Lehigh County Solicitor on behalf of Defendant Lehigh County Board of Elections in the above-captioned matter pending *Pro Hac Vice* admission.

Respectfully submitted,

*/s/ Thomas M. Caffrey, Esq.*

THOMAS M. CAFFREY, ESQ.
County Solicitor
Lehigh County Government Center
Department of Law – Room 440
17 S. 7th Street
Allentown, PA 18101
(610) 782.3180
thomascaffrey@lehighcounty.org
PA ID 46558

Date: July 20, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, : | | |
| Plaintiffs : | No. 2:20-CV-0966-NR | |
| : | | |
| v. : | | |
| : | *Complaint Filed 6/29/20* | |
| KATHY BOOCKVAR, in her capacity as : | | |
| Secretary of the Commonwealth of : | Electronically Filed | |
| Pennsylvania, *et al.*, : | | |
| Defendants : | | |

**CERTIFICATE OF SERVICE**

    I, Thomas M. Caffrey, Lehigh County Solicitor, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

Dated: July 20, 2020                          */s/ Thomas M. Caffrey, Esq.*

                                                 THOMAS M. CAFFREY, ESQ.
                                                 County Solicitor