Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 10:23 A.M., at 117 Baltimore St, Gettysburg, PA 17325
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On Angie Crous, **Adams County** Director of Elections and Voter Reg

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Angie Crous** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Adams County Director of Elections and Voter Reg** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **45-50 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Angie accepted the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Terry Bumgardner
PPLS Ref# 20-17275

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 3:12 PM., at 76 Susquehanna St,, Jim Thorpe, PA 18229
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Lisa Dart, **Carbon County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Lisa Dart** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Carbon County- Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **180-200lbs** Height: **Seated** Hair: **Brown/Red** Other:

Lisa accepted and signed for the documents without an issue.

```
Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
```
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

Stacy Dougherty
NOTARY PUBLIC
Commission Expiration Aug 4 2023



X _____
Brian Zavodnick
PPLS Ref# 20-17287

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

    Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
    Defendant(s).

---

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 11:57 AM., at 11 W. Main Street, Bloomsburg, PA 17815
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Matthew Repasky, Columbia County Director of Voter Services

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Thea Karas** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant Deputy / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **120-140lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Thea accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
mmission number 1263946
Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

Stacy Dougherty
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _____
Brian Zavodnick
PPLS Ref# 20-17293

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

------------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

                                    Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                      Defendant(s).

------------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/13/2020 at 2:27 PM., at 1601 Ritner Highway, Carlisle, PA 17013
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Bethany Salzarulo, Cumberland County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Bethany Salzarulo** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Cumberland County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **30 - 35 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Bethany accepted the documents without an issue.

```
Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303
```

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Terry Bumgardner
PPLS Ref# 20-17295

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

                                    Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                    Defendant(s).

-----------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/13/2020 at 12:18 PM., at 2 S 2nd St, Harrisburg, PA 17101
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery On Gerald Feaser, Dauphin County Director of Elections & Reg**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **April Prough** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Administrative Assistant / Authorized to accept service thereof.**

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

April accepted the documents without an issue. She confirmed that she was authorized to accept service

---

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky. Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Terry Bumgardner
PPLS Ref# 20-17296

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------

Donald J. Trump for President, Inc.

                                        Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                        Defendant(s).

-----------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 9:38 AM., at 2 North Main Street, Chambersburg, PA 17201
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Jennie Aines, Franklin County Director (Chief of Registrations)**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Jennie Aines** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Franklin County Director (Chief of Registrations)** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **120-140lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Jennie accepted the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Terry Bumgardner
PPLS Ref# 20-17302

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-----------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 3:06 PM., at Juniata County Courthouse, Bridge and Main Streets, Mifflintown, PA 17059 Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Eve Weyrich, Juniata Couonty Director of Elections and Voter Reg.**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Eve Weyrich** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Juniata Couonty Director of Elections and Voter Reg.** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **45 - 50 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Eva accepted the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022



X _____
Terry Bumgardner
PPLS Ref# 20-17308

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-----

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 4:03 PM., at 17 S. 7th Street, Allentown, PA 18101
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Timothy Benyo, Lehigh County- Chief Clerk, Board of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Terri Harkins** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Deputy Chief Clerk / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **200-220lbs** Height: **5' 7" - 5' 10"** Hair: **Lt. Brown** Other:

Terri accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X_____
Brian Zavodnick
PPLS Ref# 20-17313

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 3:28 PM., at 20 N. Wayne St, Lewistown, PA 17044
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery On Pamela Powell, Mifflin County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Emily Price** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clerk / Authorized to accept service thereof.**

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **30 - 35 Yrs.** Weight: **180-200lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Emily accepted the documents without an issue. She confirmed that she was authorized to accept service.

```
Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303
```

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/08/2022



X _____
Terry Bumgardner
PPLS Ref# 20-17318

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.

Defendant(s).

-----------------------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 12:21 PM., at 253 Mill Street, Danville, PA 17821

Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Holly Brandon, Montour County Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to Holly Brandon personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be Montour County Director of Elections thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Holly accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X_____
Brian Zavodnick
PPLS Ref# 20-17321

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------

Donald J. Trump for President, Inc.

                                       Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                       Defendant(s).

-------------------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 10:15 AM., at 669 Washington Street, Lower Level, Easton, PA 18042
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Amy Cozze, Northampton County Election Director

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Amy Hess** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Deputy Director / Authorized to accept service.** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **160-180lbs** Height: **5' 7" - 5' 9"** Hair: **Blonde/Black** Other:

Amy accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

_____
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X_____
Brian Zavodnick
PPLS Ref# 20-17322

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

--------------------------------------------------------------------------------
Donald J. Trump for President, Inc.

                                          Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                          Defendant(s).
--------------------------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 3:32 PM., at **320 North Second St, Suite 1, Sunbury, PA 17801**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On Tara Purcell, Northumberland County Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Caleb Shaffer** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant Director / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **21 yrs old** Weight: **180-200lbs** Height: **5' 7" - 5' 9"** Hair: **Brown** Other:

Caleb accepted and signed for the documents without an issue. He confirmed that e was authorized to accept service.
NOTE: He confirmed that Tara Purcell is no longer the Director of Elections. The new director (Nathan Savidge) has not started as of this date.

```
Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
```
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

Stacy Dougherty
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _____
Brian Zavodnick
PPLS Ref# 20-17323

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 2:30 PM., at Veterans Memorial Building, 25 W Main St, New Bloomfield, PA 17068 Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Bonnie Delancey, Perry County Director of Elections & Voter Reg**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Bonnie Delancey** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Perry County Director of Elections & Voter Reg** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female Race/Skin: White Age: Over 70 Yrs. Weight: 120-140lbs Height: 5' 4" - 5' 8" Hair: Gray Other:

Bonnie accepted the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Terry Bumgardner
PPLS Ref# 20-17324

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/15/2020** at **2:10 PM.**, at **420 N. Centre Street, Pottsville, PA 17901**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Frannie Brennan, Schuyikill County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Chrissy MarMas** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clerk Typist I / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **280-300lbs** Height: **5' 7" - 5' 10"** Hair: **Black** Other:

Chrissy accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.
NOTE: Crissy confirmed that Frannie Brennan has retired from the position and that a new Director has not been name

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946

Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

NOTARY PUBLIC
Commission Expiration AUG 4 2023



X _____
Brian Zavodnick
PPLS Ref# 20-17328

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

                Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.

                Defendant(s).

---

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 2:45 PM., at 9 West Market St,, Middleburg, PA 17842
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Debbie J. Bilger, Snyder County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Debbie J. Bilger** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Snyder County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **180-200lbs** Height: **5' 4" - 5' 8"** Hair: **Brown/Blonde** Other:

Debbie accepted and signed for the documents without an issue.

---

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946

Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

*Stacy Dougherty*
NOTARY PUBLIC
Commission Expiration Aug 4, 2023



X _____
Brian Zavodnick
PPLS Ref# 20-17329

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------
Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).
-------------------------------------------------------------------------------

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 12:59 PM., at **155 N. 15th Street, Lewisburg, PA 17837**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Greg Katherman, Union County Director - Elections & Voter Registration**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Greg Katherman** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Union County Director - Elections & Voter Registration** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **200-220lbs** Height: **5' 9" - 6' 0"** Hair: **Black/Gray** Other: **Mustache**

Greg accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2023
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/17/2020

NOTARY PUBLIC
Commission Expiration Aug 4, 2023

Brian Zavodnick
PPLS Ref# 20-17334

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040