Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

------------------------------------------------------------------

Donald J. Trump for President, Inc.
                                                           Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                           Defendant(s).

------------------------------------------------------------------

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 12:10 PM., at 124 W Diamond Street, Floor LL, Butler, PA 16003
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Name unknown- **Butler County** Bureau of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Chantell McCurdy** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Registar / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Chantell accepted and signed for the documents. She confirmed that she was authorized to accept service. She also provided the name of Will White as the solictor.

Commonwealth of Pennsylvania - Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1176578

Sworn to before me on 7/20/2020

_Luciana Wellek_
NOTARY PUBLIC
Commission Expiration Dec. 5, 2021

X _Mark Noce_
Mark Noce
PPLS Ref# 20-17284

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

----------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

----------------------------------------------------------------------

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 10:50 AM., at 330 Main Street, Room 104, Clarion, PA 16214
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Cindy Callihan, Clarion County Director of Elections and Voter Reg**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Cindy Callihan** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clarion County Director of Elections and Voter Reg** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Gray** Other:

Cindy accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania – Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1176676

Sworn to before me on 7/20/2020

_Luciana Wellek_
NOTARY PUBLIC
Commission Expiration Dec. 5, 2021

X _____
Mark Noce
PPLS Ref# 20-17290

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-----------------------------------------------------------------------------

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 1:45 PM., at 903 Diamond Park, Meadville, PA 16335
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Rebecca Little, **Crawford County-** Director of Voters Services

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Rebecca Little** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Crawford County- Director of Voters Services** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Brown/Blonde** Other:

Rebecca accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1176576

Sworn to before me on 7/20/2020

Luciana Wellek
NOTARY PUBLIC
Commission Expiration Dec. 5, 2021

X _____
Mark Noce
PPLS Ref# 20-17294

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

---

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 8:40 AM., at 140 W. 6th Street, Rm 112, Erie, PA 16501
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Tonia Fernandez, Erie County Election Supervisor**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Tonia Fernandez** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Erie County Election Supervisor** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **120-140lbs** Height: **5' 0" - 5' 3"** Hair: **Red** Other:

Tonia accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1178576

Sworn to before me on 7/20/2020

Luciana Wellek
NOTARY PUBLIC
Commission Expiration Dec. 5, 2021

X _____
Mark Noce
PPLS Ref# 20-17299

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

                                        Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                        Defendant(s).

---

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/15/2020 at 1:01 PM.**, at **5 Mercer County Courthouse, Mercer, PA 16137**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Jeffrey W. Greenburg, Mercer County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Jeffrey W. Greenburg** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Mercer County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Jeffrey accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1176576

Sworn to before me on 7/20/2020

_Luciana Wellek_
NOTARY PUBLIC
Commission Expiration Dec. 5, 2021

                                                                       X _____
                                                                           Mark Noce
                                                                       PPLS Ref# 20-17317

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----

Donald J. Trump for President, Inc.

                                  Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                  Defendant(s).

-----

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 10:03 AM., at 1174 Elk Street, Courthouse Annex, 2nd Floor, Franklin Grove, PA 16323
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Sabrina Backer, Venango Couonty Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Sabrina Backer** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Venango Couonty Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Lt. Brown** Other:

Sabrina accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania – Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1176576

Sworn to before me on 7/20/2020

Luciana Wellek
NOTARY PUBLIC
Commission Expiration Dec. 5, 2021

Mark Noce
PPLS Ref# 20-17335

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

---

State of Pennsylvania: County of Erie ss: Mark Noce, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 8:45 AM., at 204 4th Avenue, Warren, PA 16365
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Lisa Rivett, **Warren County** Director of Elections

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Lisa Rivett** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Warren County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **160-180lbs** Height: **5' 4" - 5' 8"** Hair: **Gray** Other:

Lisa accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania – Notary Seal
Luciana Wellek, Notary Public
Erie County
My Commission Expires December 05, 2021
Commission Number 1176578

Sworn to before me on 7/20/2020

Luciana Wellek
NOTARY PUBLIC
Commission Expiration Dec 5, 2021

Mark Noce
PPLS Ref# 20-17336

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040