# EXHIBIT "1"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Adam R. Roseman, Esq.*

**DATE OF ADMISSION**

*December 3, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 8, 2020

John W. Person Jr., Esq.
Deputy Prothonotary