IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) CIVIL ACTION ) ) No.: 2:20-cv-00966-NR ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, | |
| Defendants. | |

**ORDER**

AND NOW, this ____ day of _____, 2020, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of George J. Farrell is GRANTED. The Clerk is directed to enter George J. Farrell as counsel *pro hac vice* for Proposed Intervenors, the Pennsylvania State Democratic Party, Congressman Dwight Evans, State Senators Sharif Street, Vincent Hughes, Art Haywood, and Anthony Williams, State Representatives Danillo Burgos, Morgan Cephas, Austin Davis, Isabella Fitzgerald, Edward Gainey, Jordan Harris, Mary Isaacson, Malcolm Kenyatta, Patty Kim, Stephen Kinsey, and Peter Schweyer, and candidates for office Nina Ahmad, Anton Andrew, Janet Diaz, Manuel M. Guzman, Jr., and Rick Krajewski on the docket in the above-captioned matter.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) )  ) CIVIL ACTION |
| Plaintiffs, | ) ) |
| v. | ) No.: 2:20-cv-00966-NR ) |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**INTERVENORS' MOTION FOR ADMISSION *PRO HAC VICE*
OF GEORGE J. FARRELL, ESQ.**

George J. Farrell, undersigned counsel for Proposed Intervenors, the Pennsylvania State Democratic Party, Congressman Dwight Evans, State Senators Sharif Street, Vincent Hughes, Art Haywood, and Anthony Williams, State Representatives Danillo Burgos, Morgan Cephas, Austin Davis, Isabella Fitzgerald, Edward Gainey, Jordan Harris, Mary Isaacson, Malcolm Kenyatta, Patty Kim, Stephen Kinsey, and Peter Schweyer, and candidates for office Nina Ahmad, Anton Andrew, Janet Diaz, Manuel M. Guzman, Jr., and Rick Krajewski (collectively "Proposed Intervenors")[1], hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Intervenors pursuant to Local Civil Rule 83.2(B).

---

[1] This Court has not yet ruled on Intervenors' July 13, 2020 Motion to Intervene. Dkt. 83 and 85.

In support of this Motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of George J. Farrell filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: July 21, 2020                                **GREENBERG TRAURIG, LLP**

*s/ George J. Farrell*
George J. Farrell, Esquire
1717 Arch Street, Suite 400
Philadelphia, PA 19103
P: (215) 988-7867
farrellg@gtlaw.com

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I, George J. Farrell, hereby certify that on this 21st day of July 2020, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac* Vice of George J. Farrell, Esquire to be filed and served *via* ECF to all counsel of record:

                                                *s/ George J. Farrell*
                                                George J. Farrell

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) ) |
| v. | ) No.: 2:20-cv-00966-NR ) |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

**AFFIDAVIT OF GEORGE J. FARRELL IN SUPPORT OF INTERVENORS' MOTION FOR ADMISSION *PRO HAC VICE***

I, GEORGE J. FARRELL, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Intervenors, the Pennsylvania State Democratic Party, Congressman Dwight Evans, State Senators Sharif Street, Vincent Hughes, Art Haywood, and Anthony Williams, State Representatives Danillo Burgos, Morgan Cephas, Austin Davis, Isabella Fitzgerald, Edward Gainey, Jordan Harris, Mary Isaacson, Malcolm Kenyatta, Patty Kim, Stephen Kinsey, and Peter Schweyer, and candidates for office Nina Ahmad, Anton Andrew, Janet Diaz, Manuel M. Guzman, Jr., and Rick Krajewski[1] pursuant to Local Civil Rule 83.2(B).

I, GEORGE J. FARRELL, being duly sworn, do hereby depose and say as follows:

1. I am an Associate with the law firm of Greenberg Traurig, LLP.

2. My office is located at 1717 Arch Street, Suite 400, Philadelphia, PA 19103.

---

[1] This Court has not yet ruled on Intervenors' July 13, 2020 Motion to Intervene. Dkt. 83 and 85.

3. I am admitted and a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4. My Pennsylvania bar identification number is 324521.

5. My New Jersey bar identification number is 262412018.

6. Certificate of Good Standing from the Supreme Court for the Commonwealth of Pennsylvania is attached hereto as Exhibit 1.

7. I am also a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania.

8. I attest that I am not now, nor have I ever been, the subject of any disciplinary proceedings in the bar of any state or any United States court.

9. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

10. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

11. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 21, 2020                                             Respectfully Submitted,

                                                                         *s/ George J. Farrell*
                                                                         George J. Farrell, Esquire