# EXHIBIT "1"



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

## *George Jeffrey Farrell, Esq.*

### DATE OF ADMISSION

### *January 16, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 8, 2020**

John W. Person Jr., Esq.
Deputy Prothonotary