**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.: 2-20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | ) ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearances of Frank A. Blum, Esquire and Kim C. Kesner, Esquire on behalf of Defendant Clearfield County Board of Elections, only relative to the above-referenced matter.

DATE: July 21, 2020                                            Respectfully submitted,

                                                                           By:   */s/ Frank A. Blum*

                                                                       Frank A. Blum
                                                                       PA I.D. No. 40501
                                                                       Blum29@gmail.com
                                                                       Law Office of Heather L. Bozovich
                                                                       114 S. 2nd Street
                                                                       Clearfield, PA 16830
                                                                       Phone: (814) 290-0566
                                                                       Fax: (814) 290-0529

By:   */s/ Kim C. Kesner*

Kim C. Kesner
PA I.D. No. 28307
attorneykesner@gmail.com
Law Office of Heather L. Bozovich
114 S. 2nd Street
Clearfield, PA 16830
Phone: (814) 290-0566
Fax: (814) 290-0529

## **CERTIFICATE OF SERVICE**

I, Frank A. Blum, do hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically and I served a true and correct copy of the foregoing document via ECF to all counsel of record.

By: ___/s/ Frank A. Blum___

Date: July 21, 2020      *Attorneys for Clearfield County*