IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as | : | |
| Secretary of the Commonwealth of | : | Electronically Filed |
| Pennsylvania, *et al.*, | : | |
| Defendants | : | |

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of Sarah M. Murray, Lehigh County Deputy Solicitor on behalf of Defendant Lehigh County Board of Elections in the above-captioned matter pending *Pro Hac Vice* admission.

                                                   Respectfully submitted,

                                                   */s/ Sarah M. Murray, Esq.*

                                                   SARAH M. MURRAY, ESQ.
                                                   Deputy County Solicitor
                                                   Lehigh County Government Center
                                                   Department of Law – Room 440
                                                   17 S. 7th Street
                                                   Allentown, PA 18101
                                                   (610) 782.3180
                                                   sarahmurray@lehighcounty.org
                                                   PA Attorney ID No. 203206

Date: July 21, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : | Electronically Filed |
| Defendants | : | |

## **CERTIFICATE OF SERVICE**

    I, Sarah M. Murray, Lehigh County Deputy Solicitor, do hereby certify that I caused the foregoing **Entry of Appearance**, to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

Dated: July 21, 2020                     */s/ Sarah M. Murray, Esq.*

                                                     SARAH M. MURRAY, ESQ.
                                                     Deputy County Solicitor