IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, : | | |
| Plaintiffs : | No. 2:20-CV-0966-NR | |
| : | | |
| v. : | | |
| : | *Complaint Filed 6/29/20* | |
| KATHY BOOCKVAR, in her capacity as : | | |
| Secretary of the Commonwealth of : | Electronically Filed | |
| Pennsylvania, *et al.*, : | | |
| Defendants : | | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS M. CAFFREY**

Thomas M. Caffrey, Lehigh County Solicitor, hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant Lehigh County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and respectfully submits the following:

1. Plaintiffs, Donald J. Trump for President, Inc., Glenn Thompson, Mike Kelly, John Joyce, Guy Reschenthaler, Republican National Committee, Melanie Stringhill Patterson, and Clayton David Show, have filed a complaint, naming Kathy Boockvar, the Secretary of the Commonwealth of Pennsylvania, and a number of other individuals and/or entities; including the Lehigh County Board of Elections, as Defendants.

2. Plaintiffs raise various constitutional challenges to the administration of the upcoming November general election.

3.  The undersigned is the Solicitor of Lehigh County who will be assisting with the defense of this matter.

4.  Pursuant to the requirements set forth in Local Rule 83.2, please find attached a declaration of Thomas M. Caffrey certifying the undersigned is both a registered ECF user and familiar with the Local Rules of Court. *See Attachment 1*.

5. Also attached, is an Affidavit in Support of Motion for Admission *Pro Hac Vice*. *See Attachment 2*.

WHEREFORE, it is respectfully requested that County Solicitor, Thomas M. Caffrey be admitted to practice in the United States District Court for the Western District of Pennsylvania *pro hac vice,* for the purposes of the above-captioned case on behalf of Defendant Lehigh County Board of Elections.

Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
Phone: (610) 434-4418
Fax: (610) 465-8776
Email: tcaffrey@rcn.com

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Motion for Admission *Pro Hac Vice* of Thomas M. Caffrey, to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

Dated: July 22, 2020					*Thomas M. Caffrey*
									Thomas M. Caffrey, Esq.