IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : : : | |
| Defendants | : | |

**CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.2(B), I, Thomas M. Caffrey, hereby attest that the following is true and correct:

1. I have read, know, and understand the Local Rules of Civil Procedure for the District Court of Western Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

Dated: July 22, 2020                                 Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
Phone: (610) 434-4418
Fax: (610) 465-8776
Email: tcaffrey@rcn.com

Attachment 1