IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, : | | |
| Plaintiffs : | | No. 2:20-CV-0966-NR |
| : | | |
| v. : | | |
| : | | *Complaint Filed 6/29/20* |
| : | | |
| KATHY BOOCKVAR, in her capacity as : | | |
| Secretary of the Commonwealth of : | | Electronically Filed |
| Pennsylvania, *et al.*, : | | |
| Defendants : | | |

**AFFIDAVIT OF THOMAS M. CAFFREY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Thomas M. Caffrey, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Lehigh County Board of Elections pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151). I do hereby depose and say as follows:

1. I am the County Solicitor of the County of Lehigh, Pennsylvania.

2. My business address is PO Box A, Coplay, Pennsylvania 18037-0200.

3. I am a member in good standing of the bars of the Supreme Court of Pennsylvania and the Eastern District of Pennsylvania.

4. My bar identification number is 46558.

5. A current certificate of good standing from the United States District

Court for the Eastern District of Pennsylvania shall be presented to the Court upon receipt of same.

6. There are no previous disciplinary proceedings concerning my practice of law that have resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 22, 2020                                                  Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
Phone: (610) 434-4418
Fax: (610) 465-8776
Email: tcaffrey@rcn.com