IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, : | | |
| Plaintiffs : | | No. 2:20-CV-0966-NR |
| : | | |
| v. : | | |
| : | | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as : | | |
| Secretary of the Commonwealth of : | | Electronically Filed |
| Pennsylvania, *et al.*, : | | |
| Defendants : | | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH M. MURRAY**

Sarah M. Murray, Lehigh County Deputy Solicitor, hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant Lehigh County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and respectfully submits the following:

1. Plaintiffs, Donald J. Trump for President, Inc., Glenn Thompson, Mike Kelly, John Joyce, Guy Reschenthaler, Republican National Committee, Melanie Stringhill Patterson, and Clayton David Show, have filed a complaint, naming Kathy Boockvar, the Secretary of the Commonwealth of Pennsylvania, and a number of other individuals and/or entities, including the Lehigh County Board of Elections, as Defendants.

2. Plaintiffs raise various constitutional challenges to the administration of the upcoming November general election.

3. The undersigned is a Deputy Solicitor of Lehigh County who will be assisting with the defense of this matter.

4. Pursuant to the requirements set forth in Local Rule 83.2, please find attached a declaration of Sarah M. Murray certifying the undersigned is both a registered ECF user and familiar with the Local Rules of Court. *See Attachment 1*.

5. Also attached, is an Affidavit in Support of Motion for Admission *Pro Hac Vice*. *See Attachment 2.*

WHEREFORE, it is respectfully requested that Deputy County Solicitor, Sarah M. Murray be admitted to practice in the United States District Court for the Western District of Pennsylvania *pro hac vice,* for the purposes of the above-captioned case on behalf of Defendant Lehigh County Board of Elections.

Respectfully Submitted:

*/s/ Sarah M. Murray, Esq.*

SARAH M. MURRAY, ESQ.
Deputy County Solicitor
Lehigh County Government Center
Department of Law – Room 440
17 S. 7th Street
Allentown, PA 18101
Phone: 610-782-3180
Fax: 610-871-2796
sarahmurray@lehighcounty.org
PA Attorney ID No. 203206

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Motion for Admission *Pro Hac Vice* of Sarah M. Murray, to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

Dated: July 22, 2020                                          */s/ Sarah M. Murray, Esq.*

                                                              SARAH M. MURRAY, ESQ.
                                                              Deputy County Solicitor