IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : : : | |
| Defendants | : | |

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2(B), I, Sarah M. Murray, hereby attest that the following is true and correct:

1. I have read, know, and understand the Local Rules of Civil Procedure for the United States District Court for the Western District of Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

Dated: July 22, 2020

Respectfully Submitted:

*/s/ Sarah M. Murray, Esq.*

SARAH M. MURRAY, ESQ.
Deputy County Solicitor
Lehigh County Government Center
Department of Law – Room 440
17 S. 7th Street
Allentown, PA 18101
Phone: 610-782-3180
Fax: 610-871-2796
sarahmurray@lehighcounty.org
PA Attorney ID No. 203206

Attachment 1