IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as | : | |
| Secretary of the Commonwealth of | : | |
| Pennsylvania, *et al.*, | : | |
| Defendants | : | |

## O R D E R

AND NOW, to-wit, this _____ day of July, 2020, upon consideration of the foregoing **Motion for Admission *Pro Hac Vice* of Sarah M. Murray** it is hereby **ORDERED** that this motion is **GRANTED**.

AS SUCH, Sarah M. Murray, Deputy Solicitor of the County of Lehigh, is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in conjunction with the above-captioned case on behalf of Defendant, Lehigh County Board of Elections.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge