# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | Civil Action |
| Plaintiffs, | |
| v. | No.: 2-20-cv-966-NR |
| KATHY BOOCKVAR; *et al.*, | |
| Defendants. | Judge J. Nicholas Ranjan |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Gregory D. Sobol, Esquire, Jefferson County Solicitor, as counsel for Defendant, Jefferson County Board of Elections, in the above-captioned action.

Respectfully submitted,

COUNTY OF JEFFERSON

Date: July 22, 2020

/s/ Gregory D. Sobol
Gregory D. Sobol, Esquire
PA I.D. No. 321189
gds@zwick-law.com
Zwick & Zwick LLP
171 Beaver Drive
P.O. Box 1127
DuBois, PA  15801
Telephone: (814) 371-6400
Fax: (814) 503-8453

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

Date: July 22, 2020                                                 /s/ Gregory D. Sobol