UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>Defendants. | Civil Action No.: 2:20-CV-966-NR |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## DALE E. HO

Proposed Intervenors the National Association for the Advancement of Colored People ("NAACP") Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Applicants") respectfully move for the admission *pro hac vice* of Dale E. Ho pursuant to Local Civil Rules 83.2 and 83.3, should this court grant their Motion to Intervene (ECF No. 103).

Attached hereto is an Affidavit for movant Dale E. Ho, in support of this motion, as well as a certificate of good standing from the New York State Bar.

Dated: July 22, 2020

/s/ *Dale E. Ho*
Dale E. Ho
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2693
dho@aclu.org

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all counsel of record by means of the Court's electronic filing system.

    /s/ *Dale E. Ho*
Dale E. Ho

Dated: July 22, 2020