IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>  Defendants. | Civil Action No.: 2:20-CV-966-NR |

## CERTIFICATION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.2 (B), I, Dale E. Ho, hereby attest that the following is true and correct:

1. I have read, know and understand the Local Rules of Civil Procedure for the United States District Court for the Western District of Pennsylvania; and

2. I am a registered user of the ECF for the United States District Court for the Western District of Pennsylvania.

                                                      Respectfully submitted,

Date: July 22, 2020

                                            *s/ Dale E. Ho*
                                            Dale E. Ho
                                            American Civil Liberties Union Foundation
                                            125 Broad Street, 18th Floor
                                            New York, NY 10004
                                            Tel.: (212) 549-2693
                                            dho@aclu.org