IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>　　　　Defendants. | Civil Action No.: 2:20-CV-966-NR |

## **DECLARATION OF DALE E. HO**

I, Dale E. Ho, declare as follows:

1.　　I have been the Director of the American Civil Liberties Union Voting Rights Project since May 2013. I was also Assistant Counsel at the NAACP Legal Defense and Educational Fund from September 2009 to April 2013.

2.　　My office is located at 125 Broad Street, 18th Floor, New York, NY 10004.

3.　　I am a member in good standing of the Bar of New York, No. 4445326.

4.　　I am a member in good standing of the bars of the New York Supreme Court, Appellate Division, First Judicial Department; Eastern District of New York; Southern District of New York; Northern District of New York; Eastern District of Wisconsin; U.S. District Court for the District of Columbia; U.S. Court of Appeals for the District of Columbia Circuit; U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit; U.S. Court of Appeals for the Sixth Circuit, U.S.

Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Tenth Circuit, and the U.S. Supreme Court.

5. Attached as Exhibit A to this declaration is my certificate of good standing from the Supreme Court of New York.

6. I have never been the subject of any disciplinary proceeding by any court.

7. I read, know, and understand the Local Rules of the United States District Court for the Western District of Pennsylvania.

8. I have become a registered user of the electronic filing system for this Court. The foregoing statements are made with knowledge of the penalties for perjury.

/s/*Dale E. Ho*
Dale E. Ho

Dated: July 22, 2020

EXHIBIT A

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Dale Edwin Ho

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 16, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**March 6, 2020**

Clerk of the Court

3340