IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>    Defendants. | Civil Action No.: 2:20-CV-966-NR |

## ORDER GRANTING MOTION FOR ADMISSION FOR *PRO HAC VICE* OF DALE E. HO

AND NOW, to wit, this _____, day of July 2020, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Dale E. Ho, it is hereby ORDERED that this motion is GRANTED.

AS SUCH, Dale E. Ho, Director of the ACLU Voting Rights Project, is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in the above-captioned case on behalf of Proposed Intervenors the National Association for the Advancement of Colored People ("NAACP") Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge