UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> Defendants. | Civil Action No.: 2:20-CV-966-NR |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**

**ADRIEL I. CEPEDA DERIEUX**

Proposed Intervenors the National Association for the Advancement of Colored People ("NAACP") Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Applicants") respectfully move for the admission *pro hac vice* of Adriel I. Cepeda Derieux pursuant to Local Civil Rules 83.2 and 83.3, should this court grant their Motion to Intervene (ECF No. 103).

Attached hereto is an Affidavit for movant Adriel I. Cepeda Derieux, in support of this motion, as well as a certificate of good standing from the New York State Bar.

Dated: July 22, 2020

/s/ *Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all counsel of record by means of the Court's electronic filing system.

                                                /s/ *Adriel I. Cepeda Derieux*
                                                Adriel I. Cepeda Derieux

Dated: July 22, 2020