IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>   Defendants. | Civil Action No.: 2:20-CV-966-NR |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## SARAH E. BRANNON

Proposed Intervenors the National Association for the Advancement of Colored People ("NAACP") Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and Kathleen Wise (collectively, "Applicants") respectfully move for the admission *pro hac vice* of Sarah E. Brannon pursuant to Local Civil Rules 83.2 and 83.3, should this court grant their Motion to Intervene (ECF No. 103).

Attached hereto is an Affidavit for movant Sarah E. Brannon, in support of this motion, as well as a certificate of good standing from the Maryland State Bar.

Dated: July 22, 2020

/s/ *Sarah E. Brannon*
Sarah E. Brannon
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
(212) 549-2500
sbrannon@aclu.org

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served on all counsel of record by means of the Court's electronic filing system.

                                                  /s/ *Sarah E. Brannon*
                                                  Sarah E. Brannon

Dated: July 22, 2020