AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al </br>*Plaintiff*</br> v. </br> KATHY BOOCKVAR, et al </br>*Defendant* | ) ) ) ) ) ) Case No. 2-20-CV-966-NR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Erie County Board of Elections.

Date:   07/15/2020

*Attorney's signature*

Thomas S. Talarico 36256
*Printed name and bar number*
230 West 6th Street
Suite 202
Erie, PA  16507

*Address*

ttalarico@nwpalawyers.com
*E-mail address*

(814) 459-4472
*Telephone number*

(814) 454-5851
*FAX number*