IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., | ) ) ) | Civil Action |
| Plaintiffs | ) ) | |
| v. | ) ) | No.: 2-20-CV-996-NR |
| KATHY BOOCKVAR; et al., | ) ) ) | |
| Defendants | ) ) | Judge J. Nicholas Ranjan |

JOINDER

Defendant, Erie County Board of Elections, does hereby formally Join the Defendant, Kathy BOockvar, Secretary of the Commonwealth, in the defense of the above-captioned matter, including any Answer, Pleading, Motion, Discovery and Argument prepared and filed by the Defendant, Kathy Boockvar, Secretary of the Commonwealth.

Date: July 22, 2020

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant,
Erie County Board of Elections
230 West Sixth Street, Suite 202
Erie, Pennsylvania 16507
(814) 459-4472
Supreme Court ID 36256