IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> Defendants. | Civil Action <br><br><br> No. 2:20-CV-00966 <br><br><br><br> Judge J. Nicholas Ranjan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZA SWEREN-BECKER**

Eliza Sweren-Becker, undersigned counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and the Sierra Club, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and the Sierra Club pursuant to LCvR 83.2(B).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Eliza Sweren-Becker filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 22, 2020

Respectfully submitted,

*/s/ Eliza Sweren-Becker*
Eliza Sweren-Becker (N.Y. Bar No. 5424403)
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
eliza.sweren-becker@nyu.edu
Phone: (646) 292-8319
Fax: (212) 463-7308

*Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and the Sierra Club*