IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>　　　　Defendants. | Civil Action No.: 2:20-CV-00966 |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MYRNA PÉREZ

AND NOW, to wit, this _____, day of _____ 2020, upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Myrna Pérez, it is hereby ORDERED that this motion is GRANTED.

AS SUCH, Myrna Pérez is hereby admitted to practice in the United States District Court for the Western District of Pennsylvania in the above-captioned case on behalf of Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and the Sierra Club.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Hon. J. Nicholas Ranjan
　　　　　　　　　　　　　　United States District Judge