IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.: 2-20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

**CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTINA L. HAUSNER**

1. On July 13, 2020, I moved for admission to be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant Lancaster County Board of Elections.

2. When the Motion was filed, I had requested but not yet received the Certificate of Good Standing that must accompany *pro hac vice* motions.

3. On July 14, 2020, the Court conditionally granted the motion, subject to my promptly submitting a Certificate of Good Standing upon receipt.

4. I have now received my certificate and I attach a copy as Exhibit "A."

                                              Respectfully submitted,

                                              By /s/Christina L. Hausner/

                                              Christina L. Hausner, Bar ID No. 32373
                                              Lancaster County Solicitor
                                              150 North Queen Street, Suite #714
                                              Lancaster, PA 17603
                                              Tel: 717-735-1584
                                              Fax: 717-293-7208
                                              CHausner@co.lancaster.pa.us
Date: July 23, 2020                          *Attorney for Lancaster County Board of Elections*