Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

---

State of Pennsylvania: County of Blair ss: Ray Benton, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/9/2020** at **8:41 AM.**, at **200 S. Juliana Street, Bedford, PA 15522**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Debra Brown, Bedford County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Debra Brown, Bedford County- Director of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Chief Clerk- Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Debra accepted service without an issue.

Commonwealth of Pennsylvania - Notary Seal
Lori S. Claar, Notary Public
Blair County
My commission expires October 22, 2022
Commission number 1027191
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/14/2020

NOTARY PUBLIC
Commission Expiration 10/22/2022



X _____
Ray Benton
PPLS Ref# 20-17279

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

---

State of Pennsylvania: County of Dauphin ss: Chad Spotts, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 1:06 PM., at 633 Court Street, 1st Floor, Reading, PA 19601
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Deborah Olivieri, Berks County- Director**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Deborah Olivieri** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Berks County- Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **50 - 55 Yrs.** Weight: **140-160lbs** Height: **5' 9" - 6' 0"** Hair: **Blonde** Other:

Debbie accepted service without an issue.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration /09/28/2022

X _____
Chad Spotts
PPLS Ref# 20-17280

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

------------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

------------------------------------------------------------------------------------

State of Pennsylvania: County of Blair ss: Ray Benton, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/10/2020 at 11:15 AM., at 423 Allegheny St, Suite 047, Hollidaysburg, PA 16648
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On Sarah Seymour**, Blair County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Bonita McHugh** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Voter Reg Assistant / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **220 - 240lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Bonita accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

Commonwealth of Pennsylvania - Notary Seal
Lori S. Claar, Notary Public
Blair County
My commission expires October 22, 2022
Commission number 1027191
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/14/2020

NOTARY PUBLIC
Commission Expiration 10/22/2022

X _____
Ray Benton
PPLS Ref# 20-17281

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Blair ss: Ray Benton, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/13/2020** at **11:10 AM.**, at **200 S. Center St, Edensburg, PA 15931**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Shirley Crowl, Cambria County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Shirley Crowl, Cambria County-Director of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Shirley accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Lori S. Claar, Notary Public
Blair County
My commission expires October 22, 2022
Commission number 1027191
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/14/2020

NOTARY PUBLIC
Commission Expiration 10/22/2022



X _____
Ray Benton
PPLS Ref# 20-17285

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-------------------------------------------------------------------------------

State of Pennsylvania: County of Blair ss: Ray Benton, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/10/2020** at **1:28 PM.**, at **420 Holmes St, Bellefonte, PA 16823**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Joyce E. McKinley, Centre County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Latisha Stefanilo** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Voter Reg Coordinator / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **Black** Age: **36 - 50 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Latisha accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

Commonwealth of Pennsylvania - Notary Seal
Lori S. Claar, Notary Public
Blair County
My commission expires October 22, 2022
Commission number 1027191
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/14/2020

NOTARY PUBLIC
Commission Expiration 10/22/2020



X _____
Ray Benton
PPLS Ref# 20-17288

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
                                                       Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                       Defendant(s).

State of Pennsylvania: County of Blair ss: Ray Benton, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/10/2020** at **12:12 PM.**, at **223 Penn St, Huntingdon Valley, PA 16652**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Tammy Thompson, Huntingdon County- Election Coordinator**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Tracey Rhodes** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Chief Deputy Clerk / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **180-200lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Tracey accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

> Commonwealth of Pennsylvania - Notary Seal
> Lori S. Claar, Notary Public
> Blair County
> My commission expires October 22, 2022
> Commission number 1027191
> Member, Pennsylvania Association of Notaries

Sworn to before me on 7/14/2020

NOTARY PUBLIC
Commission Expiration 10/22/2022



X _____
Ray Benton
PPLS Ref# 20-17305

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-----------------------------------------------------------------------------------------

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/13/2020** at **2:00 PM.**, at **123 Wyoming Ave, 2nd fl, Scranton, PA 18503**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Marion Medalis, Lackawanna County- Director- Department of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Marion Medalis, Lackawanna County- Director- Department of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **180-200lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Marion accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1331712

Sworn to before me on 7/16/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021

X Benjamin Wayne Merring
PPLS Ref# 20-17309

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Case 2:20-cv-00966-NR   Document 164   Filed 07/23/20   Page 8 of 14

