**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al*.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KATHY BOOCKVAR; *et al*.,<br><br>　　　　Defendants. | Civil Action No.: 2:20-CV-966-NR |

**ORDER GRANTING MOTION FOR ADMISSION FOR *PRO HAC VICE*
OF DALE E. HO**

AND NOW, to wit, this_____, day of July 2020, upon consideration

of the foregoing Motion for Admission *Pro Hac Vice* of Dale E. Ho, it is hereby ORDERED that

this motion is GRANTED.

AS SUCH, Dale E. Ho, Director of the ACLU Voting Rights Project, is hereby admitted to

practice in the United States District Court for the Western District of Pennsylvania in the above-

captioned case on behalf of Proposed Intervenors the National Association for the Advancement

of Colored People ("NAACP") Pennsylvania State Conference, Common Cause Pennsylvania,

League of Women Voters of Pennsylvania, Patricia DeMarco, Danielle Graham Robinson, and

Kathleen Wise.


　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　_____
　　　　　　　　　　　　United States District Judge