IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR     :
PRESIDENT, INC., et al.,      :
              : Civil Action No.: 2:20-cv-966-NR
     Plaintiffs,    :
              :
  v.           :
              :
KATHY BOOCKVAR, et al.,    :
              :
     Defendants.   :

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Steven B. Silverman, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendants, Armstrong County Board of Elections; Huntingdon County Board of Elections; Lawrence County Board of Elections; Montour County Board of Elections, Venago County Board of Elections; and York County Board of Elections, in the above-captioned action.

            Respectfully submitted,

            BABST, CALLAND, CLEMENTS
            and ZOMNIR, P.C.

Date:  July 23, 2020      */s/ Steven B. Silverman*
            Steven B. Silverman
            PA I.D. No. 56829
            ssilverman@babstcalland.com
            Two Gateway Center, 6th Floor
            Pittsburgh, PA 15222
            412-394-5400

            *Counsel for Defendants, Armstrong County*
            *Board of Elections; Huntingdon County*
            *Board of Elections; Lawrence County Board*
            *of Elections; Montour County Board of*
            *Elections, Venago County Board of Elections;*
            *and York County Board of Elections*

*Also counsel for Bedford County Board of Elections, Blair County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Indiana County Board of Elections, Lackawanna County Board of Elections, Mercer County Board of Elections, Northumberland County Board of Elections, and Centre County Board of Elections (appearance previously entered)*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of

Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the

Federal Rules of Civil Procedure.

*/s/ Steven B. Silverman*