# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR PRESIDENT, INC;
GLENN THOMPSON; MIKE KELLY;
JOHN JOYCE; GUY RESCHENTHALER;
REPUBLICAN NOATIONAL COMMITTEE;
MELANIE SPRINGHILL PATTERSON; and
CLINTON DAVID SHOW,

                Plaintiffs,

  v.                                        Civil Action No. 2:20-CV-966

KATHY BOOCKVAR, in her capacity as
the Secretary of the Commonwealth of
Pennsylvania; ADAMS COUNTY BOARD
OF ELECTIONS; ALLEGHENY COUNTY
BOARD OF ELECTIONS; ARMSTRONG
COUNTY BOARD OF ELECTIONS;
BEAVER COUNTY BOARD OF
ELECTIONS; BEDFORD COUNTY
BOARD OF ELECTIONS; BERKS
COUNTY BOARD OF ELECTIONS;
BLAIR COUNTY BOARD OF
ELECTIONS; BRADFORD COUNTY
BOARD OF ELECTIONS; BUCKS
COUNTY BOARD OF ELECTIONS;
BUTLER COUNTY BOARD OF
ELECTIONS; CAMBRIA COUNTY BOARD
OF ELECTIONS; CAMERON COUNTY
BOARD OF ELECTIONS; CARBON
COUNTY BOARD OF ELECTIONS;
CENTRE COUNTY BOARD OF
ELECTIONS; CHESTER COUNTY BOARD
OF ELECTIONS; CLARION COUNTY
BOARD OF ELECTIONS; CLEARFIELD
COUNTY BOARD OF ELECTIONS;
CLINTON COUNTY BOARDOF
ELECTIONS; COLUMBIA COUNTY
BOARD OF ELECTIONS; CRAWFORD
COUNTY BOARD OF ELECTIONS;

CUMBERLAND COUNTY BOARD OF ELECTIONS; DAUPHIN COUNTY BOARD OF ELECTIONS; DELAWARE COUNTY BOARDOF ELECTIONS; ELK COUNTY BOARD OF ELECTIONS; ERIE COUNTY BOARD OF ELECTIONS; FAYETTE COUNTY BOARD OF ELECTIONS; FOREST COUNTY BOARD OF ELECTIONS; FRANKLIN COUNTY BOARD OF ELECTIONS; FULTON COUNTY BOARD OF ELECTIONS; GREENE COUNTY BOARD OF ELECTIONS; HUNTINGTGON COUNTY BOARD OF ELECTIONS; INDIANA COUNTY BOARD OF ELECTIONS; JEFFERSON COUNTY BOARD OF ELECTIONS; JUNIATA COUNTY BOARD OF ELECTIONS; LACKAWANNA COUNTY BOARD OF ELECTIONS; LANCASTER COUNTY BOARD OF ELECTIONS; LAWRENCE COUNTY BOARD OF ELECTIONS; LEBANON COUNTY BOARD OF ELECTIONS; LEHIGH COUNTY BOARD OF ELECTIONS; LUZERNE COUNTY BOARD OF ELECTIONS; LYCOMING COUNTY BOARD OF ELECTIONS; MCKEAN COUNTY BOARD OF ELECTIONS; MERCER COUNTY BOARD OF ELECTIONS; MIFFLIN COUNTY BOARD OF ELECTIONS; MONROE COUNTY BOARD OF ELECTIONS; MONTGOMERY COUNTY BOARD OF ELECTIONS; MONTOUR COUNTY BOARD OF ELECTIONS; NORTHHAMPTON COUNTY BOARD OF ELECTIONS; NORTHUMBERLAND COUNTY BOARD OF ELECTIONS; PERRY COUNTY BOARD OF ELECTIONS; PHILADELPHIA COUNTY BOARD OF ELECTIONS; PIKE COUNTY BOARD OF ELECTIONS; POTTER COUNTY BOARD OF ELECTIONS; SCHUYKILL COUNTY BOARD OF ELECTIONS; SNYDER COUNTY BOARD OF ELECTIONS; SOMERSET COUNTY BOARD OF ELECTIONS; SULLIVAN COUNTY BOARD OF ELECTIONS; SUSQUEHANNA

COUNTY BOARD OF ELECTIONS; TIOGA
COUNTY BOARD OF ELECTIONS; UNION
COUNTY BOARD OF ELECTIONS; VENANGO
COUNTY BOARD OF ELECTIONS; WARREN
COUNTY BOARD OF ELECTIONS; WASHINGTON
COUNTY BOARD OF ELECTIONS; WAYNE
COUNTY BOARD OF ELECTIONS; WYOMING
COUNTY BOARD OF ELECTIONS; and YORK
COUNTY BOARD OF ELECTIONS;

    Defendants.

## NOTICE OF APPEARANCE

  Please enter the Appearance of Robert Eugene Grimm, Esquire, on behalf of **Defendant Greene County Board of Elections**, in the above captioned matter.

**A JURY TRIAL IS DEMANDED.**

            Respectfully Submitted,

            /s/ROBERT EUGENE GRIMM
            ROBERT EUGENE GRIMM, Esquire
            PA ID No. 72205
            P.O. Box 430
            2698 Morgantown Road
            Smithfield, PA 15478
            (724) 569-2819
            rgrimm@co.greene.pa.us
            Attorney for Defendant
            Greene County Board of Elections

## **CERTIFICATE OF SERVICE**

I, Robert Eugene Grimm, Esquire, hereby certify that true and correct copies of the foregoing Notice of Appearance has been served this **23rd** day of **July, 2020** by **ECF Filing** to:

*All Counsel of Record*

                                        Respectfully Submitted,

                                        By:    /s/ Robert Eugene Grimm
                                                       Robert Eugene Grimm, Esquire