Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Ricky DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/17/2020** at **12:30 PM.**, at **542 Forbes Ave, Suite 604, Pittsburgh, PA 15219**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **David Voye, Allegheny County- Election Division Manager**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Edward Barnard** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Election Office Coordinator / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **180-200lbs** Height: **5' 9" - 6' 0"** Hair: **Shaved** Other:

Edward accepted and signed for the documents without an issue. He confirmed that he was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/22/2020

NOTARY PUBLIC
Commission Expiration 5/20/21

X

Ricky DeStefano
PPLS Ref# 20-17276

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.

Defendant(s).

---

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/17/2020** at **8:20 AM.**, at **450 East Market Street, Kittanning, PA 16201**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Jennifer Bellas, Armstrong County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Jennifer Bellas** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Armstrong County- Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Jennifer accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/23/2020

Andrea Struhala
NOTARY PUBLIC
Commission Expiration July 28 2021

x Paul R. DeStefano
Paul R. DeStefano
PPLS Ref# 20-17277

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Ricky DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **2:30 PM.**, at **810 Third Street, Beaver, Beaver, PA 15009**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Dorene Mandity, Beaver County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Anthony Harb** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Office Coordinator / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **180-200lbs** Height: **5' 9" - 6' 0"** Hair: **Brown** Other:

Anthony accepted service without an issue. He confirmed that he was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/22/2020

NOTARY PUBLIC
Commission Expiration 5/20/21

X
Ricky DeStefano
PPLS Ref# 20-17278

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.

Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **9:55 AM.**, at **20 E. 5th St, Emporium, PA 15834**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Brenda G Munz, Cameron County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Brenda G Munz** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Cameron County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **160-180lbs** Height: **5' 0" - 5' 3"** Hair: **Blonde** Other:

Brenda accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on **7/23/2020**

NOTARY PUBLIC
Commission Expiration 5/20/21

X

Paul King
PPLS Ref# 20-17286

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **12:41 PM.**, at **212 E. Locust Street, Clearfield, PA 16830**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Dawn E. Graham, Clearfield County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Dawn E. Graham** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clearfield County- Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Dawn accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/23/2020

NOTARY PUBLIC
Commission Expiration 5/20/21

x
Paul King
PPLS Ref# 20-17291

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.

Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **8:15 AM.**, at **2 Piper Way, Suite 309, Lockhaven, PA 17745**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Maria Boileau, Clinton County- Director of Elections and Voter Reg**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Maria Boileau** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clinton County- Director of Elections and Voter Reg** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Maria accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/23/2020

NOTARY PUBLIC
Commission Expiration 5/20/21



X
Paul King
PPLS Ref# 20-17292

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **11:48 AM.**, at **300 Center St, Ridgeway, PA 15853**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Kimberly S. Frey, Elk County- Director**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Kimberly S. Frey** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Elk County- Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Kimberly accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/23/2020

NOTARY PUBLIC
Commission Expiration 5/20/21



x
Paul King
PPLS Ref# 20-17298

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.

Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.

Defendant(s).

---

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **2:10 PM.**, at **22 E. Main Street, Uniontown, PA 15401**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Larry Blosser, Fayette County- Director**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Melissa Rexrocle** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **120-140lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Melissa accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/22/2020

NOTARY PUBLIC
Commission Expiration July 28, 2021



X

Paul R. DeStefano
PPLS Ref# 20-17300

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

---

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **1:04 PM.**, at **Greene Co. Office Building, 93 East High St.1st Fl, Room 102, Waynesburg, PA 15370** Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Tina Kiger, Greene County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Rachel D. Gillispie** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **22 - 35 Yrs.** Weight: **120-140lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Rachel accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/22/2020

Andrea Struhala
NOTARY PUBLIC
Commission Expiration July 28 2021



x Paul R. DeStefano
Paul R. DeStefano
PPLS Ref# 20-17304

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/15/2020** at **3:30 PM.**, at **825 Philadelphia, St, Indiana, PA 15701**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Debrah Streams, Indiana County- Director**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Debrah Streams** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Director** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 0" - 5' 3"** Hair: **Brown** Other:

Debrah accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/22/2020

NOTARY PUBLIC
Commission Expiration July 28 2021



x
Paul R. DeStefano
PPLS Ref# 20-17306

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Ricky DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **11:15 AM.**, at **430 Court Street, New Castle, PA 16101**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **L. Edward Allison, Jr, Lawerance County- Director- Board of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Tim Germany** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Elections Tech Manager / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **45 - 55 Yrs.** Weight: **240-260lbs** Height: **5' 9" - 6' 0"** Hair: **Black/Gray** Other:

Tim accepted service without an issue. He confirmed that he was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/22/2020

[signature]
NOTARY PUBLIC
Commission Expiration 5/20/21



X [signature]
Ricky DeStefano
PPLS Ref# 20-17311

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **10:37 AM.**, at **500 W. Main St, Smethport, PA 16749**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Lisa M. Pratt, McKean County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Lisa M. Pratt** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **McKean County- Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **120-140lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Lisa accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/23/2020

NOTARY PUBLIC
Commission Expiration 5/20/21



x
Paul King
PPLS Ref# 20-17316

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/13/2020** at **1:10 PM.**, at **300 N Center Ave, Ste 340, Somerset, PA 15501**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Tina Pritts, Somerset County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Tina Pritts** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Somerset County- Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Tina accepted service without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/23/2020

NOTARY PUBLIC
Commission Expiration July 28, 2021



x
Paul R. DeStefano
PPLS Ref# 20-17330

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **12:30 PM.**, at **100 W Beau Street, Ste 206, Washington , PA 15301**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Melanie R Ostraner, Washington County- Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Troy Breese** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Office Assistant / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **200lbs+** Height: **5' 4" - 5' 8"** Hair: **Blonde / Red** Other:

Troy accepted and signed for the documents without an issue. He confirmed that he was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/22/2020

Andrea Struhala
NOTARY PUBLIC
Commission Expiration July 28 2021

x Paul DeStefano
Paul R. DeStefano
PPLS Ref# 20-17337

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

**AFFIDAVIT OF SERVICE**

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul R. DeStefano, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/16/2020** at **11:15 AM.**, at **2 N. Main Street, Greensburg, PA 15601**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Beth Lechman, Westmoreland County- Director**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Heather Sargant** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **120-140lbs** Height: **5' 4" - 5' 8"** Hair: **Gray** Other:

Heather accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Andrea Struhala, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 28, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to before me on 7/22/2020

Andrea Struhala
NOTARY PUBLIC
Commission Expiration July 28 2021



x Paul R. DeStefano
Paul R. DeStefano
PPLS Ref# 20-17339

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040