# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| KATHY BOOCKVAR; *et al.,* | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Keith A. Button, Crawford County Solicitor, on behalf of Defendant Crawford County Board of Elections in the above matter.

                                                    Respectfully submitted,

                                                    By: /s/ Keith A. Button, Esq.
                                                    Keith A. Button, Esq.
                                                    Pa. ID #78258
                                                    SHAFER LAW FIRM, PC
                                                      890 Market St.
                                                    Meadville, PA 16335
                                                     814-724-4540 (Phone)
                                                    814-724-4545 (Fax)
                                                    kbutton@shaferlaw.com
                                                    Attorney for Respondent
                                                    Crawford County Board of Elections

Date: July 24, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 24, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system or by first-class mail, as indicated below:

*Service on all parties by Electronic Filing System*

        Respectfully submitted,

        By: /s/ Keith A. Button, Esq.
        Keith A. Button, Esq.
        Pa. ID #78258
        SHAFER LAW FIRM, PC
        890 Market St.
        Meadville, PA 16335
        814-724-4540
        kbutton@shaferlaw.com
        Attorney for Respondent
        Crawford County Board of Elections

Date: July 24, 2020