IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

### [PROPOSED] ORDER [NO. 2]

Upon consideration of Defendant Secretary of the Commonwealth Kathy Boockvar's Motion to Dismiss, and for the reasons set forth in the accompanying Memorandum of Law, said Motion is **GRANTED**.

It is hereby **ORDERED** as follows:

(a)  Counts III, V, VI and VII of the Complaint are dismissed;

(b)  The Court shall abstain from ruling on the merits of Plaintiffs' remaining claims pending an adjudication from the state court on the pertinent matters of Pennsylvania law outlined herein;

(c)  This matter is hereby stayed until further Order of this Court.

Dated: _____    By: _____
                                    Honorable J. Nicholas Ranjan
                                    United States District Judge