# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | Civil Action |
| Plaintiffs, | No. 2:20-CV-966 |
| v. | Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR, *et al.*, | |
| Defendants. | |

## JOINDER IN BRIEFS IN SUPPORT OF MOTIONS TO DISMISS

Pursuant to the Court's July 17, 2020 Scheduling Order (Doc. #124), Defendant Allegheny County Board of Elections (Allegheny County) joins in and adopts in their entirety the legal arguments set forth in the Brief in support of Motion to Dismiss filed on behalf of Defendants Bucks, Chester, Montgomery and Philadelphia County Boards of Elections, in the Brief in support of Motion to Dismiss filed on behalf of Defendants Armstrong, Bedford, Blair, Centre, Columbia, Dauphin, Fayette, Indiana, Lackawanna, Lawrence, Mercer, Montour, Northumberland, Venango and York County Boards of Elections and in the Brief in support of Motion to Dismiss filed on behalf of Defendant Kathy Boockvar, the Secretary of the Commonwealth of Pennsylvania as the legal arguments of Allegheny County Board of Elections in support of its Motion to Dismiss the Plaintiffs' Complaint.

DATE: JULY 24, 2020               Respectfully submitted,

*/s/ George M. Janocsko*
George M. Janocsko
First Assistant County Solicitor
Pa. I.D. #26408
gjanocsko@alleghenycounty.us

*/s/ Allan J. Opsitnick*
Allan J. Opsitnick
Assistant County Solicitor
Pa. I.D. #28126
aopsitnick@opsitnickslaw.com
ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120

Attorneys for Defendant Allegheny County
Board of Elections

## CERTIFICATE OF SERVICE

I hereby certify that, on the date indicated below, a true and correct copy of the foregoing Joinder in Briefs in Support of Motions to Dismiss has been served on all counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF filing system.

Dated: July 24, 2020              */s/ George M. Janocsko*
                                  George M. Janocsko
                                  First Assistant County Solicitor
                                  Pa. I.D. #26408
                                  gjanocsko@alleghenycounty.us
                                  ALLEGHENY COUNTY LAW DEPARTMENT
                                  300 Fort Pitt Commons Building
                                  445 Fort Pitt Boulevard
                                  Pittsburgh, PA 15219
                                  (412) 350-1120