# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR
PRESIDENT, INC.; *et al.*,

    Plaintiffs,

v.

KATHY BOOCKVAR; *et al.*,

    Defendants.

Civil Action No. 2:20-CV-966

Judge J. Nicholas Ranjan

### MOTION TO INTERVENE BY MICHAEL CROSSEY, DWAYNE THOMAS, IRVIN WEINRICH, BRENDA WEINRICH, AND THE PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS

    Michael Crossey, Dwayne Thomas, Irvin Weinrich, Brenda Weinrich, and the Pennsylvania Alliance for Retired Americans (collectively, "Applicants") move for leave to participate in this action to defend their interests against the claims asserted by Plaintiffs. For the reasons discussed in the memorandum in support, filed concurrently herewith, Applicants are entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, Applicants request permissive intervention pursuant to Rule 24(b). In accordance with Rule 24(c), Applicants' Proposed Motion to Dismiss Plaintiffs' action under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is attached as Exhibit A.

    WHEREFORE, Applicants request that the Court grant them leave to intervene in the above-captioned matter and to file their proposed Motion to Dismiss.

| | |
|---|---|
| Dated: July 24, 2020 | By: */s/ Justin T. Romano* |
| | Justin T. Romano |
| Marc Erik Elias* | PA ID No. 307879 |
| Uzoma N. Nkwonta* | justin@arlawpitt.com |
| PERKINS COIE LLP | Marco S. Attisano |
| 700 Thirteenth Street, N.W., Suite 600 | PA ID No. 316736 |
| Washington, D.C. 20005-3960 | marco@arlawpitt.com |
| Telephone: 202.654.6200 | 429 Fourth Avenue, Suite 1705 |
| Facsimile: 202.654.6211 | Pittsburgh, PA 15219 |
| melias@perkinscoie.com | Phone: (412) 336-8622 |
| unkwonta@perkinscoie.com | Fax: (412) 336-8629 |
| | |
| Elise Edlin* | Adam C. Bonin, PA Bar No. 80929 |
| Torryn Taylor Rodgers* | (*WD PA admission pending*) |
| PERKINS COIE LLP | The Law Office of Adam C. Bonin |
| 505 Howard Street, Suite 1000 | 121 S. Broad St., Suite 400 |
| San Francisco, CA 94105-3204 | Philadelphia, PA 19107 |
| Telephone: 415.344.7000 | Phone: (267) 242-5014 |
| Facsimile: 415.344.7050 | Facsimile: (215) 827-5300 |
| eedlin@perkinscoie.com | Email: adam@boninlaw.com |
| trodgers@perkinscoie.com | |
| | ***Attorneys for Proposed*** |
| *Pro hac vice motions to be filed. | ***Intervenors*** |

## **CERTIFICATE OF SERVICE**

I, Justin T. Romano, hereby certify that on July 24th, 2020, I caused a true and correct copy of the foregoing Motion to Intervene to be served on counsel of record for Plaintiffs and Defendants listed on the docket via the Court's ECF system.

*/s/ Justin T. Romano*
Justin T. Romano