## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | Civil Action |
| Plaintiffs, | |
| v. | No.: 2:20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | |
| Defendants. | Judge J. Nicholas Ranjan |

### NOTICE OF APPEARANCE

Please enter the Appearance of Lori A. Martin, on behalf of proposed Intervenors NAACP—Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia M. DeMarco, Danielle Graham Robinson, and Kathleen Wise, in the above captioned matter.

Dated:  July 24, 2020

Respectfully submitted,

*/s/ Lori A. Martin*
Lori A. Martin[‡] (PA No. 55786)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Lori.Martin@wilmerhale.com
[‡]*Admission Pending*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Notice of Appearance was filed electronically and served on all counsel of record via the ECF system of the U.S. District Court for the Western District of Pennsylvania.

Dated: July 24, 2020

*/s/ Lori A. Martin*

Lori A. Martin