**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) ) | No.: 2-20-cv-966-NR |
| v. | ) ) | |
| KATHY BOOCKVAR; *et al.,* | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

<u>**JOINDER**</u>

**AND NOW**, comes Defendant, Jefferson County Board of Elections, by and through its counsel, Zwick and Zwick, LLP, and does hereby formally Join in Defendants, Kathy Boockvar, Secretary of the Commonwealth, Armstrong County Board of Elections, Bedford County Board of Elections, Blair County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Indiana County Board of Elections, Mercer County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Lackawanna County Board of Elections, Lawrence County Board of Elections, Venango County Board of Elections, and York County Board of Elections with respect to the Motions to Dismiss For Lack of Jurisdiction and Failure to State a Claim, and the respective Briefs in Support thereof, inclusive of any and all exhibits attached thereto, at **Documents 184, 185, 197, and 198**, in the above captioned matter.

Respectfully submitted,

COUNTY OF JEFFERSON

Date: <u>July 24, 2020</u>

<u>/s/ Gregory D. Sobol</u>
Gregory D. Sobol, Esquire
PA I.D. No. 321189
gds@zwick-law.com
Zwick & Zwick LLP
171 Beaver Drive
P.O. Box 1127
DuBois, PA  15801
Telephone: (814) 371-6400
Fax: (814) 503-8453

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing **Joinder** was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure to all counsel of record.


Date: July 24, 2020                    /s/ Gregory D. Sobol