IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : <br> : <br> : <br> : NO. 2:20-cv-00966-NR |
| Plaintiffs, | : |
| v. | : |
| KATHY BOOCKVAR, et al., | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance in this case as counsel for the Philadelphia County Board of Elections.

| | |
|---|---|
| Dated: July 24, 2020 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| | By: */s/ Mark A. Aronchick* <br>     Mark A. Aronchick <br>     (Pa. I.D. No. 20261) <br> One Logan Square, 27th Floor <br> Philadelphia, PA 19103 <br> Telephone: (215) 568-6200 <br> Email: maronchick@hangley.com |
| | *Attorney for Bucks County Board of Elections, Montgomery County Board of Elections, Chester County Board of Elections, and Philadelphia County Board of Elections* |

## **CERTIFICATE OF SERVICE**

I, Mark A. Aronchick, certify that on the 24th day of July, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

*/s/ Mark A. Aronchick*
Mark A. Aronchick