# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action )  ) |
| Plaintiffs, | ) ) No.: 2-20-CV-966 |
| v. | ) ) |
| KATHY BOOCKVAR; *et al.*, | ) ) |
| Defendants. | ) Judge J. Nicholas Ranjan |

## DEFENDANT WESTMORELAND COUNTY BOARD OF ELECTIONS' JOINDER

**AND NOW**, comes the Defendant, Westmoreland County Board of Elections ("Westmoreland"), by and through its undersigned counsel, files the instant **JOINDER** to join in Defendant Washington County Board of Elections' Motion to Dismiss (Document 179) and the Motion to Dismiss filed on behalf of Armstrong County Board of Elections (Document 197) as well as the Brief in Support of Motion to Dismiss, or, alternatively Motion for More Definite Statement, (Document 180 and 198) and/or Motion to Strike in the above captioned matter.

Respectfully submitted,

By */s/ David A. Regoli, Esquire*

Date: July 24, 2020

Attorney for Westmoreland County Board of Elections

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system or by first-class mail, as indicated below:

*[IDENTIFY PARTIES SERVED BY MAIL]*

*NONE*

By */s/ David A. Regoli, Esquire*

Date: July 24, 2020

Attorney for Westmoreland County Board of Elections