IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.: 2-20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | ) ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## DEFENDANT CLEARFIELD COUNTY BOARD OF ELECTIONS' JOINDER

AND NOW, comes the Defendant, Clearfield County Board of Elections ("Clearfield County"), by and through its undersigned counsel, and files the instant JOINDER to join in Defendants Kathy Boockvar, Secretary of the Commonwealth, Armstrong County Board of Elections, Bedford County Board of Elections, Blair County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Indiana County Board of Elections, Mercer County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Lackawanna County Board of Elections, Lawrence County Board of Elections, Venango County Board of Elections, and York County Board of Elections with respect to the Motions to Dismiss For Lack of Jurisdiction and Failure to State a Claim, and the respective Briefs in Support thereof, inclusive of any and all exhibits attached thereto, in the above captioned matter (Documents 184, 185, 197, and 198).

DATE: July 24, 2020                                       Respectfully submitted,

By:   */s/ Frank A. Blum*

Frank A. Blum
PA I.D. No. 40501
Blum29@gmail.com
Law Office of Heather L. Bozovich
114 S. 2nd Street
Clearfield, PA 16830
Phone: (814) 290-0566
Fax: (814) 290-0529

By:   */s/ Kim C. Kesner*

Kim C. Kesner
PA I.D. No. 28307
attorneykesner@gmail.com
Law Office of Heather L. Bozovich
114 S. 2nd Street
Clearfield, PA 16830
Phone: (814) 290-0566
Fax: (814) 290-0529

## CERTIFICATE OF SERVICE

I, Frank A. Blum, do hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically and I served a true and correct copy of the foregoing document via ECF to all counsel of record.

By: */s/ Frank A. Blum*

Date: July 24, 2020 *Attorneys for Clearfield County*