IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | *Complaint Filed 6/29/20* |
| KATHY BOOCKVAR, in her capacity as | : | |
| Secretary of the Commonwealth of | : | Electronically Filed |
| Pennsylvania, *et al.,* | : | |
| Defendants | : | |

## DEFENDANT LEHIGH COUNTY ELECTION BOARD'S
## MOTION TO DISMISS THE COMPLAINT

For the reasons set forth in the Brief in Support of Defendant Lehigh County Election Bord's Motion to Dismiss the Complaint, which is incorporated herein by this reference as if set forth in full, Defendant Lehigh County Election Board moves to dismiss the Complaint and requests that the Court enter judgment in its favor and against the Plaintiffs, with prejudice.

Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
Phone: (610) 434-4418
Fax: (610) 465-8776
tcaffrey@rcn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, : | | |
| Plaintiffs : | No. 2:20-CV-0966-NR | |
| : | | |
| v. : | | |
| : | *Complaint Filed 6/29/20* | |
| KATHY BOOCKVAR, in her capacity as : | | |
| Secretary of the Commonwealth of : | Electronically Filed | |
| Pennsylvania, *et al.*, : | | |
| Defendants : | | |

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

Dated: July 24, 2020                *Thomas M. Caffrey*
                                    Thomas M. Caffrey, Esq.

2