# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) | Civil Action |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) | |
| | ) | |
| KATHY BOOCKVAR; *et al.,* | ) | |
| | ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## **JOINDER**

**AND** NOW, comes Defendant Crawford County Board of Elections, by and through its counsel, Keith A. Button, Esq., and formally joins in the Motions to Dismiss filed by Defendants Kathy Boockvar, Secretary of the Commonwealth, Armstrong County Board of Elections, Bedford County Board of Elections, Blair County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Indiana County Board of Elections, Lackawanna County Board of Elections, Lawrence County Board of Elections, Mercer County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Venango County Board of Elections, and York County Board of Elections for Lack of Jurisdiction and Failure to State a Claim, and the respective briefs in support thereof, inclusive of any and all exhibits attached thereto, at **Documents 184, 185, 197, and 198**, in the above-captioned matter

Respectfully submitted,


By: /s/ Keith A. Button, Esq.
Keith A. Button, Esq.
Pa. ID #78258
SHAFER LAW FIRM, PC
890 Market St.
Meadville, PA 16335
814-724-4540 (Phone)
814-724-4545 (Fax)
kbutton@shaferlaw.com
Attorney for Respondent
Crawford County Board of Elections


Date: July 25, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 25, 2020, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system or by first-class mail, as indicated below:

*Service on all parties by Electronic Filing System*

Respectfully submitted,

By: /s/ Keith A. Button, Esq.
Keith A. Button, Esq.
Pa. ID #78258
SHAFER LAW FIRM, PC
890 Market St.
Meadville, PA 16335
814-724-4540
kbutton@shaferlaw.com
Attorney for Respondent
Crawford County Board of Elections

Date: July 25, 2020