IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : <br> : <br> : <br> : NO. 2:20-cv-00966-NR <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance in this case as counsel for the Philadelphia County Board of Elections in the above referenced matter.

Dated: July 27, 2020

        HANGLEY ARONCHICK SEGAL
        PUDLIN & SCHILLER

        By:   */s/ Michele D. Hangley*
               Michele D. Hangley
               (Pa. I.D. No. 82779)
        One Logan Square, 27th Floor
        Philadelphia, PA 19103
        Telephone: (215) 568-6200
        Email: mhangley@hangley.com

        *Attorney for Bucks County Board of Elections, Montgomery County Board of Elections, Chester County Board of Elections, and Philadelphia County Board of Elections*

## **CERTIFICATE OF SERVICE**

I, Michele D. Hangley, certify that on the 27th day of July, 2020, a copy of the foregoing Entry of Appearance was served by ECF filing on all counsel.

                                                */s/ Michele D. Hangley*
                                                Michele D. Hangley