Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

--------------------------------------------------------------------

Donald J. Trump for President, Inc.
                                            Plaintiff(s),
vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                            Defendant(s).

--------------------------------------------------------------------

State of Pennsylvania: County of Tioga ss: David Slusser, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 9:53 AM., at 6 Court Street, Suite 2, Towanda, PA 18848
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Renee Smithkors, Bradford County Director of Elections and Voter Reg.**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Renee Smithkors** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Bradford County Director of Elections and Voter Reg.** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **Black** Age: **36 - 50 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Renee accepted and signed for the documents without an issue.

Sworn to before me on 07/21/2020

NOTARY PUBLIC
Commission Expiration April 5, 2024

Commonwealth of Pennsylvania - Notary Seal
Heather L. Chapel, Notary Public
Tioga County
My commission expires April 5, 2024
Commission number 1025531
Member, Pennsylvania Association of Notaries

X _____
David Slusser
PPLS Ref# 20-17282

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

## AMENDED AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
                                                 Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                 Defendant(s).

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/17/2020 at 8:50 AM., at 526 Elm St, Unit #3, Tionesta, PA 16353
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Jean Ann Hitchcock, Forest County- Director of Elections and Voter Reg**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Jean Ann Hitchcock** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Forest County- Director of Elections and Voter Reg** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Jean accepted and signed for the documents without an issue.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/23/2020

_Paul O. DeStefano_
NOTARY PUBLIC
Commission Expiration __6/20/21__



x_Paul King_
Paul King
PPLS Ref# 20-17301

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

Client Ref.:

# AMENDED AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.
                                             Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                             Defendant(s).

---

State of Pennsylvania: County of Allegheny ss: Paul King, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/17/2020** at **10:26 AM.**, at **155 Main St, Brookville, PA 15825**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Karen Lupone, Jefferson County- Chief Clerk**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Karen Lupone** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Jefferson County- Chief Clerk** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **120-140lbs** Height: **5' 0" - 5' 3"** Hair: **Blonde** Other:

Karen accepted and signed for the documents without an issue.

---

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Paul R. DeStefano, Notary Public
City of Latrobe, Westmoreland County
My commission expires May 20, 2021

Sworn to before me on 7/23/2020

NOTARY PUBLIC
Commission Expiration 5/20/21



X _____
Paul King
PPLS Ref# 20-17307

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
                                    Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                    Defendant(s).

State of Pennsylvania: County of Tioga ss: David Slusser, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 8:30 AM., at 48 W. Third Street, Williamsport, PA 17701
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Forrect K Lehman, Lycoming County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Jill Shuman** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Assistant Director / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **120-140lbs** Height: **5' 4" - 5' 8"** Hair: **Brown** Other:

Jill accepted and signed for the documents without an issue. She confirmed that she was authorized to accept service.

Sworn to before me on 07/21/2020

Commonwealth of Pennsylvania - Notary Seal
Heather L. Chapel, Notary Public
Tioga County
My commission expires April 5, 2024
Commission number 1025531
Member, Pennsylvania Association of Notaries

NOTARY PUBLIC
Commission Expiration April 5, 2024

X _____
David Slusser
PPLS Ref# 20-17315

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
                                                  Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                  Defendant(s).

State of Pennsylvania: County of Tioga ss: David Slusser, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/15/2020 at 1:40 PM., at 1 N. Main Street, Coudersport, PA 16915
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Sandra Lewis, Potter County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Sandra Lewis** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Potter County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **5' 4" - 5' 8"** Hair: **Gray** Other:

Sandra accepted and signed for the documents without an issue.

Sworn to before me on 07/21/2020

NOTARY PUBLIC
Commission Expiration April 5, 2024

Commonwealth of Pennsylvania - Notary Seal
Heather L. Chapel, Notary Public
Tioga County
My commission expires April 5, 2024
Commission number 1025631
Member, Pennsylvania Association of Notaries

X _____
David Slusser
PPLS Ref# 20-17327

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

Donald J. Trump for President, Inc.
                                        Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                        Defendant(s).

State of Pennsylvania: County of Tioga ss: David Slusser, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/16/2020 at 9:00 AM., at 245 Muncy Street, Laporte, PA 18626
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Hope Verelst, Sullivan County Director of Elections & Voter Reg c/o Sullivan County Election Bureau**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Hope Verelst** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Sullivan County Director of Elections & Voter Reg c/o Sullivan County Election Bureau** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 - 50 Yrs.** Weight: **120-140lbs** Height: **5' 4" - 5' 8"** Hair: **Blonde** Other:

Hope accepted and signed for the documents without an issue.

Sworn to before me on 07/21/2020

NOTARY PUBLIC
Commission Expiration April 5, 2024

Commonwealth of Pennsylvania - Notary Seal
Heather L. Chapel, Notary Public
Tioga County
My commission expires April 5, 2024
Commission number 1025531
Member, Pennsylvania Association of Notaries

X _____
David Slusser
PPLS Ref# 20-17331

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.
                                                    Plaintiff(s),
vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                    Defendant(s).

---

State of Pennsylvania: County of Tioga ss: David Slusser, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on 7/14/2020 at 9:20 AM., at **118 Main Street, Wellsboro, PA 16901**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery** On **Penny Whipple, Tioga County Director of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Penny Whipple** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Tioga County Director of Elections** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **36 – 50 Yrs.** Weight: **160-180lbs** Height: **5' 4" – 5' 8"** Hair: **Dk. Brown** Other:

Penny accepted and signed for the documents without an issue.

Sworn to before me on 07/21/2020

NOTARY PUBLIC
Commission Expiration April 5, 2024

Commonwealth of Pennsylvania - Notary Seal
Heather L. Chapel, Notary Public
Tioga County
My commission expires April 5, 2024
Commission number 1025531
Member, Pennsylvania Association of Notaries

X _____
David Slusser
PPLS Ref# 20-17333

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040