# EXHIBIT 1

## Hicks, Ronald L., Jr.

| | |
|---|---|
| **From:** | Eliza Sweren-Becker <sweren-beckere@brennan.law.nyu.edu> |
| **Sent:** | Friday, July 24, 2020 5:41 PM |
| **To:** | Hicks, Ronald L., Jr.; Mercer, Jeremy A.; justin.clark@electionlawllc.com; Matthew.Morgan@electionlawllc.com; Giancola, Russell D. |
| **Cc:** | Myrna Pérez |
| **Subject:** | #EXT#  Conferring regarding PennFuture & the Sierra Club's forthcoming motion to dismiss - 2:20-cv-00966-NR |

**#External Email#**
Counsel,

Proposed Intervenors PennFuture and the Sierra Club plan to file a proposed motion to dismiss today in the above referenced case on the grounds that Plaintiffs' fraud allegations are conclusory and not plausible, Plaintiffs' claims related to vote dilution are likewise conclusory and unsupported by fact or law, and Plaintiffs' claims as to the Secretary and counties' authority fail as a matter of law. We do not believe that these deficiencies can be cured by amendment, however, as is required by Judge Ranjan's practices and procedures, please advise if you believe otherwise. You can reach me at my mobile the number below.

Regards,

Eliza

Eliza Sweren-Becker
Counsel, Democracy Program
Brennan Center for Justice at NYU School of Law
o: (646) 925-8765 | m: (917) 597-9040
eliza.sweren-becker@nyu.edu