Matthew J. Carmody
Regina M. Blewitt
Lawrence J. Moran, Jr.
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Luzerne County Board of Elections

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR, et al.,<br><br>Defendants. | Civil Action No. 2:20-cv-966-NR<br><br><br>JUDGE J. NICHOLAS RANJAN |

## JOINDER IN BRIEFS IN SUPPORT OF MOTIONS TO DISMISS

Pursuant to the Court's July 17, 2020 Scheduling Order (Doc. #124), Defendant Luzerne County Board of Elections joins in and adopts in their entirety the legal arguments set forth in the Brief in support of Motion to Dismiss filed on behalf of Defendants Bucks, Chester, Montgomery and Philadelphia County Boards of Elections, in the Brief in support of Motion to Dismiss filed on behalf of Defendants Armstrong, Bedford, Blair, Centre, Columbia, Dauphin, Fayette, Indiana, Lackawanna, Lawrence, Mercer, Montour, Northumberland, Venango and York County Boards of Elections and in the Brief in support of Motion to Dismiss filed on behalf of Defendant Kathy Boockvar, the Secretary of the Commonwealth of Pennsylvania at Documents 185, 198, and 212 as the legal arguments of Luzerne

County Board of Elections in support of its Motion to Dismiss the Plaintiffs' Complaint and its Brief in support of same.

                                Respectfully submitted:

                                *s/ Regina M. Blewitt*
                                Lawrence J. Moran, Jr. (PA ID No. 316253)
                                Regina M. Blewitt (PA ID No. 205644)
                                Matthew J. Carmody (PA ID No. 206781)
                                **JOYCE, CARMODY & MORAN, P.C.**
                                9 N. Main Street, Suite 4
                                Pittston, PA 18640
                                Phone:  570-602-3560
                                Fax:  570-602-3561
                                E-mail:  ljm@joycecarmody.com

                                   Attorneys for Defendant
                                   Luzerne County Board of Elections

DATED:   July 27, 2020

Matthew J. Carmody
Regina M. Blewitt
Lawrence J. Moran, Jr.
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Luzerne County Board of Elections

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KATHY BOOCKVAR, et al.,**<br><br>Defendants. | Civil Action No. 2:20-cv-966-NR<br><br><br>**JUDGE J. NICHOLAS RANJAN** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing Joinder of Defendant Luzerne County Board of Elections to Briefs in Support of Motions to Dismiss was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*s/ Regina M. Blewitt*
Regina M. Blewitt

DATED:   July 27, 2020