

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Sarah Mae Murray, Esq.*

### DATE OF ADMISSION

*November 6, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 23, 2020

_____
Amy Dreibelbis, Esq.
Deputy Prothonotary