Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

---

Donald J. Trump for President, Inc.
                                                Plaintiff(s),
vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                Defendant(s).

---

State of Pennsylvania: County of Dauphin ss: Terry Bumgardner, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/15/2020 at 1:58 PM.**, at **150 N. Queen St, Suite 117, Lancaster, PA 17603**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Randell Wenger, Lancaster County- Chief Clerk- Board of Elections**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Natalie Scinta** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **Clerical Specialist / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **45-55 Yrs.** Weight: **130-150lbs** Height: **5' 4" - 5' 8"** Hair: **Black** Other:

Natalie accepted service without an issue. She confirmed that she was authorized to accept service.

```
Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303
```

Sworn to before me on 7/20/2020

NOTARY PUBLIC
Commission Expiration 09/28/2022



X _____
Terry Bumgardner
PPLS Ref# 20-17310

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040