IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:20-CV-966 |
| ) | |
| BOOCKVAR, C.A., ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF APPEARANCE</u>**

TO:   Clerk, U.S. District Court for the Western District of Pennsylvania,

Kindly enter my appearance as counsel on behalf of the Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above case.

Respectfully submitted,

/s/ Andrew F. Szefi
ANDREW F. SZEFI
County Solicitor
Pa. I.D. No. 83747
ALLEGHENY COUNTY LAW DEPT.
Firm No. 057
445 Fort Pitt Blvd., Suite 300
Pittsburgh, PA 15219
412-350-1128