Client Ref.:

## AFFIDAVIT OF SERVICE

In the United States District Court for the Western District of Pennsylvania

Docket Number: 2:20-CV-00966-NR
Filed On: 6/30/2020

----------------------------------------------------------------

Donald J. Trump for President, Inc.
                                                    Plaintiff(s),

vs.

Kathy Boockvar, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.
                                                    Defendant(s).

----------------------------------------------------------------

State of Pennsylvania: County of Blair ss: Ray Benton, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **7/9/2020 at 9:37 AM.**, at **116 West Market Street, Suite 205, McConnellsburg, PA 17233**
Deponent attempted to serve the within **Civil Cover Sheet; Local Rule 7.1 Disclosure Statement; Praecipe of Appearance; Certificate of Service; Summons in a Civil Action; Verified Complaint for Declaratory and Injunctive Relief; Motion for Speedy Declaratory Judgment and Expedited Discovery; Certificate of Service; (Proposed) Order Granting Plaintiffs' Motion for a Speedy Declaratory Judgment and Expedited Discovery**
On **Karen M. Hann-McFadden, Fulton County- Director of Election & Voter Registration**

GOVERNMENTAL: A governmental subdivision by delivering thereat a true copy of each to **Stuart Ulch** personally, deponent knew said governmental subdivision so served to be the governmental subdivision described in legal papers and knew said individual to be **County Commissioner / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Male** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **240-260lbs** Height: **5' 9" - 6' 0"** Hair: **Brown** Other:

Stuart accepted and signed for the documents without an issue.

Commonwealth of Pennsylvania - Notary Seal
Lori S. Claar, Notary Public
Blair County
My commission expires October 22, 2022
Commission number 1027191
Member, Pennsylvania Association of Notaries

Sworn to before me on 7/14/2020

NOTARY PUBLIC
Commission Expiration 10/22/2022



X _____
Ray Benton
PPLS Ref# 20-17303

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040