

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
EASTERN DISTRICT OF PENNSYLVANIA           }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Edward Rogers            Bar #69337
was duly admitted to practice in said Court on 06/29/1994, and is in good standing as a member of the bar of said Court.

_Kate Barkman_
**KATE BARKMAN**
**Clerk of Court**

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
May/19/2020

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

DATED at Philadelphia, Pennsylvania
on July 27, 2020

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17