

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**   }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Elizabeth Wingfield         Bar #324277
was duly admitted to practice in said Court on   12/04/2019, and is in good standing as a member of the bar of said Court.

CLERK'S OFFICE
Sworn to and Subscribed
before me this day
May/19/2020

_Kate Barkman_
**KATE BARKMAN**
**Clerk of Court**

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

DATED at Philadelphia, Pennsylvania
on July 22, 2020

BY: _Paige Conti_

**Deputy Clerk**

Rev. 1/20/17