## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| KATHY BOOCKVAR; *et al.,* | ) ) | |
| Defendants. | ) ) | Judge J. Nicholas Ranjan |

## **JOINDER**

**AND** NOW, comes Defendant Crawford County Board of Elections, by and through its counsel, Keith A. Button, Esq., and formally joins in the Motion to Dismiss Amended Complaint (ECF No. 232) filed by Defendants Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, Snyder County Board of Elections, and Wayne County Board of Elections, with respect to the Motion to Dismiss under Rule 12(b)(6), and the requests to abstain under the Pullman Abstention Doctrine and/or the Colorado River Abstention Doctrine, and the brief in support thereof, inclusive of any and all exhibits attached thereto, at **Documents 246 and 247** in the above-captioned matter.

                                                Respectfully submitted,

                                                By: /s/ Keith A. Button, Esq.
                                                Keith A. Button, Esq.
                                                Pa. ID #78258
                                                SHAFER LAW FIRM, PC
                                                890 Market St.
                                                Meadville, PA 16335
                                                814-724-4540 (Phone)
                                                814-724-4545 (Fax)
                                                kbutton@shaferlaw.com
                                                Attorney for Respondent
                                                Crawford County Board of Elections

Date: July 30, 2020

## Certificate of Non-Concurrence

       The Plaintiffs do not concur in this motion, as indicated in the previously filed motion at Document No. 246.

                                                By: /s/ Keith A. Button, Esq.
                                                Keith A. Button, Esq.
                                                Pa. ID #78258

Date:  July 30, 2020

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 30, 2020, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system or by first-class mail, as indicated below:

*Service on all parties by Electronic Filing System*

    Respectfully submitted,

    By: /s/ Keith A. Button, Esq.
    Keith A. Button, Esq.
    Pa. ID #78258
    SHAFER LAW FIRM, PC
    890 Market St.
    Meadville, PA 16335
    814-724-4540
    kbutton@shaferlaw.com
    Attorney for Respondent
    Crawford County Board of Elections

Date: July 30, 2020