

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### *Donald Kenneth Zagurskie, Esq.*

#### DATE OF ADMISSION

*November 27, 1991*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 27, 2020

_____
Amy Dreibelbis, Esq.
Deputy Prothonotary