UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | : : : | Civil Action |
| Plaintiffs, | : : | Case No. 2:20-CV-00966-NR |
| vs. | : : | |
| KATHY BOOCKVAR; *et al.,* | : : | Judge J. Nicholas Ranjan |
| Defendants. | : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance on behalf of Defendants, Sullivan County Board of Elections and Wyoming County Board of Elections in the above-captioned matter.

Respectfully submitted,

By: */s/ Kenneth R. Levitzky*
Kenneth R. Levitzky, Esquire
I.D. No. 30117
Attorney for Defendants
Sullivan County Board of Elections
Wyoming County Board of Elections

125 Churchill Street
P.O. Box 489
Dushore, PA 18614
(570) 928-8288

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                By: */s/ Kenneth R. Levitzky*
                    Kenneth R. Levitzky, Esq.
                    I.D. No. 30117
                    Attorney for Defendants
                    Sullivan County Board of Elections
                    Wyoming County Board of Elections

                    125 Churchill Street
                    P.O. Box 489
                    Dushore, PA 18614
                    (570) 928-8288

Dated:  07/**/2020