

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michele D. Hangley, Esq.*

### DATE OF ADMISSION

*December 4, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 16, 2020

John W. Person Jr., Esq.
Deputy Prothonotary