IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

### MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO INTERVENE

Proposed Intervenors Citizens for Pennsylvania's Future and Sierra Club (collectively "Applicants") hereby seek leave to file a Reply Brief in support of their Motion to Intervene as Defendants (ECF 137). The Court did not address reply briefs in support of motions to intervene in its Scheduling Order (ECF 7) or in its July 21, 2020 Minute Order (ECF 148). Pursuant to the Court's Practices & Procedures, Applicants, accordingly, seek leave to file the attached 5-page reply in support of their motion to address Plaintiffs' mischaracterization of Applicants' interests and misapplication of the legal standards for intervention. Applicants sought to meet and confer with Plaintiffs regarding the relief sought in this Motion by email on July 30, 2020. At the time of filing, Plaintiffs had not yet stated their position.

Because Applicants' proposed Reply Brief would meaningfully assist the Court in its determination of Applicants' Motion to Intervene, Applicants respectfully request that the Court grant the instant Motion for Leave and permit Applicants to file and serve the attached Reply Brief.

Dated: July 30, 2020

Respectfully submitted,

*/s/ Myrna Pérez*

Myrna Pérez
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
myrna.perez@nyu.edu
eliza.sweren-becker@nyu.edu

Sascha N. Rand (*pro hac vice* forthcoming)
David Cooper (*pro hac vice* forthcoming)
Ellyde Thompson (*pro hac vice* forthcoming)
Owen Roberts (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212.849.7175
sascharand@quinnemanuel.com
davidcooper@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
owenroberts@quinnemanuel.com

*Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club*

## CERTIFICATE OF SERVICE

I, Eliza Sweren-Becker, certify that I served the foregoing MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO INTERVENE OF PROPOSED DEFENDANT-INTERVENORS CITIZENS FOR PENNSYLVANIA'S FUTURE AND SIERRA CLUB sent automatically by CM/ECF on the following counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF:

*All counsel of record*

Dated: July 30, 2020

Respectfully submitted,
*/s/ Eliza Sweren-Becker*

*Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club*