**NEWMAN | WILLIAMS**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| Gerard J. Geiger, Esq. | Attorneys for Defendants: Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, Schuylkill County Board of Elections, Snyder County Board of Elections, and Wayne County Board of Elections |
| IDENTIFICATION NO. PA44099 | |
| 712 MONROE STREET | |
| P.O. BOX 511 | |
| STROUDSBURG, PA 18360-0511 | |
| (570) 421-9090 (voice) | |
| (570) 424-9739 (fax) | |
| ggeiger@newmanwilliams.com | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, Plaintiffs | No. 2:20-CV-00966-NR |
| v. | Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR, *et al.*, Defendants | Electronically Filed Document |

## Entry of Appearance

TO THE CLERK OF COURTS:

Please enter my appearance for the Defendant, Schuylkill County Board of Elections.

                          NEWMAN|WILLIAMS

                    BY: _____
                          GERARD J. GEIGER, ESQ.
                           ATTORNEY I.D. # PA44099

Date: July 31, 2020

**Certificate of Service**

I hereby certify that on this date, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Western District Court of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties of record.

                                            NEWMAN|WILLIAMS

                                    BY: _____
                                                GERARD J. GEIGER, ESQ.
                                                ATTORNEY I.D. # PA44099

Date: July 31, 2020