IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR                    :
PRESIDENT, INC., et al.,               :
                                       :   Civil Action No.: 2:20-cv-966-NR
                    Plaintiffs,        :
                                       :
            v.                         :
                                       :
KATHY BOOCKVAR, et al.,                :
                                       :
                    Defendants.        :

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

Kindly enter the appearance of Sean R. Keegan, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendant Lebanon County Board of Elections, in the above-captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date:  July 31, 2020                 */s/ Sean R. Keegan*
                                     Sean R. Keegan
                                     PA I.D. No. 316707
                                     skeegan@babstcalland.com
                                     Two Gateway Center, 6th Floor
                                     Pittsburgh, PA 15222
                                     412-394-5400

                                     *Counsel for Defendant Lebanon County*
                                     *Board of Elections*

                                     *Also counsel for Armstrong County Board of*
                                     *Elections, Bedford County Board of Elections,*
                                     *Blair County Board of Elections, Centre*
                                     *County Board of Elections, Columbia County*
                                     *Board of Elections, Dauphin County Board of*
                                     *Elections, Fayette County Board of Elections,*
                                     *Huntingdon County Board of Elections,*
                                     *Indiana County Board of Elections,*

*Lackawanna County Board of Elections, Lawrence County Board of Elections, Mercer County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Venango County Board of Elections and York County Board of Elections (appearances previously entered)*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of

Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the

Federal Rules of Civil Procedure.


*/s/  Sean R. Keegan*