IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : <br> : <br> : Civil Action No.: 2:20-cv-966-NR |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| KATHY BOOCKVAR, et al., | : <br> : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Elizabeth A. Dupuis, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendant Lebanon County Board of Elections, in the above-captioned action.

                                            Respectfully submitted,

                                            BABST, CALLAND, CLEMENTS
                                            and ZOMNIR, P.C.

Date:  July 31, 2020                        /s/ Elizabeth A. Dupuis
                                            Elizabeth A. Dupuis
                                            PA I.D. No. 80149
                                            bdupuis@babstcalland.com
                                            330 Innovation Blvd., Suite 302
                                            State College, PA 16803
                                            814-867-8055

                                            *Counsel for Defendant Lebanon County*
                                            *Board of Elections*

                                            *Also counsel for Armstrong County Board of Elections, Bedford County Board of Elections, Blair County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections,*

*Lackawanna County Board of Elections, Lawrence County Board of Elections, Mercer County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Venango County Board of Elections and York County Board of Elections (appearances previously entered)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

/s/ Elizabeth A. Dupuis