IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : | |
| | : | |
| | : | |
| Defendants | : | |

## DEFENDANT LEHIGH COUNTY BOARD OF ELECTION'S JOINDER IN MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

AND NOW, comes Defendant Lehigh County Board of Elections, by and through its counsel, Thomas M. Caffrey, Esq., and moves for dismissal of Plaintiffs' Amended Complaint on the grounds that Plaintiffs lack Article III standing, Plaintiffs' claims are not ripe for review, the Court should abstain from deciding state law questions, and Plaintiffs have failed to state a claim upon which relief may be granted, and in support thereof, joins in the motion to dismiss filed by Defendant Secretary of the Commonwealth Kathy Boockvar (Doc. No. 263) and the brief in support thereof (Doc. No. 264).

Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
Phone: (610) 434-4418
Fax: (610) 465-8776
tcaffrey@rcn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : | |
| | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

Dated: July 31, 2020                                          *Thomas M. Caffrey*
                                                              Thomas M. Caffrey, Esq.

2