IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Donald J. Trump for President, Inc., et.al.,   :
        Plaintiffs             :     CIVIL ACTION
                              :
        V.                    :     NO. 2:20-cv-966
                              :
Kathy Boockvar, et.al.            :
        Defendants          :

## **ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

      Kindly enter the appearances of Frank J. Lavery, Jr., Esquire, Andrew W. Norfleet, Esquire

and Stephen B. Edwards, Esquire on behalf of Defendant Perry County Board of Elections, only

relative to the above-referenced matter.

                        Respectfully submitted,

                        Lavery Law

                        By: _/S/Frank J. Lavery, Jr._
                        Frank J. Lavery, Jr., Esquire
                        Attorney No. 42370
                        225 Market Street, Suite 304
                        P.O. Box 1245
DATE: July 31, 2020           Harrisburg, PA 17108-1245
                        (717) 233-6633 (Telephone)
                        (717) 233-7003 (Facsimile)
                        flavery@laverylaw.com
                        Attorney for Defendants

By:  _/S/Andrew W. Norfleet_____
Andrew W. Norfleet, Esquire
Attorney No. 83894
225 Market Street, Suite 304
P.O. Box 1245
DATE: July 31, 2020        Harrisburg, PA 17108-1245
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
anorfleet@laverylaw.com
Attorney for Defendants


By:  _/S/Stephen B. Edwards_____
Stephen B. Edwards, Esquire
Attorney No. 326453
225 Market Street, Suite 304
P.O. Box 1245
DATE: July 31, 2020        Harrisburg, PA 17108-1245
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
sedwards@laverylaw.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I, Jessica J. Ortiz, an employee with the law firm of Lavery Law, do hereby certify that on this ___31th___ day of July, 2020, I served a true and correct copy of the foregoing Entry of Appearance via ECF to all counsel of record:

/s/ Jessica J. Ortiz_____
Jessica J. Ortiz, Legal Assistant to
Frank J. Lavery, Jr., Esquire, Stephen B. Edwards,
and Andrew W. Norfleet

This document has also been electronically filed and is available for viewing and downloading from the ECF system.