IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et.al., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:20-cv-966 |
| | : | |
| Kathy Boockvar, et.al. | : | |
| Defendants | : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearances of Frank J. Lavery, Jr., Esquire, Andrew W. Norfleet, Esquire and Stephen B. Edwards, Esquire on behalf of Defendant Perry County Board of Elections, only relative to the above-referenced matter.

Respectfully submitted,

Lavery Law

By: _/S/Frank J. Lavery, Jr._
Frank J. Lavery, Jr., Esquire
Attorney No. 42370
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
flavery@laverylaw.com
Attorney for Defendants

DATE: July 31, 2020

|  |  |
|---|---|
|  | By: _/S/Andrew W. Norfleet_ |
|  | Andrew W. Norfleet, Esquire |
|  | Attorney No. 83894 |
|  | 225 Market Street, Suite 304 |
|  | P.O. Box 1245 |
| DATE: July 31, 2020 | Harrisburg, PA 17108-1245 |
|  | (717) 233-6633 (Telephone) |
|  | (717) 233-7003 (Facsimile) |
|  | anorfleet@laverylaw.com |
|  | Attorney for Defendants |

|  |  |
|---|---|
|  | By: _/S/Stephen B. Edwards_ |
|  | Stephen B. Edwards, Esquire |
|  | Attorney No. 326453 |
|  | 225 Market Street, Suite 304 |
|  | P.O. Box 1245 |
| DATE: July 31, 2020 | Harrisburg, PA 17108-1245 |
|  | (717) 233-6633 (Telephone) |
|  | (717) 233-7003 (Facsimile) |
|  | sedwards@laverylaw.com |
|  | Attorney for Defendants |

**CERTIFICATE OF SERVICE**

      I, Jessica J. Ortiz, an employee with the law firm of Lavery Law, do hereby certify that on this \_\_31th\_\_ day of July, 2020, I served a true and correct copy of the foregoing Entry of Appearance via ECF to all counsel of record:

                          /s/ Jessica J. Ortiz
                          Jessica J. Ortiz, Legal Assistant to
                          Frank J. Lavery, Jr., Esquire, Stephen B. Edwards,
                          and Andrew W. Norfleet

This document has also been electronically filed and is available for viewing and downloading from the ECF system.