IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR          :
PRESIDENT, INC., et al.,          :
                              :   Civil Action No.: 2:20-cv-966-NR
          Plaintiffs,          :
                              :
     v.                       :
                              :
KATHY BOOCKVAR, et al.,       :
                              :
          Defendants.          :

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Steven B. Silverman, Esquire and Babst, Calland, Clements

and Zomnir, P.C. as counsel for Defendant Lebanon County Board of Elections, in the above-

captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.

Date: July 31, 2020          /s/ Steven B. Silverman
                              Steven B. Silverman
                              PA I.D. No. 56829
                              ssilverman@babstcalland.com
                              Two Gateway Center, 6th Floor
                              Pittsburgh, PA 15222
                              412-394-5400

                              *Counsel for Defendant Lebanon County
                              Board of Elections*

                              *Also counsel for Armstrong County Board of
                              Elections, Bedford County Board of Elections,
                              Blair County Board of Elections, Centre
                              County Board of Elections, Columbia County
                              Board of Elections, Dauphin County Board of
                              Elections, Fayette County Board of Elections,
                              Huntingdon County Board of Elections,
                              Indiana County Board of Elections,*

*Lackawanna County Board of Elections,
Lawrence County Board of Elections, Mercer
County Board of Elections, Montour County
Board of Elections, Northumberland County
Board of Elections, Venango County Board of
Elections and York County Board of Elections
(appearances previously entered)*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/  Steven B. Silverman*