**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 2-20-CV-966 |
| KATHY BOOCKVAR; *et al.,* | ) ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## DEFENDANT WESTMORELAND COUNTY BOARD OF ELECTIONS' JOINDER

**AND NOW**, comes the Defendant, Westmoreland County Board of Elections ("Westmoreland"), by and through its undersigned counsel, files the instant **JOINDER** to join in Motion to Dismiss Amended Complaint (ECF No. 232) filed by **Kathy Boockvar** with respect to the Motion to Dismiss (ECF No. 263) and Brief in Support of Motion to Dismiss, (ECF No. 264) inclusive of any and all exhibits attached thereto and **Board of Elections of Armstrong, Bedford, Blair, Centre, Columbia, Dauphin, Fayette, Huntingdon, Indiana, Lackawanna, Lawrence, Lebanon,Mercer, Montour, Northumberland, Venango and York Counties**, with respect to the Motion to Dismiss (ECF No. 274 ) and Brief in Support of Motion to Dismiss, (ECF No. 275) inclusive of any and all exhibits attached thereto, in the above captioned matter.

Respectfully submitted,

By */s/ David A. Regoli, Esquire*

Date: July 31, 2020             Attorney for Westmoreland Cnty Bd. Elections
                                                       PA ID# 61970
Office of the Solicitor Westmoreland County
2 North Main Street, 1st Floor
Greensburg, PA 15601
724-830-3560
dregoli@co.westmoreland.pa.us

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system or by first-class mail, as indicated below:

*[IDENTIFY PARTIES SERVED BY MAIL]*

*NONE*

By */s/ David A. Regoli, Esquire*

Date: July 31, 2020

Attorney for Westmoreland Cnty Bd. Elections
PA ID# 61970
Office of the Solicitor Westmoreland County
2 North Main Street, 1st Floor
Greensburg, PA 15601
724-830-3560
dregoli@co.westmoreland.pa.us