IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.: 2-20-cv-966-NR |
| KATHY BOOCKVAR; *et al.*, | ) ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

**DEFENDANT JEFFERSON COUNTY
BOARD OF ELECTIONS' JOINDER**

**AND NOW**, comes Defendant, Jefferson County Board of Elections ("Jefferson"), by and through its undersigned counsel, and files the instant **JOINDER** to join in the Motions to Dismiss Amended Complaint, and Briefs in Support thereof, inclusive of any and all exhibits attached thereto, filed by Defendants, Kathy Boockvar, Secretary of the Commonwealth (ECF Nos. 263 and 264), and the Board of Elections of Armstrong, Bedford, Blair, Centre, Columbia, Dauphin, Fayette, Huntingdon, Indiana, Lackawanna, Lawrence, Lebanon, Mercer, Montour, Northumberland, Venango and York Counties (ECF Nos. 274 and 275), the above captioned matter.

Respectfully submitted,

COUNTY OF JEFFERSON

Date: July 31, 2020

/s/ Gregory D. Sobol
Gregory D. Sobol, Esquire
PA I.D. No. 321189
gds@zwick-law.com
C.J. Zwick, Esquire
PA I.D. No. 306554
cjz@zwick-law.com

Zwick & Zwick LLP
171 Beaver Drive
P.O. Box 1127
DuBois, PA  15801
Telephone: (814) 371-6400
Fax: (814) 503-8453

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Joinder** was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure to all counsel of record.

Date: July 31, 2020                                                     /s/ Gregory D. Sobol