IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Donald J. Trump for President, Inc., et.al., | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:20-cv-966 |
| | : | |
| Kathy Boockvar, et.al. | : | |
| Defendants | : | |

**Franklin and Perry Counties' Joinder in Motion to Dismiss and Accompanying Brief filed by Certain County Boards of Elections**

Defendants Franklin County Board of Elections and Perry County Board of Elections hereby formally join the Motion to Dismiss (Doc. 274) and Brief in Support thereof (Doc. 275) filed by Defendants Boards of Elections of Armstrong, Bedford, Blair, Centre, Columbia, Dauphin, Fayette, Huntingdon, Indiana, Lackawanna, Lawrence, Lebanon, Mercer, Montour, Northumberland, Venango, and York Counties (hereinafter, "the Counties"). Franklin County and Perry County also hereby join in the arguments incorporated by reference in the Counties' Brief, specifically the forthcoming Motion to Dismiss and accompanying Brief filed by Defendant Philadelphia County Board of Elections.

                        Respectfully submitted,

                        **Lavery Law**

                        By: _/S/Frank J. Lavery, Jr._
                        Frank J. Lavery, Jr., Esquire
                        Attorney No. 42370
                        Andrew W. Norfleet, Esquire
                        Attorney No. 83894
                        Stephen B. Edwards, Esquire
                        Attorney No. 326453
                        225 Market Street, Suite 304
                        P.O. Box 1245
DATE: July 31, 2020          Harrisburg, PA 17108-1245
                        (717) 233-6633 (Telephone)
                        (717) 233-7003 (Facsimile)
                        flavery@laverylaw.com
                        anorfleet@laverylaw.com
                        sedwards@laverylaw.com
                        Attorneys for Franklin County Board of Elections
                        and Perry County Board of Elections

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this __31st__ day of July, 2020, I served a true and correct copy of the foregoing Joinder via ECF to all counsel of record:

/s/ Aimee L. Paukovits\
Aimee L. Paukovits, Legal Assistant to\
Frank J. Lavery, Jr., Esquire

This document has also been electronically filed and is available for viewing and downloading from the ECF system.