IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : : : : : : : : : : : |
| Plaintiffs, | NO. 2:20-cv-00966-NR |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | |

**JOINDER OF THE BUCKS, CHESTER, MONTGOMERY, AND PHILADELPHIA COUNTY BOARDS OF ELECTIONS IN CERTAIN MOTIONS TO DISMISS**

Pursuant to the procedure set forth in Section I.(1) of the Court's Scheduling Order dated July 17, 2020 (ECF 124), Defendants the Boards of Elections of Bucks, Chester, Montgomery and Philadelphia Counties hereby join in the following motions to dismiss filed by certain other defendants:

1. Secretary of the Commonwealth Kathy Boockvar's Motion to Dismiss Amended Complaint (ECF 263, 264); and

2. Certain Defendant Counties' Motion to Dismiss Amended Complaint (ECF 274, 275).

Dated: July 31, 2020                    HANGLEY ARONCHICK SEGAL
                                        PUDLIN & SCHILLER

                                        By:   */s/ Mark A. Aronchick*
                                              Mark A. Aronchick
                                              Michele D. Hangley
                                              John B. Hill*
                                              One Logan Square, 27th Floor
                                              Philadelphia, PA 19103
                                              Telephone: (215) 496-7050
                                              Email: maronchick@hangley.com

*Counsel for Bucks, Chester, Montgomery, and Philadelphia County Boards of Elections*

*\* Pro hac vice motion to be filed*