IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>KATHY BOOCKVAR, ET AL.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: **CIVIL ACTION NO. 2:20-cv-00966-NR**<br>:<br>:<br>:<br>: |

**DELAWARE COUNTY BOARD OF ELECTIONS' JOINDER TO MOTIONS TO DISMISS FILED BY THE SECRETARY OF THE COMMONWEALTH AND BY THE BUCKS, CHESTER, MONTGOMERY AND PHILADELPHIA COUNTY BOARDS OF ELECTIONS**

Defendant Delaware County Board of Elections ("Delaware County"), by and through its undersigned counsel, files the instant **JOINDER** as to the Secretary of the Commonwealth's Motion to Dismiss Amended Complaint (Dkt. No. 263), and the Bucks, Chester, Montgomery and Philadelphia County Boards of Elections' Motion to Dismiss Amended Complaint (Dkt. No. 283), filed July 31, 2020.  The filing of this Notice of Joinder is subject to, and does not waive any, defenses and objections.

Dated: July 31, 2020

        Respectfully submitted,

        */s/ Edward D. Rogers*
        Edward D. Rogers (No. 69337)
        (admitted pro hac vice)
        Elizabeth V. Wingfield (No. 324277)
        (admitted pro hac vice)
        Terence M. Grugan (No. 307221) (pro hac vice admission conditionally granted)
        **BALLARD SPAHR LLP**
        1735 Market Street, 51st Floor
        Philadelphia, Pennsylvania  19103
        Phone: (215) 665-8500
        Facsimile: (215) 864-8999

        Kahlil C. Williams (No. 325468)
        *Of counsel, pro hac vice admission pending*:

        *Attorneys for Defendant Delaware County Board of Elections*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing joinder was filed and served on July 31, 2020 via the Court's CM/ECF system.

Dated: July 31, 2020.

                                              */s/ Edward D. Rogers*
                                              Edward D. Rogers