IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC; GLENN THOMPSON; MIKE KELLY; JOHN JOYCE; GUY RESCHENTHALER; REPUBLICAN NOATIONAL COMMITTEE; MELANIE SPRINGHILL PATTERSON; and CLINTON DAVID SHOW, | Civil Action No. 2:20-CV-966 |
| | Honorable Judge J. Nicholas Ranjan |
| | Filed Electronically |
| Plaintiffs, | |
| v. | |
| KATHY BOOCKVAR, in her capacity as the Secretary of the Commonwealth of Pennsylvania; GREENE COUNTY BOARD OF ELECTIONS; ET AL. | |
| Defendants. | |

## JOINDER

**AND NOW,** comes the Defendant Greene County Board of Elections, by and through its attorney Robert Eugene Grimm, Esquire, and files the instant **JOINDER** to join in Defendant Potter County Board of Elections' **Motion to Dismiss Plaintiff's Amended Complaint (ECF#278)** and **Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint (ECF#279)** in the above captioned matter.

Respectfully Submitted,

/s/ROBERT EUGENE GRIMM
ROBERT EUGENE GRIMM, Esquire
PA ID No. 72205
P.O. Box 430
2698 Morgantown Road
Smithfield, PA 15478
(724) 569-2819
rgrimm@co.greene.pa.us
Attorney for Defendant
Greene County Board of Elections

## CERTIFICATE OF SERVICE

I, Robert Eugene Grimm, Esquire, hereby certify that true and correct copies of the foregoing Defendant Greene County Board of Elections' JOINDER has been served this **2nd** day of **AUGUST, 2020** by **ECF Filing** to:

*All Counsel of Record*

Respectfully Submitted,

/s/ROBERT EUGENE GRIMM
ROBERT EUGENE GRIMM, Esquire
PA ID No. 72205
P.O. Box 430
2698 Morgantown Road
Smithfield, PA 15478
(724) 569-2819
rgrimm@co.greene.pa.us
Attorney for Defendant
Greene County Board of Elections