# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., | ) ) ) | Civil Action |
| Plaintiffs | ) ) ) | |
| v. | ) ) | No.: 2-20-CV-966-NR |
| KATHY BOOCKVAR; et al., | ) ) ) | |
| Defendants | ) ) ) | Judge J. Nicholas Ranjan |

## JOINDER

Defendant, Erie County Board of Elections ("Erie County"), files the instant JOINDER to the Secretary of the Commonwealth's Motion to Dismiss Amended Complaint (Dkt. No. 263).

Date: August 3, 2020

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Attorney for Defendant,
 Erie County Board of Elections
230 West Sixth Street, Suite 202
Erie, Pennsylvania 16507
(814) 459-4472
Supreme Court ID 36256

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on August 3, 2020 via the Court's CM/ECF system.

Dated: August 3, 2020

Thomas S. Talarico