IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | ) ) ) ) 2:20-cv-966-NR |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KATHY BOOCKVAR, et al., | ) ) |
| Defendants. | ) ) |

## **ORDER**

In advance of the telephonic status conference scheduled for **August 6, 2020** at **2:00 PM**, the Court ORDERS the following:

1. By **August 5, 2020** at **5:00 PM**, each party must email the Court's courtroom deputy at alexander_vahlsing@pawd.uscourts.gov, and provide Mr. Vahlsing with the names of all attorneys representing that party at the telephonic status conference. Only **one (1) attorney** will be permitted to speak on behalf of any given party, and Mr. Vahlsing must be told which attorney that will be. The Court encourages the parties, when possible, to appoint a coordinating lead attorney to speak on behalf of those parties with joint interests.

2. Counsel should be prepared to discuss: (1) pending discovery disputes and measures taken to resolve those disputes; and (2) questions regarding the operative scheduling order and September evidentiary hearing. The Court does not intend for counsel to address any of the substantive arguments involved with the Rule 12 motions during the status conference.

Dated:  August 3, 2020

                                      BY THE COURT:

                                      */s/ J. Nicholas Ranjan*
                                      United States District Judge