IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| KATHY BOOCKVAR, et al., | : : |
| Defendants. | : : |

NO. 2:20-cv-00966-NR

**SUPPLEMENTAL JOINDER OF THE BUCKS, CHESTER, MONTGOMERY, AND PHILADELPHIA COUNTY BOARDS OF ELECTIONS IN CERTAIN MOTIONS TO DISMISS**

As a supplement to the Joinder they filed on July 31, 2020 (ECF 285), Defendants the Boards of Elections of Bucks, Chester, Montgomery and Philadelphia Counties hereby join in the following additional motions to dismiss filed by certain other defendants and intervenors:

1. [Defendant Adams County Board of Elections'] Renewed Motion to Dismiss Pursuant to FRCP 12(b)(1) and (b)(6) (ECF 289);

2. Renewed Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) by Intervenors Michael Crossey, Dwayne Thomas, Irvin Weinreich, Brenda Weinreich, and the Pennsylvania Alliance for Retired Americans (ECF 293-1); and

3. Motion to Dismiss of Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club (ECF 296, 297.)

| | |
|---|---|
| Dated: August 4, 2020 | HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br><br>By:  /s/ Mark A. Aronchick<br>　　　Mark A. Aronchick<br>　　　Michele D. Hangley<br>　　　John B. Hill*<br>　　　One Logan Square, 27th Floor<br>　　　Philadelphia, PA 19103<br>　　　Telephone: (215) 496-7050<br>　　　Email: maronchick@hangley.com<br><br>*Counsel for Bucks, Chester, Montgomery, and Philadelphia County Boards of Elections*<br><br>*\* Pro hac vice motion to be filed* |