**NEWMAN | WILLIAMS**
A PROFESSIONAL CORPORATION

| | |
|---|---|
| Gerard J. Geiger, Esq.<br>IDENTIFICATION NO. PA44099<br>712 Monroe Street<br>P.O. Box 511<br>STROUDSBURG, PA 18360-0511<br>(570) 421-9090 (voice)<br>(570) 424-9739 (fax)<br>ggeiger@newmanwilliams.com | Attorneys for Defendants: Carbon County Board of Elections, Monroe County Board of Elections, Pike County Board of Elections, Schuylkill County Board of Elections, Snyder County Board of Elections, and Wayne County Board of Elections |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,<br>    Plaintiffs<br><br>        v.<br><br>KATHY BOOCKVAR, *et al.*,<br>    Defendants | No. 2:20-CV-00966-NR<br><br>Judge J. Nicholas Ranjan |

## JOINDER

The defendant, Schuylkill County Board of Elections, by its counsel, joins in the Motions to Dismiss Amended Complaint and supporting brief filed by the Boards of Elections of Carbon County, Monroe County, Pike County, Snyder County, and Wayne County (ECF Nos. 246 and 247).

                      Respectfully submitted,

                      NEWMAN|WILLIAMS

                      By: _____
                             Gerard J. Geiger, Esq.
                             Attorney I.D. # PA44099

Date: August 4, 2020

## Certificate of Service

    I hereby certify that on this date, I caused the foregoing document to be filed with the United States District Court for the Western District Court of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties of record.

                         NEWMAN|WILLIAMS

                    By: _____
                            Gerard J. Geiger, Esq.
                            Attorney I.D. # PA44099

Date: August 4, 2020