

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Brian J. Taylor, Esq.

**DATE OF ADMISSION**

*December 17, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 29, 2020

*Amy Dreibelbis*
Amy Dreibelbis, Esq.
Deputy Prothonotary