**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | |
| Plaintiffs, | |
| v. | |
| KATHY BOOCKVAR; *et al.*, | Civil Action No. 2:20-CV-966 |
| Defendants, | Judge J. Nicholas Ranjan |
| and | |
| MICHAEL CROSSEY; DWAYNE THOMAS; IRVIN WEINREICH; BRENDA WEINREICH; AND THE PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, | |
| Intervenor-Defendants. | |

## LOCAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judge and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Michael Crossey, Dwayne Thomas, Irvin Weinreich, Brenda Weinreich, and the Pennsylvania Alliance for Retired Americans, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated:  August 4, 2020

Marc Erik Elias*
Uzoma N. Nkwonta*
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211
melias@perkinscoie.com
unkwonta@perkinscoie.com

Elise Edlin*
Torryn Taylor Rodgers*
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050
eedlin@perkinscoie.com
trodgers@perkinscoie.com

*Pro hac vice motions to be filed.

By: */s/ Justin T. Romano*

Justin T. Romano
PA ID No. 307879
justin@arlawpitt.com
Marco S. Attisano
PA ID No. 316736
marco@arlawpitt.com
429 Fourth Avenue, Suite 1705
Pittsburgh, PA 15219
Phone: (412) 336-8622
Fax: (412) 336-8629

Adam C. Bonin, PA Bar No. 80929
(*WD PA admission pending*)
The Law Office of Adam C. Bonin
121 S. Broad St., Suite 400
Philadelphia, PA 19107
Phone: (267) 242-5014
Facsimile: (215) 827-5300
Email: adam@boninlaw.com

**Attorneys for Intervenors**