**The State Bar of California**

180 Howard Street, San Francisco, CA 94105   888-800-3400   AttorneyRegulation@calbar.ca.gov

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

# CERTIFICATE OF STANDING

August 4, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TORRYN MARIE TAYLOR, #319126 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2017 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records