IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) Civil Action ) ) No.: 2-20-CV-966 ) ) ) ) Judge J. Nicholas Ranjan ) |
| Plaintiffs, | |
| v. | |
| KATHY BOOCKVAR; *et al.*, | |
| Defendants. | |

**JOINDER IN DEFENDANT BOOCKVAR'S
MOTION FOR EXTENSION OF TIME TO PROVIDE
DISCOVERY RESPONSES AND CONDUCT EXPERT DISCOVERY (ECF#328)**

Plaintiffs hereby file this Joinder to join in the request by Defendant Boockvar to extend the time to provide discovery responses and conduct expert discovery in this matter. *See* ECF#328.

1. Counsel for Defendant Boockvar contacted the undersigned late this afternoon to request concurrence in an extension of Defendant Boockvar's discovery response deadline to Monday, August 10, 2020, at noon Eastern.

2. The undersigned agreed and raised the issue of the possible need to extend the time for expert discovery with the delay in receiving responses from Defendant Boockvar.

3. Counsel for Defendant Boockvar agreed to an extension of that deadline.

4. Shortly thereafter, the undersigned contacted counsel for Defendant Boockvar to seek the same extension for Plaintiffs' to provide their discovery responses.

5. Counsel for Defendant Boockvar agreed.

6. Therefore, Plaintiffs join in Defendant Boockvar's Motion and seek the same relief for them as well.

7. During the undersigned counsel's discussions with Defendant Boockvar's counsel, counsel agreed that the extensions being sought and granted applied only to Defendant Boockvar

and Plaintiffs as Plaintiffs have their responses ready to serve on the other Defendants who propounded discovery, and Plaintiffs have received discovery responses from a myriad of the County Election Board Defendants.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: August 5, 2020            By:   */s/ Ronald L. Hicks, Jr.*
                                      Ronald L. Hicks, Jr. (PA #49520)
                                      Jeremy A. Mercer (PA #86480)
                                      Russell D. Giancola (PA #200058)
                                      Six PPG Place, Third Floor
                                      Pittsburgh, PA 15222
                                      (412) 235-4500 (Telephone)
                                      (412) 235-4510 (Fax)
                                      rhicks@porterwright.com
                                      jmercer@porterwright.com
                                      rgiancola@porterwright.com

                                      and

                                      Matthew E. Morgan (DC #989591)
                                      (admitted pro hac vice)
                                      Justin Clark (DC #499621)
                                      (pro hac vice motion pending – ECF #27)
                                      Elections, LLC
                                      1000 Maine Ave., SW, 4th Floor
                                      Washington, DC 20224
                                      (202) 844-3812 (Telephone)
                                      matthew.morgan@electionlawllc.com
                                      justin.clark@electionlawllc.com

                                      *Counsel for Plaintiffs*

**CERTIFICATION OF COUNSEL**

As counsel for Plaintiffs, we hereby certify, under penalty of perjury and 28 U.S.C. §1746, that the foregoing factual statements are true and correct.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: August 5, 2020     By: */s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
(admitted pro hac vice)
Justin Clark (DC #499621)
(pro hac vice motion pending – ECF #27)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Joinder to be filed this 5th day of August, 2020, via ECF, which system will serve notice of same on all parties registered to receive same via the ECF system. For any party who has yet to enter an appearance, the undersigned certifies that a copy of the foregoing filing will be served on that party via Overnight Mail and a copy sent to the County Solicitor, if known, via email or fax.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

By: /s/ *Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
(admitted pro hac vice – ECF #10)
Justin Clark (DC #499621)
(pro hac vice motion pending – ECF #27)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

13590557v1