# Entries of Appearances for 8/6/20 Telephonic Status Conference

| Party | Lead Counsel |
|---|---|
| Donald J. Trump for President, Inc. | Ronald L. Hicks, Jr. |
| Glenn Thompson | Ronald L. Hicks, Jr. |
| Mike Kelly | Ronald L. Hicks, Jr. |
| John Joyce | Ronald L. Hicks, Jr. |
| Guy Reschenthaler | Ronald L. Hicks, Jr. |
| Republican National Committee | Ronald L. Hicks, Jr. |
| Melanie Stringhill Patterson | Ronald L. Hicks, Jr. |
| Clayton David Show | Ronald L. Hicks, Jr. |
| Kathy Boockvar | Karen Romano |
| Adams County | Michele Hangley |
| Allegheny County | Allan J. Opsitnick |
| Armstrong County | Molly Meacham |
| Beaver County | |
| Bedford County | Molly Meacham |
| Berks County | Christine Steere |
| Blair County | Molly Meacham |
| Bradford County | |
| Bucks County | Michele Hangley |
| Butler County | |
| Cambria County | |
| Carbon County | Michele Hangley |
| Centre County | Molly Meacham |
| Chester County | Michele Hangley |
| Clarion County | Chris Gabriel |
| Clearfield County | Michele Hangley |
| Clinton County | |
| Columbia County | Molly Meacham |
| Crawford County | Michele Hangley |
| Cumberland County | |
| Dauphin County | Molly Meacham |
| Delaware County | Michele Hangley |
| Elk County | |
| Erie County | |
| Fayette County | Molly Meacham |
| Forest County | |
| Franklin County | Frank J. Lavery, Jr. |
| Fulton County | |
| Greene County | Robert Eugene Grimm |
| Huntingdon County | Molly Meacham |
| Indiana County | Molly Meacham |

| | |
|---|---|
| Jefferson County | Michele Hangley |
| Juniata County | |
| Lackawanna County | Molly Meacham |
| Lancaster County | Christina Hausner |
| Lawrence County | Molly Meacham |
| Lebanon County | Molly Meacham |
| Lehigh County | Michele Hangley |
| Luzerne County | Michele Hangley |
| Lycoming County | |
| McKean County | Anthony V. Clarke |
| Mercer County | |
| Mifflin County | |
| Monroe County | Michele Hangley |
| Montgomery County | Michele Hangley |
| Montour County | Molly Meacham |
| Northampton County | Timothy Brennan |
| Northumberland County | Molly Meacham |
| Perry County | Frank J. Lavery, Jr. |
| Philadelphia County | Michele Hangley |
| Pike County | Michele Hangley |
| Potter County | Thomas Shaffer |
| Schuylkill County | Michele Hangley |
| Snyder County | Gerard Geiger |
| Somerset County | |
| Sullivan County | |
| Susquehanna County | |
| Tioga County | Michele Hangley |
| Union County | Michele Hangley |
| Venango County | Molly Meacham |
| Warren County | Chris Gabriel |
| Washington County | Robert Grimm |
| Wayne County | Michele Hangley |
| Westmoreland County | David Regoli |
| Wyoming County | |
| York County | Molly Meacham |
| Cameron County | |
| Democratic Intervenors | A. Michael Pratt |
| NAACP Pennsylvania State Conference | Lori Martin |
| Common Cause Pennsylvania | Lori Martin |
| League of Women Voters of PA | Lori Martin |
| Patricia DeMarco | Lori Martin |
| Danielle Graham Robinson | Lori Martin |
| Kathleen Wise | Lori Martin |

| | |
|---|---|
| Michael Crossey | Uzoma Nkwonta |
| The PA Alliance for Retired Americans | Uzoma Nkwonta |
| Dwayne Thomas | Uzoma Nkwonta |
| Brenda Weinrich | Uzoma Nkwonta |
| Irvin Weinrich | Uzoma Nkwonta |
| Citizens for Pennsylvania's Future | Eliza Sweren-Becker |
| Sierra Club | Eliza Sweren-Becker |