IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| KATHY BOOCKVAR; et al., | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

**POTTER COUNTY BOARD OF ELECTION'S
JOINDER TO SECRETARY BOOKVAR'S
REPLY IN SUPPORT OF
MOTION TO DISMISS AMENDED COMPLAINT**

Defendant, Potter County Board of Elections ("Potter County"), by and through its attorneys, Thomas R. Shaffer and Glassmire & Shaffer Law Offices, P.C., hereby joins in Secretary Bookvar's Reply in Support of Motion to Dismiss Amended Complaint (EFC#336).

1

WHEREFORE, it is respectfully requested that the Amended Complaint against the Potter County Board of Elections and all other Defendants be dismissed.

        Respectfully submitted,

        GLASSMIRE & SHAFFER LAW OFFICES, P.C.

        By:   /Thomas R. Shaffer/
             Thomas R. Shaffer,
             Pa. I.D. No. 37503
             Solicitor for Potter
             County Board of Elections

             5 East Third Street
             Coudersport, PA 16915
             (814) 274-7292

Dated: 08/07/2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

                              GLASSMIRE & SHAFFER LAW OFFICES, P.C.

                          By:  */Thomas R. Shaffer/*
                                 Thomas R. Shaffer,
                                 Pa. I.D. No. 37503
                                 Solicitor for Potter
                                 County Board of Elections

                                 5 East Third Street
                                 Coudersport, PA 16915
                                 (814) 274-7292

Dated: 08/07/2020