# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.,*<br>    Plaintiffs | No. 2:20-CV-00966-NR |
| v. | Judge J. Nicholas Ranjan |
| KATHY BOOCKVAR, *et al.,*<br>    Defendants | Electronically Filed Document |

## NORTHAMPTON COUNTY BOARD OF ELECTIONS JOINDER TO REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT

Defendant Northampton County Board of Elections ("Northampton County), by and through its attorney, Brian J. Taylor, Esquire, Assistant Solicitor, hereby joins in Secretary Bookvar's Reply in Support of Motion to Dismiss Amended Complaint (ECF#336) and Certain Defendant Counties Reply Brief in Support of Motion to Dismiss Amended Complaint (ECF#341).

**WHEREFORE**, it is respectfully requested that the Amended Complaint against Northampton County Board of Elections and all other Defendants be dismissed.

COUNTY OF NORTHAMPTON

BY:    /s/ BRIAN J. TAYLOR
       Brian J. Taylor, Assistant Solicitor
       Attorney ID: 66601
       County of Northampton
       669 Washington Street
       Easton, PA 18042
       Phone: (610) 829-6350
       Facsimile: (610) 559-3001
       btaylor@northamptoncounty.org

Date: August 7, 2020

## Certificate of Service

      I hereby certify that on this date, a copy of this document was served upon all counsel of record via the Court's CM/ECF system, which will provide electronic notice to all parties of record.

                                    COUNTY OF NORTHAMPTON

                                    By: /s/ BRIAN J. TAYLOR
                                                Brian J. Taylor, Esq.
                                                Attorney ID: 66601

Date: August 7, 2020