IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, | : | |
| Plaintiffs | : | No. 2:20-CV-0966-NR |
| | : | |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | : | |
| Defendants | : | |

### DEFENDANT LEHIGH COUNTY BOARD OF ELECTION'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

AND NOW, comes Defendant Lehigh County Board of Elections, by and through its counsel, Thomas M. Caffrey, Esq., and moves for dismissal of Plaintiffs' Amended Complaint, and in support thereof, joins in the Reply in Support of the Motion to Dismiss the Amended Complaint filed by Defendant Secretary of the Commonwealth Kathy Boockvar (Doc. No. 336).

Respectfully Submitted:

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.
Attorney I.D. No. 46558
PO Box A
Coplay, PA 18037-0200
Phone: (610) 434-4418
Fax: (610) 465-8776
tcaffrey@rcn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUMP FOR PRESIDENT, INC., *et al.*, Plaintiffs | : : : | No. 2:20-CV-0966-NR |
| v. | : : | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, Defendants | : : : : | |

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

Dated: August 7, 2020

*Thomas M. Caffrey*
Thomas M. Caffrey, Esq.