IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUMP FOR PRESIDENT, INC.,** *et al.,*<br>       **Plaintiffs**<br><br>v.<br><br>**KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.,*<br>       **Defendants** | No. 2:20-CV-00966-NR<br><br>*Complaint Filed 6/29/20* |

## O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant Boockvar's Motion for Adoption and Approval of a Protective Order, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. The protective order attached to Defendant Boockvar's Motion as Exhibit A is hereby APPROVED and ADOPTED for purposes of this litigation only. All parties to the litigation are hereby subject to the requirements of the agreement.

                                        BY THE COURT:


                                        _____
                                        J. NICHOLAS RANJAN
                                        United States District Judge