# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRUMP FOR PRESIDENT, INC.,** *et al.,*<br>Plaintiffs<br><br>v.<br><br>**KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania,** *et al.,*<br>**Defendants** | No. 2:20-CV-00966-NR<br><br>*Complaint Filed 6/29/20* |

## O R D E R

AND NOW, this  10th  day of  August , 2020, upon consideration of Defendant Boockvar's Motion for Adoption and Approval of a Protective Order, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.  The protective order attached to Defendant Boockvar's Motion as Exhibit A is hereby APPROVED and ADOPTED for purposes of this litigation only.  All parties to the litigation are hereby subject to the requirements of the agreement.

BY THE COURT:

 s/ J. Nicholas Ranjan
J. NICHOLAS RANJAN
United States District Judge