UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.,** et. al.<br><br>    **Plaintiff,**<br><br>v.<br><br>**TIOGA COUNTY BOARD OF ELECTIONS, et. al.,**<br>    **Defendant.** | Civil Action No. 2:20-cv-966<br><br>Electronically Filed |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher P. Gabriel, Esquire, and the law firm of Cafardi Ferguson Wyrick Weis + Gabriel llc on behalf of Defendant, Tioga County Board of Elections.

 

Cafardi Ferguson Wyrick Weis + Gabriel llc

Date: August 10, 2020      By: */s/ Christopher P. Gabriel*
                                                Christopher P. Gabriel
                                                Pa. I.D. No 92975

                                                2605 Nicholson Road
                                                Suite 2201
                                                Sewickley, PA 15143
                                                Tel: (412) 515-8900
                                                Fax: (412) 515-8901
                                                *cgabriel@cfwwg.com*
                                                Counsel for Defendant, Tioga County Board of Elections

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, a true and correct copy of the foregoing Notice of Appearance was served upon all parties via CM/ECF system:

                                                  */s/ Christopher P. Gabriel*_____
                                                  Christopher P. Gabriel

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that requires filing confidential information and documents differently than non-confidential information and documents.

Date: August 10, 2020                     /s/  Christopher P. Gabriel
                                          Christopher P. Gabriel