IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civil Action No. 2:20-cv-966-NR |
| KATHY BOOCKVAR, et al, | ) ) ) |
| Defendants. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter the appearance of William J. Madden, Solicitor of Mercer County as counsel for Defendant Mercer County Board of Elections in the above-captioned action.

                                                 */s/  William J. Madden*
                                                 William J. Madden
                                                 Solicitor, Mercer County
                                                 165 Euclid Ave.
                                                 Sharon, PA  16146
                                                 724.342.1300
                                                 wjmpc@verizon.net

                                                 Counsel for Defendant Mercer County
                                                 Board of Elections

Dated:   August 10, 2020

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically on August 10th, 2020 and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedures.

/s/  *William J. Madden*