IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:20-cv-966-NR ) |
| KATHY BOOCKVAR, et al, | ) ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT MERCER COUNTY BOARD OF ELECTIONS**

Kindly withdraw the appearances of Steven B. Silverman, Elizabeth A. Dupuis, Molly E. Meacham and Sean R. Keegan and the firm of Babst Calland Clements and Zomnir, PC as counsel for Defendant Mercer County Board of Elections in the above-captioned action. William J. Madden will remain as counsel for Defendant Mercer County Board of Elections.

 */s/ Molly E. Meacham*

Molly E. Meacham
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 6th Floor
603 Stanwix St.
Pittsburgh, PA  15222
412.394.5400

Dated: August 10, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Counsel for Defendant Mercer County Board of Elections was filed electronically on August 10, 2020 and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedures.

*/s  Molly E. Meacham*