IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al.,  :  <br>  :  <br>                Plaintiffs,  :  <br>  :  <br>     v.  :  <br>  :  <br>KATHY BOOCKVAR, et al.,  :  <br>  :  <br>                Defendants.  :  | NO. 2:20-cv-00966-NR |

**JOINDER OF THE BUCKS, CHESTER, MONTGOMERY, AND
PHILADELPHIA COUNTY BOARDS OF ELECTIONS
IN CERTAIN BRIEFS AND ARGUMENTS**

    Defendants the Boards of Elections of Bucks, Chester, Montgomery and Philadelphia Counties hereby join in the following briefs and arguments filed by certain other defendants and intervenors:

1. Secretary of the Commonwealth Kathy Boockvar's Reply in Support of Motion to Dismiss Amended Complaint (ECF 336);

2. Certain Defendant Counties' Reply Brief in Support of Motion to Dismiss Amended Complaint (ECF 341);

3. The arguments for *Colorado River* abstention set forth in the Motion to Dismiss Plaintiffs' Amended Complaint by Intervenors NAACP Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia M. DeMarco, Danielle Graham Robinson, and Kathleen Wise (ECF 288) and Reply Memorandum in Further Support of Motion to Dismiss Plaintiffs' Amended Complaint by Intervenors NAACP Pennsylvania

> State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia M. DeMarco, Danielle Graham Robinson, and Kathleen Wise (ECF 345);

4. Reply Brief in Support of Motion to Dismiss of Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club (ECF 346); and

5. Reply Brief in Support of Intervenors Michael Crossey, Dwayne Thomas, Irvin Weinreich, Brenda Weinreich, and the Pennsylvania Alliance for Retired American's Motion to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (ECF 347).

Dated: August 11, 2020

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

By:   /s/ Mark A. Aronchick
      Mark A. Aronchick
      Michele D. Hangley
      John B. Hill*
      One Logan Square, 27th Floor
      Philadelphia, PA 19103
      Telephone: (215) 496-7050
      Email: maronchick@hangley.com

*Counsel for Bucks, Chester, Montgomery, and Philadelphia County Boards of Elections*

*\* Pro hac vice motion to be filed*