IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL., | : : | Civil Action |
| Plaintiffs | : : | |
| | : | No.: 2-20-CV-966 |
| vs. | : : | |
| KATHY BOOCKVAR, ET AL., | : | |
| Defendants | : | Judge J. Nicholas Ranjan |

## **ORDER**

AND NOW, this ___ day of August, 2020, upon consideration of Raymond E. Ginn, Jr's Motion to Withdraw as counsel for Tioga County Board of Elections, said withdrawal is granted.

BY THE COURT,

_____