**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2-20-cv-966 |
| | ) | |
| | ) | |
| KATHY BOOCKVAR in her capacity as Secretary of the Commonwealth of Pennsylvania; et al., | ) | |
| | ) | |
| Defendants. | | |

## DEMOCRATIC INTERVENORS' MOTION TO COMPEL DIRECTED TO PLAINTIFFS

Pursuant to Section II of this Court's August 6, 2020 Amended Scheduling Order (Dkt. 334), the Pennsylvania State Democratic Party, Congressman Dwight Evans, State Senators Sharif Street and Vincent Hughes, State Representatives Danillo Burgos, Morgan Cephas, Austin Davis, Isabella Fitzgerald, Edward Gainey, Jordan Harris, Mary Isaacson, Malcolm Kenyatta, Patty Kim, Stephen Kinsey, Peter Schweyer, and candidates for office Nina Ahmad, Anton Andrew, Janet Diaz, Manuel M. Guzman, Jr., Rick Krajewski ("Candidates") and State Senators Art Haywood and Anthony Williams ("Non-Candidate Legislators") (collectively "Democratic Intervenors") hereby file this Motion to Compel.

In support thereof, Democratic Intervenors incorporate by reference their Memorandum of Law in Support of their Motion to Compel Directed to Plaintiffs.

Respectfully submitted,

*/s/ A. Michael Pratt*
A. Michael Pratt
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA  19103
(t) 215.972.5916
(f) 215.988.7801
prattam@gtlaw.com

Kevin M. Greenberg
Adam R. Roseman
George Farrell
**GREENBERG TRAURIG, LLP**
1717 Arch Street, Suite 400
Philadelphia, PA  19103
(t) 215.988.7818
(f) 215.988.7801
greenbergk@gtlaw.com

Clifford B. Levine
Alex Lacey
**DENTONS COHEN & GRIGSBY P.C.**
625 Liberty Avenue
Pittsburgh, PA  15222-3152
(t) 412.297.4998/4642
clifford.levine@dentons.com
alex.lacey@dentons.com

Lazar M. Palnick
1216 Heberton St.
Pittsburgh, PA 15206
(t) 412.661.3633
lazarpalnick@gmail.com

Dated: August 12, 2020

## <u>CERTIFICATE OF MEET AND CONFER</u>

Before filing Proposed Democratic Intervenors' Motion to Dismiss, pursuant to Section 2(e) of Judge Ranjan's Practices and Procedures, on August 10 and August 12, A. Michael Pratt, counsel for Democratic Intervenors, had a telephonic meet and confer with Jeremy Mercer, counsel for Plaintiffs, to attempt to resolve the current discovery dispute.

## <u>CERTIFICATE OF SERVICE</u>

I, A. Michael Pratt, hereby certify that on August 12, 2020, I caused a true and correct copy of the foregoing Democratic Intervenors' Motion to Compel and Proposed Order to be served on the following counsel of record for Plaintiffs, Defendants and other proposed Intervenors listed on the docket via the Court's ECF system.

*/s/ A. Michael Pratt*
A. Michael Pratt