IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

### DEFENDANT-INTERVENORS CITIZENS FOR PENNSYLVANIA'S FUTURE AND SIERRA CLUB'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS

Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club, by and through their undersigned counsel, hereby move this Court for an order compelling discovery from Plaintiffs. *See* Proposed Order. In support of this motion, Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club incorporate the accompanying Memorandum of Law.

Dated: August 12, 2020

Respectfully submitted,

*/s/ Eliza Sweren-Becker*

Myrna Pérez
Eliza Sweren-Becker
BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
myrna.perez@nyu.edu
eliza.sweren-becker@nyu.edu

Sascha N. Rand (*pro hac vice* forthcoming)

David Cooper (*pro hac vice* forthcoming)
Ellyde R. Thompson (*pro hac vice* forthcoming)
Ellison Merkel (*pro hac vice* forthcoming)
Owen Roberts (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212.849.7175
sascharand@quinnemanuel.com
davidcooper@quinnemanuel.com
ellydethompson@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
owenroberts@quinnemanuel.com

*Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,<br><br>          Plaintiffs,<br><br>   v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,<br><br>          Defendants. | Civil Action No. 2:20-cv-00966-NR<br><br>Judge J. Nicholas Ranjan |

## CERTIFICATE OF COUNSEL

In accordance with § II(e) of this Court's Practices and Procedures, I certify that, on August 10, 2020, counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club (Myrna Perez) met and conferred with counsel for Plaintiffs (Ronald L. Hicks, Jr., Russell D. Giancola, Jeremy A. Mercer, Matthew E. Morgan, and Justin Clark) on Plaintiffs' objections to Defendant-Intervenors' discovery requests. Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club and Plaintiffs were unable to resolve Plaintiffs' objections to Defendant-Intervenors' discovery requests, thus necessitating a Motion to Compel.

**[Signature on Next Page]**

Dated: August 12, 2020

Respectfully submitted,
*/s/ Eliza Sweren-Becker*
Myrna Perez
Brennan Center for Justice
*Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club*

## CERTIFICATE OF SERVICE

I, Eliza Sweren-Becker, certify that I served the foregoing Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club's Motion to Compel Discovery from Plaintiffs on the following counsel who are registered as CM/ECF filing users who have consented to accepting electronic service through CM/ECF:

*All Counsel of Record*

| | |
|---|---|
| Dated: August 12, 2020 | Respectfully submitted,<br>*/s/ Eliza Sweren-Becker*<br>*Counsel for Proposed Defendant-Intervenors Citizens for Pennsylvania's Future and Sierra Club* |