IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., ET AL. | : :  : |
| Plaintiff, | : : |
| v. | : **CIVIL ACTION NO. 2:20-cv-00966-NR** : |
| KATHY BOOCKVAR, ET AL., | : : |
| Defendants. | : |

**DELAWARE COUNTY BOARD OF ELECTIONS' JOINDER TO REPLIES FILED BY SECRETARY KATHY BOOCKVAR AND BY THE BUCKS, CHESTER, MONTGOMERY AND PHILADELPHIA COUNTIES' BOARDS OF ELECTIONS**

Defendant Delaware County Board of Elections ("Delaware County"), by and through its undersigned counsel, files the instant **JOINDER** to join in the following replies: Secretary of the Commonwealth Kathy Boockvar's Reply in Support of Motion to Dismiss Amended Complaint (Dkt. 336), and Bucks, Chester, Montgomery and Philadelphia Counties' Boards of Elections' Reply in Further Support of their Motion to Dismiss (Dkt. 344). The filing of this Notice of Joinder is subject to, and does not waive any, defenses and objections.

Dated: August 12, 2020

    Respectfully submitted,

    */s/ Edward D. Rogers*
    Edward D. Rogers (No. 69337)
    Kahlil C. Williams (No. 325468)
    Elizabeth V. Wingfield (No. 324277)
    **BALLARD SPAHR LLP**
    1735 Market Street, 51st Floor
    Philadelphia, Pennsylvania  19103
    Phone: (215) 665-8500
    Facsimile: (215) 864-8999

    Terence M. Grugan (No. 307221)
    *Of counsel, pro hac vice admission pending*

    *Attorneys for Defendant Delaware County Board of Elections*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on August 12, 2020 via the Court's CM/ECF system.

Dated: August 12, 2020

*/s/ Edward D. Rogers*
Edward D. Rogers