IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., | ) ) ) | Civil Action |
| Plaintiffs | ) ) | |
| v. | ) ) | No.: 2-20-CV-966-NR |
| KATHY BOOCKVAR; et al., | ) ) ) | |
| Defendants | ) ) ) | |

ERIE COUNTY BOARD OF ELECTIONS' JOINDER TO REPLIES
FILED BY SECRETARY KATHY BOOCKVAR AND BY THE BUCKS,
CHESTER, MONTGOMERY, PHILADELPHIA AND DELAWARE COUNTIES'
BOARDS OF ELECTIONS

Defendant, Erie County Board of Elections ("Erie County"), by and through its undersigned counsel, files the instant JOINDER to join in the following replies: Secretary of the Commonwealth Kathy BOockvar's Replyin Support of Motion to Dismiss Amended Complaint (Dkt. No. 336), Bucks, Chester, Montgomery and Philadelphia Counties' Boards of Elections' Reply in Further Support of their Motion to Dismiss (Dkt. No. 344) and Delaware County Board of Elections' Joinder (Dkt. No. 371). The filing of this Notice of Joinder is subject to, and does not waive any, defenses and objections.

Date: August 13, 2020

                Respectfully submitted,

                TALARICO & ASSOCIATES

                By_____
                Thomas S. Talarico, Esquire
                Attorney for Defendant,
                Erie County Board of Elections
                230 West Sixth Street, Suite 202
                Erie, Pennsylvania 16507
                (814) 459-4472
                Supreme Court ID 36256

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joinder was filed and served on August 13, 2020 via the Court's CM/ECF system.

Dated: August 13, 2020

_____
Thomas S. Talarico