**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| KATHY BOOCKVAR; *et al.*, | ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

## **JOINDER**

**AND** NOW, comes Defendant Crawford County Board of Elections, by and through its counsel, Keith A. Button, Esq., and formally joins in the following replies: Secretary of the Commonwealth Kathy Boockvar's Reply in Support of Motion to Dismiss Amended Complaint (Dkt. No. 336), and Bucks, Chester, Montgomery and Philadelphia Counties' Boards of Elections' Reply in Further Support of their Motion to Dismiss (Dkt. No. 344), inclusive of any exhibits attached thereto. The filing of this Joinder is subject to, and does not waive any, defenses and objections.

          Respectfully submitted,

          By: /s/ Keith A. Button, Esq.
          Keith A. Button, Esq.
          Pa. ID #78258
          SHAFER LAW FIRM, PC
          890 Market St.
          Meadville, PA 16335
          814-724-4540 (Phone)
          814-724-4545 (Fax)
          kbutton@shaferlaw.com
          Attorney for Respondent
          Crawford County Board of Elections

Date: August 14, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 14, 2020, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system or by first-class mail, as indicated below:

*Service on all parties by Electronic Filing System*

        Respectfully submitted,

        By: /s/ Keith A. Button, Esq.
        Keith A. Button, Esq.
        Pa. ID #78258
        SHAFER LAW FIRM, PC
        890 Market St.
        Meadville, PA 16335
        814-724-4540
        kbutton@shaferlaw.com
        Attorney for Respondent
        Crawford County Board of Elections

Date: August 14, 2020