IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) *Electronically Filed* |
| Plaintiffs, | ) ) Civil Action ) |
| v. | ) No.: 2-20-CV-966 ) |
| KATHY BOOCKVAR; *et al.*, | ) ) |
| Defendants. | ) Judge J. Nicholas Ranjan ) |

## NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSES

Plaintiffs, by their undersigned counsel, hereby give notice that on August 14, 2020, they served supplemental responses per the Court's August 13, 2020 Order (ECF # 374).

                                                 Respectfully submitted,

                                                 PORTER WRIGHT MORRIS & ARTHUR LLP

Date:  August 15, 2020        By:   */s/ Ronald L. Hicks, Jr.*
                                                   Ronald L. Hicks, Jr. (PA #49520)
                                                   Jeremy A. Mercer (PA #86480)
                                                   Russell D. Giancola (PA #200058)
                                                   Six PPG Place, Third Floor
                                                   Pittsburgh, PA 15222
                                                   (412) 235-4500 (Telephone)
                                                   (412) 235-4510 (Fax)
                                                   rhicks@porterwright.com
                                                   jmercer@porterwright.com
                                                   rgiancola@porterwright.com
                                                   and
                                                   Matthew E. Morgan (DC #989591)
                                                   (admitted pro hac vice – ECF #10)
                                                   Justin Clark (DC #499621)
                                                   (admitted pro hac vice – ECF #31)
                                                   Elections, LLC
                                                   1000 Maine Ave., SW, 4th Floor
                                                   Washington, DC 20224
                                                   (202) 844-3812 (Telephone)
                                                   matthew.morgan@electionlawllc.com
                                                   justin.clark@electionlawllc.com

                                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Service on August 15, 2020, via email on all parties who have entered an appearance in this action  For any party who has yet to enter an appearance, the undersigned certifies that a copy of the foregoing was sent to that party's County Solicitor, if known, via email or fax.

        Respectfully submitted,

        PORTER WRIGHT MORRIS & ARTHUR LLP

By:  */s/ Ronald L. Hicks, Jr.*
     Ronald L. Hicks, Jr. (PA #49520)
     Jeremy A. Mercer (PA #86480)
     Russell D. Giancola (PA #200058)
     Six PPG Place, Third Floor
     Pittsburgh, PA 15222
     (412) 235-4500 (Telephone)
     (412) 235-4510 (Fax)
     rhicks@porterwright.com
     jmercer@porterwright.com
     rgiancola@porterwright.com

     and

     Matthew E. Morgan (DC #989591)
     (admitted pro hac vice – ECF #10)
     Justin Clark (DC #499621)
     (admitted pro hac vice – ECF #31)
     Elections, LLC
     1000 Maine Ave., SW, 4th Floor
     Washington, DC 20224
     (202) 844-3812 (Telephone)
     matthew.morgan@electionlawllc.com
     justin.clark@electionlawllc.com

     *Counsel for Plaintiffs*

13641450v1