**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR** | : | **CIVIL ACTION** |
| **PRESIDENT, INC.; et. al.,** | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | |
| | : | **NO: 2:20-cv-966-NR** |
| **vs.** | : | |
| | : | |
| | : | |
| | : | |
| | : | **Judge J. Nicholas Ranjan** |
| **KATHY BOOKCVAR; et al.,** | : | |
| **Defendants** | : | |

**DEFENDANT, McKEAN COUNTY BOARD OF ELECTIONS RESPONSE IN
OPPOSITION TO PLAINTIFFS' MOTION FOR A SPEEDY DECLARATORY
JUDGMENT HEARING AND EXPEDITED DISCOVERY**

AND NOW, comes the Defendant, McKean County Board of Elections,
by and through counsel, and files within Answer to Plaintiff's Verified Amended
Complaint for Declaratory and Injunctive Relief as follows:

1.     Paragraph 1 contains introductory information to which no reply is
necessary. However, to the extent a response is required, Paragraph 1 of the
Plaintiff's Complaint is denied, and strict proof is demanded at trial.

2.     Denied as stated and strict proof is demanded at trial.

3.     Denied as stated and strict proof is demanded at trial.

4.     Admitted.

5.     Paragraph 5 of the Plaintiff's Amended Complaint is a legal conclusion
to which no response is required.  However, to the extent a response is required,
the same is denied and strict proof thereof is demanded at trial.

6.      Admitted.

7.      Admitted.

8.      Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

9.      Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

10.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

11.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

12.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

13.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

14.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

15.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

16.     Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

17.     Admitted.

18.     Admitted.

19.     Admitted.

20.     Admitted.

21.     Admitted.

22.     Admitted.

23.     Admitted.

24.     To the extent that this paragraph alleges fraud or misfeasance occurred in the McKean County election process, the same is denied and strict proof thereof is demanded at the time of trial.

25.     To the extent that this paragraph alleges fraud or misfeasance occurred in the McKean County election process, the same is denied and strict proof thereof is demanded at the time of trial.

26.     To the extent that this paragraph alleges fraud or misfeasance occurred in the McKean County election process, the same is denied and strict proof thereof is demanded at the time of trial.

27.     Admitted.

28.    Admitted.

29.    Admitted.

30.    Admitted.

31.    To the extent that this paragraph alleges fraud or misfeasance occurred in the McKean County election process, the same is denied and strict proof thereof is demanded at the time of trial.

32.    To the extent that this paragraph alleges fraud or misfeasance occurred in the McKean County election process, the same is denied and strict proof thereof is demanded at the time of trial.

33.    Paragraph 33 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

34.    Paragraph 34 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

35.    Paragraph 35 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

36.    Paragraph 5 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

37.     Paragraph 37 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

38.     Paragraph 38 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

39.     Paragraph 39 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

40.     Paragraph 40 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

41.     Paragraph 41 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

42.     Paragraph 42 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

43.     Paragraph 43 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

44.     Paragraph 44 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

45.     Paragraph 45 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

46.     Paragraph 46 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

47.     Paragraph 47 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

48.     Paragraph 48 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

49.     Paragraph 49 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

50.     Paragraph 50 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

51.     Paragraph 51 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

52.     Paragraph 52 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

53.     Paragraph 53 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

54.     Paragraph 54 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

55.     Paragraph 55 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

56.     Paragraph 56 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

57.     Paragraph 57 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

58.   Paragraph 58 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

59.   Paragraph 59 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

60.   Paragraph 60 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

61.   Paragraph 61 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

62.   Paragraph 62 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

63.   Paragraph 63 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

64.   Paragraph 64 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

65.    Paragraph 65 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

66.    Paragraph 66 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

67.    Paragraph 67 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

68.    Paragraph 68 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

69.    Paragraph 69 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

70.    Paragraph 70 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

71.    Paragraph 71 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

72.    Paragraph 72 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

73.    Paragraph 73 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

74.    Paragraph 74 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

75.    Paragraph 75 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

76.    Paragraph 76 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

77.    Paragraph 77 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

78.    Paragraph 78 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

79.     Paragraph 79 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

80.     Paragraph 80 states opinions and/or conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

81.     Paragraph 81 states historical event and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

82.     Paragraph 82 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

83.     Paragraph 83 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

84.     Paragraph 84 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

85.     Paragraph 85 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

86.     Paragraph 86 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

87.     Paragraph 87 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

88.     Paragraph 88 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

89.     Paragraph 89 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

90.     Paragraph 90 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

91.     Paragraph 91 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

92.     Paragraph 92 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

93.     Paragraph 93 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

94.     Paragraph 94 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

95.     Paragraph 95 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

96.     Paragraph 96 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

97.     Paragraph 97 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

98.     Paragraph 98 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

99.     Paragraph 99 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

100.   Paragraph 100 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

101.   Paragraph 101 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

102.   Paragraph 102 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

103.   Paragraph 103 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

104.   Paragraph 104 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

105.   Paragraph 105 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

106.   Paragraph 106 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

107.   Paragraph 107 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

108.   Paragraph 108 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

109.   Paragraph 109 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

110.   Paragraph 110 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

111.   Paragraph 111 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

112.   Paragraph 112 states historical events and conclusions to which no reply is necessary.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

113.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

114.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

115.   To the extent that this paragraph alleges fraud or misfeasance occurred in the McKean County election process, the same is denied and strict proof thereof is demanded at the time of trial.

