IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:20-cv-00966-NR ) |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) Judge J. Nicholas Ranjan ) ) ) |
| Defendants. | ) ) |

**SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S
NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

Secretary of the Commonwealth Kathy Boockvar submits a copy the "Application for the Court to Exercise Extraordinary Jurisdiction Over the Commonwealth Court Case Docketed at 407 MD 2020" in *Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020, which was filed with the Supreme Court of Pennsylvania yesterday, August 16, 2020 (a copy is attached hereto as Exhibit A). In the Secretary's Reply Brief in Support of her Motion to Dismiss in this matter, the Secretary referenced on-going state-court litigation and stated that the "defendants in the Commonwealth Court proceeding" (including the Secretary) "intend to file a petition under 42 Pa. Cons. Stat. § 726 (commonly referred to as a 'King's Bench power') asking the Pennsylvania Supreme Court to invoke its '[e]xtraordinary jurisdiction' and resolve this 'issue of immediate public importance.'" Secretary of the Commonwealth Kathy Boockvar's Reply in Supp. of Mot. to Dismiss Am. Compl. (ECF No. 336) at 5 n.3 (brackets in original). The Supreme Court has directed that "[a]n Answer, or a letter stating that an Answer will not be filed, is required to be filed by 3:00 p.m. on Thursday August 20, 2020." Aug. 17, 2020 Letter from Office of the

Prothonotary to Counsel, *Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020 (attached hereto as Exhibit B). Accordingly, the Secretary provides this notice of the filing in the Pennsylvania Supreme Court.

Dated:  August 17, 2020

KIRKLAND & ELLIS LLP

By: */s/ Daniel T. Donovan*
    Daniel T. Donovan
    Michael A. Glick
    Susan M. Davies
    1301 Pennsylvania Avenue, N.W.
    Washington, DC 20004
    (202) 389-5000 (telephone)
    (202) 389-5200 (facsimile)
    daniel.donovan@kirkland.com
    michael.glick@kirkland.com
    susan.davies@kirkland.com

Respectfully submitted,

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

By: */s/ Karen M. Romano*
    Karen M. Romano
    Keli M. Neary
    Howard G. Hopkirk
    Nicole Boland
    Stephen Moniak
    15th Floor, Strawberry Square
    Harrisburg, PA 17120
    (717) 787-2727 (telephone)
    (717) 772-4526 (facsimile)
    kromano@attorneygeneral.gov
    kneary@attorneygeneral.gov
    hhopkirk@attorneygeneral.gov
    nboland@attorneygeneral.gov
    smoniak@attorneygeneral.gov

*Counsel for Kathy Boockvar
Secretary of the Commonwealth of
Pennsylvania*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Daniel T. Donovan
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*