

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Christina Crane Matthias, Esq.*

DATE OF ADMISSION

*May 29, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: August 13, 2020

John W. Person Jr., Esq.
Deputy Prothonotary