## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **NO. 2:20-CV-00966** |
| | : | |
| **KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.,** | : | **JUDGE RANJAN** |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Defendant Secretary of the Commonwealth Kathy Boockvar in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com

Myers, Brier & Kelly, LLP          Attorney for Defendant, Secretary of the
425 Spruce Street, Suite 200       Commonwealth of Pennsylvania Kathy
Scranton, PA 18503                 Boockvar
(570) 342-6100

Date:  August 17, 2020

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Entry of Appearance was served upon the following counsel of record who have

appeared in this action via the Court's electronic case filing system on this 17th

day of August, 2020.

<u>/s/ Daniel T. Brier</u>
Daniel T. Brier