# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) )  ) CIVIL ACTION NO: 2:20-CV-00966 ) ) JUDGE J. NICHOLAS RANJAN ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, | |
| Defendants. | |

## PRAECIPE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of Carolyn B. McGee on behalf of all Plaintiffs in this matter.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: August 18, 2020         By:  */s/ Carolyn B. McGee*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Carolyn B. McGee (PA #208815)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
Justin Clark (DC #499621)
(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor

- 2 -

        Washington, DC 20224
        (202) 844-3812 (Telephone)
        matthew.morgan@electionlawllc.com
        justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2020, a true and correct copy of the foregoing **PRAECIPE OF APPEARANCE** was sent to the process servers for service, along with the Summons and Complaint, on each Defendant.

                Respectfully submitted,

                PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Jeremy A. Mercer*
     Ronald L. Hicks, Jr. (PA #49520)
     Jeremy A. Mercer (PA #86480)
     Russell D. Giancola (PA #200058)
     Six PPG Place, Third Floor
     Pittsburgh, PA 15222
     (412) 235-4500 (Telephone)
     (412) 235-4510 (Fax)
     rhicks@porterwright.com
     jmercer@porterwright.com
     rgiancola@porterwright.com

     and

     Matthew E. Morgan (DC #989591)
     Justin Clark (DC #499621)
     (both to be admitted pro hac vice)
     Elections, LLC
     1000 Maine Ave., SW, 4th Floor
     Washington, DC 20224
     (202) 844-3812 (Telephone)
     matthew.morgan@electionlawllc.com
     justin.clark@electionlawllc.com

     *Counsel for Plaintiffs*