# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, <br><br> Defendants. | CIVIL ACTION NO: 2:20-CV-00966 <br><br> JUDGE J. NICHOLAS RANJAN |

## PRAECIPE OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of Carolyn B. McGee on behalf of all Plaintiffs in this matter.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: August 18, 2020     By: */s/ Carolyn B. McGee*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Carolyn B. McGee (PA #208815)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com

and

Matthew E. Morgan (DC #989591)
Justin Clark (DC #499621)
(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor

- 2 -

      Washington, DC 20224
      (202) 844-3812 (Telephone)
      matthew.morgan@electionlawllc.com
      justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 18, 2020, a true and correct copy of the foregoing **PRAECIPE OF APPEARANCE** was sent via ECF, which will serve notice of same on all parties registered to receive same via the ECF system. For any party who has yet to enter an appearance, the undersigned certifies that a copy of the foregoing filing will be served on that party via First Class Mail and a copy sent to the County Solicitor, if known, via email or fax.

        Respectfully submitted,

        PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Carolyn B. McGee*
     Ronald L. Hicks, Jr. (PA #49520)
     Jeremy A. Mercer (PA #86480)
     Russell D. Giancola (PA #200058)
     Carolyn B. McGee (PA #208815)
     Six PPG Place, Third Floor
     Pittsburgh, PA 15222
     (412) 235-4500 (Telephone)
     (412) 235-4510 (Fax)
     rhicks@porterwright.com
     jmercer@porterwright.com
     rgiancola@porterwright.com

     and

     Matthew E. Morgan (DC #989591)
     Justin Clark (DC #499621)
     (both to be admitted pro hac vice)
     Elections, LLC
     1000 Maine Ave., SW, 4th Floor
     Washington, DC 20224
     (202) 844-3812 (Telephone)
     matthew.morgan@electionlawllc.com
     justin.clark@electionlawllc.com

     *Counsel for Plaintiffs*

13447152v1