

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**John Brent Hill, Esq.**

DATE OF ADMISSION

*July 21, 2020*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 10, 2020

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk