IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:20-cv-966-NR ) |
| KATHY BOOCKVAR, et al, | ) ) |
| Defendants. | ) |

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Andrew C. DeGory, Esquire and Babst, Calland, Clements and Zomnir, P.C. as counsel for Defendants Armstrong County Board of Elections, Bedford County Board of Elections, Blair County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Lackawanna County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Venango County Board of Elections and York County Board of Elections in the above-captioned action.

                                                  */s/ Andrew C. DeGory*
                                                  PA ID No. 327838

                                                  Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 6th Floor
603 Stanwix St.
Pittsburgh, PA  15222
412.394.5400

Counsel for Defendants

Armstrong County Board of Elections,
Bedford County Board of Elections, Blair
County Board of Elections, Centre County

Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Lackawanna County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Montour County Board of Elections, Northumberland County Board of Elections, Venango County Board of Elections and York County Board of Elections

Dated:   August 20, 2020

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically on August 20, 2020 and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedures.

/s/ Andrew C. DeGory