IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, et al., <br><br> Defendants. | NO. 2:20-cv-00966-NR |

## MOTION FOR ADMISSION *PRO HAC VICE*

PETER V. KEAYS, undersigned counsel for Defendants, the Philadelphia County Board of Elections, the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections, hereby moves that PETER V. KEAYS be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants, the Philadelphia County Board of Elections, the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of PETER V. KEAYS in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: August 11, 2020

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: */s/ Peter V. Keays*
      Peter V. Keays

                (PA I.D. No. 321474)
                One Logan Square, 27th Floor
                Philadelphia, PA  19103-6933
                T: 215 568-6200
                F: 215 568-0300
                E: pkeays@hangley.com

*Counsel for Defendants, the Philadelphia County Board of Elections*, *the Bucks County Board of Elections, the Montgomery County Board of Elections and the Chester County Board of Elections*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., :<br><br>Plaintiffs, :<br><br>v. :<br><br>KATHY BOOCKVAR, et al., :<br><br>Defendants. : | NO. 2:20-cv-00966-NR |

**CERTIFICATE OF SERVICE**

I, PETER V. KEAYS, certify that on August 21, 2020, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and it is available for viewing and downloading from the ECF system.

　　　　　　　　　　　　　　　　　　　　　*/s/ Peter V. Keays*
　　　　　　　　　　　　　　　　　　　　　Peter V. Keays

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., : : : : Plaintiffs, : : v. : : KATHY BOOCKVAR, et al., : : Defendants. : : | NO. 2:20-cv-00966-NR |

**AFFIDAVIT OF PETER V. KEAYS IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, PETER V. KEAYS make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants, the Philadelphia County Board of Elections, the Bucks County Board of Elections, the Montgomery County Board of Elections, and the Chester County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, PETER V. KEAYS, being duly sworn, do hereby depose and say as follows:

1. I am an associate of the law firm of Hangley Aronchick Segal Pudlin & Schiller.

2. My business address is One Logan Square, 18th & Cherry Streets, 27th Floor, Philadelphia, Pennsylvania 19103.

3. My Pennsylvania bar identification number is 321474; my New Jersey bar identification number is 179272015.

4. I am a member in good standing of: (1) the Commonwealth of Pennsylvania; (2) the State of New Jersey; (3) the U.S. District Court for the Eastern District of Pennsylvania; (4) the U.S. District Court for the District of New Jersey; (5) the U.S. District Court for the Northern District of New York; (6) the U.S. Court of Appeals for the Second Circuit; and (7) the U.S. Court of Appeals for the Third Circuit.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit.

6. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to the punishment.

Dated: August 21, 2020         /s/ *Peter V. Keays*
                               Peter V. Keays

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Peter Keays, Esq.*

**DATE OF ADMISSION**

*October 19, 2015*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 16, 2020

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al., | |
| Plaintiffs, | NO. 2:20-cv-00966-NR |
| v. | |
| KATHY BOOCKVAR, et al., | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby **ORDERED** and **DECREED** that PETER V. KEAYS, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____ J.