

### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Richard Eugene Santee, Esq.*

DATE OF ADMISSION

*October 18, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 24, 2020

_____
Elizabeth E. Zisk
Chief Clerk