# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | )<br>) *Electronically Filed*<br>) |
| Plaintiffs, | ) Civil Action<br>) |
| v. | ) No.: 2-20-CV-966<br>) |
| KATHY BOOCKVAR; *et al.*, | )<br>) Judge J. Nicholas Ranjan |
| Defendants. | ) |

**APPENDIX OF MATERIALS IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY AND/OR LIFT STAY ORDER (ECF # 410) AND MOTION FOR LIMITED PRELIMINARY INJUNCTIVE RELIEF**

PORTER WRIGHT MORRIS & ARTHUR LLP
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Carolyn B. McGee (PA #208815)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com
cmcgee@porterwright.com

and

Matthew E. Morgan (DC #989591)
(admitted pro hac vice)
Justin Clark (DC #499621)
(admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | *Electronically Filed* |
| Plaintiffs, | ) ) | Civil Action |
| v. | ) ) | No.: 2-20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | ) ) ) | Judge J. Nicholas Ranjan |
| Defendants. | ) | |

**APPENDIX OF MATERIALS IN SUPPORT OF PLAINTIFFS' MOTION
TO MODIFY AND/OR LIFT STAY ORDER (ECF # 410)
AND MOTION FOR LIMITED PRELIMINARY INJUNCTIVE RELIEF**

| **Exhibit** | **Description** |
|---|---|
| A-1 | Jonathan Marks Deposition Excerpts |
| A-2 | Jonathan Marks Deposition Exhibit 5 |
| A-3 | Jonathan Marks Deposition Exhibit 6 |
| A-4 | Jonathan Marks Deposition Exhibit 10 |
| A-5 | Jonathan Marks Deposition Exhibit 11 |
| A-6 | Jonathan Marks Deposition Exhibit 12 |
| A-7 | Jonathan Marks Deposition Exhibit 13 |
| A-8 | Jonathan Marks Deposition Exhibit 24 |
| A-9 | Jonathan Marks Deposition Exhibit 25 |
| A-10 | Jonathan Marks Deposition Exhibit 26 |
| A-11 | Jonathan Marks Deposition Exhibit 20 |
| A-12 | Jonathan Marks Deposition Exhibit 21 |
| A-13 | Jonathan Marks Deposition Exhibit 22 |
| A-14 | Jonathan Marks Deposition Exhibit 7 |

| A-15 | Jonathan Marks Deposition Exhibit 8 |
|---|---|
| A-16 | Jonathan Marks Deposition Exhibit 9 |
| A-17 | Jonathan Marks Deposition Exhibit 37 |
| B-1 | August 21, 2020 Email Message from K. Bokhan at 9:10 a.m. |
| B-2 | "Pennsylvania Absentee and Mail-In Ballot Return Guidance," ver. 1 (Aug. 19, 2020) [bate-stamped as "PADOS000750.000001-8"] |
| B-3 | "Pennsylvania Guidance for Missing Official Ballot Envelopes ("Naked Ballots")," ver. 1 (Aug. 19, 2020) [bate-stamped as "PADOS000751.000001-2"] |
| C-1 | Kathy Boockvar Deposition Excerpts |
| C-2 | Kathy Boockvar Deposition Exhibit 6 |
| C-3 | Kathy Boockvar Deposition Exhibit 7 |
| C-4 | Kathy Boockvar Deposition Exhibit 8 |
| C-5 | Kathy Boockvar Deposition Exhibit 13 |
| C-6 | Kathy Boockvar Deposition Exhibit 12 |
| C-7 | Kathy Boockvar Deposition Exhibit 18 |
| D | June 30, 2020 Email Message between K. Boockvar and N. Custodio [bate-stamped as "PADOS000384.000001-2"] |
| E | Kathy's Boockvar Tweet |
| F | Larger Copy of Photograph from Tweet in App. Exh. E [bate-stamped as "P002078"] |
| G | Elk County Video Clips from June 2, 2020 |
| H | October 29, 2019 Cmwlth. of Pa. Legis. Jour., No. 64, p. 1739 (cmts of Rep. Everett) |
| I | January 10, 2020 Email Message from K. Lehman [bate-stamped as "PADOS000609.000001-5"] |
| J | Secretary Boockvar's Objections and Responses to Plaintiffs' Interrogatories and Request for Production of Documents, served August 10, 2020 |