# EXHIBIT A-9



EXHIBIT

Marks 08/19/20 EX25

P002068