# EXHIBIT A-10



 **Li Kramer Halpern**
Monday at 12:53 PM · One Montgomery Plaza · 🌐

**Cory** and I voted! I miss my sticker. If you're using the drop box in Norristown, walk through the construction the building is open. Closed at noon today but other days open 7am - 8pm through June 2nd. **https:// www.montcopa.org/ArchiveCenter/ViewFile/Item/ 5177**

**EXHIBIT**
Marks 08/19/20 EX26

P002067