# EXHIBIT A-11

A: One of the most significant roles of our commonwealth is to take care of those facing challenges beyond their control. These challenges, while varied, should not limit these individuals from enjoying a happy and engaging life in their communities. I enjoy supporting local events, fundraisers and legislation to assist in gaining employment for our citizens with intellectual disabilities. I have also sponsored legislation to ensure support services can be provided to them while living in their family's home or other community-based settings.



Mail-in ballots for the June 2 primary election can be dropped off in a designated box outside of the Centre County Government's Willowbank Building. ABBY DREY *ADREY@CENTREDAILY.COM*

💬 **COMMENTS** ∨

**EXHIBIT**

**Marks 08/19/20 EX20**

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

**ACCEPT COOKIES**