# EXHIBIT A-13



**EXHIBIT**

Marks 08/19/20 EX22

BED-000012