# EXHIBIT A-17

| County: | Please provide the number of absentee or mail-in applications received from voters who were not registered at the time they applied for a ballot, but for whom voter registration applications were received after the application for an absentee or mail-in application was received by the county. | | Please provide the number of absentee ballots challenged. | Please provide the number of absentee ballots subject to challenge which were not canvassed. | Please provide the number of mail-in ballots challenged. | Please provide the number of mail-in ballots subject to challenge which were not canvassed. | Please provide the number of election officers (pollworkers) appointed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1801-B of the Election Code, 25 P.S. § 3581. |
|---|---|---|---|---|---|---|---|
| Response | Absentee: | Mail-In: | Open-Ended Response | Open-Ended Response | Open-Ended Response | Open-Ended Response | Total number of pollworkers appointed for the primary: |
| York | | 127 combined | 0 | 0 | 0 | 0 | 117 |
| Philadelphia | Our voter registration system does not track this data. This figure is unknown. | Our voter registration system does not track this data. This figure is unknown. | 0 | 0 | 0 | 0 | 0 |
| Lawrence | Information not available | Information not available | 0 | 0 | 0 | 0 | 200 |

**EXHIBIT**

Marks 08/19/20 EX37

| County: | Please provide the number of absentee or mail-in applications received from voters who were not registered at the time they applied for a ballot, but for whom voter registration applications were received after the application for an absentee or mail-in application was received by the county. | | Please provide the number of absentee ballots challenged. | Please provide the number of absentee ballots subject to challenge which were not canvassed. | Please provide the number of mail-in ballots challenged. | Please provide the number of mail-in ballots subject to challenge which were not canvassed. | Please provide the number of election officers (pollworkers) appointed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1601-B of the Election Code, 25 P.S. § 3581. |
|---|---|---|---|---|---|---|---|
| Response | Absentee: | Mail-In: | Open-Ended Response | Open-Ended Response | Open-Ended Response | Open-Ended Response | Total number of pollworkers appointed for the primary: |
| York | | 127 combined | 0 | 0 | 0 | 0 | 144 |
| Westmoreland | 53 declined - not tracked for reapplying | 230 declined - not tracked for reapplying | 0 | 0 | 0 | 0 | 1380 |
| Allegheny | | | 0 | 0 | 0 | 0 | 1242 |
| Chester | Not Available | Not Available | 0 | 0 | 0 | 0 | 1337 |
| Susquehanna | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| Delaware | | 10 0 -did not track | 0 | 0 | 0 | 0 | 0 |
| Elk | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| Forest | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Schuylkill | 0 | 0 | 0 | 0 | 0 | 0 | 27 |
| Northumberland | 25 | 22 | 0 | 0 | 0 | 0 | 17 |
| Huntingdon | | | 0 | 0 | 0 | 0 | 139 |
| Berks | Not Tracked | Not Tracked | 0 | 0 | 0 | 0 | 865 |
| Indiana | 0 | 5 | 0 | 0 | 0 | 0 | 24 |
| Fulton | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Perry | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Bucks | 0 (Not Tracked) | 0 (Not Tracked) | 0 | 0 | 0 | 0 | 527 |
| Bedford | Unknown | Unknown | 0 | 0 | 0 | 0 | 17 |

| County: | Please provide the number of absentee or mail-in applications received from voters who were not registered at the time they applied for a ballot, but for whom voter registration applications were received after the application for an absentee or mail-in application was received by the county. | | Please provide the number of absentee ballots challenged. | Please provide the number of absentee ballots subject to challenge which were not canvassed. | Please provide the number of mail-in ballots challenged. | Please provide the number of mail-in ballots subject to challenge which were not canvassed. | Please provide the number of election officers (pollworkers) appointed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1801-B of the Election Code, 25 P.S. § 3581. |
|---|---|---|---|---|---|---|---|
| Response | Absentee: | Mail-In: | Open-Ended Response | Open-Ended Response | Open-Ended Response | Open-Ended Response | Total number of pollworkers appointed for the primary: |
| Montour | did not track | did not track | 0 | 0 | 0 | 0 | 1 |
| Luzerne | Unknown | Unknown | 0 | 0 | 0 | 0 | 59 |
| Montgomery | Not known | Not known | 0 | 0 | 0 | 0 | 932 |
| Cameron | 0 | 3 | 0 | 0 | 0 | 0 | 20 |
| Cambria | 0 - did not track, check SURE system | 0 - did not track, check SURE system | 0 | 0 | 0 | 0 | 20 |
| Dauphin | 23 registered after they applied for an Absentee Ballot. Of these, 14 were before the May 18th deadline to register and 9 were after. | 71 registered after they applied for a Mail-In Ballot. Of these, 44 were before the May 18th deadline to register and 23 after. | 0 | 0 | 0 | 0 | 297 |
| Columbia | Columbia County is deferring to the information in the SURE system for this item. | Columbia County is deferring to the information in the SURE system for this item. | 0 | 0 | 0 | 0 | 11 |
| Sullivan | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Mifflin | | | 0 | 0 | 0 | 0 | 18 |
| Adams | We were not required to track information, therefore I have no numbers to report | | 0 | 0 | 0 | 0 | 45 |
| Erie | no record | no record | 0 | 0 | 0 | 107 | 201 |
| Centre | 55 | 0 | 0 | 0 | 0 | 0 | 0 |

| County: | Please provide the number of absentee or mail-in applications received from voters who were not registered at the time they applied for a ballot, but for whom voter registration applications were received after the application for an absentee or mail-in application was received by the county. | | Please provide the number of absentee ballots challenged. | Please provide the number of absentee ballots subject to challenge which were not canvassed. | Please provide the number of mail-in ballots challenged. | Please provide the number of mail-in ballots subject to challenge which were not canvassed. | Please provide the number of election officers (pollworkers) appointed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1801-B of the Election Code, 25 P.S. § 3591. |
|---|---|---|---|---|---|---|---|
| Response | Absentee: | Mail-In: | Open-Ended Response | Open-Ended Response | Open-Ended Response | Open-Ended Response | Total number of pollworkers appointed for the primary: |
| Lebanon | | | 0 | 0 | 0 | 0 | 125 |
| Mercer | 0 | 0 | 0 | 0 | 0 | 0 | 79 |
| Snyder | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Washington | | | 0 | 0 | 0 | 0 | 104 |
| Somerset | | 0 | 0 | 0 | 0 | 0 | 51 |
| Lancaster | 29 rejected as not registered. Do not know if they registered | 82 rejected as not registered. do not know if they registered | 0 | 0 | 0 | 0 | 1120 |
| Lehigh | 0 | 0 | 0 | 0 | 0 | 0 | 275 |
| Greene | N/A We did not keep track of this | N/A We did not keep track of this | 0 | 0 | 0 | 0 | 47 |

