# EXHIBIT B-1

## Hicks, Ronald L., Jr.

| | |
|---|---|
| **From:** | Bokhan, Kristen L. <kristen.bokhan@kirkland.com> |
| **Sent:** | Friday, August 21, 2020 9:10 AM |
| **To:** | tgates@pa.gov; kromano@attorneygeneral.gov; kennjoel@pa.gov; magiunta@pa.gov; smoniak@attorneygeneral.gov; kkotula@pa.gov; hhopkirk@attorneygeneral.gov; nboland@attorneygeneral.gov; kneary@attorneygeneral.gov; Donovan, Daniel T.; Davies, Susan M.; Glick, Michael A.; dbrier@mbklaw.com; mmudd@adamscounty.us; gjanocsko@county.allegheny.pa.us; aopsitnick@opsitnickslaw.com; aszefi@alleghencounty.us; nmorgan@beavercountypa.gov; gfedeles@beavercountypa.gov; csteere@dmvlawfirm.com; nkarn@blairco.org; maronchick@hangley.com; mhangley@hangley.com; cmatthias@hangley.com; jhill@hangley.com; ggeiger@newmanwilliams.com; cgabriel@cfwwg.com; Blum29@gmail.com; attorneykesner@gmail.com; Heather@BozovichLaw.com; kbutton@shaferlaw.com; jcurcillo@dauphinc.org; frymand@ballardspahr.com; rogerse@ballardspahr.com; wingfielde@ballardspahr.com; grugant@ballardspahr.com; williamskc@ballardspahr.com; ttalarico@nwpalawyers.com; flavery@laverylaw.com; anorfleet@laverylaw.com; sedwards@laverylaw.com; rgrimm@co.greene.pa.us; pmcmanamon@penn.com; cjz@zwick-law.com; gds@zwick-law.com; dzagurskie@juniataco.org; chausner@co.lancaster.pa.us; tleslie@co.lawrence.pa.us; thomascaffrey@lehighcounty.org; sarahmurray@lehighcounty.org; mjc@joycecarmody.com; ljm@joycecarmody.com; avclarke@mckeancountypa.org; wjmpc@verizon.net; ggeiger@newmanwilliams.com; maronchick@hangley.com; btaylor@northamptoncounty.org; tbrennan@northamptoncounty.org; flavery@laverylaw.com; anorfleet@laverylaw.com; sedwards@laverylaw.com; zachary.strassburger@phila.gov; cmatthias@hangley.com; jhill@hangley.com; tomshaffer@verizon.net; ggeiger@newmanwilliams.com; mpbarbera@barberalaw.com; rlgawlas@rjglaw.com; rschaub@rjglaw.com; cgabriel@cfwwg.com; apage@mpvhlaw.com; contact@theschmidtlawfirm.com; rgrimm@swartzcampbell.com; rjoyce@swartzcampbell.com; dregoli@co.westmoreland.pa.us; krllaw@epix.net; mpokrifka@yorkcountypa.gov; ssilverman@babstcalland.com; skeegan@babstcalland.com; bdupuis@babstcalland.com; mmeacham@babstcalland.com; rosemana@gtlaw.com; farrellg@gtlaw.com; greenbergk@gtlaw.com; prattam@gtlaw.com; mmckenzie@pubintlaw.org; vwalczak@aclupa.org; christopher.noyes@wilmerhale.com; david.yin@wilmerhale.com; sam.picans@wilmerhale.com; jason.liss@wilmerhale.com; jared.grubow@wilmerhale.com; slakin@aclu.org; acepedaderieux@aclu.org; dho@aclu.org; sbrannon@aclu.org; jpowers@lawyerscommittee.org; bgeffen@pubintlaw.org; mmckenzie@pubintlaw.org; attorney.pascal@gmail.com; myrna.perez@nyu.edu; eliza.sweren-becker@nyu.edu; owenroberts@quinnemanuel.com; sascharand@quinnemanuel.com; jonoblak@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; johnchun@quinnemanuel.com; justin@arlawpitt.com; marco@arlawpitt.com; adam@boninlaw.com; justin@arlawpitt.com; marco@arlawpitt.com; adam@boninlaw.com; unkwonta@perkinscoie.com; Melias@perkinscoie.com; Trodgers@perkinscoie.com; *eedlin@perkinscoie.com; justin@arlawpitt.com; marco@arlawpitt.com; adam@boninlaw.com; Jonathan.Jr@fosterslawfirm.com; WWhite@co.butler.pa.us; wgbarbin@atlanticbb.net; ewtompkinslaw@gmail.com; lec@crwlaw.net; solicitor@ccpa.net; info@mwbklaw.com; attorneys@sbglawoffice.com; jim@dsslawyers.com; ssnook@bmzlaw.com; fxoconnor@frontiernet.net; wkay@waynecountypa.gov; Hicks, Ronald L., Jr.; Mercer, Jeremy A.; Giancola, Russell D.; Gallagher, Kathleen A.; Long, Tricia A.; McGee, Carolyn B. |

1

| | |
|---|---|
| **Subject:** | #EXT#  Donald J. Trump for President, Inc. CMcGee@porterwright.comv. Boockvar, Case No. 2:20-cv-966 (W.D. Pa.) - Defendant Boockvar's Supplemental Production |
| **Attachments:** | PADOS-Production-2020-08-21.zip |

**#External Email#**

Counsel,

Attached please find Defendant Boockvar's supplemental production of two documents, bearing the Bates numbers PADOS000750-PADOS000751.

Thank you,

Kristen

**Kristen Bokhan**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W., Washington, D.C. 20004
**T** +1 202 389 5942  **M** +1 202 701 6749
**F** +1 202 389 5200

kristen.bokhan@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.