# EXHIBIT D

| | |
|---|---|
| **From:** | "Boockvar, Kathryn" <EXCHANGELABS/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/57A5ECEF41814D83B6B6364A7ECCF9F7-KBOOCKVAR> |
| **Sent:** | 6/30/2020 11:14:36 PM +0000 |
| **To:** | Nick Custodio <Nick.Custodio@Phila.gov> |
| **Subject:** | RE: RE: Secrecy Envelopes |

I doubt it highly unfortunately.  I can ask our leg director.  I'd be interested in hearing more about your visit – maybe I'll try you while en route to or from HBG tomorrow…  Thanks.


**Kathy Boockvar**

Secretary of the Commonwealth

Pennsylvania Department of State
North Office Building, Suite 302

401 North Street | Harrisburg, PA 17120
Phone: 717.783.0402

Email: kboockvar@pa.gov

---

**From:** Nick Custodio <Nick.Custodio@Phila.gov>
**Sent:** Tuesday, June 30, 2020 6:57 PM
**To:** Boockvar, Kathryn <kboockvar@pa.gov>
**Subject:** Secrecy Envelopes


Do you think that there will be any way that the legislature would have an appetite to eliminate the secrecy envelopes? I know it is something that not ever state does and we were out here in Colorado and they don't have it. They said they eliminated it and just used declaration envelopes that have the same security linings as like bank envelopes have. This would be a major impact in reducing the amount of time it takes to process the mail-in ballots after the election.


**Nick Custodio**

Deputy Commissioner

Office of Commissioner Deeley; Chairwoman

1400 John F Kennedy Blvd

City Hall Room 130

Philadelphia, PA. 19107

O 215-686-3460

C 215-858-3825

F 215-686-3947

PADOS000384.000002