# EXHIBIT E



**Kathy Boockvar**
@KathyBoockvar

PA to voters: Don't panic about USPS and mail ballots. Apply today for your mail-in or absentee ballot at votespa.com! Drop it off or mail it in as soon as you receive it in Sept or Oct. #ReadyToVote2020 #TrustedInfo2020



Pennsylvania to voters: Don't panic about your mail ballot
inquirer.com

5:27 PM · 8/14/20 · Twitter for iPhone