# EXHIBIT G







6/2/2020 1:13:25 PM



6/2/2020 1:20:09 PM



6/2/2020 1:20:11 PM

EXIT

6/2/2020 1:43:51 PM



6/2/2020 1:43:54 PM



6/2/2020 1:43:56 PM



6/2/2020 1:43:57 PM



6/2/2020 1:44:36 PM



6/2/2020 1:44:36 PM