**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 2:20-cv-00966-NR ) |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) Judge J. Nicholas Ranjan ) ) ) |
| Defendants. | ) ) |

**SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S
NOTICE OF RULING BY PENNSYLVANIA SUPREME COURT**

As set forth in the notice previously provided to the Court at ECF No. 388, on August 16, 2020, the Secretary of the Commonwealth Kathy Boockvar filed an Application for the Supreme Court of Pennsylvania to Exercise Extraordinary Jurisdiction over the Commonwealth Court Case Docketed at 407 MD 2020 (*Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020). On August 20, Donald J. Trump for President, Inc., the Republican Party of Pennsylvania, the Republican National Committee, and the National Republican Congressional Committee objected to the Application (attached hereto as Exhibit A). On August 24, the Secretary provided a supplement to the Pennsylvania Supreme Court (attached hereto as Exhibit B) providing notice of this Court's August 23 order abstaining in favor of the Commonwealth Courts' interpretation of the disputed state law issues.

The Secretary now provides notice of and submits a copy of the Order granting the Secretary's Application, which was issued earlier today, September 1, 2020, by the Supreme Court of Pennsylvania (attached hereto as Exhibit C).

Dated:  September 1, 2020

Respectfully submitted,

KIRKLAND & ELLIS LLP

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

By:   */s/ Daniel T. Donovan*
      Daniel T. Donovan
      Michael A. Glick
      Susan M. Davies
      1301 Pennsylvania Avenue, N.W.
      Washington, DC 20004
      (202) 389-5000 (telephone)
      (202) 389-5200 (facsimile)
      daniel.donovan@kirkland.com
      michael.glick@kirkland.com
      susan.davies@kirkland.com

By:   */s/ Karen M. Romano*
      Karen M. Romano
      Keli M. Neary
      Howard G. Hopkirk
      Nicole Boland
      Stephen Moniak
      15th Floor, Strawberry Square
      Harrisburg, PA 17120
      (717) 787-2717 (telephone)
      (717) 772-4526 (facsimile)
      kromano@attorneygeneral.gov
      kneary@attorneygeneral.gov
      hhopkirk@attorneygeneral.gov
      nboland@attorneygeneral.gov
      smoniak@attorneygeneral.gov

MYERS BRIER & KELLY LLP

By:   *Daniel T. Brier*
      Daniel T. Brier
      Donna A. Walsh
      425 Spruce Street, Suite 200
      Scranton, PA 18503
      (570) 342-6100 (telephone)
      (570) 342-6147 (facsimile)
      dbrier@mbklaw.com
      dwalsh@mbklaw.com

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*