IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | Civil Action |
| Plaintiffs, | |
| v. | No.: 2:20-CV-966 |
| KATHY BOOCKVAR; *et al.*, | |
| Defendants. | Judge J. Nicholas Ranjan |

**NOTICE OF RULING BY SUPREME COURT OF PENNSYLVANIA**

As set forth in the notice previously provided to the Court by the Secretary of the Commonwealth Kathy Boockvar, on September 1, 2020, the Supreme Court of Pennsylvania granted the Secretary's Application for the Supreme Court of Pennsylvania to Exercise Extraordinary Jurisdiction over the Commonwealth Court Case Docketed at 407 MD 2020 (*Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020). ECF No. 418.

On September 3, 2020, the Supreme Court of Pennsylvania entered a supplemental order. In addition to denying the motions to intervene by Plaintiffs Donald J. Trump for President, Inc. and the Republican National Committee and Intervenor-Defendants NAACP Pennsylvania State Conference, Common Cause Pennsylvania, the League of Women Voters of Pennsylvania, Patricia M. DeMarco, Danielle Graham Robinson, and Kathleen Wise, the Supreme Court of Pennsylvania also granted leave for the filing of briefs as *amicus curiae*. ECF No. 434 Ex. 1.

Dated: September 6, 2020

Witold J. Walczak (PA No. 62976)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel.: (412) 681-7736
vwalczak@aclupa.org

Adriel I. Cepeda Derieux[†]
Sophia Lin Lakin[†]
Dale Ho[†]
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org
slakin@aclu.org

Respectfully submitted,

*/s/ Lori A. Martin*
Lori A. Martin (PA No. 55786)
Christopher R. Noyes[†]
Eleanor Davis[†]
Jared Grubow[†]
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Lori.Martin@wilmerhale.com
Christopher.Noyes@wilmerhale.com
Eleanor.Davis@wilmerhale.com
Jared.Grubow@wilmerhale.com

Jason H. Liss[†]
WILMER CUTLER PICKERING HALE
  AND DORR LLP

1

dho@aclu.org

Sarah Brannon[†++]
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 210-7287
sbrannon@aclu.org

Ezra Rosenberg*
John Powers[†]
Voting Rights Project
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8300
erosenberg@lawyerscommittee.org
jpowers@lawyerscommittee.org

Mary M. McKenzie[†] (PA No. 47434)
Benjamin D. Geffen[†] (PA No. 310134)
PUBLIC INTEREST LAW CENTER
1500 JFK Blvd., Suite 802
Philadelphia PA 19102
Telephone: 215-627-7100
Fax: 215-627-3183
mmckenzie@pubintlaw.org
bgeffen@pubintlaw.org

60 State Street
Boston, MA 02109
(617) 526-6699
Jason.Liss@wilmerhale.com

Samantha K. Picans[†]
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
(720) 598-3477
Sam.Picans@wilmerhale.com

David P. Yin[†]
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6677
David.Yin@wilmerhale.com

*Counsel for NAACP Pennsylvania State Conference, Common Cause Pennsylvania, League of Women Voters of Pennsylvania, Patricia M. DeMarco, Danielle Graham Robinson, and Kathleen Wise*

[†] Admitted *pro hac vice*.
* *Pro hac vice* forthcoming.
[++] Not admitted in DC; DC practice limited to federal court only.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing Notice of Ruling by Supreme Court of Pennsylvania was filed electronically and served on all counsel of record via the ECF system of the U.S. District Court for the Western District of Pennsylvania.

Dated: September 6, 2020

                                                               */s/ Lori A. Martin*

                                                               Lori A. Martin