

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

———————————

No. 2:20-cv-966

———————————

DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,

                Plaintiffs

v.

KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,

                Defendants

———————————

**ORDER**

———————————

    **AND NOW**, this 8th day of September, 2020, and as set forth more fully in the accompanying Opinion,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Modify Stay Order and Motion for Limited Preliminary Injunctive Relief [ECF 414] is **DENIED without prejudice**.

                BY THE COURT:

                /s/ *J. Nicholas Ranjan*
                United States District Judge