**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | |
| v. | ) | Civil Action No. 2:20-cv-00966-NR |
| | ) | |
| KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, | ) ) ) ) | Judge J. Nicholas Ranjan |
| | ) | |
| Defendants. | ) ) | |

_____

**SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S
NOTICE OF DECISION AND OPINIONS FILED IN
THE SUPREME COURT OF PENNSYLVANIA**

As set forth in the notice previously provided to the Court at ECF No. 418, on September 1, 2020, the Supreme Court of Pennsylvania granted Secretary of the Commonwealth Kathy Boockvar's application for the Supreme Court to exercise its extraordinary jurisdiction over the Commonwealth Court case docketed at 407 MD 2020 (*Pennsylvania Democratic Party v. Boockvar*, No. 133 MM 2020).

Earlier today, the Supreme Court of Pennsylvania issued its decision and accompanying opinions (attached hereto as Exhibit A).

Dated:  September 17, 2020

KIRKLAND & ELLIS LLP

By:    */s/ Daniel T. Donovan*
      Daniel T. Donovan
      Michael A. Glick
      Susan M. Davies
      Kristen L. Bokhan
      1301 Pennsylvania Avenue, N.W.
      Washington, DC 20004
      (202) 389-5000 (telephone)
      (202) 389-5200 (facsimile)
      daniel.donovan@kirkland.com
      michael.glick@kirkland.com
      susan.davies@kirkland.com
      kristen.l.bokhan@kirkland.com

      Madelyn A. Morris
      Sara S. Tatum
      601 Lexington Avenue
      New York, NY 10022
      (212) 446-4800 (telephone)
      (212) 446-4900 (facsimile)
      madelyn.morris@kirkland.com
      sara.tatum@kirkland.com

Respectfully submitted,

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

By:    */s/ Karen M. Romano*
      Karen M. Romano
      Keli M. Neary
      Howard G. Hopkirk
      Nicole Boland
      Stephen Moniak
      15th Floor, Strawberry Square
      Harrisburg, PA 17120
      (717) 787-2717 (telephone)
      (717) 772-4526 (facsimile)
      kromano@attorneygeneral.gov
      kneary@attorneygeneral.gov
      hhopkirk@attorneygeneral.gov
      nboland@attorneygeneral.gov
      smoniak@attorneygeneral.gov

MYERS BRIER & KELLY LLP

By:    *Daniel T. Brier*
      Daniel T. Brier
      Donna A. Walsh
      425 Spruce Street, Suite 200
      Scranton, PA 18503
      (570) 342-6100 (telephone)
      (570) 342-6147 (facsimile)
      dbrier@mbklaw.com
      dwalsh@mbklaw.com

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*