# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR; *et al.*, <br><br> Defendants. | Civil Action No.: 2-20-CV-966 <br><br> Judge J. Nicholas Ranjan |

## [PROPOSED] ORDER OF COURT

AND NOW this _____ day of September, 2020, upon consideration of Plaintiffs' Motion for Leave to File An Amended and Supplemental Complaint (ECF # 449), any opposition thereto, and the liberal standard for permitting leave to amend and/or supplementation afforded under Federal Rule of Civil Procedure 15, IT IS HEREBY ORDERED that Plaintiffs' Motion (ECF # 449) is GRANTED.

Accordingly, Plaintiffs are directed to file on CM/ECF their proposed Verified Second Amended and Supplemental Complaint on or before _____, 2020. Defendants shall file their responses to Verified Second Amended and Supplemental Complaint on or before _____, 2020.

_____
The Honorable J. Nicholas Ranjan
D.J.

13751652v1