# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania; *et al.*, <br><br> Defendants. | ) <br> ) <br> ) CIVIL ACTION NO: 2:20-CV-00966 <br> ) <br> ) JUDGE J. NICHOLAS RANJAN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the appearance of Devin A. Winklosky on behalf of all Plaintiffs in this matter.

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: September 28, 2020          By: */s/ Devin A. Winklosky*
                                       Ronald L. Hicks, Jr. (PA #49520)
                                       Jeremy A. Mercer (PA #86480)
                                       Russell D. Giancola (PA #200058)
                                       Carolyn B. McGee (PA #208815)
                                       Devin A. Winklosky (PA #86277)
                                       Six PPG Place, Third Floor
                                       Pittsburgh, PA 15222
                                       (412) 235-4500 (Telephone)
                                       (412) 235-4510 (Fax)
                                       rhicks@porterwright.com
                                       jmercer@porterwright.com
                                       rgiancola@porterwright.com
                                       cmcgee@porterwright.com
                                       dwinklosky@porterwright.com

                                       and

                                       Matthew E. Morgan (DC #989591)
                                       Justin Clark (DC #499621)

- 2 -

(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be filed this 28th day of September, 2020, via ECF, which system will serve notice of same on all parties registered to receive same via the ECF system. For any party who has yet to enter an appearance, the undersigned certifies that a copy of the foregoing filing will be served on that party via U.S. Mail and a copy sent to the County Solicitor, if known, via email or fax.

    Respectfully submitted,

    PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Devin A. Winklosky*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Russell D. Giancola (PA #200058)
Carolyn B. McGee (PA #208815)
Devin A. Winklosky (PA #86277)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
rgiancola@porterwright.com
cmcgee@porterwright.com
dwinklosky@porterwright.com

and

Matthew E. Morgan (DC #989591)
Justin Clark (DC #499621)
(both to be admitted pro hac vice)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

13766765v1