IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) Civil Action No.: 2-20-CV-966 ) ) |
| Plaintiffs, | ) ) |
| v. | ) Judge J. Nicholas Ranjan ) |
| KATHY BOOCKVAR; *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and the Court's September 23, 2020 Memorandum Order. As outlined in the attached Memorandum In Support, Plaintiffs are entitled to declaratory and injunctive relief based upon the application of the law to the undisputed facts of this case. Accordingly, Plaintiffs' Motion should be granted.

This Motion includes a Proposed Order that specifically identifies the injunctive and declaratory relief Plaintiffs request from the Court.

                                            Respectfully submitted,

                                            PORTER WRIGHT MORRIS & ARTHUR LLP

Date: October 1, 2020        By:  */s/ Ronald L. Hicks, Jr.*
                                                  Ronald L. Hicks, Jr. (PA #49520)
                                                  Jeremy A. Mercer (PA #86480)
                                                  Carolyn B. McGee (PA #208815)
                                                  Six PPG Place, Third Floor
                                                  Pittsburgh, PA 15222
                                                  (412) 235-4500 (Telephone)
                                                  (412) 235-4510 (Fax)
                                                  rhicks@porterwright.com
                                                  jmercer@porterwright.com
                                                  cmcgee@porterwright.com

- 2 -

and

Matthew E. Morgan (DC #989591)
(admitted pro hac vice – ECF #10)
Justin Clark (DC #499621)
(admitted pro hac vice – ECF #31)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Motion For Summary Judgment* to be filed on October 1, 2020, via ECF, which system will serve notice of same on all parties registered to receive same via the ECF system.  For any party who has yet to enter an appearance, the undersigned certifies that a copy of the foregoing filing will be served on that party via First Class Mail and a copy sent to the County Solicitor, if known, via email or fax.

        Respectfully submitted,

        PORTER WRIGHT MORRIS & ARTHUR LLP

By: */s/ Ronald L. Hicks, Jr.*
     Ronald L. Hicks, Jr. (PA #49520)
     Jeremy A. Mercer (PA #86480)
     Carolyn B. McGee (PA #208815)
     Six PPG Place, Third Floor
     Pittsburgh, PA 15222
     (412) 235-4500 (Telephone)
     (412) 235-4510 (Fax)
     rhicks@porterwright.com
     jmercer@porterwright.com
     cmcgee@porterwright.com

     and

     Matthew E. Morgan (DC #989591)
     (admitted pro hac vice – ECF #10)
     Justin Clark (DC #499621)
     (admitted pro hac vice – ECF #31)
     Elections, LLC
     1000 Maine Ave., SW, 4th Floor
     Washington, DC 20224
     (202) 844-3812 (Telephone)
     matthew.morgan@electionlawllc.com
     justin.clark@electionlawllc.com

     *Counsel for Plaintiffs*