# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BOOCKVAR; *et al.*,<br><br>Defendants. | ) Civil Action No.: 2-20-CV-966<br>)<br>)<br>) Judge J. Nicholas Ranjan<br>) |

### APPENDIX OF MATERIALS IN SUPPORT
### OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: October 1, 2020        By: */s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Carolyn B. McGee (PA #208815)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
cmcgee@porterwright.com

and

Matthew E. Morgan (DC #989591)
(admitted pro hac vice – ECF #10)
Justin Clark (DC #499621)
(admitted pro hac vice – ECF #31)
Elections, LLC
1000 Maine Ave., SW, 4th Floor
Washington, DC 20224
(202) 844-3812 (Telephone)
matthew.morgan@electionlawllc.com
justin.clark@electionlawllc.com

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.: 2-20-CV-966 ) ) Judge J. Nicholas Ranjan ) |
| KATHY BOOCKVAR; *et al.*, | ) ) ) |
| Defendants. | ) |

**APPENDIX OF MATERIALS IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

| **Exhibit** | **Date** | **Description** | **Bates No./Depo. Ex. No** |
|---|---|---|---|
| **Summary Exhibits** | | | |
| 1 | - | Summary Chart of Pennsylvania Counties' Deployment of Drop Boxes, Mobile Collection Centers, and Signature Verification Guidance. | - |
| **Witness Declarations** | | | |
| 2 | 10.01.2020 | Declaration of James J. Fitzpatrick | - |
| 3 | 09.30.2020 | Affidavit of Melanie Stringhill Patterson | - |
| 4 | 10.01.2020 | Declaration of Representative Glen Thompson | - |
| 5 | 10.01.2020 | Declaration of Representative Mike Kelly | - |
| 6 | 10.01.2020 | Declaration of Representative Guy Reschenthaler | - |
| 7 | 10.01.2020 | Declaration of Representative John Joyce | - |
| 8 | 05.11.2020 | Declaration of Jonathan Marks | Marks Dep. Ex. 43 |
| **Deposition Excerpts** | | | |
| 9 | 08.21.2020 | Excerpts from the Deposition of Secretary Kathy Boockvar | - |
| 10 | 08.19.2020 | Excerpts from the Deposition of Johnathan Marks | |
| 11 | 09.28.2020 | Excerpts from the Deposition of Kimberly Frey | - |
| 12 | 09.29.2020 | Excerpts from the 30(b)(6) Deposition of Secretary Kathy Boockvar | - |

| **Exhibit** | **Date** | **Description** | **Bates No./Depo. Ex. No** |
|---|---|---|---|
| 13 | 09.29.2020 | Excerpts from the Deposition of Seth Bluestein | - |
| 14 | 09.29.2020 | Excerpts from the Deposition of Lee Soltysiak | - |
| 15 | 09.29.2020 | Excerpts from the Deposition of Lauren E. Allison, Jr. | - |
| 16 | 09.29.2020 | Excerpts from the Deposition of Laureen Hagan | - |
| 17 | 09.29.2020 | Excerpts from the Deposition of David Voye | |
| 18 | 09.29.2020 | Excerpts from the Deposition of Veronica Degraffenreid | |
| **Expert Reports** | | | |
| 19 | 09.29.2020 | Expert Report of Greg S. Riddlemoser | - |
| 20 | 09.29.2020 | Expert Report of Professor Lockerbie | - |
| **Department of State Guidance** | | | |
| 21 | 01.10.2020 | Pennsylvania Applications and Balloting Guidance: Mail-in and Absentee Ballots and Voter Registration Changes, Pennsylvania Department of State | Degraffenreid Dep. Ex. 1, PADOS000289.000001 – 6; Boockvar Dep. Ex. 14. |
| 22 | 01.30.2020 | Pennsylvania Balloting and Envelope Guidance, Pennsylvania Department | P000948 |
| 23 | 08.19.2020 | Pennsylvania Absentee and Mail-in Ballot Return Guidance, Pennsylvania Department of State | Boockvar Dep. Ex. 17 |
| 24 | 09.11.2020 | Guidance Concerning Examination of Absentee and Mail-in Ballot Return Envelopes | Boockvar (30(b)(6)) Dep. Ex. 5 |
| 25 | 09.28.2020 | Guidance Concerning Civilian Absentee and Mail-in Ballot Procedures, Pennsylvania Department of State | Boockvar (30(b)(6)) Dep. Ex. 11 |
| **Exhibits Related to Drop Boxes and Mobile Collection Centers** | | | |
| 26 | 04.09.2020 | Emails between Debra Brown (Bedford County) and Adam Yake (PADOS) concerning lack of specifications for drop boxes. | Marks Dep. Ex. 17, BED-00010 |
| 27 | 05.18.2020 | Emails Between Delaware County Officials Regarding Drop Boxes at Polling Places / Senior Living Communities | DELCO_WDPA_001926 |
| 28 | 05.24.2020 | Email from Lee Soltysiak (Montgomery County) regarding secure ballot drop off locations | MONTGOMERY000285 |
| 29 | Prior to 06.02.2020 | List of drop boxes to be deployed in Pennsylvania counties for the 2020 Primary Election | Marks Dep. Ex. 31, PADOS000008.000001 |

