# EXHIBIT 1

| County | Stationary Off-site Drop Box Collection[1] | | Mobile Collection | | Intends to Follow September Signature Verification Guidance |
|---|---|---|---|---|---|
| | Primary | General | Primary | General | |
| Adams | Yes | Yes | - | - | - |
| Allegheny | No | - | - | - | - |
| Armstrong | No | No | - | - | Yes |
| Beaver | - | - | - | - | |
| Bedford | No | Yes | - | - | Yes |
| Berks | No | Yes | - | - | Yes |
| Blair | No | No | - | No | Still evaluating |
| Bradford | No | No | - | - | - |
| Bucks | Yes | Yes[2] | - | - | - |
| Butler | No | No | - | - | Yes |
| Cambria | No | No | - | - | No |
| Cameron | Yes | Yes | - | - | - |
| Carbon | - | - | - | - | - |
| Centre | No | Yes | - | - | Yes |
| Chester | Yes | Yes[3] | - | - | - |
| Clarion | No | No | - | - | - |
| Clearfield | No | No | - | - | Yes |
| Clinton | No | Yes | - | - | - |
| Columbia | No | No | - | - | Yes |
| Crawford | No | No | - | - | Yes |
| Cumberland | No | No | - | - | Yes |
| Dauphin | No | No | - | - | Yes |
| Delaware | - | Yes[4] | Yes[5] | Yes[6] | - |

---

[1]    Except where otherwise indicated, the data included comes from each County's answer or supplemental answer to Plaintiffs' Interrogatories Nos. 5 and No. 7.  Several counties did not respond substantively (or at all) to Plaintiffs' Interrogatory Nos. 5 and 7, as indicated by a hyphen where appropriate.
[2]         https://2020-general-election-bucksgis.hub.arcgis.com/pages/drop-box-info
[3]         https://www.chesco.org/4758/Drop-Off-Locations
[4]         https://delcopa.gov/elections/ballotdropboxlocations.html
[5]         DELCO_WDPA_002063.
[6]         https://delcopa.gov/elections/mobilevsa.html

| County | Stationary Off-site Drop Box Collection[1] | | Mobile Collection | | Intends to Follow September Signature Verification Guidance |
| --- | --- | --- | --- | --- | --- |
| | Primary | General | Primary | General | |
| Elk | - | Yes | - | - | No |
| Erie | Yes | Yes | - | No | - |
| Fayette | No | No | No | No | Yes |
| Forest | - | - | - | - | - |
| Franklin | No | No | - | - | No |
| Fulton | Yes | Yes | - | - | - |
| Greene | No | No | - | - | Yes |
| Huntingdon | No | No | - | - | Yes |
| Indiana | No | Yes | - | - | Yes |
| Jefferson | No | Yes | - | - | Yes |
| Juniata | Yes | Yes | - | - | No |
| Lackawanna | No | Yes | - | - | Yes |
| Lancaster | Yes | Yes | - | - | Yes |
| Lawrence | - | Still Evaluating | - | - | Yes |
| Lebanon | No | No | - | - | Still Evaluating |
| Lehigh | No | Yes | - | - | - |
| Luzerne | Yes | Yes | - | - | Yes |
| Lycoming | No | No | - | - | - |
| McKean | No | No | - | - | - |
| Mercer | - | - | - | - | - |
| Mifflin | No | No | - | - | No |
| Monroe | Yes[7] | No[8] | - | - | - |
| Montgomery | Yes | Yes[9] | - | - | - |
| Montour | No | No | - | - | Yes |
| Northampton | No | Yes | - | - | Yes |
| Northumberland | No | No | - | - | Yes |

---

[7] LAW-001556.
[8] http://www.monroecountypa.gov/Dept/Voter/Documents/MailInAbsenteeInformation.pdf
[9] https://www.montcopa.org/3587/Secure-Ballot-Drop-Box-Locations

| County | Stationary Off-site Drop Box Collection[1] | | Mobile Collection | | Intends to Follow September Signature Verification Guidance |
|---|---|---|---|---|---|
| | Primary | General | Primary | General | |
| Perry | No | No | - | - | Yes |
| Philadelphia | Yes | - | Yes | - | - |
| Pike | - | - | - | - | - |
| Potter | - | No | - | - | Yes |
| Schuylkill | - | - | - | - | - |
| Snyder | - | - | - | - | - |
| Somerset | No | No | - | No | - |
| Sullivan | No | No | - | No | No |
| Susquehanna | No | No | - | - | No |
| Tioga | Yes | Yes | - | - | - |
| Union | - | No | - | - | Yes |
| Venango | No | No | - | - | Yes |
| Warren | - | - | - | - | - |
| Washington | No | No | - | - | Yes |
| Wayne | Yes[10] | Yes[11] | - | - | - |
| Westmoreland | - | - | - | - | - |
| Wyoming | No | No | - | - | No |
| York | No | Yes | - | - | Yes |

---

[10]  LAW-003260.

[11]  http://www.waynecountypa.gov/faq.aspx?qid=106