# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) CIVIL ACTION |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:20-cv-966-RN |
| | ) |
| KATHY BOOCKVAR; *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **AFFIDAVIT OF MELANIE STRINGHILL PATTERSON**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | ) SS: |
| COUNTY OF ALLEGHENY | ) |

Melanie Stringhill Patterson, who having been first duly sworn, deposes and states as follows:

1.      I am an adult individual over the age of eighteen (18).

2.      I reside in Belle Vernon, Fayette County, Pennsylvania.

3.      I am a qualified registered elector in the Commonwealth of Pennsylvania and registered member of the Republican Party of Pennsylvania.

4.      As a Pennsylvania qualified registered elector, I have always voted in-person at primary and general elections, and I intend to vote in-person at the upcoming November 3, 2020 General Election.

5.      As a Pennsylvania qualified registered elector who votes in-person, I understand that as part of the in-person voting process and before I am able to cast a ballot at my polling place, I must sign my name in the presence of the election officials for their verification that my signature matches the signature on file in my voter registration record.  Then, after the election officials announce my name, I am allowed to vote a regular ballot; provided, no one else present

in the polling place asserts a challenge to my identity or residency in the election district. Although I believe tendering photo identification is a faster and more secure way to confirm my identity and residence, since Pennsylvania's voter ID law was struck down, I understand and appreciate the reason why election officials must examine and analyze my signature to ensure that no one other than me is able to cast a ballot under my name.

6.      As a Pennsylvania qualified registered elector who votes in-person, I do not want my in-person vote diluted or cancelled by votes that are cast in a manner contrary to the requirements enacted by the Pennsylvania General Assembly.

7.      I believe that, to ensure the integrity of elections, all voters in Pennsylvania must follow the rules established by the General Assembly in the Election Code.  For voters who cast absentee or mail-in ballots, this includes, without limitation, using an inner secrecy envelope without any marks, text, or symbols which identify the person who voted the ballots, and filling in, signing, and dating the declaration on the outside envelope.  Also, voters who cast absentee or mail-in ballots must mail or personally deliver their own ballots to the county election board office rather than depositing them in unmanned drop-boxes.  Further, non-disabled voters should not be allowed to have third-parties deliver their absentee or mail-in ballots.

8.      In my opinion, those who cast their votes via absentee or mail-in ballots should be held to the same or similar signature analysis and challenge process as those of us who vote in-person at their polling place on Election Day.  If one's signature on the declaration envelope of an absentee or mail-in ballot does not match the signature that appears on the voter's registration record, then that ballot should be set aside and not counted unless the absentee or mail-in voter confirms his or her identity to the county election board.  If my identity were challenged at the polling place on Election Day, I would be required to produce a witness who would sign an

affidavit confirming my identity before I could vote a regular ballot.   And if I could not produce such a witness, I could cast only a provisional ballot and would be subject to its signature analysis and challenge process.   All absentee and mail-in ballots, particularly those returned in unmanned drop boxes, should be subject to the same or similar process.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Affiant sayeth nothing further.

Executed on September 3rd, 2020

*Melanie Stringhill Patterson*
Melanie Stringhill Patterson

## **ACKNOWLEDGEMENT**

COMMONWEALTH OF PENNSYLVANIA      )
                                                           )  SS:
COUNTY OF ALLEGHENY                          )

On this 30th day of September, 2020, before me, a Notary Public, the undersigned officer, personally appeared **MELANIE STRINGHILL PATTERSON**, known to me (or satisfactorily proven) to be the persons whose name is subscribed to the within Affidavit and who swore that the information contained in the foregoing Affidavit is true and correct based upon her personal knowledge and acknowledged that she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal the day and year first above written.

*Tricia A. Long*
Notary Public

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Tricia A. Long, Notary Public
Allegheny County
My commission expires April 8, 2022
Commission number 1097576
Member, Pennsylvania Association of Notaries

13766264v1

- 3 -