# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; et al., | ) CIVIL ACTION )  ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:20-cv-966-NR ) ) |
| KATHY BOOCKVAR; et al., | ) ) |
| Defendants. | ) |

## DECLARATION OF GLENN THOMPSON

| | |
|---|---|
| DISTRICT OF COLUMBIA | ) ) SS: ) |

Glenn Thompson, who has been first duly sworn, deposes and states as follows:

1. I am an adult individual over the age of eighteen (18).

2. I reside in Centre County, Pennsylvania.

3. I have personal knowledge of the facts described in this Declaration.

4. I am the current United States Representative for Pennsylvania's 15th Congressional District, and a candidate in the upcoming 2020 election for the same seat.

5. My name is Glenn Thompson, but I am also known as "GT".

6. I am concerned about the uneven deployment and inconsistent administration of drop boxes from county to county in District 15.

7. I am concerned that the drop boxes in the counties in District 15 are not going to be staffed or watched, and are therefore vulnerable to tampering and ballot harvesting.

8. I am concerned that drop boxes concentrate the number of voted ballots into one unsecure location, and are therefore more vulnerable to large-scale tampering than mail boxes.

9. Those concerns prompted me to join this lawsuit as a plaintiff.

10. I have served as a Representative for twelve (12) years, and from that experience, I have come to understand the infrastructure in place in many Pennsylvania counties.

11. I am aware that some counties do not have the staffing or resources available to monitor and collect ballots from drop boxes on a regular basis or administer proper chain of custody procedures.

12. I voted by mail-in ballot during the 2020 primary, and I was surprised to learn after I cast my vote that Counties and Secretary Boockvar administered the mail-in and absentee process in ways that deviated from Act 77.

13. I understand that Centre County may utilize mobile ballot pick-up, which is separate and apart from the drop boxes.

14. Mobile ballot pick-up creates the opportunity for fraud, including ballot harvesting, and treats votes unequally.

15. The mobile ballot pick-up to be employed by Centre County is inconsistent with the guidance issued by Secretary Boockvar on drop boxes.

16. Prior to serving as a Representative, I was a County Republican Chairman, and in that role I was an individual who certified poll watchers for a number of elections.

17. Poll watchers play a very important role in terms of protecting the integrity of the election process. If they see irregularities in the actual execution or administration of the election process, then they contact the county election office and other officials.

18. Poll watchers are necessary to give myself and my constituents a sense of fairness and security in the election results.

19. District 15 covers 14 counties. The counties that make up District 15 are many of the larger counties in Pennsylvania, but also District 15 has the two smallest counties in Pennsylvania, Cameron County and Forest County. Due to the varying size of the counties and the overall size of District 15, it can be challenging to find enough volunteers to serve as poll watchers.

20. Based on my experience, parties and campaigns cannot always find enough volunteers to serve as poll watchers in each precinct.

21. I cannot see any justification for the county residency restrictions on poll watchers and believe that having out-of-county poll watchers may, in fact, be more effective in ensuring open, honest, and fair elections. For example, in a small community, you may have a poll watcher who is known in the community as someone that is very political or a strong supporter of a certain candidate, and their presence could influence members of the community even though there is no personal interaction. The same would not be true of a nonresident who is a stranger to the community.

22. I want a secure and fair election as the result of an equitable and consistent application of the Election Code across all 67 of Pennsylvania's counties, including the 14 counties that I represent.

**DECLARANT SAYETH NOTHING FURTHER**

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2020.

*Glenn GT Thompson*
Rep. Glenn "GT" Thompson