# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) CIVIL ACTION )  ) )  |
| Plaintiffs, | ) ) |
| v. | ) No. 2:20-cv-966-NR )  |
| KATHY BOOCKVAR; *et al.*, | ) ) ) |
| Defendants. | ) |

### DECLARATION OF GUY LORIN RESCHENTHALER

| | |
|---|---|
| DISTRICT OF COLUMBIA | ) ) SS: ) |

Guy Lorin Reschenthaler, who has been first duly sworn, deposes and states as follows:

1. I am an adult individual over the age of eighteen (18).

2. I reside in Peters Township, Washington County, Pennsylvania.

3. I have personal knowledge of the facts described in this Declaration.

4. I am the current United States Representative for Pennsylvania's 14th Congressional District, and a candidate in the upcoming 2020 election for the same seat.

5. I am concerned about the uneven deployment of drop boxes from county to county in District 14, including where they are placed and the rationale for the placement.

6. I am concerned about the lack of uniformity in the county-to-county administration of drop boxes in District 14.

7. I am concerned that the drop boxes in the counties in District 14 are not going to be staff or watched, and are therefore vulnerable to tampering and ballot harvesting.

8. I am concerned that drop boxes concentrate the number of voted ballots into one unsecure location, and are therefore more vulnerable to large-scale tampering than mail boxes.

9. Those concerns prompted me to join this lawsuit as a plaintiff.

10. Due to the changes to the Election Code and the uncertainty related to the implementation of those changes, including guidance issued by Secretary Boockvar, poll watchers are necessary to ensure the integrity of the voting process and to give myself and my constituents a sense of fairness and security.

11. I am aware that in 2020 a former Judge of Elections was charged with "ringing up" the vote in Philadelphia, and it is my belief that poll watchers must be in place to prevent that from happening in the upcoming election.

12. Greene County is a very sparsely populated county in District 14, and I am concerned that I will not be able to recruit enough volunteers from Greene County to watch the necessary polls in Greene County.

13. I will have no problem recruiting volunteers from my home county to poll watch in Greene County where needed.

14. I want a secure and fair election as the result of an equitable and consistent application of the Election Code across all 67 of Pennsylvania's counties, including the four counties that I represent.

**DECLARANT SAYETH NOTHING FURTHER**

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October __1__, 2020.

_____
Rep. Guy Reschenthaler