# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) CIVIL ACTION )  ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:20-cv-966-NR ) |
| KATHY BOOCKVAR; *et al.*, | ) ) |
| Defendants. | ) |

## **DECLARATION OF JOHN PATRICK JOYCE**

DISTRICT OF COLUMBIA        )
                            ) SS:
                            )

John Patrick Joyce, who has been first duly sworn, deposes and states as follows:

1. I am an adult individual over the age of eighteen (18).

2. I reside in Blair County, Pennsylvania.

3. I have personal knowledge of the facts described in this Declaration.

4. I am the current United States Representative for Pennsylvania's 13th Congressional District, and a candidate in the upcoming 2020 election for the same seat.

5. I am concerned about the uneven deployment and inconsistent administration of drop boxes from county to county in District 13.

6. I am concerned that the drop boxes in the counties in District 13 are not going to be watched, and are therefore vulnerable to fraud, including ballot harvesting.

7. I am concerned that the transport of the ballots from the drop boxes will be unmonitored, providing an opportunity for manipulation or ballot loss.

8. I am concerned that drop boxes concentrate the number of voted ballots into one unsecure location, and are therefore more vulnerable to large-scale tampering than mail boxes.

9. I am concerned that the Pennsylvania Secretary of State's guidance documents are merely advisory, and therefore subject to inconsistent implementation. Moreover, I am concerned that Secretary Boockvar's guidance in some cases contradicts the Election Code.

10. Those concerns prompted me to join this lawsuit as a plaintiff.

11. Poll watchers play a very important role in terms of protecting the integrity of the election process, including voter identification and signature verification.

12. Poll watchers minimize the chance for voter cheating. Their presence acts as a deterrence.

13. I want to ensure that Pennsylvania has a secure and fair election as the result of an equitable and consistent application of the Election Code across all 67 counties, including the 10 counties I represent.

**DECLARANT SAYETH NOTHING FURTHER**

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2020.

*John Joyce*

Rep. John Joyce