EXHIBIT 9

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                          - - -

4    DONALD J. TRUMP FOR            )
     PRESIDENT, INC., et al.,      )
5                                   )
                  Plaintiffs,      )
6                                   )
           vs.                     )No.
7                                   )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,        )
8                                   )
                  Defendants.      )
9
                           - - -
10
         Videotape Video Conference Deposition of
11                 KATHRYN BOOCKVAR

12              Friday, August 21, 2020

13                          - - -

14        The videotape video conference deposition of
     KATHRYN BOOCKVAR, called as a witness by the
15   plaintiffs, pursuant to notice and the Federal Rules
     of Civil Procedure pertaining to the taking of
16   depositions, taken before me, the undersigned,
     Lance E. Hannaford, Notary Public in and for the
17   Commonwealth of Pennsylvania, at 2568 Aldon Drive,
     Sewickley, Pennsylvania  15143, commencing at 9:31
18   o'clock a.m., the day and date above set forth.

19                          - - -

20              NETWORK DEPOSITION SERVICES
                 SUITE 1101, GULF TOWER
21              PITTSBURGH, PENNSYLVANIA
                    866-565-1929
22
                           - - -
23

24

25

**Johnstown - Erie - Pittsburgh - Greensburg**
**866-565-1929**

1    Correct?

2          A.    That's what it's dated.

3          Q.    So it would have been issued before the

4    enactment of Act 77.  Correct?

5          A.    Correct.

6          Q.    Has this guidance been updated since the

7    enactment of Act 77?

8          A.    So it's very small, so I guess I'm going to

9    try to click on it from the chat.

10              THE VIDEOGRAPHER:  I can zoom in.  Just give

11         me one moment, please.

12              I'm trying to share the exhibits in the chat

13         real quick.

14              Okay.  What part would you like me to zoom in

15         on?

16              MS. McGEE:  Go back to the first page.

17              THE VIDEOGRAPHER:  Sure.

18              MS. McGEE:  And all the way down to -- well,

19         that's okay for now.

20    BY MS. McGEE:

21         Q.    Can you see that better, Secretary?

22         A.    Yes.

23         Q.    And my question to you was, has this guidance

24    been updated since the enactment of Act 77?

25         A.    And again, you know, I can't see the whole

1    document at once, but I would say this document itself

2    does not -- this guidance itself, as a whole, I am not

3    aware has been updated.  But I can't, without reading

4    through it, tell you whether any piece of it has, in

5    fact, been updated.

6        Q.   Okay.  Well, do you want to take a moment and

7    read through it?

8             Are you able to access it from the chat, to

9    pull it up on your own?

10       A.   Is that Exhibit 2?

11       Q.   Yes.

12       A.   So your question is -- is your question

13   still, has this been updated?

14       Q.   Yes.

15       A.   So -- and I think there are pieces of this

16   that I know are in related issues that were

17   in guidances issued in 2016, like this last section

18   where it talks about -- you know, interference or

19   intimidation, harassment, I know I've seen in more

20   recent 2016 guidance.  But this has not been updated,

21   this guidance, since Act 77, that I'm aware of.

22       Q.   Why not?

23       A.   Just there's all kinds of guidance.  This

24   is -- Act 77, as you know, was just signed into law on

25   October 31, 2019.  You know, June 2 was the first

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

88

1    1223.  It was issued by the Pennsylvania Supreme Court

2    on May 8th -- March 8th, 2004.

3              During your negotiations with the General

4    Assembly over Act 77, were you or the Pennsylvania

5    Department of State aware of this decision?

6              MR. DONOVAN:  Objection to form.

7         A    I can't answer that.  I was not.  I can't

8    answer that for other people.

9         Q    When was the first time you learned of this

10   decision?

11        A    By name?

12        Q    Yes.

13        A    Yesterday.

14        Q    So prior to yesterday, you had never heard

15   of the In Re:  Canvass of Absentee Ballots of the

16   November 4th, 2003 general election?

17        A    No.  And I apologize, because I understand

18   you were involved in this case.  But no, this is not

19   something I was aware of.

