EXHIBIT 10

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                        - - -

4    DONALD J. TRUMP FOR         )
     PRESIDENT, INC., et al.,    )
5                                )
                 Plaintiffs,     )
6                                )
            vs.                  )No.
7                                )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,     )
8                                )
                 Defendants.     )
9                        - - -

10

11       Videotape Video Conference Deposition of
                   JONATHAN MARKS

12           Wednesday, August 19, 2020

13                       - - -

14       The videotape video conference deposition of
     JONATHAN MARKS, called as a witness by the plaintiffs,
15   pursuant to notice and the Federal Rules of Civil
     Procedure pertaining to the taking of depositions,
16   taken before me, the undersigned, Lance E. Hannaford,
     Notary Public in and for the Commonwealth of
17   Pennsylvania, at 2568 Aldon Drive, Sewickley,
     Pennsylvania  15143, commencing at 9:15 o'clock a.m.,
18   the day and date above set forth.

19                       - - -

20           NETWORK DEPOSITION SERVICES
               SUITE 1101, GULF TOWER
21           PITTSBURGH, PENNSYLVANIA
                  866-565-1929

22                       - - -

23

24

25

42

```
1    don't know whether I would characterize it as
2    preferred.  But it was certainly, historically, the
3    most common method throughout the Commonwealth's
4    history until the past few decades.
5         Q    Isn't it also true in-person voting is a
6    more secure method to cast one's ballot?
7              MR. BRIER:  Objection.  Are you referring
8         to something in the code, that you want him to
9         look at?  Or are you asking him an opinion?
10        Q    You can answer the question.
11             MR. BRIER:  Objection.
12        A    My opinion is that in-person voting -- I
13   don't know they would again characterize it as more or
14   less secure.  But it certainly has more elements of
15   sort of chain of custody.  Meaning that a person is
16   appearing in person at a polling place.  And they are
17   seen -- not necessarily seen casting their ballot.
18   But seen in the act of voting.
19        Q    Ray, you can take down the exhibit.
20             Mr. Marks, when one votes in person, the
21   elector is required to sign his or her name in the
22   presence of the election officers, and the election
23   officers are required to compare that signature to the
24   signature on file in the voter registration books.
25             Correct?
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

60

1      A      Okay.  I think there is some context that
2   might be missed.  We will start with bullet 3.
3      Q      It says, quote, "Montour County has in the
4   past allowed a nursing home representative to both
5   pick up applications and deliver voted ballots.  Past
6   practice has also been to allow spouses to deliver a
7   voted ballot back to the board of elections.  Montour
8   County is considering whether to change this practice
9   for the November 3rd, 2020 general election."
10          Did I read that correctly?
11      A      You did, yes.
12      Q      Were you aware of the fact Montour County
13   has since 2004 allowed spouses to deliver voted
14   ballots?
15          MR. BRIER:  Objection to form.  Where does
16       it say since 2004?  Note my objection.  You can
17       answer.
18      A      Yes.  It doesn't specify how long in the
19   past.  But yes, it appears that the county has allowed
20   spouses to deliver ballots.  I don't know -- I'm
21   scanning through the bullets here.  I don't know if
22   there is additional context about whether those
23   spouses are voters with disabilities or not.
24      Q      The question that was asked was the third
25   party delivery of non-disabled voters' ballots.

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

61

1   Correct?

2        A     Right.  Yes.  Assuming they answered it

3   accurately with that in mind, it appears they allowed

4   spouses to deliver ballots.  Again, there is really no

5   time frame or any kind of idea of the volume or how

6   long this practice has been in place.

7        Q     Well, as Deputy Secretary have you ever

8   asked Montour County about whether they have barred

9   third party delivery of absentee ballots and mail-in

10  ballots?

11       A     Well, we provided guidance that third party

12  delivery with the exception of ballots from voters

13  with disabilities is barred.  I believe we cited the

14  Supreme Court decision that we reviewed earlier.

15            And we did ask counties in the context of

16  our Act 35 report whether there was -- whether ballots

17  were delivered in a method other than those authorized

18  by the statute.

19            I don't recall -- I know there were some

