# EXHIBIT 11

**NETWORK DEPOSITION SERVICES**
**Transcript of Kimberly Frey 30 (b) (6)**

1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3                       - - -
 4   DONALD J. TRUMP FOR          )
     PRESIDENT, INC., et al.,     )
 5                                )
              Plaintiffs,         )
 6                                )
         vs.                      )No.
 7                                )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,      )
 8                                )
              Defendants.         )
 9
                         - - -
10
       Videotape Video Conference 30(b)(6) Deposition of
11            ELK COUNTY BOARD OF ELECTIONS
           KIMBERLY FREY, Designated Deponent
12
                 Monday, September 28, 2020
13
                         - - -
14
          The videotape video conference deposition of
15   KIMBERLY FREY, called as a witness by the plaintiffs,
     pursuant to notice and the Federal Rules of Civil
16   Procedure pertaining to the taking of depositions,
     taken before me, the undersigned, Lance E. Hannaford,
17   Notary Public in and for the Commonwealth of
     Pennsylvania, at 2568 Aldon Drive, Sewickley,
18   Pennsylvania  15143, commencing at 1:11 o'clock p.m.,
     the day and date above set forth.
19
                         - - -
20
              NETWORK DEPOSITION SERVICES
21               SUITE 1101, GULF TOWER
               PITTSBURGH, PENNSYLVANIA
22                  866-565-1929
23                       - - -
24
25
```

```
 1      A     Yes.
 2      Q     Are you having any additional drop boxes
 3   than that one around the corner from your elections
 4   office?
 5      A     No.
 6      Q     So you will only have that one drop box for
 7   the general election?
 8      A     That's correct.
 9      Q     Where will it be located?
10      A     It will be located right outside our office
11   door.
12      Q     I believe, for the primary election, it was
13   sort of around the corner in a hallway from the
14   election office.
15            Is that correct?
16      A     It was right outside of our office door.
17      Q     Is it within sight of the election workers
18   working in the office?
19      A     No.  It has a security camera on it.
20      Q     Okay.
21            So my question, though, somebody standing
22   at the counter in your election office, they can't see
23   the drop box?
24      A     No.  That's correct.
25      Q     And that is going to be the same situation
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Kimberly Frey 30 (b) (6)**

24

```
 1    that drop box?
 2         A    I don't have an answer to that.
 3              MR. WAGNER:  Could you please repeat the
 4       question, please?
 5         Q    Let me ask it a different way.
 6              Is your county implementing any measures to
 7    prevent third party delivery of ballots of
 8    non-disabled voters to that drop box?
 9              MR. WAGNER:  In other words, can it only be
10       the voter who drops the ballot off?
11         A    I don't know.
12         Q    What would your county election workers do
13    if it is determined a ballot was improperly delivered
14    by a third party?
15         A    I don't know how we would know that.
16         Q    So would you agree with me there is no way
17    to prevent that with this drop box?
18         A    That's correct.
19         Q    How often is the drop box -- how often will
20    the drop box be emptied and those ballots collected
21    for the general election?
22         A    In the primary, we empty it at noon, at
23    5:00 o'clock, and then at 8:00 o'clock.
24         Q    That is on Election Day?
25         A    Yes.  That is on Election Day.  Because in
```