# EXHIBIT 13

**NETWORK DEPOSITION SERVICES**
**Transcript of Seth Bluestein 30 (b) (6)**

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3                          - - -
 4   DONALD J. TRUMP FOR         )
     PRESIDENT, INC., et al.,    )
 5                               )
                Plaintiffs,      )
 6                               )
          vs.                    )No.
 7                               )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,     )
 8                               )
                Defendants.      )
 9
                            - - -
10
        Videotape Video Conference 30(b)(6) Deposition of
11         PHILADELPHIA COUNTY BOARD OF ELECTIONS
            SETH BLUESTEIN, Designated Deponent
12
                 Tuesday, September 29, 2020
13
                            - - -
14
            The videotape video conference deposition of
15   SETH BLUESTEIN, called as a witness by the plaintiffs,
     pursuant to notice and the Federal Rules of Civil
16   Procedure pertaining to the taking of depositions,
     taken before me, the undersigned, Lance E. Hannaford,
17   Notary Public in and for the Commonwealth of
     Pennsylvania, at 2568 Aldon Drive, Sewickley,
18   Pennsylvania  15143, commencing at 9:04 o'clock a.m.,
     the day and date above set forth.
19
                            - - -
20
               NETWORK DEPOSITION SERVICES
21                SUITE 1101, GULF TOWER
                PITTSBURGH, PENNSYLVANIA
22                   866-565-1929
23                          - - -
24
25
```

```
 1      answer.
 2      A    For in-person mail-in voting there will be
 3  satellite election offices.
 4      Q    How many of those does Philadelphia County
 5  plan to open?
 6      A    In addition to the two offices that make up
 7  our headquarters of the county board of elections,
 8  those being city hall and 520 North Columbus
 9  Boulevard, the board of elections has authorized up to
10  15 additional satellite election offices.
11      Q    Do you know how many poll workers
12  Philadelphia County will require for the general
13  election?
14      A    If per each precinct we average five poll
15  workers, that would come out to 8,515 poll workers.
16      Q    I take it that may change depending on when
17  you finalize the exact number of polling locations; is
18  that right?
19      A    No.
20      Q    So that is a set number of poll workers
21  that Philadelphia County plans to employ?
22      A    That is the number.  That is our goal to
23  employ.
24      Q    How many poll workers have signed up so
25  far?
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Seth Bluestein 30 (b) (6)**

37

```
 1   boxes?
 2        A    We aspire to use drop boxes.  But no
 3   decision has been made yet on drop boxes.
 4        Q    When will the decision of whether or not to
 5   use drop boxes be made?
 6        A    When a member of the board of elections
 7   makes a motion at a public meeting to use them.
 8        Q    Has there been a discussion about where
 9   drop boxes would be located in Philadelphia County?
10             MS. HANGLEY:  Object to the form.
11        A    I would think the deputy commissioners
12   would utilize a similar data analysis structure to
13   determine the potential locations where drop boxes
14   could be put.
15        Q    What conversations have taken place
16   regarding that?
17             MS. HANGLEY:  Objection.
18        Q    You can answer.
19             MS. HANGLEY:  You are referring to
20         conversations among the deputy commissioners?
21             MR. WINKLOSKY:  Any conversations that this
22         witness has been privy to.
23             MS. HANGLEY:  I caution you not to testify
24         about conversations with counsel, involving
25         counsel.
```

**NETWORK DEPOSITION SERVICES**
**Transcript of Seth Bluestein 30 (b) (6)**

50

```
 1      Q    So is there a way to prevent commingling of
 2  those illegal ballots with actually legally dropped
 3  ballots?
 4           MS. HANGLEY:  Objection.
 5      A    No different than illegally cast votes on a
 6  voting machine.  Once the egg is cracked, it can't be
 7  unscrambled.
 8      Q    Does your county have a plan right now for
 9  collecting mail-in ballots from those drop boxes?
10      A    We don't have a final plan yet.
11      Q    What is the proposed plan?
12      A    Right now the proposal is to utilize deputy
13  sheriffs to pick up and deliver the ballots to our
14  central location.
15      Q    Is there a timeline as to when the deputy
16  sheriffs would pick up the drop boxes and deliver
17  them?
18      A    At least daily.
19      Q    Is there a specific time of the day that
20  the deputy sheriffs would pick up the drop box or
21  empty the drop boxes?
22      A    Those plans have not been finalized.
23      Q    Is there a proposed plan?
24      A    No.
25      Q    So has there already been discussions with
```