# EXHIBIT 15

**NETWORK DEPOSITION SERVICES**
**Transcript of Lauren E. Allison, Jr. 30 (b) (6)**

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3                     - - -
 4   DONALD J. TRUMP FOR        )
     PRESIDENT, INC., et al.,   )
 5                              )
                  Plaintiffs,   )
 6                              )
          vs.                   )No.
 7                              )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,    )
 8                              )
                  Defendants.   )
 9
                       - - -
10
       Videotape Video Conference 30(b)(6) Deposition of
11           LAWRENCE COUNTY BOARD OF ELECTIONS
       LAUREN E. ALLISON, JR., Designated Deponent
12
               Tuesday, September 29, 2020
13
                       - - -
14
          The videotape video conference deposition of
15   LAUREN E. ALLISON, JR., called as a witness by the
     plaintiffs, pursuant to notice and the Federal Rules
16   of Civil Procedure pertaining to the taking of
     depositions, taken before me, the undersigned, Lance
17   E. Hannaford, Notary Public in and for the
     Commonwealth of Pennsylvania, at 2568 Aldon Drive,
18   Sewickley, Pennsylvania  15143, commencing at 11:19
     o'clock a.m., the day and date above set forth.
19
                       - - -
20
             NETWORK DEPOSITION SERVICES
21             SUITE 1101, GULF TOWER
               PITTSBURGH, PENNSYLVANIA
22                 866-565-1929
23                     - - -
24
25
```

**NETWORK DEPOSITION SERVICES**
Transcript of Lauren E. Allison, Jr. 30 (b) (6)

24

1   drives.  They are coming from everywhere.

2       Q     How do you know they are coming from

3   everywhere?

4       A     They are noted as coming from the voter

5   participation center.  The center for voter

6   information.  We have gotten some from league of women

7   voters.  We have gotten some from the Pennsylvania

8   state Republican party, the Democratic party, the

9   Trump campaign.

10           I don't know that I have actually,

11  specifically, seen any from the Biden campaign at this

12  point.  But all of those organizations have been

13  sending applications for voter registration and/or

14  mail-in or absentee ballots.  Some of them

15  overlapping, two and three and four times.

16      Q     Have you notified the Department of State

17  about any of those issues?

18      A     We complain every election.  However, they

19  can't stop it.  It is already in law that those

20  organizations are permitted to do so.

21      Q     So with respect to the upcoming general

22  election, does Lawrence County plan to use any drop

23  boxes?

24      A     At this point in time there are no plans

25  for any drop boxes within the county.