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-----------------------------------------------------------------------------------
Donald J. Trump for President, Inc.
                                                          Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                         Defendant(s).
-----------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Chad Spotts, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 11:49 AM., at 400 South 8th Street, Municipal Building, Room 209, Lebanon, PA 17042
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On Michael L Anderson, Lebanon County- Director of Elections and Voter Reg

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to Michael L Anderson personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be Lebanon County- Director of Elections and Voter Reg thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male Race/Skin: White Age: 50 - 55 Yrs. Weight: 180-200lbs Height: Over 6' Hair: Brown Other:

Michael accepted service without an issue.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Chad Spotts
PPLS Ref# 20-17312

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-------------------------------------------------------------------------------------

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/9/2020** at **4:05 PM.**, at **20. N. Pennsylvania Ave, Suite 207, Wilkes-Barre, PA 18701**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Shelby Watchilla, Luzerne County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Marian Morris** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Inspector / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **180-200lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Marian accepted and signed for the documents She first contacted Shelby Watchilla and confirmed that she was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission # 1321779

Sworn to before me on 7/16/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021

X _____
Benjamin Wayne Merring
PPLS Ref# 20-17314

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-------------------------------------------------------------------------------------

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/13/2020** at **1:40 PM.**, at **One Quaker Plaza, Rm 105, Stroudsburg, PA 18360**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On Sarah May Silfee, **Monroe County- D**irector of Elections and Voter Reg.

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Mary Dunkelberger** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Records Tech / Authorized to accept Service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **100 - 120lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Mary accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service

COMMONWEALTH OF PENNSYLVANIA

Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/16/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021



X _____
Benjamin Wayne Merring
PPLS Ref# 20-17319

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

---

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/10/2020** at **3:25 PM.**, at **506 Broad St, Milford, PA 18337**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Nadeen Manzoni, Pike County- Directror of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Nadeen Manzoni, Pike County- Directror of Elections** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Nadeen accepted and signed for the documents without an issue.

---

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/16/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021

Benjamin Wayne Merring
PPLS Ref# 20-17326

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AMENDED AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------------

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

-------------------------------------------------------------------------------------

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/9/2020** at **2:00 PM.**, at **31 Lake Avenue, Montrose, PA 18801**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Macy Rudock, Susquehannah County- Election Director**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Melissa Brunges** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant Director / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **140-160lbs** Height: **5' 6" - 5' 9"** Hair: **Brown** Other:

Melissa accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA

Amy Besket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number 1321779

Sworn to before me on 7/20/2020

Amy Besket
NOTARY PUBLIC
Commission Expiration 10/3/2021

X _____
Benjamin Wayne Merring
PPLS Ref# 20-17332

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

-------------------------------------------------------------------------------------
Donald J. Trump for President, Inc.

                                               Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                               Defendant(s).
-------------------------------------------------------------------------------------

State of Pennsylvania: County of Lackawanna ss: Benjamin Wayne Merring, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/9/2020** at **2:55 PM.**, at **1 Courthouse Square, Tunkhannock, PA 18657**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Florence Kellett, Wyoming County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Thomas S. Henry** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Commiissioner / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **240-260lbs** Height: **5' 9" - 6' 0"** Hair: **Brown** Other:

Thomas accepted and signed for the documents without an issue. He confirmed that he was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
Amy Bosket, Notary Public
Lackawanna County
My Commission Expires October 3, 2021
Commission Number

Sworn to before me on 7/16/2020

NOTARY PUBLIC
Commission Expiration 10/3/2021



X _____
Benjamin Wayne Merring
PPLS Ref#/20-17340

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

--------------------------------------------------------------------------------
Donald J. Trump for President, Inc.
                                           Plaintiff(s),
vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                           Defendant(s).
--------------------------------------------------------------------------------

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 11:57 AM., at 28 E. Market Street, York, PA 17401
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On  Steve Ulrich, **York County** Director

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Larna Kennedy** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clerk / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **Black** Age: **36 - 45 Yrs.** Weight: **150-170lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Larna accepted service without an issue. She confirmed that she was authorized to accept service.

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022

X _____
Terry Bumgardner
PPLS Ref# 20-17341

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040