116.   Admitted.

117.   Admitted

118.   Admitted.

119.   Admitted.

120.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

121.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

122.   Admitted.

123.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

124.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

125.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

126.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

127.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

128.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial

129.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

130.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

131.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

132.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

133.   Paragraph 133 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

134.   Paragraph 134 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

135.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

136.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

137.   Denied as stated and strict proof is demanded at trial.

138.   Admitted.

139.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

140.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

141.   Paragraph 141 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

142.   Paragraph 142 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

143.   Admitted.

144.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

145.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

146.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

147.   Paragraph 147 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

148.   Paragraph 148 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

149.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

150.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

151.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

152.   Paragraph 152 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

153.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

154.   Admitted.

155.   Admitted.

156.   Paragraph 156 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

157.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

158.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

159.   Paragraph 159 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

160.   Paragraph 160 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

161.   Paragraph 161 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

162.   Paragraph 162 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

163.   Paragraph 163 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

164.   Paragraph 164 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

165.   Paragraph 165 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

166.   Paragraph 166 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

167.   Paragraph 167 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

168.   Paragraph 168 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

169.   Denied as stated and strict proof demanded at trial.

170.   Paragraph 170 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

171.   Paragraph 171 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

172.   Paragraph 172 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

173.   Paragraph 173 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

174.   Paragraph 174 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

175.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

176.   Denied as stated strict proof demanded at trial.

177.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

178.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

179.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

180.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

181.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

182.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

183.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

184.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

185.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

186.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

187.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

188.   Paragraph 188 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

189.   Paragraph 189 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

190.   Paragraph 190 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

191.   Paragraph 191 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

192.   Paragraph 192 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

193.   No answer required to paragraph of incorporation.

194.   Paragraph 194 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

195.   Paragraph 195 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

196.   Paragraph 196 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

197.   Paragraph 197 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

198.   Paragraph 198 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

199.   Paragraph 199 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

200.   Paragraph 200 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.1

201.   Paragraph 201 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

202.   Paragraph 202 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

203.   Paragraph 203 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

204.   Paragraph 204 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

205.   Paragraph 205 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

206.   No answer required to paragraph of incorporation.

207.   Paragraph 207 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

208.   Paragraph 208 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

209.   Paragraph 209 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

210.   Paragraph 210 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

211.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

212.   Paragraph 212 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

213.   Paragraph 213 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

214.   Paragraph 214 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

215.   Paragraph 215 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

216.   No answer required to paragraph of incorporation.

217.   Paragraph 217 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

218.   Paragraph 218 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

219.   Paragraph 219 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

220.   Paragraph 220 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

221.   Paragraph 221 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

222.   Paragraph 222 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

223.   No answer required to paragraph of incorporation.

224.   Paragraph 224 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

225.   Paragraph 225 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

226.   Paragraph 226 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

227.   Paragraph 227 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

228.   Paragraph 228 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

229.   Paragraph 229 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

230.   Paragraph 230 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

231.   Paragraph 231 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

232.   Paragraph 232 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

233.   No answer required to paragraph of incorporation.

234.   Paragraph 234 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

235.   Paragraph 235 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

236.   Paragraph 236 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

237.   No answer required to paragraph of incorporation.

238.   Paragraph 238 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

239.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

240.   Paragraph 240 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

241.   Paragraph 241 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

242.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

243.   Paragraph 243 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

244.   Denied as stated and strict proof is demanded at trial.

245.   Paragraph 245 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

246.   Paragraph 246 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

247.   Paragraph 247 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

248.   Paragraph 248 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

249.   No answer required to paragraph of incorporation.

250.   Paragraph 250 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

251.   Paragraph 251 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

252.   Paragraph 252 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

253.   No answer required to paragraph of incorporation.

254.   Paragraph 254 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

255.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

256.   Paragraph 254 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

257.   Respondent is without sufficient information to respond.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

258.   Denied as stated and strict proof is demanded at trial.

259.   Denied as stated and strict proof is demanded at trial.

260.   Denied as stated and strict proof is demanded at trial.

261.   Denied as stated and strict proof is demanded at trial.

262.   Paragraph 262 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

263.  Paragraph 263 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

264.  No answer required to paragraph of incorporation.

265.  Paragraph 265 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

266.  Paragraph 266 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

267.  Paragraph 267 of the Plaintiff's Amended Complaint is a legal conclusion to which no response is required.  However, to the extent a response is required, the same is denied and strict proof thereof is demanded at trial.

**WHEREFORE**, Defendants, McKean County Board of Elections, for all the reasons set forth herein, respectfully request this Honorable Court to dismiss Plaintiff's Amended Complaint.

Respectfully Submitted,

**THE CLARKE FIRM**

By: _/s/Anthony V. Clarke_____
Anthony V. Clarke, Esquire
Supreme Court No.: 61687
500 West Main Street
Smethport, PA 16749
Telephone: (814) 331-6441
Attorney for Defendant,
McKean County Board of Elections
Email: avclarke@mckeancountypa.org

Dated: August 17, 2020

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR** | : | **CIVIL ACTION** |
| **PRESIDENT, INC.; et. al.,** | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | |
| | : | **NO: 2:20-cv-966-NR** |
| **vs.** | : | |
| | : | |
| | : | |
| | : | |
| | : | **Judge J. Nicholas Ranjan** |
| **KATHY BOOKCVAR; et al.,** | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I Anthony V. Clarke, Esquire, Solicitor for the County of McKean, Pennsylvania, do hereby certify that I caused the foregoing Response to Motion for a Speedy Declaratory Judgment Hearing and Expedited Discovery to be filed with the United States District Court for the Western District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of records.

Respectfully Submitted,

**COUNTY OF McKEAN**

By:  /s/Anthony V. Clarke
Anthony V. Clarke, Esquire
Supreme Court No.: 61687
500 West Main Street
Smethport, PA 16749
Telephone: (814) 331-6441
Attorney for Defendant,
McKean County Board of Elections
Email: avclarke@mckeancountypa.org

Dated: August 17, 2020