| County: | Please provide the number of absentee or mail-in applications received from voters who were not registered at the time they applied for a ballot, but for whom voter registration applications were received after the application for an absentee or mail-in application was received by the county. | | Please provide the number of absentee ballots challenged. | Please provide the number of absentee ballots subject to challenge which were not canvassed. | Please provide the number of mail-in ballots challenged. | Please provide the number of mail-in ballots subject to challenge which were not canvassed. | Please provide the number of election officers (pollworkers) appointed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1801-B of the Election Code, 25 P.S. § 3581. |
|---|---|---|---|---|---|---|---|
| Response | Absentee: | Mail-In: | Open-Ended Response | Open-Ended Response | Open-Ended Response | Open-Ended Response | Total number of pollworkers appointed for the primary: |
| Monroe | I did not keep track of the number, the applicants were notified and if they registered the applications were processed | I did not keep track of the number, the applicants were notified and if they registered the applications were processed | 0 | 0 | 0 | 0 | 0 |
| Butler | not available | not available | 0 | 0 | 0 | 0 | 52 |
| Clinton | 0 | 0 | 0 | 0 | 0 | 0 | 14 |
| Venango | 0 | 0 | 0 | 0 | 0 | 0 | 72 |
| Pike | don't track | don't track | 0 | 0 | 0 | 0 | 0 |
| Cumberland | No known | Not known | 0 | 0 | 0 | 0 | 4 |
| McKean | Information not available | Information not available | 0 | 0 | 0 | 0 | 196 |
| Fayette | 13 | 30 | 0 | 0 | 0 | 0 | 67 |
| Lackawanna | | | 0 | 0 | 0 | 0 | 55 |
| Wayne | unknown | unknown | 0 | 0 | 0 | 0 | 31 |
| Beaver | | | 0 | 0 | 0 | 0 | 0 |
| Northampton | No way to track this | No way to track this | 0 | 0 | 0 | 0 | 752 |
| Franklin | Unknown | Unknown | 0 | 0 | 0 | 0 | 38 |
| Clearfield | Unknown | Unknown | 0 | 0 | 0 | 0 | 10 |
| Crawford | Unknown | Unknown | 0 | 0 | 0 | 0 | 38 |
| Jefferson | | 0 There is no way to determine that number | 0 | 0 | 0 | 0 | 5 |

| County: | Please provide the number of absentee or mail-in applications received from voters who were not registered at the time they applied for a ballot, but for whom voter registration applications were received after the application for an absentee or mail-in application was received by the county. | | Please provide the number of absentee ballots challenged. | Please provide the number of absentee ballots subject to challenge which were not canvassed. | Please provide the number of mail-in ballots challenged. | Please provide the number of mail-in ballots subject to challenge which were not canvassed. | Please provide the number of election officers (pollworkers) appointed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1601-B of the Election Code, 25 P.S. § 3581. |
|---|---|---|---|---|---|---|---|
| Response | Absentee: | Mail-In: | Open-Ended Response | Open-Ended Response | Open-Ended Response | Open-Ended Response | Total number of pollworkers appointed for the primary: |
| Warren | 755 | 3063 | 0 | 0 | 0 | 0 | 17 |
| Wyoming | Not Tracked | Not Tracked | 0 | 0 | 0 | 0 | 0 |
| Clarion | | | 0 | 0 | 0 | 0 | 14 |
| Carbon | I do not have this info available | I do not have this info available | 0 | 0 | 0 | 0 | 191 |
| Forest | Not Tracked | Not Tracked | 0 | 0 | 0 | 0 | 2 |
| Union | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Potter | | | 0 | 0 | 0 | 0 | 10 |
| Armstrong | 0 | 4 | 0 | 0 | 0 | 0 | 73 |
| Tioga | 0 | 0 | 0 | 0 | 0 | 0 | 13 |
| Bradford | 24 | 115 | 0 | 0 | 0 | 0 | 51 |
| Juniata | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blair | 0 | 0 | 0 | 0 | 0 | 0 | 263 |
| Lycoming | 10 | 50 | | | | | 42 |

| County: | | Please provide the number of polling places consolidated under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1802-B of the Election Code, 25 P.S. § 3582. | | If your county required approval from DOS to consolidate polling places, please provide that number. | | Please provide the number of polling places located in a place where malt or brewed beverages are served, as allowed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1803-B of the Election Code, 25 P.S. § 3583. | Please provide the number of polling places located in school buildings on June 2nd, and if available, the number of polling places you usually locate in school buildings. |
|---|---|---|---|---|---|---|---|
| Response | Total number of pollworkers who served in an election district other than where they were registered: | How many polling places you usually have: | How many polling places you had on June 2nd: | Did you require approval to consolidate? | How many locations were consolidated? | Open-Ended Response | School buildings on June 2nd: |
| York | 38 | 161 | 143 | 0 | 18 | 0 | 10 |
| Philadelphia | 0 | 831 | 188 | Yes | Our county consolidated from 831 polling places to 188 polling places. | 10 | 99 |
| Lawrence | 3 | 75 | 67 | No response | 0 | 0 | 3 |

| County: / Response | Total number of pollworkers who served in an election district other than where they were registered: | Please provide the number of polling places consolidated under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1802-B of the Election Code, 25 P.S. § 3582. / How many polling places you usually have: | How many polling places you had on June 2nd: | If your county required approval from DOS to consolidate polling places, please provide that number. / Did you require approval to consolidate? | How many locations were consolidated? | Please provide the number of polling places located in a place where malt or brewed beverages are served, as allowed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1803-B of the Election Code, 25 P.S. § 3583. / Open-Ended Response | Please provide the number of polling places located in school buildings on June 2nd, and if available, the number of polling places you usually locate in school buildings. / School buildings on June 2nd: |
|---|---|---|---|---|---|---|---|
| York | 20 | 161 | 143 | No | | 0 | 10 |
| Westmoreland | 350 | 307 | 307 | N/A | None | 74 | 29 |
| Allegheny | 592 | 1323 | 417 | yes | 1323 | 1 | 30 |
| Chester | 139 | 211 | 176 | No | | 0 | 93 |
| Susquehanna | 5 | 0 | 0 | | 0 | 0 | 0 |
| Delaware | 0 | 328 | 177 | No | | 0 | 73 |
| Elk | 6 | 27 | 27 | | 0 | 0 | 0 |
| Forest | 2 | 9 | 2 | no | 7 | | 0 |
| Schuylkill | 23 | 125 | 125 | | 0 | 0 | 1 |
| Northumberland | 7 | 74 | 67 | | 7 | 10 | 6 |
| Huntingdon | 40 | 58 | 24 | No | | 0 | 19 |
| Berks | 0 | 202 | 202 | No | None | 0 | 28 |
| Indiana | 7 | 69 | 68 | yes | 2 | 0 | 1 |
| Fulton | 1 | 13 | 13 | | 0 | 0 | 0 |
| Perry | 1 | 0 | 31 | | 0 | 0 | 0 |
| Bucks | 372 | 203 | 198 | No | | 0 | 65 |
| Bedford | 17 | 36 | 35 | Blank | 2 | 2 | 0 |