| **Exhibit** | **Date** | **Description** | **Bates No./Depo. Ex. No** |
|---|---|---|---|
| 30 | 08.19.2020 | Pennsylvania Absentee and Mail-in Ballot Return Guidance, Version: 1.0, Pennsylvania Department of State | Fitzpatrick Dep. Ex. 6 |
| **Exhibits Related to Signature Verification** | | | |
| 31 | 06.02.2020 | Chester County, Form Letter for Voters Whose Signature Fail Verification Procedures | CHESTER000066 |
| 32 | 06.03.2020 | Email From Larry E. Coploff to Maria Boileau (Clinton County) Regarding Treatment of Absentee/Mail-in Ballots that Fail Verification | Boockvar (30(b)(6)) Dep. Ex. 7 |
| 33 | Undated | Chester County Absentee/Mail-in Signature Matching Procedures | Boockvar (30(b)(6)) Dep. Ex. 8, CHESTER000056 |
| **Exhibits Related to Poll Watchers Certification and Access** | | | |
| 34 | 11.05.2019 | 2019 Voter Registration Statistics – Official," Pa. Dept. of State (Nov. 5, 2019) (available at https://www.dos.pa.gov/VotingElections/OtherServicesEvents/VotingElectionStatistics/Documents/2019%20Election%20VR%20Stats%20%20final.pdf) | |
| 35 | 01.17.2020 | Email from Forrest K. Lehman (Lycoming County) to paelectiondirects@yahoogroups.com and Secretary Boockvar regarding absentee counting. | PADOS000609.000001 |
| 36 | 06.02.2020 | Email from Jonathan Marks to Mercer County officials concerning pre-canvass and canvass meeting procedures | Marks Dep. Ex. 36, PADOS000157.000001 |
| **County and State Department Websites** | | | |
| 37 | | *York County FAQ on the General Election on Nov. 3*, available at https://yorkcountypa.gov/voting-elections/mail-in-voting-faq.html | |
| 38 | | *Delaware County Awarded $2.2 Million Grant for Safe Elections*, available at http://www.delcopa.gov/publicrelations/releases/2020/safeelectionsgrant.html | |
| 39 | | *Montomery County, PA Election FAQ Website*, available at https://www.montcopa.org/Faq.aspx?TID=40 | |

| **Exhibit** | **Date** | **Description** | **Bates No./Depo. Ex. No** |
|---|---|---|---|
| 40 | | *Mail-in Ballot Drop Boxes to Be Available in All Lehigh County Districts*, available at https://www.lehighcounty.org/Portals/0/PDF/PublicInformation/Lettered_County%20Drop%20Boxes%20Announcement%20%20Press%20Release_table.pdf?ver=2020-09-24-144953-347 | |
| 41 | 09.30.2020 | *Delaware County Mobile Voting Service Centers*, https://delcopa.gov/elections/mobilevsa.html | |
| 42 | | *Election and Voter Registration Webpage*, available at https://www.cambriacountypa.gov/election-and-voter-registration.aspx | |
| 43 | | *Mail In Ballot/Absentee Ballot Important Information*, available at http://www.monroecountypa.gov/Dept/Voter/Documents/MailInAbsenteeInformation.pdf | |
| 44 | 10.01.2020 | Political Maps, Office of the Phila. City Commissioners (2020) (available at a https://www.philadelphiavotes.com/en/resources-a-data/political-maps) | |
| 45 | 10.01.2020 | Department of State, Pennsylvania Elections, Official Statewide Returns for June 2, 2020, https://www.electionreturns.pa.gov/. | |
| 46 | 10.01.2020 | Department Reports and Data, "Historical Citywide Voter Registration Data," Office of Phila. City Commissioners (1940-2019) (available at https://files7.philadelphiavotes.com/department-reports/Historical_Registration_1940-2019G.pdf#_ga=2.50450285.594957769.1601506841-1102870046.1601506841 | |
| 47 | 10.01.2020 | 2018 Remedial Congressional Districts by County, available at https://www.dos.pa.gov/VotingElections/CandidatesCommittees/RunningforOffice/Pages/2018-Remedial-Congressional-Districts.aspx | |
| **County Interrogatory Responses** | | | |
| 48 | 09.29.2020 | Adams County Interrogatory Response, No. 5 | |
| 49 | 08.06.2020 | Montour County Interrogatory Responses | Marks Dep. Ex. 7 |