20        Q    Prior to your negotiations with the General

21   Assembly over Act 77, did you have any understanding

22   as to whether or not third party delivery of absentee

23   ballots was permitted in Pennsylvania?

24        A    Yes.  I had an understanding.

25        Q    What understanding did you have prior to

1    the enactment of Act 77?

2        A       The same understanding I have now, which is

3    that third party delivery is not permitted under

4    Pennsylvania law except for with emergency absentee

5    ballots, or when a voter specifically designates an

6    agent, and the agent -- the voter with disabilities --

7    or disabilities designates an agent, and the agent

8    accepts that appointment by the voter.

9        Q       And on what do you base that understanding?

10   How did you learn of that?

11           MR. DONOVAN:  Based on your experience.

12       Not anything staff may have given you legal

13       advice on.  Your understanding.

14       A       It is long-time, well-established law in

15   Pennsylvania.

16       Q       Are you aware of any provision in the

17   election code which says that a ballot delivered by a

18   person other than the elector renders that ballot

19   void?

20           MR. DONOVAN:  Object to form.  To the

21       extent you know.  He is asking a specific code.

22       A       I don't know.

23       Q       Are you aware of the fact that the case

24   that we have marked Exhibit 6 is the case which

25   established, or at least reaffirmed the principle that

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

92

1   non-disabled voters that have been personally

2   delivered to the election board offices by somebody

3   other than the voter?

4        A     No.  You used the word "many"?  No.

5              Are there some examples that were reported

6   in the Act 35 report of a handful of counties who -- I

7   don't even know that it is a full handful.  There were

8   several, at least one or two counties who said that

9   they realized that some of their staff had wrongly

10  accepted ballots from spouses of voters.

11             I think there was one that didn't count

12  when an aide, maybe, in a home health care setting

13  tried to deliver multiple ballots, but they did not

14  count them.  So there were a couple of counties that

15  caught it.

16       Q    Isn't it true that despite the decision in

17  2004, many county election boards have no procedures

18  in place to verify that the person returning a ballot

19  is the non-disabled person who voted the ballot?

20             MR. DONOVAN:  Ron, every time you try to

21        ask the question, I will object.  If you just

22        want to ask a plain question, I would ask you do

23        that.  Otherwise, it is an improper question.

24        Since you already established she has no

25        foundation to talk about this decision.

1    recall.  I believe the answer is yes.

2                MR. BRIER:  Don't guess.

3        A    I just can't recall for certain.

4        Q    But you do recall that Ms. Degraffenreid

5    was involved in doing that research?

6        A    Yes.  She comes with many years of

7    experience herself.  And she was involved in doing

8    research on this and a number of other items related

9    to our guidance.

10        Q    What other items was she involved in,

11    involving the January 10, 2020 guidance?

12        A    Well --

13                MR. BRIER:  I am going to instruct you not

14        to answer.  You are going into deliberative

15        process.  You have the guidance.  That is what is

16        relevant.  He already said he wasn't sure she was

17        there in January of 2020.

18        A    I will go back --

19                MR. BRIER:  You don't have to answer.

20        Q    Do you have something else you need to say,

21    Mr. Marks, to clarify a prior answer?

22                MR. BRIER:  I told him not to answer.  You

23        are into deliberative process.

24        Q    You do realize, Mr. Marks, I wasn't asking

25    you to disclose what Ms. Degraffenreid's deliberations

1   were, but just whether or not she was involved in any

2   of the processes?

3            MR. BRIER:  You asked him what issues she

4        was involved in in January 2020.  He already said

5        he doesn't know if she was there then.

6        Q    I believe he indicated that she had other

7   involvement.  I was following up on his question,

8   which means that he disclosed it, which means it is

9   waived at that point.

10            MR. BRIER:  I disagree with you.  I have

11        been giving you some latitude.  If you want me to

12        take a more strict position, I will.