20  counties who indicated that people attempted to

21  deliver ballots on behalf of other voters.  I can't

22  recall what county is one of them.

23       Q     Montour County also says they allowed

24  nursing home administrator to deliver voter ballots.

25  Correct?

70

1      A      Yes.  If it is not the voter's own ballot,
2   then yes, I would not instruct that individual to
3   insert that in the mailbox.
4      Q      As you understand it, the Supreme Court was
5   quite clear in 2004 that third party delivery, whether
6   to the mailbox or to the county election office, is
7   not permitted.  Correct?
8      A      That's correct.  Yes.
9      Q      Let me show you what we marked as Exhibit
10  9.
11     A      Again, the court did carve out exceptions
12  for voters with disabilities.
13     Q      Right.  My question was non-disabled
14  voters.
15     A      Correct.
16     Q      I will show you what has been marked
17  Exhibit 9.
18            (Thereupon, Exhibit No. 9 was marked for
19     identification.)
20     Q      Ray, if you could pull up JM13, please?
21            Mr. Marks, showing you what has been marked
22  Exhibit 9.  This is a set of answers by the defendant
23  Columbia County board of elections to the
24  interrogatories filed in this case.  Have you ever
25  seen this document before?

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

164

1    both appear to be ballot envelopes.  Yes.

2         Q     He goes on to say "Doing my civic duty and

3    dropping off my votes," plural, "in a designated

4    ballot drop box in front of city hall."

5              Did I read that correctly?

6         A     I'm sorry, I'm missing that.

7         Q     Right below the photograph it says "doing

8    my civic duty and dropping off my votes in a

9    designated ballot drop box in front of city hall."

10        A     Yes.  I see that.

11        Q     And the particular box that Philadelphia

12   was using actually looks like a mailbox.  Correct?

13        A     Yes.  Very much looks like a mailbox.

14        Q     There is nothing that stops a voter or any

15   person from dropping off more than one ballot at the

16   time -- at a time.  Correct?

17        A     Just like a mailbox, there is nothing that

18   physically prevents someone from dropping off more

19   than one.

20        Q     There is also nothing with regard to a drop

21   box, at least with regard to these drop boxes that

22   were being used by the county, that required the

23   person, whenever they are dropping off their ballot,

24   in order to access the box to enter into any type of

25   voter specific code.  Correct?

184

1    that discussion.

2         Q    Do you agree with Ms. Schaefer's

3    understanding there were different interpretations

4    among the county as to the use of drop boxes?

5         A    Yes.  That is my understanding, that

6    different counties had different interpretations of

7    that.

8         Q    Do you also agree with Ms. Schaefer's

9    understanding that there were different

10   interpretations regarding the treatment of mail-in

11   ballots that were received without secrecy envelopes?

12        A    Yes.

13        Q    Going to the next page of the exhibit Bates

14   stamped PADOS234.  This was a copy of the meeting

15   agenda for the elections reform committee that was to

16   take place on July 14, 2020.  Is that correct?

17        A    That's correct.  Yes.

18        Q    According to the agenda, there is a line

19   item that talks about the lawsuit that my clients have

20   filed.  Correct?

21        A    Correct.

22        Q    And again, the agenda reflects that, quote,

23   "In reviewing the complaint, in discussing the matter

24   with the CCAP board, it became clear counties took a

25   variety of different positions with regard to the

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

186

1    executive board, which is made up of I forget how many

2    members.  The county commissioners who serve as

3    members on the executive board.  So I'm not sure -- I

4    don't know the answer to the question.  If she is not

5    referring to the elections reform committee, I don't

6    know that she is.

7              MR. BRIER:  You don't know.

8              THE WITNESS:  I don't know.

9        Q    Following the agenda, then, there is a

10   document called "comments from Forrest Lehman,"

11   correct?

12       A    That's correct.  Yes.

13       Q    And Mr. Lehman is the executive director --

14   the elections director for Lycoming County.  Correct?

15       A    He is.  Yes.

16       Q    And in the first paragraph of his comments

17   he refers to drop boxes.  Correct?

18       A    Yes.  Paragraph 1, he does.

19       Q    And the first comment he makes about drop

20   boxes is he said, quote, "It would be nice to have

21   clarity on the question of whether drop boxes are