| County: | Total number of pollworkers who served in an election district other than where they were registered: | Please provide the number of polling places consolidated under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1802-B of the Election Code, 25 P.S. § 3502. | How many polling places you had on June 2nd: | If your county required approval from DOS to consolidate polling places, please provide that number. | How many locations were consolidated? | Please provide the number of polling places located in a place where malt or brewed beverages are served, as allowed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1803-B of the Election Code, 25 P.S. § 3583. | Please provide the number of polling places located in school buildings on June 2nd, and if available, the number of polling places you usually locate in school buildings. |
|---|---|---|---|---|---|---|---|
| Response | | How many polling places you usually have: | How many polling places you had on June 2nd: | Did you require approval to consolidate? | | Open-Ended Response | School buildings on June 2nd: |
| Montour | 1 | 15 | 15 | N/A | N/A | 0 | 0 |
| Luzerne | 1 | 144 | 58 | N/A | N/A | 0 | 26 |
| Montgomery | 335 | 352 | 140 | No | | 0 | 140 |
| Cameron | 8 | 10 | 10 | n/a | | 0 | 8 |
| Cambria | 15 | 120 | 114 | No | | 0 | 5 |
| Dauphin | 166 | 144 | 138 | Dauphin County did not require approval from DOS to consolidate polling places. | N/A | 1 | 28 |
| Columbia | 11 | 41 | 40 | 0 | 0 | 0 | 0 |
| Sullivan | 0 | 15 | 15 | 0 | 0 | 0 | 0 |
| Mifflin | 6 | 26 | 18 | no | | 0 | 10 |
| Adams | 16 | 50 | 50 | No | None | 0 | 1 |
| Erie | 130 | 149 | 149 | no | | 0 | 15 |
| Centre | 0 | 88 | 83 | No | | 0 | 8 |

| County: | | Please provide the number of polling places consolidated under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1802-B of the Election Code, 25 P.S. § 3592. | | If your county required approval from DOS to consolidate polling places, please provide that number. | | Please provide the number of polling places located in a place where malt or brewed beverages are served, as allowed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1803-B of the Election Code, 25 P.S. § 3593. | Please provide the number of polling places located in school buildings on June 2nd, and if available, the number of polling places you usually locate in school buildings. |
|---|---|---|---|---|---|---|---|
| Response: | Total number of pollworkers who served in an election district other than where they were registered: | How many polling places you usually have: | How many polling places you had on June 2nd: | Did you require approval to consolidate? | How many locations were consolidated? | Open-Ended Response | School buildings on June 2nd: |
| Lebanon | 50 | 60 | 60 | no | n/a | 0 | 2 |
| Mercer | 56 | 1 | 84 | 0 | 0 | 0 | 8 |
| Snyder | 2 | 25 | 25 | No | | 0 | 0 |
| Washington | 104 | 159 | 148 | 0 | 11 | 11 | 8 |
| Somerset | 13 | 63 | 59 | 0 | 0 | 0 | 3 |
| Lancaster | 366 | 232 | 227 | NO | 1 | 0 | 8 |
| Lehigh | 325 | 161 | 115 | no | 46 | 5 | 17 |
| Greene | 35 | 42 | 35 | No | | 0 | 3 |

| County:<br>Response: | Total number of pollworkers who served in an election district other than where they were registered: | Please provide the number of polling places consolidated under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1802-B of the Election Code, 25 P.S. § 3582.<br>How many polling places you usually have: | How many polling places you had on June 2nd: | If your county required approval from DOS to consolidate polling places, please provide that number.<br>Did you require approval to consolidate? | How many locations were consolidated? | Please provide the number of polling places located in a place where malt or brewed beverages are served, as allowed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1803-B of the Election Code, 25 P.S. § 3583.<br>Open-Ended Response | Please provide the number of polling places located in school buildings on June 2nd, and if available, the number of polling places you usually locate in school buildings.<br>School buildings on June 2nd: |
|---|---|---|---|---|---|---|---|
| Monroe | 0 | 52 | 52 | Didn't answer-Zfuhrman | Didn't answer-Zfuhrman | 0 | 2 |
| Butler | 15 | 89 | 89 | No | | 0 | 0 |
| Clinton | 6 | 34 | 34 | no | | 0 | 0 |
| Venango | 31 | 44 | 44 | no | none | 0 | 0 |
| Pike | 0 | 18 | 18 | | | 0 | 0 |
| Cumberland | 211 | 110 | 104 | N/A | N/A | | 8 |
| McKean | 14 | 42 | 42 | 0 | 0 | 3 | 1 |
| Fayette | 32 | 77 | 77 | 0 | 0 | 0 | 12 |
| Lackawanna | 176 | 117 | 103 | 0 | 0 | 0 | 20 |
| Wayne | 17 | 35 | 34 | no | two | 0 | 0 |
| Beaver | 0 | 129 | 128 | 0 | | 0 | 4 |
| Northampton | 169 | 154 | 154 | N/A | 0 | 0 | 29 |
| Franklin | 20 | 73 | 73 | No | | 0 | 0 |
| Clearfield | 10 | 70 | 70 | NA | NA | 0 | 1 |
| Crawford | 13 | 68 | 60 | NO | | 0 | 4 |
| Jefferson | 5 | 37 | 36 | No | 1 | 0 | 0 |