| **Exhibit** | **Date** | **Description** | **Bates No./Depo. Ex. No** |
|---|---|---|---|
| 50 | 08.13.2020 09.29.2020 | Wyoming County Interrogatory Responses and Supplemental Responses | |
| **Miscellaneous Exhibits** | | | |
| 51 | Undated | Secretary Kathy Boockvar's Secretary of the Commonwealth Biography | Boockvar Dep. Ex. 1 |
| 52 | Various | Excerpts from Secretary Boockvar's Twitter Account | Boockvar Dep. Ex. 20 |
| 53 | 08.01.2020 | Pennsylvania 2020 Primary Election Act 35 of 2020 Report | Boockvar Dep. Ex. 18 |
| 54 | 05.28.2020 | Email from Jonathan Marks to County Representatives regarding canvassing absentee and mail-in ballots that are returned without a secrecy envelope | Marks Dep. Ex. 35 |
| 55 | 07.13.2020 | Email from Lisa Schaefer to various counties concerning CCAP Elections Reform Committee virtual meeting | Marks Dep. Ex. 28 |
| 56 | 10.01.2020 | Montgomery County Guidance for Watchers at Drop Box Locations | - |
| 57 | 07.14.2020 | Comments by Forrest Lehman | PADOS000235 |
| 58 | 10.01.2020 | *Allegheny County Elections Frequently Asked Questions*, https://www.alleghenycounty.us/elections/frequently-asked-questions.aspx | |

Respectfully submitted,

PORTER WRIGHT MORRIS & ARTHUR LLP

Date: October 1, 2020         By: */s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA #49520)
Jeremy A. Mercer (PA #86480)
Carolyn B. McGee (PA #208815)
Six PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500 (Telephone)
(412) 235-4510 (Fax)
rhicks@porterwright.com
jmercer@porterwright.com
cmcgee@porterwright.com

and

                Matthew E. Morgan (DC #989591)
                (admitted pro hac vice – ECF #10)
                Justin Clark (DC #499621)
                (admitted pro hac vice – ECF #31)
                Elections, LLC
                1000 Maine Ave., SW, 4th Floor
                Washington, DC 20224
                (202) 844-3812 (Telephone)
                matthew.morgan@electionlawllc.com
                justin.clark@electionlawllc.com

                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing *Appendix of Materials in Support of Plaintiffs Motion For Summary Judgment* to be filed on October 1, 2020, via ECF, which system will serve notice of same on all parties registered to receive same via the ECF system. For any party who has yet to enter an appearance, the undersigned certifies that a copy of the foregoing filing will be served on that party via First Class Mail and a copy sent to the County Solicitor, if known, via email or fax.

        Respectfully submitted,

        PORTER WRIGHT MORRIS & ARTHUR LLP

By:  */s/ Ronald L. Hicks, Jr.*
     Ronald L. Hicks, Jr. (PA #49520)
     Jeremy A. Mercer (PA #86480)
     Carolyn B. McGee (PA #208815)
     Six PPG Place, Third Floor
     Pittsburgh, PA 15222
     (412) 235-4500 (Telephone)
     (412) 235-4510 (Fax)
     rhicks@porterwright.com
     jmercer@porterwright.com
     cmcgee@porterwright.com

     and

     Matthew E. Morgan (DC #989591)
     (admitted pro hac vice – ECF #10)
     Justin Clark (DC #499621)
     (admitted pro hac vice – ECF #31)
     Elections, LLC
     1000 Maine Ave., SW, 4th Floor
     Washington, DC 20224
     (202) 844-3812 (Telephone)
     matthew.morgan@electionlawllc.com
     justin.clark@electionlawllc.com

*Counsel for Plaintiffs*