13        Q    Let me show you what we marked as Exhibit

14   19.

15            (Thereupon, Exhibit No. 19 was marked for

16        identification.)

17        Q    JM21.

18            MR. BRIER:  I'm sorry, I'm trying to find

19        it.

20        Q    The document PADOS534.

21            MR. BRIER:  Thank you.  I have it.  This is

22        exhibit what, 19?

23            MR. HICKS:  19.

24            MR. BRIER:  Thank you.  The witness has it.

25        Q    Mr. Marks, have you seen Exhibit 19 before?

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

154

```
 1        Q      We will mark this as Exhibit 14.

 2               If you could go ahead and scroll through

 3    Exhibit 14.

 4        A      Okay.

 5        Q      Did you have any involvement in the

 6    preparation of what has been marked Exhibit 14?

 7        A      I reviewed it, probably offered edits along

 8    the way.  But I think Jonathan Marks was the primary

 9    drafter.  I think I was away on vacation during some

10    of the editing process.  But I was involved.

11        Q      The particular guidance itself is titled

12    "Pennsylvania applications and balloting guidance,

13    mail-in and absentee ballots and voter registration

14    changes."  Correct?

15        A      Correct.

16        Q      This is guidance dated January 10th, 2020.

17    Correct?

18        A      Correct.

19        Q      Let me turn your attention to the second

20    page of the document.  The guidance states up in the

21    upper right -- upper first paragraph that the guidance

22    defines both what is required by Act 77 and what is

23    permissible under Act 77 or some other portion of the

24    election code.

25               Do you see that?
```

1    reviewed their resources.  I'm not sure what they

2    have.  Whether that includes the studies you are

3    referring to.

4              But there is no lack of information out

5    there from other states and nationally that show --

6    that helps guide this.  This is, obviously, the first

7    time, again, we had this historic bipartisan

8    legislation allowing every voter to vote by mail.  And

9    I'm sure that we looked at patterns that have been

10   obtained by other states.

11       Q    But as you sit here right now, you don't

12   recall any particular study that was used to create

13   the guidance -- or the information and the guidance

14   marked as Exhibit 14.  Correct?

15       A    Correct.

16       Q    Going down to the bottom of page 5,

17   carrying over to the top of page 6, would it be

18   accurate to say that this guidance on January 10th,

19   2020 is the first time that the Department of State

20   had suggested the use of collecting mail-in or

21   absentee ballots via drop boxes or other collection

22   locations?

23       A    It's the first time I am aware of.  Again,

24   I am not -- I can't speak for years before.  This is

25   the first time I'm aware of, in my tenure in recent

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

184

1    years, that anything was put out by the Department of

2    State discussing drop boxes.

3         Q     Do you agree with me that there is -- to

4    the best of your knowledge, the words "other secure

5    ballot collection locations" does not appear in the

6    election code?

7         A     I'm sorry?

8         Q     You see where it says, "In addition to

9    CEOs," county election offices, you use the words

10   counties may provide for, quote, "other secure ballot

11   collection locations"?

12              Do you see that?

13        A     I see that.

14        Q     Bottom of page 5.  My question is do you

15   agree that the words "other secure ballot collection

16   locations" does not appear in the election code?

17        A     I don't know that.  I am sure each of those

18   words does appear many times in the election code.

19   But I don't know whether they all appear in one place.

20        Q     Turning over to page 6, there are two

21   bullet items that have notations where it directs the

22   county boards of elections to contact the Department

23   of State for additional guidance.

24              Do you see that?

25        A     Yes.

1    out to the county to reach out about it.  We

2    integrated those things into the guidance we put out

3    earlier this week.

4         Q     You agree with me on page 5 and 6 of the

5    January 10, 2020 guidance -- in fact, on all the pages

6    of the January 10, 2020 guidance there is no mention

7    that counties need to make certain that they prohibit

8    third party delivery of absentee or mail-in ballots

9    cast by non-disabled voters.  Correct?