22   permitted.  I would prefer clarity from the

23   GA, General Assembly, but a court will do."  Did I

24   read that correctly?

25       A    You did.  Yes.

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

1       Q       He then goes on to talk about aside from

2    the legality of the drop boxes, there are more, quote,

3    "troubling logistical problems posed by drop boxes."

4            Did I read that correctly?

5       A       You did.  Yes.

6       Q       Part of those troubling logistical problems

7    that he raises was how was a county to keep a drop box

8    secure but accessible by voters.  Correct?

9       A       Correct.  Yes.

10      Q       He also talks about drop boxes could be a

11   target for political sabotage or mean-spirited

12   vandalism.  Correct?

13      A       That's correct.  Yes.

14      Q       He, in fact, references someone could pour

15   water into a drop box and ruin the ballots inside.  He

16   also suggests bodily fluids, gasoline and a lit match.

17   Correct?

18      A       Correct.

19      Q       He even comments on the fact you can have

20   them monitored by a camera, but that isn't going to

21   stop the fact the ballots have gotten destroyed.

22   Correct?

23      A       Yes.  That appears to be his proposition

24   there.

25      Q       He also suggests there is a problem with

1   where to locate them, and how you make that decision,

2   whether it is based on geographical, political, racial

3   representation, urban versus rural, et cetera.

4           Correct?

5       A    Yes.  Correct.

6       Q    And has anybody at the Department of State

7   ever taken a look at these concerns that were raised

8   by Mr. Lehman?

9           MR. BRIER:  Let me just state an objection.

10      I think the witness testified that there is

11      nobody in the Department involved in this

12      meeting.  And the witness did not author this

13      document.

14      Q    Objection is noted.  You can answer my

15  question.

16      A    I don't know that -- these are a lot of

17  hypotheticals that are outlined here in this first

18  paragraph.  Some more plausible than others.  But we

19  have certainly learned lessons from the primary.  We

20  also listened to concerns expressed to us by county

21  elected directors and are updating our guidance

22  accordingly.

23      Q    Well, has the Department of State, as we

24  sit here today, issued any guidances to address any of

25  the concerns Mr. Lehman has raised regarding drop

1      Q      Would you agree with me this list has been

2   removed from the Department of State website.

3   Correct?

4      A      That's correct.  It is no longer relevant.

5      Q      With regard to, for example, Allegheny

6   County, they maintain their drop box in the office

7   where the county election department is located.

8   Correct?

9      A      Yes.

10      Q      And that is the same, also, for Bedford and

11   Bucks.  Correct?

12      A      Correct.  Yes.

13      Q      Chester, on the other hand, had drop boxes

14   in locations where their county board of election

15   office was not located.  Correct?

16            MR. BRIER:  Objection.

17      A      Well, I will say Bedford, it has Bedford

18   County courthouse, but it appears it was actually at

19   or in the entrance of the parking garage next to the

20   courthouse.

21            But yes, Chester has a number of locations.

22   One being at their government services center.  One

23   being at a public safety training campus.

24      Q      Others, looks like three of them -- one was

25   in a parking lot.  Correct?  Two of them -- one was at

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

202

1    Longwood Garden south parking lot.  Correct?

2         A     Correct.  Yes.

3         Q     Another one was at --

4         A     It appears that the one with Gardens, it

5    appears it is actually at a test site greeter station,

6    which would be I would imagine a small building at the

7    parking lot.

8         Q     Then there was also one at the Battle of

9    the Clouds parking lot.  Correct?

10        A     Correct.  Yes.

11        Q     So Bedford had theirs in a parking lot.

12   Correct?

13             MR. BRIER:  Objection.

14        A     It says -- Bedford County says parking

15   garage - second floor near courthouse entrance.  It

16   appears it was inside of a parking garage attached to

17   the courthouse.

18        Q     That particular one was one that was

19   accessible 24-7 according to the Pennsylvania

20   Department --

21        A     Yes.  According to the list, yes.

22        Q     Whereas, Allegheny County is only

23   accessible during business hours, correct, or certain

24   designated hours, correct?

25        A     Correct.  Yes.

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

203