| County: Response | Total number of pollworkers who served in an election district other than where they were registered: | Please provide the number of polling places consolidated under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1802-B of the Election Code, 25 P.S. § 3582. How many polling places you usually have: | How many polling places you had on June 2nd: | If your county required approval from DOS to consolidate polling places, please provide that number. Did you require approval to consolidate? | How many locations were consolidated? | Please provide the number of polling places located in a place where malt or brewed beverages are served, as allowed under the relevant emergency provision included in Act 12 of 2020 and codified at Section 1803-B of the Election Code, 25 P.S. § 3583. Open-Ended Response | Please provide the number of polling places located in school buildings on June 2nd, and if available, the number of polling places you usually locate in school buildings. School buildings on June 2nd: |
|---|---|---|---|---|---|---|---|
| Warren | 3 | 33 | 33 | 0 | 0 | 0 | 2 |
| Wyoming | 0 | 28 | 28 | No | | | 0 |
| Clarion | 3 | 40 | 40 | No | | 0 | 2 |
| Carbon | 25 | 51 | 30 | | | 0 | 0 |
| Forest | 2 | 9 | 2 | 2 | 2 | 0 | 0 |
| Union | 0 | 26 | 26 | | | 0 | 2 |
| Potter | 1 | 32 | 32 | 0 | 0 | 0 | 0 |
| Armstrong | 56 | 56 | 53 | | | 0 | 0 |
| Tioga | 0 | 41 | 41 | 0 | 0 | 0 | 0 |
| Bradford | 36 | 61 | 61 | 0 | 0 | 0 | 0 |
| Juniata | 0 | 18 | 18 | 0 | 0 | 0 | 0 |
| Blair | 86 | 79 | 70 | 0 | 9 | 0 | 6 |
| Lycoming | 0 | 81 | 81 | 0 | 0 | 0 | 1 |

| County: | | Please provide the date and time your county began pre-canvassing absentee and mail-in ballots, and the date and time when your county began canvassing absentee and mail-in ballots. If your county did not engage in pre-canvassing during the primary election, please type "N/A" in the pre-canvass fields.<br><br>The date and time your county began pre- | | | | Please provide the number of incidents known to the county board of elections or registration commission relating to each of the following categories: | |
|---|---|---|---|---|---|---|---|
| Response | School buildings on preceeding November election: | Pre-canvass Absentee Date & Time: | Pre-canvass Mail-in Date & Time: | Canvass Absentee Date & Time: | Canvass Mail-in Date & Time: | An absentee ballot or mail-in ballot which was sent to the wrong individual or wrong address: | An absentee ballot or mail-in ballot which was voted by an individual other than the individual who applied for the absentee ballot or mail-in ballot: |
| York | 4 | June 2, 7 a.m. | June 2, 7 a.m. | June 2, 7 a.m. | June 2, 7 a.m. | 235 | 0 |
| Philadelphia | 179 | June 3rd, 7am | June 3rd, 7am | June 5th, 9am | June 5th, 9am | Three known cases | None known |
| Lawrence | 3 | 8:10 AM June 2, 2020 | 8:10 AM June 2, 2020 | 8:00 PM June 2, 2020 | 8:00 PM June 2, 2020 | 0 | Unable to determine. |

| County: / Response | School buildings on preceeding November election: | Please provide the date and time your county began pre-canvassing absentee and mail-in ballots, and the date and time when your county began canvassing absentee and mail-in ballots. If your county did not engage in pre-canvassing during the primary election, please type "N/A" in the pre-canvass fields. The date and time your county began pre- / Pre-canvass Absentee Date & Time: | Pre-canvass Mail-In Date & Time: | Canvass Absentee Date & Time: | Canvass Mail-In Date & Time: | Please provide the number of incidents known to the county board of elections or registration commission relating to each of the following categories: An absentee ballot or mail-in ballot which was sent to the wrong individual or wrong address: | An absentee ballot or mail-in ballot which was voted by an individual other than the individual who applied for the absentee ballot or mail-in ballot: |
|---|---|---|---|---|---|---|---|
| **York** | **4** | **June 2, 7 a.m.** | **June 2, 7 a.m.** | **June 2, 8 p.m.** | **June 2, 8 p.m.** | **235** | **0** |
| Westmoreland | 25 | 6.2.20 @ 9:00 AM | 6.2.20 @ 9:00 am | 6.4.20 @ 5:00 PM | 6.4.20 @ 5:00 PM | one | none |
| Allegheny | 180 | June 2nd 7:00AM | June 2nd 7:00AM | June 2nd 8:00PM | June 2nd 8:00PM | 3000 | 0 |
| Chester | 73 | 06/02/2020   7:00 am | 06/02/2020   7:00 am | 06/03/2020   7:00 am | 06/03/2020   7:00 am | 0 | 0 |
| Susquehanna | 0 | 6/2/20 7:00 PM | 6/2/20 7:00 PM | 6/2/20 8:00 PM | 6/2/20 8:00 PM | 0 | 0 |
| Delaware | 65 | Began May 30th, Reviewed signatures & entered into SURE | Began May 30th, Reviewed signatures & entered into SURE | Began to open & sort ballot envelopes/ballots 8:30 a.m. 6/2 | Began to open & sort ballot envelopes/ballots 8:30 a.m. 6/2 | 0 | None |
| Elk | 0 | 06/02/2020 1:00pm-6:00pm | 06/02/2020 1:00pm-6:00pm | 06/03/2020 9:00am-2:00pm | 06/03/2020 9:00am-2:00pm | 0 | 0 |
| Forest | 0 | | 0 | 0 06/02/2020 15:00 | 06/02/2020 15:00 | 0 | 0 |
| Schuylkill | 1 | June 2, 2020 1:00pm | June 2, 2020 1:00pm | June 2, 2020 1:00pm | June 2, 2020 1:00pm | 0 | 1-post office delivered ballot to wrong house, the person in that house voted this ballot and sent it back to the Election Bureau, our solicitor had us re-issue a new ballot to the originial voter and send a letter to the person who voted the ballot requesting they complete an application for a ballot |
| Northumberland | 4 | 6/2   8:00 a.m. | 6/2   8:00 a.m. | 6/2   3:45 p.m. | 6/2   3:45 p.m. | 8 | 0 |
| Huntingdon | 0 | June 2 10:00 am | June 2 10:00 am | June 2 8:00 pm | June 2 8:00 pm | 0 | 0 |
| Berks | 19 | N/A | N/A | 6/2/20, 9:00AM | 6/2/20, 9:00AM | N/A | N/A |
| Indiana | 1 | June 2, 2020 9:00 a.m. | June 2, 2020 9:00 a.m. | June 3, 2020 8:30 a.m. | June 3, 2020 8:30 a.m. | 2 | 0 |
| Fulton | 0 | 6/2/2020 @ approximately 1:00 PM | 6/2/2020 @ approximately 1:00 PM | 6/5/2020 @ 9:00 AM | 6/5/2020 @ 9:00 AM | | none known; not aware of any |
| Perry | 0 | June 2, 2020    -  9:00 AM | June 2, 2020    -  9:00 AM | June 2, 2020    -  10:00AM | June 2, 2020    -  10:00 AM | 11 | 0 |
| Bucks | 63 | 10:00 am, June 2, 2020 | 10:00 am, June 2, 2020 | 9:00 am, June 3, 2020 | 9:00 am, June 3, 2020 | 0 (Not Tracked) | 0 |
| Bedford | 0 | 6/2/20, 7:30AM | 6/2/20, 7:30AM | 6/2/20, 7:30AM | 6/2/20, 7:30AM | 2 | 0 |