10        A     Correct.  Again, that wasn't new.  This was

11   a document trying to give a sense of new provisions or

12   old provisions that were newly relevant because of the

13   new laws.

14              For example, like I was talking, even drop

15   boxes, in the 2016 Presidential primary we had a total

16   of 84,000 absentee ballots statewide cast.  In 2020 we

17   had almost 1.5 million mail-in and absentee ballots

18   cast.

19              So 84,000 statewide, there was no demand,

20   frankly, for drop boxes.  So this is really the first

21   time that we realize that it may be something that

22   counties would want to consider.

23              As I mentioned earlier, Act 77, which

24   created more change in how we vote in Pennsylvania and

25   various different processes and opportunities for

1    prior to an election.  Correct?

2        A    Correct.

3        Q    What under the Act 77 or other provision of

4    the election code requires county board of elections

5    to submit ballot return plans to the Department of

6    State?

7        A    It doesn't require.  This is guidance.

8    It's not a directive.  This is our -- what we are

9    suggesting, in order to fulfill some of the other

10   sections of the code relating to -- not just the code.

11            I mean, for election administration best

12   practices, the advantage of having a plan far enough

13   out is that you can make sure that there is notice to

14   the voters, and an opportunity to have signage and so

15   forth, and really figure out the various factors that

16   you see throughout here.

17            Are they located -- accessible to voters

18   and so forth.  So it's really -- it says "should."  It

19   doesn't say "shall."  This is guidance to bring about

20   to make it easier for counties to think about the

21   considerations they should keep in mind while they are

22   doing this.

23       Q    And what happens, if a county board of

24   elections doesn't submit a plan either at all or on or

25   before the 45 days?

1     A     There is -- I do not believe I have

2  enforcement penalty authority, if they do not.  This

3  is guidance.

4     Q     If a county board of election doesn't

5  either submit a plan, or doesn't meet the 45 day

6  deadline, there is no action the Department of State

7  is going to take against them?

8          MR. DONOVAN:  Objection.  Calls for

9      speculation.  We haven't reached that period yet.

10    Q     Is that your understanding?

11         MR. DONOVAN:  I object to form.

12    A     It is a different question anyway.  Because

13  we would -- if we -- frankly, we are very much in

14  close contact with the counties.  And so, usually we

15  know we are likely to hear what their plans are.  This

16  just formalizes it to some degree.

17          So if we hear that -- again, this is all

18  developing.  This is going to be the second election

19  in November since Act 77 was passed.  Some of the

20  provisions of Act 77 don't even take effect.  They are

21  taking effect for the first time in November.

22          So this is a continuing process, where we

23  want the counties to learn from their experiences in

24  the primary, other counties' experiences in the

25  primary.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

199

1          And one of the things I think we learned is

2    the more time ahead of time they could plan these

3    things, the easier it will be for voters to access to

4    the site and have awareness of what their options are.

5    This is all for those purposes.

6          So if we were to hear that a county was

7    developing what sounded like a plan and hadn't

8    submitted a plan, we would reach out and ask them for

9    a plan.

10    Q    But if a county board of election did not

11    submit a plan, it's not being barred from using drop

12    boxes.  Correct?

13    A    Again, I think that is a speculative

14    question.  I haven't gotten to that point yet, to see

15    what would happen at that point.  I, honestly, don't

16    expect it to happen, because this plan also provides

17    for supplemental plans to be submitted.

18          So what I expect to happen, again, this is

19    based on somewhat on what we saw in the primary, is

20    that 45 days out, they may not know all of the

21    circumstances.