```
1        Q     Bucks County only had theirs available
2    three days from 7:00 a.m. to 7:00 p.m.  Correct?
3        A     Yes.  That appears to be the case.
4        Q     And Chester County also had time
5    limitations on when their particular drop boxes were
6    available.  Correct?
7        A     Correct.  I'm sorry, that is not correct.
8    The first one in reading this, the one at the county
9    government services center was 24-7.  The other
10   locations have specific hours.
11       Q     Clinton County had its drop box right
12   outside its elections office, correct?
13       A     You said Clinton County?
14       Q     Yes.
15       A     Yes.
16       Q     It indicates it was available 24-7.
17   Correct?
18       A     Correct.
19       Q     Are you aware whether or not Clinton County
20   had someone watching that box the entire time?  24
21   hours, seven days a week?
22       A     I do not know.  No.
23       Q     Luzerne indicates that they had a drop box
24   in Wilkes-Barre Penn Place, 2 North Pennsylvania
25   Avenue, correct?
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

204

```
 1      A     Yes.  At Penn Place.  In Wilkes-Barre.
 2  Yes.
 3      Q     That is not the county board of election
 4  office.  Correct?
 5      A     I would have to -- I would have to check.
 6  But I don't believe that is where their county
 7  election office is located.
 8            MR. BRIER:  I actually believe that is
 9      where it is located.  I have been there.
10      Q     In addition they indicate they had two drop
11  box counters both at post offices.  Correct?
12      A     Yes.  That appears to be the indication
13  here.  Hazleton and Wilkes-Barre post offices.
14      Q     Do you know whether or not those drop off
15  counters were manned by anybody from the county board
16  of elections?
17      A     If they were staffed around the clock or
18  during business hours for the post office, I don't
19  know that.
20      Q     Taking a look at Montgomery County, is
21  there, in any of the ten addresses that they identify
22  where they place drop boxes, the address for the
23  Montgomery County board of election?
24      A     The Swede Street address in Norristown
25  sounds familiar.  It may be.  I don't know if that is
```

205

1    where their main office is.  But I believe that is one

2    of their county offices.

3         Q    What about at Montgomery County community

4    connections office, is that a county board of election

5    office?

6         A    It may be a county facility.

7         Q    It's not the county board of election

8    office, is it?

9         A    I don't know it is the main county board of

10   election office.  I don't know whether there are other

11   county offices inside there other than what is listed

12   in the name.

13        Q    What about Green Lane Park, is that an

14   office for county board of election?

15        A    I would -- I don't know.  I would expect it

16   is not.

17        Q    What about Spring Mill Fire Company, is

18   that an office of a county board of election?

19        A    No.  That would be a fire hall as I

20   understand it.

21        Q    What about Wall Park on 600 Church Road, is

22   that a county board of election office for Montgomery

23   County?

24        A    I don't believe so, no.

25        Q    Go down to Philadelphia.  You see a number

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

206

1    of both mobile dropoff locations as well as dropoff

2    offices, correct?

3         A     Correct, yes.

4         Q     When did Department of State learn that

5    Philadelphia was doing mobile dropoff locations?

6         A     It was some time after the May I believe

7    24th email regarding the drop box at city hall.

8         Q     Would you agree with me this list wasn't

9    posted on the Pennsylvania Department of State website

10   until some time after May 24th, after that

11   conversation?

12        A     I don't know if the list was posted after

13   that.  But I don't expect that the Philadelphia County

14   specific information at the bottom of this list would

15   have been posted prior to then.

16        Q     According to the Philadelphia mobile

17   dropoff locations, there were ten mobile dropoff

18   locations, correct?

19        A     Correct.

20        Q     Those locations consisted of high schools,

21   shopping centers and a PLA center.  Correct?

22        A     Correct.  As I understand it, this was a

23   mobile dropoff that would move from one location to

24   the other throughout the city at specific dates and

25   times.