| County: | School buildings on preceeding November election: | Please provide the date and time your county began pre-canvassing absentee and mail-in ballots, and the date and time when your county began canvassing absentee and mail-in ballots. If your county did not engage in pre-canvassing during the primary election, please type "N/A" in the pre-canvass fields.<br><br>The date and time your county began pre- | | | | Please provide the number of incidents known to the county board of elections or registration commission relating to each of the following categories: | |
|---|---|---|---|---|---|---|---|
| Response | | Pre-canvass Absentee Date & Time: | Pre-canvass Mail-in Date & Time: | Canvass Absentee Date & Time: | Canvass Mail-in Date & Time: | An absentee ballot or mail-in ballot which was sent to the wrong individual or wrong address: | An absentee ballot or mail-in ballot which was voted by an individual other than the individual who applied for the absentee ballot or mail-in ballot: |
| Montour | 0 | 6-1-2020 9:00 am | 6-1-2020 9:00 am | 6-3-2020 9:00 am | 6-3-2020 9:00 am | | |
| Luzerne | 3 | June 2, 7am | June 2, 7am | June 2, 8pm | June 2, 8pm | 0 | 0 |
| Montgomery | 86 | June 2 8:00am | June 2 8:00am | June 2 8:00am | June 2 8:00am | 0 | 0 |
| Cameron | 0 | 10AM 6-2-2020 | 10AM 6-2-2020 | 9AM 6-5-2020 | 9AM 6-5-2020 | 0 | 0 |
| Cambria | 5 | 6/2, 8am | 6/2, 8am | 6/2, 8:30am | 6/2, 8:30am | 0 | 0 |
| Dauphin | 24 | Dauphin County did not engage in pre-canvassing absentee and mail-in ballots. oDauphin County did not engage in pre-canvassing absentee ballots. | Dauphin County did not engage in pre-canvassing mail-in ballots. | Dauphin County began canvassing ballots Thursday, June 4th at 9:00AM. | Dauphin County began canvassing ballots Thursday, June 4th at 9:00AM. | 0 | 0 |
| Columbia | 0 | What is in the code. 7am | What is in the code. 7am | What is in the code. 8pm | What is in the code. 8pm | We have 19 of those physical ballots. | 0 |
| Sullivan | 0 | 11:00 am 6/2/2020 | 11:00 am 6/2/2020 | 9:00 am 6/5/2020 | 9:00 am 6/5/2020 | 0 | 0 |
| Mifflin | 1 | June 2, 9:30 a.m. | June 2, 9:30 a.m. | N/A | N/A | 0 | 0 |
| Adams | 1 | We started canvassing the ballots around 9:00 am on Election Day | | | | None | One ballot was returned unsigned-wife voted husbands ballot whom is in a home-advised wife the ballot would not be counted |
| Erie | 15 | 06/03/2020 9:00 am | 06/03/2020 9:00 am | 06/05/2020 9:00 am | 06/05/2020 9:00 am | no record | 1. Ballot was voided; another issued |
| Centre | 0 | 6/2, 9am | 6/2, 9am | 6/2, 9am | 6/2, 9am | 0 - If wrong address error would have been by the applicant. | 0 |

| County: | School buildings on preceeding November election: | Please provide the date and time your county began pre-canvassing absentee and mail-in ballots, and the date and time when your county began canvassing absentee and mail-in ballots. If your county did not engage in pre-canvassing during the primary election, please type "N/A" in the pre-canvass fields. The date and time your county began pre- / Pre-canvass Absentee Date & Time: | Pre-canvass Mail-in Date & Time: | Canvass Absentee Date & Time: | Canvass Mail-in Date & Time: | Please provide the number of incidents known to the county board of elections or registration commission relating to each of the following categories: An absentee ballot or mail-in ballot which was sent to the wrong individual or wrong address: | An absentee ballot or mail-in ballot which was voted by an individual other than the individual who applied for the absentee ballot or mail-in ballot: |
|---|---|---|---|---|---|---|---|
| Response | | | | | | | |
| Lebanon | 0 | N/A | N/a | 06/03/20 - 9:00 a.m. | 06/03/20 - 9:00 a.m. | 0 | 0 |
| Mercer | 8 | No pre-canvass | 9:00 am June. Finished by noon June 4 | 9:00 am June. Finished by noon June 4 | 9:00 am June. Finished by noon June 4 | No information available, but we had 88 ballots returned undeliverable due to what appeared to be voter data entry errors on the online applications | 0 |
| Snyder | 0 | 8:00 a.m. June 2, 2020 | 8:00 am. June 2, 2020 | 9:00 p.m. June 2, 2020 | 9:00 p.m. June 2, 2020 | 8 | 0 |
| Washington | 7 | 6/2/2020 at 7:00 am | 6/2/2020 at 7:00 am | 6/3/2020 at 9:00 am | 6/3/2020 at 9:00 am | 0 | 0 |
| Somerset | 3 | | 0 | 0 6/2/2020 at 9:00 am | 6/2/2020 at 9:00 am | 0 | 0 |
| Lancaster | 7 | 8:00 a.m. on June 2 | 8:00 a.m. on June 2 | 9:00 a.m. on June 3 | 9:00 a.m. on June 3 | No records of this exist | No records of this exist |
| Lehigh | 5 | June 2, 2020 7:00am | June 2, 2020 7:00am | June 3, 2020 10:00am | June 3, 2020 10:00am | 0 | 0 |
| Greene | 1 | N/A We did not pre-canvass | N/A We did not pre-canvass | 06/03/2020 at 9:00 a.m. | 06/03/2020 at 9:00 a.m. | 0 | 0 |