22          We don't know -- for example, COVID-19, the

23    progression of how bad that got, the closures that

24    happened, and then some counties started opening up

25    towards the end, right before the primary.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

```
 1              So things changed.  So this allows -- the

 2    guidance recognizes that circumstances change.

 3    Counties may decide that after -- like in the last two

 4    weeks before the election, they may want to add

 5    additional ballot collection sites.

 6              So we are expecting this is going to be a

 7    conversation with the counties about how to help them

 8    provide the most secure and accessible options for

 9    voting to voters, both in-person and by mail and

10    absentee.

11        Q     If I understand correctly, the 45 day

12    deadline, that is September 19, 2020.  Correct?

13        A     I didn't do the math.

14        Q     Is that 45 day deadline somewhere in the

15    election code?

16        A     I think I already answered that question.

17    No.  Not that I am aware.

18        Q     Isn't it also true that absentee and

19    mail-in ballots and instructions are to start to be

20    mailed out to voters by Tuesday, August 25th, 2020?

21        A     Sorry?

22        Q     Isn't it true that absentee and mail-in

23    ballots and instructions are to be mailed to voters by

24    Tuesday, August 25th, 2020?

25        A     No.  There are provisions in the law that
```

```
 1    talk about if there is not -- like right now, there is
 2    pending challenges in court, statewide challenges to
 3    the ballot.  So no, it is not mandated that ballots
 4    start to be mailed out when there is pending court
 5    cases.
 6         Q    Under section 1.1, you say that county
 7    boards of election may establish multiple ballot
 8    return locations where voters may return their own
 9    voted ballot.
10              Did I read that correctly?
11         A    Yes.
12         Q    Is there any limitation on the number of
13    return ballot locations that a county may use?
14         A    No.
15         Q    Has the Department of State published any
16    guidance on what it would consider to be an
17    appropriate number of return ballot locations that a
18    county should use?
19         A    No.  I mean, I think in here we give the
20    factors they may want to consider including heavy
21    traffic areas.  You can look at the list of bullets
22    under 1.2.1.
23              If a county -- and counties sometimes reach
24    out to us and ask us whether there is additional
25    information.  Whether it is this issue or others, just
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

1    because this guy has these eight pages of information,

2    they know they can reach out to us and say, "Do you

3    have suggestions about a per capita number of drop

4    boxes or Ballot Return Sites that other states have

5    used and that won't be able to go to other resources?"

6    And follow up with them and give them additional

7    information.

8        Q    Have any counties asked you for that type

9    of information?

10       A    Me personally, no.  But I can't speak for

11   anybody else in the Department.

12       Q    You mentioned section 1.2.1 of the guidance

13   on page 3.  You identify a number of suggestions for

14   locations.

15            Correct?

16       A    Correct.

17       Q    Does section 1.2.1 authorize the use of

18   drop boxes in parking lots?

19            MR. DONOVAN:  Objection to form.

20       A    I mean, what this says is sites may

21   include, but are not limited to city and municipal

22   facilities, public libraries, county facilities, or

23   other locations designated by the board to receive

24   ballots.

25            It doesn't specifically prohibit --

 1   obviously, again, this is guidance.  I don't know that

 2   it mentions anything about lots.  I can look through

 3   this.

 4       Q     Does the Department of State believe it is

 5   appropriate to put drop boxes in a parking lot?

 6       A     I think the Department --

 7             MR. DONOVAN:  I object to form.  Go ahead.

 8       A     I think what is important is that the

 9   Department of State believes there needs to be --

10   other factors need to be met.  So if there is adequate

11   security.  If there is adequate equipment.  If there

12   is either staffing and/or cameras, if there is chain

13   of custody processes, if the collection site or

14   equipment is secure.  Obviously, there is eight pages

15   of stuff here.

16             If everything else is in place, that is

17   what matters more than the specific location of the

18   site.

19       Q     So the Department of State doesn't prohibit

20   a drop box from being in a parking lot?

21             MR. DONOVAN:  Objection.  Form.  Asked and

22       answered.

23             MR. HICKS:  I didn't get an answer.

24       Q     Is it the Department of State's position

25   that drop boxes in parking lots are permissible?

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