1    location for the city commissioner's office, yes.

2        Q    If somebody wanted to return their ballot,

3    the address that would be -- that was imprinted on the

4    outside declaration envelope would be 520 North

5    Columbus Boulevard.  Correct?

6        A    I don't know if that is correct.  I would

7    have to look at the envelope.  I know some counties

8    actually have a P.O. Box that their mail goes to,

9    which may be different than the physical address.  I

10   am not -- I don't recall if that was the case in

11   Philadelphia or not.

12       Q    The other district offices where drop boxes

13   were located involved schools and libraries.  Correct?

14       A    Yes.

15       Q    It shows three libraries, a couple schools,

16   and a rec center.  Correct?

17       A    Correct.

18       Q    Also drop boxes were placed at elected

19   officials' district offices, correct?

20       A    Yes.

21       Q    And you understand under the election code

22   that if this was in-person voting, these types of

23   places would not be considered appropriate polling

24   places under the election code.  Correct?

25            MR. BRIER:  Objection.

1      A      Yes.  If you are asking whether -- are you

2    talking about the entire list?  Or are you talking

3    about the elected officials' district offices,

4    specifically?

5      Q      Talking about specifically the election

6    officials' offices.

7      A      That is correct.  They could not serve as a

8    polling place.

9      Q      In fact, it is expressly banned under the

10   election code to have a polling place at elected

11   officials' offices, correct?

12     A      Correct.

13     Q      It is also banned under the election code

14   to have elections or a polling place located in a

15   parking lot.  Correct?

16     A      I don't know that that is the case.  I

17   think it is banned -- I think the term is vacant lot.

18   I don't know that I would consider a parking lot a

19   vacant lot.

20     Q      Has Pennsylvania ever conducted an election

21   in a parking lot?  Voting in a parking lot?

22     A      I don't recall.  I know the election code

23   does provide for the use of temporary polling places,

24   which could be staged in a parking lot.  I don't

25   recall, I know Mercer County was looking at that in

1    the June primary to address losing one of their senior

2    centers.

3            They were talking about using the military

4    grade tent or something and possibly staging it.  But

5    as I recall, they found another suitable location.

6        Q    You will agree with me a shopping center is

7    not a suitable polling place?

8        A    I don't know that it is expressly

9    prohibited.  Whether it is -- I guess it would depend

10   on the shopping center.

11       Q    Is the list that has been marked here as

12   Exhibit 31 complete, does it represent all the

13   counties that used drop boxes during the June 2020

14   primary?

15       A    It represents all of the counties that used

16   drop boxes, at least that we were aware of.  Again, we

17   did direct outreach to counties to find out what their

18   intent was regarding drop boxes.

19       Q    Are you aware of the fact that Fulton

20   County used a drop box?

21       A    I don't recall whether they did or didn't.

22       Q    Would you agree with me Fulton County is

23   not on your list that has been marked Exhibit 31?

24       A    Yes.  I agree it is not on this list.

25       Q    Let me show you what we will mark as

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

242

1              MR. BRIER:  Objection to form.

2        A     I think, yes, and I'm not aware of any

3    dictate from the General Assembly that prohibits

4    county board of elections from counting such a ballot.

5        Q     Are you aware of the fact that in the 2020

6    primary Luzerne County had over 440 absentee or

7    mail-in ballots that were not counted because they

8    lack an inner secrecy envelope?

9        A     I am not aware of what the final

10   disposition was.  No.

11       Q     Let's go back to JM12.  Exhibit 8.  The Act

12   35 report.

13       A     Okay.

14       Q     Take a look at there are a number of charts

15   that are provided in the Act 35 report.  Correct?

16       A     Correct.

17       Q     If you look at page 10.  We see that this

18   is a summary of the total mail-in and absentee ballots

19   cast in the 2020 primary election, broken down by

20   county.  Correct?

21       A     Correct.

22       Q     Over in the right hand column, the second

23   down from the top is Lawrence County.  Correct?

24       A     Correct.

25       Q     It shows that over 8,003 ballots were cast

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

243

1  either by absentee or mail-in ballots in the June 2020

2  primary election.  Correct?