| County: / Response | School buildings on preceeding November election: | Please provide the date and time your county began pre-canvassing absentee and mail-in ballots, and the date and time when your county began canvassing absentee and mail-in ballots. If your county did not engage in pre-canvassing during the primary election, please type "N/A" in the pre-canvass fields. The date and time your county began pre- / Pre-canvass Absentee Date & Time: | Pre-canvass Mail-in Date & Time: | Canvass Absentee Date & Time: | Canvass Mail-in Date & Time: | Please provide the number of incidents known to the county board of elections or registration commission relating to each of the following categories: An absentee ballot or mail-in ballot which was sent to the wrong individual or wrong address: | An absentee ballot or mail-in ballot which was voted by an individual other than the individual who applied for the absentee ballot or mail-in ballot: |
|---|---|---|---|---|---|---|---|
| Monroe | 2 | No pre-canvass | | | | 0 | 0 |
| Butler | 0 | 07/02/2020 7am | 07/02/2020 7am | 07/05/2020 9am | 07/05/2020 9am | 0 | 0 |
| Clinton | 0 | 6/3/2020 9 am | 6/3/2020 9 am | 6/5/2020 9 am | 6/5/2020 9 am | 0 | 0 |
| Venango | 0 | June 2, 2020 @ 7:00 AM | June 2, 2020 @ 7:00 AM | | | This information is unavailable | This information is unavailable |
| Pike | 0 | Didn't precanvass | Didn't precanvass | | | | |
| Cumberland | 8 | N/A | N/A | June 3, 2020 9am | June 3, 2020 9am | 0 | 0 |
| McKean | 1 | 6/2/2020 9:00am | 6/2/2020 9:00 am | 6/5/2020 9:00am | 6/5/2020 9:00 am | 0 | 0 |
| Fayette | 12 | June 2, 2020 | June 2, 2020 | June 5, 2020 | June 5, 2020 | 0 | 0 |
| Lackawanna | 20 | June 2, 2020 9:00AM | June 2, 2020 9:00AM | June 2, 2020 5:30PM | June 2, 2020 5:30PM | 1 | 1 |
| Wayne | 0 | June 2, 2020 8:00 a.m. | June 2, 2020 8:00 a.m. | June 2, 2020 8:00 p.m. | June 2, 2020 8:00 p.m. | 0 | 0 |
| Beaver | 4 | n/a | n/a | June 3, 2020 9:00 a.m. | June 3, 2020 9:00 a.m. | 0 | 0 |
| Northampton | 29 | June 2nd 7:00AM | June 2nd 7:00AM | June 5th 9:00AM | June 5th 9:00AM | 0 | 0 |
| Franklin | 0 | 6/2/20 at 8:30 am | 6/2/20 at 8:30 am | 6/3/20 at 9:00 am | 6/3/20 at 9:00 am | 0 | 0 |
| Clearfield | 0 | 6/2/2020 10:00 AM | 6/2/2020 10:00 AM | 6/2/2020 8:00 PM | 6/2/2020 8:00 PM | 0 | 0 |
| Crawford | 2 | JUNE 2, 2020 10:00AM | JUNE 2, 2020 10:00AM | JUNE 2, 2020 8:30PM | JUNE 2, 2020 8:30PM | 0 | 0 |
| Jefferson | 0 | June 2, 2020 7:00 a.m. | June 2, 2020 7:00 a.m. | June 2, 2020 11:00 a.m. | June 2, 2020 11:00 a.m. | 0 | 0 |

| County: / Response | School buildings on preceeding November election: | Pre-canvass Absentee Date & Time: | Pre-canvass Mail-In Date & Time: | Canvass Absentee Date & Time: | Canvass Mail-In Date & Time: | An absentee ballot or mail-in ballot which was sent to the wrong individual or wrong address: | An absentee ballot or mail-in ballot which was voted by an individual other than the individual who applied for the absentee ballot or mail-in ballot: |
|---|---|---|---|---|---|---|---|
| Warren | 1 | June 2 @ 9:00 AM | June 2 @ 9:00 AM | June 5 @ 9:00 AM (this is when we did our adjudication & review of provisional ballots) | June 5 @ 9:00 AM (this is when we did our adjudication & review of our provisional ballots) | 0 | 0 |
| Wyoming | 0 | 6/2/20 | 6/2/20 | 6/2/20 | 6/2/20 | 0 | 0 |
| Clarion | 2 | 6/2/2020, 4:30 pm | 6/2/2020, 4:30 pm | 6/3/2020, 9:00 am | 6/3/2020, 9:00 am | 0 | 0 |
| Carbon | 0 | 9 am June 3rd | 9 am June 3rd | 9 am June 3rd | 9 am June 3rd | 0 | 0 |
| Forest | 0 | 6/2/20, 3:00 PM | 6/2/20, 3:00 PM | 6/2/20, 3:00 PM | 6/2/20, 3:00 PM | 0 | 0 |
| Union | 2 | June 2, 2020 9 am | June 2, 2020 9 am | June 5, 2020 9 am | June 5, 2020 9 am | 3 | 0 |
| Potter | 0 | 6/2/2020 10:00 am | 6/2/2020 10:00 am | | | 0 | 0 |
| Armstrong | 0 | 9:00 AM 6/2/2020 | 9:00 AM 6/2/2020 | 9:00 AM 6/5/2020 | 9:00 AM 6/5/2020 | 0 | 0 |
| Tioga | 0 | June 2, 2020 1PM-5PM | June 2, 2020 1PM-5PM | June 3, 2020 8:30Am-11:45AM | June 3, 2020 8:30Am-11:45AM | 0 | 0 |
| Bradford | 0 | n/a | n/a | June 2 @ 1:00 p.m. | June 2 @ 1:00 p.m. | 0 | 0 |
| Juniata | 0 | N/A | N/A | Wednesday, June 3, 2020 at 9:00 AM | Wednesday, June 3, 2020 at 9:00 AM | 0 | 0 |
| Blair | 3 | 6/2/2020 at 9:00am | 6/2/2020 at 9:00am | 6/3/2020 at 8:00am | 6/3/2020 at 8:00am | 0 | 0 |
| Lycoming | 1 | June 2 at 7:00am | June 2 at 7:00am | June 2 at 8:00pm | June 2 at 8:00pm | 1 | 0 |