```
 1              MR. DONOVAN:  Mr. Court Reporter, could you
 2         read back the last answer to the last question
 3         she gave?  I think she did answer at the end,
 4         Ron.
 5         Q     Okay.  I didn't hear that.  We are missing
 6    some communication sometimes.
 7              Is it the Department of State's position
 8    that drop boxes are okay in public parks?
 9         A     What I would say, again, what is more
10    important is that the security, the durability, the
11    chain of custody, signage, accessibility, all these
12    other factors that go on for eight pages, this is what
13    matters.
14              There is a million different scenarios you
15    could ask about.  And my answer is always going to be
16    tell me all the details -- answers to these other
17    questions.  I can't know the answer to the question
18    without knowing whether all these other factors are
19    accounted for.
20         Q     Does the Department of State believe that
21    it is okay to have drop boxes in elected officials'
22    offices or in union halls?
23         A     I would prefer not to have drop boxes in
24    elected officials' facilities or union halls,
25    preferably.  That is my opinion.
```

1      Q      You also state the Department of State has

2    no ability to independently verify or guarantee the

3    accuracy of the data that was received solely from the

4    county board of elections, correct?

5      A      Correct.

6      Q      I'm sorry.  Was there an answer?

7      A      I said correct.  Can you hear me okay?

8      Q      Yes.  I didn't hear the answer to the last

9    one.

10           When you say that the Department has no

11   ability to independently verify or guarantee the

12   accuracy of the data, what do you mean by that?

13     A      You have to go one by one through the

14   chart.  So the things that we have access to are

15   identified.  The things we don't have access to.  You

16   asked the question, and now I don't remember what it

17   was.  And maybe there are a couple questions.  You

18   would really have to go to the counties for that.

19   That is because we don't have all of the data.

20           Again, we are in a Commonwealth.  We have a

21   decentralized system of elections.  Some authority is

22   in the counties, some authority is in state, some

23   authority comes from the Federal government.  We all

24   work together to provide democracy to our citizens.

25     Q      Does the Act 35 report, that has been

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

232

1    marked as Exhibit 18, does it include all of the

2    information that was provided by the counties as part

3    of the Act 35 surveys?

4         A    I am not sure -- I mean, I have not looked

5    at the language of the exact questions.  My

6    understanding is we only asked the questions that then

7    we have the data reported here.  But I don't know the

8    answer -- the exact answer to your question.

9         Q    Was the Department pressured to get this

10   report quickly?

11        A    We had a deadline.

12        Q    When was the first time a draft circulated

13   internally for comment?

14        A    I have no idea.

15        Q    Do you know how many drafts were circulated

16   before it became final?

17        A    No idea.

18        Q    Was there one person who served as the lead

19   person in terms of the drafting of the report?

20        A    No.  It was the people that I already

21   mentioned.

22        Q    Are you aware of the fact that the report

23   doesn't disclose all of the information that was

24   provided by the counties?

25             MR. DONOVAN:  Object to the form.

**NETWORK DEPOSITION SERVICES**
**Transcript of Kathy Boockvar**

```
 1    Now we have voter verifiable paper ballots for every

 2    voter.

 3              In fact, we just piloted a statewide risk

 4    forming audit pilot, and this is something we are

 5    implementing to add an additional level of security,

 6    strongly supported by the Trump administration to make

 7    sure that we have an added level of verifiability as

 8    to the integrity of the voting process.

 9              So I think all of that could be protected

10    without poll watchers.  But I think poll watchers are

11    a good thing.

12        Q    Do you agree with me under the election

13    code, there is a -- with regard to absentee and

14    mail-in balloting, candidates may have representatives

15    attend the precanvass and the canvass?

16        A    I am aware of that.  Yes.

17        Q    And do you also agree that representatives

18    do not necessarily have to be watchers, poll watchers?

19        A    Correct.

20        Q    In fact, the representative could be a

21    non-Pennsylvania citizen.  Correct?

22        A    I don't know that.  I think so.  Did you

23    say resident?  Or are you saying citizen?

24        Q    A non-resident or non-citizen of

25    Pennsylvania can be a representative and attend a
```