3      A    Correct.

4      Q    Now, if we go back to or jump ahead to page

5  38, review of actions taken.  Is there any mention on

6  pages 38 or 39 to the fact that Lawrence County had

7  voided over 440 ballots because of the inner secrecy

8  envelope issue?

9      A    First of all, you said earlier Luzerne, not

10  Lawrence.

11      Q    I apologize.

12      A    We started off wrong.  But I was aware the

13  county was in court shortly after the election because

14  of this apparent intention not to count that number of

15  ballots for that reason.

16      Q    There was no cull out of that decision by

17  Lawrence County in this report.  Correct?

18      A    Correct.  I am not aware that Lawrence

19  County provided any additional information in the

20  survey for this report.

21      Q    You indicate in the report that -- you say

22  "The causes of the remaining errors or irregularities

23  include the following."  You say, quote, "Human error

24  when inserting ballot materials into envelopes."  Did

25  I read that correctly?

244

```
 1      A     Where are you at right now?

 2      Q     Page 38.

 3            MR. BRIER:  What paragraph?

 4      Q     The fourth paragraph down.  It has the

 5  bullets.  See the third bullet down says, quote,

 6  "human error when inserting balloting material into

 7  envelopes."

 8      A     Correct.

 9      Q     Was that intended to cover the situation

10  that occurred in Lawrence?

11      A     I don't know -- no.  This is -- the context

12  of this is the information we obtained regarding

13  ballots that were incorrectly sent.  These occurred at

14  the county election office.

15            So for example, a person at the county

16  election office made an error, when they were

17  inserting the balloting materials into envelopes that

18  were to go out to voters.

19      Q     Do you agree with me on page 38 and 39 you

20  make no mention of the 440 ballots that were not

21  counted in Lawrence County due to the lack of an inner

22  secrecy envelope?

23            MR. BRIER:  Asked and answered.  The

24      document speaks for itself.  He told you the

25      court proceeding.
```

```
 1        A       I am not.  And it was not reported in

 2   response to this Act 35 survey request to the county.

 3        Q       Do you agree with me that 440 ballots out

 4   of 8,000 is a pretty high number to have inner secrecy

 5   envelopes missing?

 6        A       It is a significant percentage of 8,000,

 7   yes.

 8        Q       In fact, when you take a look at other

 9   counties that had returned absentee ballots, if we go

10   back to page 10 of the report, we see, for example,

11   Allegheny County had over 213 ballots returned?

12        A       I'm sorry, what page?

13        Q       Page 10.

14        A       You said 213 or 213,000?

15        Q       213,000.

16        A       Okay.  Yes.

17        Q       Did you receive any reports from Allegheny

18   County that they had over 400 ballots that were

19   returned with inner secrecy envelopes missing?

20        A       I don't recall receiving a report.  I don't

21   recall that it was applied in the requests for the Act

22   35 report.  In fact, I don't even recall that it was

23   information requested by Act 35.

24        Q       Is there a reason why that information

25   wasn't requested?
```

1        A       Well, Act 35 identified what was to be

2    requested from the county election offices.

3        Q       The county -- did the Pennsylvania

4    Department of Election ask for more information beyond

5    what was required under Act 35?

6        A       We provided some more information, as I

7    recall, in this report, to provide context.  I don't

8    believe that Act 35 asked for the number of registered

9    voters.  But we provided that just for context.  But

10   the content of the Act 35 report was outlined in Act

11   35.  I don't know that that was even something that

12   was tested by Act 35 by the legislature.

13       Q       You do mention that you -- did you receive

14   information from each of the county board of elections

15   via request by the liaison to each of their county

16   boards?

17               MR. BRIER:  Objection.

18       A       We received information based on the

19   elements that were required by Act 35.  What I am

20   saying is that I don't recall that that was an element

21   that was required by Act 35.  So that would probably

22   explain why counties didn't provide it.

23               To the extent we provided any additional

24   information beyond what was explicitly required in Act

25   35, I believe that was to provide context or to

247

1    provide if a county reported something to us.