| County: | | Please provide, to the extent consistent with Federal and State law, a review of any action taken by the county board of elections or registration commission in response to the aforementioned incidents, including determinations made on the incident, legal actions filed, and referrals to law enforcement. | Please provide a review of issues or incidents encountered with an electronic voting system, including any technical issues encountered in polling places. |
|---|---|---|---|
| Response | An absentee ballot or mail-in ballot which was returned to the county board of elections by a means other than the elector sending the absentee ballot or mail-in ballot by mail or delivery in person: | Open-Ended Response | Open-Ended Response |
| York | None, with clarification.  A drop box was located in the lobby of the York County Administrative Center, the building in which the Voters and Elections Office is located.  This secured box allowed people to deliver in person their ballot prior to election day.  On June 2, a secured ballot box was located outside, but in front of the York County Administrative Center continually staffed and supervised by several County employees including elected officials and Sheriff's deputies and a secure box was also located at another County building which was continually staffed and supervised by County employees and Sheriff's deputies.  These two locations, both in County Administrative offices allowed individuals to drive up and deliver in person their ballot.  As individuals are permitted to deliver their ballot in person we believe that no other means was used to return absentee or mail in ballots. | None, although the Election Task Force adopted an internal operating procedure for the retrieval of the ballots from the secure and monitored drop box. | None |
| Philadelphia | Before Election Day, during ongoing protests and while City Hall was closed to the public, two ballots were handed to a police officer outside of City Hall.  That police officer then handed the ballots to another police officer, who delivered them to our office at the County Board of Elections. These ballots were not counted. | N/A | Issue# of reports  Trouble opening polls28  Battery issues2  Boot error1  Internal memory disconnect2  Tablet won't activate1  USB slot issue2  Beeping printer1  Zero tape printer issue5  Unknown mechanical issue12  Screen frozen11  Jam - voter inserted non-ballot into ballot slot2  Ballot jam17  Ballot rejection (thermal paper issue)3  Printing reports with polls open1  PPM Communication issue1  Voter report: "No selection" erroneously1  Voter report: No 2nd screen of candidates1  System timeout1  Vote session timeout1  Screen calibration issue2  Help closing polls requested1 |
| Lawrence | Single drop box inside courthouse-approximately 200. | Objection by the Democratic Party for not canvassing approximately 440 ballots that were not enclosed in secrecy envelopes.  Objection withdrawn. | None |

| County: | | Please provide, to the extent consistent with Federal and State law, a review of any action taken by the county board of elections or registration commission in response to the aforementioned incidents, including determinations made on the incident, legal actions filed, and referrals to law enforcement. | Please provide a review of issues or incidents encountered with an electronic voting system, including any technical issues encountered in polling places. |
|---|---|---|---|
| Response | An absentee ballot or mail-in ballot which was returned to the county board of elections by a means other than the elector sending the absentee ballot or mail-in ballot by mail or delivery in person: | Open-Ended Response | Open-Ended Response |
| York | None, with clarification.  A drop box was provided outside of the Elections Office at the County Administrative Center which allowed people to deliver in person their ballot, as a result, as they were permitted to deliver in person we believe that no other means was used to return absentee or mail in ballots. | None, although the Election Task Force adopted an internal operating procedure for the retrieval of the ballots from the secure and monitored drop box. | None |
| Westmoreland | none | none | Ballots jamming in back of scanner.  BMD would not load blank ballot. |
| Allegheny | 2500 | None | None |
| Chester | 0 | Not Applicable | Six ballot scanning machines at polling places would not function and were replaced on election day. |
| Susquehanna | 0 | None | None |
| Delaware | No record of requested data | N/A | Some Touch Writers experienced battery failures.  Some Touch Writers had connection/configuration problem with printers. |
| Elk | 0 | 0 | There was nothing outside the normal course of Election Day issues. |
| Forest | 0 | 0 | 0 |
| Schuylkill | 0 | 0 | 0 |
| Northumberland | 0 | 0 | 0 |
| Huntingdon | 0 | n/a | One (1) DS200 scanner would not boot up; rover fixed within half an hour of issue being reported |
| Berks | Not tracked. | N/A | We had 15 issues with machines on Election Day, some of the Express Votes would not accept cards, non-responsive same with some of the DS200 tabulators. |
| Indiana | 0 | Person called. thy were in Florida gave us the correct address and ballot was remailed | no technical issues. |
| Fulton | none known; not aware of any | none | none |
| Perry | 0 | 0 | 0 |
| Bucks | 0 | Ballots sent to incorrect address were result of error by applicant or SURE system cutting off. If notified a voter didn't receive their ballot the mailing address was confirmed and ballot resent as needed. The number of incidents was not tracked. | Scan time of ballots was an issue. Jamming of paper tapes. Ballot paper width with scanners. Weight of machine for poll workers. Time to set up peripheral materials (tables, screens). Privacy concerns from voters. |
| Bedford | 0 | All issues were presented to the board of elections for action and approval. | N/A |

| County: | | Please provide, to the extent consistent with Federal and State law, a review of any action taken by the county board of elections or registration commission in response to the aforementioned incidents, including determinations made on the incident, legal actions filed, and referrals to law enforcement. | Please provide a review of issues or incidents encountered with an electronic voting system, including any technical issues encountered in polling places. |
|---|---|---|---|
| Response | An absentee ballot or mail-in ballot which was returned to the county board of elections by a means other than the elector sending the absentee ballot or mail-in ballot by mail or delivery in person: | Open-Ended Response | Open-Ended Response |
| Montour | 0 | None | None |
| Luzerne | 0 | None | None |
| Montgomery | 112 by designated agent | None | None |
| Cameron | 0 In person locked dropbox attached to Courthouse | n/a | One machine wouldn't boot up-replaced with spare |
| Cambria | 0 | N/A | We had a great day at the polls. No issues other than provisional and voter questions. |
| Dauphin | 0 | No actions were necessary. The Dauphin County Board of Elections had no knowledge of any incidents that would have required action. | This past primary was the first time Dauphin County used a new mandated voting system. Overall, the voting system worked well and there were no major issues. A few minor issues included one scanner performing very slowly, one scanner had a battery issue and the pollworkers stopped using that scanner after the machine showed error messages, six incidents of the receipt paper in the scanner jamming and not printing properly, one scanner had something loose inside and required a technician to fix the problem, and one scanner had a battery die in the middle of a scan. In each and every one of these minor incidents no voter was disenfranchised and the underlying problem was quickly repaired. |
| Columbia | 1 Emergency | None | 2 polling place had to be walked thru the process of printing a zero tape. |
| Sullivan | 2 | The two ballots that were returned by a person other than the elector, had an accompanying signed "certification of authorized representative" form as is allowed by law. Therefore, no action needed to be taken. | Between Clear Ballot and the county board, changes were made from the November, 2019, election to include moving the ballot stub location to the bottom of the ballot. This made for hardly any calls for technical issues on the electronic voting system as paper jams were all but eliminated. |
| Mifflin | 0 | | |
| Adams | None | None | One machine would not read ballots, replaced machine |
| Erie | no record | Regarding the ballot that was voted by an individual other than the voter, the neighbor voted her ballot by mistake. | We experienced very minor issues with our voting systems such as replacing tapes and entering codes. |
| Centre | Drop Box - 2,042 | 0 | 1 |