2            As I said, Act 35 outlined what was to be

3    in the Act 35 report.

4        Q    And that information --

5        A    I don't recall that being requested by Act

6    35.

7        Q    Are you aware that the information that was

8    requested from the county board of elections was put

9    together in an Excel spreadsheet?

10       A    I believe it was an online survey that

11   ultimately the data was imported into a spreadsheet.

12   Yes.

13       Q    We sent to you what we will mark Exhibit

14   37.

15           (Thereupon, Exhibit No. 37 was marked for

16       identification.)

17       Q    If you could pull up JM41.

18           It's an Excel spreadsheet.

19           MR. BRIER:  I didn't get it yet.

20           MR. BRIER:  We have it electronically.

21       Q    Mr. Marks, are you familiar with the Excel

22   spreadsheet that has been marked collectively as

23   Exhibit 37?

24           MR. BRIER:  I don't think it is 37.

25           Is it?

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

254

1        Q        Are you aware of any circumstance under

2    which an outer envelope containing two ballots could

3    possibly be considered a valid casted vote?

4        A        Again, it's a hypothetical.  I have to

5    understand the factual circumstances.  Again, it's

6    within the discretion of the county board of election.

7    The county board of elections in this case appears --

8    it's the first I've seen it, appears to have looked at

9    this instance, and as a sort of irregularity.  And

10   they believe it was serious enough not to count the

11   ballots.  I don't know anything else about it.

12       Q        In the Act 35 report, there is no mention

13   of the fact that in Philadelphia County there were

14   instances of double voting occurring on Election Day.

15   Correct?

16       A        Yes.  I'm not aware of that information

17   being provided in the Act 35 report.

18       Q        But you were aware of that actually

19   occurring, correct?  Wasn't that reported to you by

20   the Philadelphia county board of elections?

21       A        I was aware that they had questions after

22   Election Day and had to do additional reconciliation,

23   because they believed that there might be cases where

24   somebody voted in person after casting an absentee or

25   mail-in ballot.  A handful of cases.

1    eight exclamation points.  Correct?

2          A     Yes.  Jerry is very opinionated.

3          Q     Have you or anybody in your office,

4    including the Secretary, had communications with the

5    legislature over changes to Act 77?

6          A     I believe that the Department is frequently

7    in communication through our legislative liaison with

8    the legislature with potential changes to Act 77 or

9    even other portions of the election code.  It's pretty

10   much a function of our legislative liaison.

11         Q     Have you or anyone in your office,

12   including the Secretary, communicated with anyone from

13   the Joe Biden Presidential campaign, coming up for the

14   November 2020 election?

15         A     I don't recall that I have communicated

16   with anyone from the Joe Biden campaign.  We do

17   communicate and answer questions from both political

18   parties.  Typically, they come through the state

19   committees, the two state committees.

20         Q     How many people does the Department of

21   State estimate will vote by mail in the 2020 general

22   election?

23         A     Well, if the June primary is a barometer,

24   this is a unique election cycle with COVID-19, so a

25   lot of it probably depends on exactly where we are at

**NETWORK DEPOSITION SERVICES**
**Transcript of Jonathan Marks**

269

1    there.

2              But if June 2nd is the guide, we could see

3    upwards of 3 million.  Somewhere between two and a

4    half and 3 million absentee and mail-in ballots cast

5    in the November election.

6        Q    As an election official, do you have any

7    concerns that Pennsylvania's implementation of the

8    COVID crisis will be fraught with illegalities and

9    fraud?

10       A    I don't.  I don't have any reason to

11   believe that it will be fraught with fraud.  We didn't

12   see that in the primary.

13             Certainly, it was not -- implementing and

14   administering an election, any election, in the middle

15   of a global pandemic presents unforeseen challenges.

16   And it is very difficult to administer that.

17             And I certainly will not claim that it was

18   a perfectly administered election.  There were

19   certainly lessons learned.  But I don't have any

20   significant thoughts that our counties are going to be

21   unable to conduct a free and fair election in

22   November.

23       Q    What steps is the Department of State

24   taking to ensure third party delivery of non-disabled

25   voter ballots will not occur?