| County: | | Please provide, to the extent consistent with Federal and State law, a review of any action taken by the county board of elections or registration commission in response to the aforementioned incidents, including determinations made on the incident, legal actions filed, and referrals to law enforcement. | Please provide a review of issues or incidents encountered with an electronic voting system, including any technical issues encountered in polling places. |
|---|---|---|---|
| Response | An absentee ballot or mail-in ballot which was returned to the county board of elections by a means other than the elector sending the absentee ballot or mail-in ballot by mail or delivery in person: | Open-Ended Response | Open-Ended Response |
| Lebanon | 0 | None for Lebanon County. | We had two scanners that had to be replaced, no major issues, the emergency bin procedures were followed and the ballots scanned once the new scanners were in place. |
| Mercer | Nine. A care home administrator decided to bring 9 ballots to our office on Election Day because they had failed to mail them in time and he was notified that we could not count them but still wanted to deliver them. | No legal action taken | Our voting system performed very well both at the precinct and during central count |
| Snyder | 0 | 0 | One technical issue occurred at a polling place where the metal bar was not properly in place (DS200). We immediately sent a Rep. from ES & S to the polling place and the machine was operating correctly after a quick adjustment to the bar on the DS 200. |
| Washington | 0 | 0 | Any technical issues were found to be user error. |
| Somerset | 0 | N/A | Defective power cord on a precinct scanner. |
| Lancaster | 2 Emergency absentees delivered by authorized representative | No Incidents and no review was taken | Electronic voting systems worked as designed. |
| Lehigh | none | N/A | N/A |
| Greene | 0 | N/A | 1.Greene County had to replace 2 scanners during the course of the day due to them failing to complete a ballot scan. Initially it would fail at times and then they would fail completely. A reboot fixed the issue temporarily (and this happened on a 3rd scanner) but it would re-occur. 2.One Expressvote lost calibration – completely – and had to be rebooted and recalibrated. This was actually better than a small calibration issue as the machine could not be used at all till it was re-calibrated. 3.We had one paper jam occur when a voted cancelled the ballot. 4.Expressvotes failed to hold the date and time set during the L&A Process. This happened to about a 3rd of our machines. 5.All other issues encountered were human errors. Several precincts didn't check that the outlets they used were live and Rovers caught that in all but one instance. Pollworkers put seals in the wrong place, etc. |

| County: | An absentee ballot or mail-in ballot which was returned to the county board of elections by a means other than the elector sending the absentee ballot or mail-in ballot by mail or delivery in person: | Please provide, to the extent consistent with Federal and State law, a review of any action taken by the county board of elections or registration commission in response to the aforementioned incidents, including determinations made on the incident, legal actions filed, and referrals to law enforcement. | Please provide a review of issues or incidents encountered with an electronic voting system, including any technical issues encountered in polling places. |
|---|---|---|---|
| Response | | Open-Ended Response | Open-Ended Response |
| Monroe | 0 | | None- some paper jams but very few.  The machines worked great. |
| Butler | 0 | | One precinct had a ballot scanner so down during the day. Poll workers followed Emergency Ballot procedures and a new scanner was up within an hour. No issues with voting machines. |
| Clinton | 0 | N/A | NA |
| Venango | This information is unavailable | This information is unavailable | Frenchcreek Township, scanner did not print correctly. |
| Pike | 0 | Not applicable | Not applicable |
| Cumberland | 0 | N/A | Some user error and poll workers needing some guidance from our machines techs as this was the first time voters and poll workers used these machines. |
| McKean | 0 | | We had problems printing results tapes in 3 different locations at the end of the night. At least 1 was due to an issue with a usb port. |
| Fayette | 0 | N/A | N/A |
| Lackawanna | 1 | The voter was sent a letter that the Post Office delivered a ballot to their address in error and they should not have opened nor voted the ballot. | One voting machine lost power to the machine and was switched out by the County's rover. |
| Wayne | 0 | none | none |
| Beaver | 0 | none | ballot jam |
| Northampton | 0 | N/A | N/A |
| Franklin | 4 | Ballots were returned by someone other than the voter or delivered to the polling place on election day.  No legal action necessary. | Replaced one voting machine before polls opened due to technical issues. |
| Clearfield | 0 | None | None |
| Crawford | 0 | NONE | NONE |
| Jefferson | 0 | N/A | We had no issues with any of our voting equipment for the June 2, 2020 General Primary Election |

| County: | | Please provide, to the extent consistent with Federal and State law, a review of any action taken by the county board of elections or registration commission in response to the aforementioned incidents, including determinations made on the incident, legal actions filed, and referrals to law enforcement. | Please provide a review of issues or incidents encountered with an electronic voting system, including any technical issues encountered in polling places. |
|---|---|---|---|
| Response | An absentee ballot or mail-in ballot which was returned to the county board of elections by a means other than the elector sending the absentee ballot or mail-in ballot by mail or delivery in person: | Open-Ended Response | Open-Ended Response |
| Warren | 0 | Any ballots that came back undeliverable, we first double checked the address on the application and then contacted the voter if a phone number was provided.  Any ballots that did not have the voters declaration completed were not counted.  Also as far as the schools...we had two in the fall but the headstart building (Warren South) needed the room for another class room..  We then moved Warren South into the same building as Warren West (St Joe's catholic school).  This decision was made after the fall 2019 election. | We had no issues with voting machines at all for the 2020 General Primary.  This was the 2nd time we used them.  There was a big learning curve in the fall, but all was well this spring. |
| Wyoming | 0 | None | Some areas where ballot was sticking in scanner due to glue on top of ballot, had voters insert ballot from bottom and issues stopped. A few paper jams. |
| Clarion | 0 | None | Issues with pen used on ballots. Write-in lines not well-read by tabulators. All had to be rescanned at the office. Vendor representatives not helpful. First time using new equipment. Had public demos and training. |
| Carbon | 50 | | 0 |
| Forest | 0 | None | None |
| Union | 0 | No action necessary other than new ballots issued. | Normal poll worker issues with set up of voting machines. |
| Potter | 0 | | one machine would not come on so the precinct used one machine and had no issues, they are a very small precinct |
| Armstrong | 0 | N/A | N/A |
| Tioga | 0 | We used ES&S DS200 scanners and ExpressVote machines.  We had a very well managed election day.  Our biggest problem was poll workers not entering the Pass Code correctly. | Pass codes were not entered correctly by our Poll Workers. |
| Bradford | 0 | | |
| Juniata | 0 | | none |
| Blair | 0 | No action was taken | none |
| Lycoming | 20 | 1 voter's ballot was mailed to an incomplete address due to a problem with the fields provided to voters to data enter their mailing addresses in the online application for an absentee or mail-in ballot. In a few circumstances (setting 20 as an approximation), a voter was incorrectly permitted to hand-deliver the voted ballot of a non-disabled spouse in addition to their own. This has been corrected internally. | 3 of the 81 precinct scanners needed to be cleaned and calibrated by Board of Elections personnel while the polls were open. |