# EXHIBIT 16

**NETWORK DEPOSITION SERVICES**
**Transcript of Laureen Hagan 30 (b) (6)**

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3                         - - -
 4   DONALD J. TRUMP FOR          )
     PRESIDENT, INC., et al.,     )
 5                                )
                 Plaintiffs,      )
 6                                )
          vs.                     )No.
 7                                )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,      )
 8                                )
                 Defendants.      )
 9
                           - - -
10
        Videotape Video Conference 30(b)(6) Deposition of
11           DELAWARE COUNTY BOARD OF ELECTIONS
             LAUREEN HAGAN, Designated Deponent
12
                 Tuesday, September 29, 2020
13
                           - - -
14
            The videotape video conference deposition of
15   LAUREEN HAGAN, called as a witness by the plaintiffs,
     pursuant to notice and the Federal Rules of Civil
16   Procedure pertaining to the taking of depositions,
     taken before me, the undersigned, Lance E. Hannaford,
17   Notary Public in and for the Commonwealth of
     Pennsylvania, at 2568 Aldon Drive, Sewickley,
18   Pennsylvania  15143, commencing at 2:10 o'clock p.m.,
     the day and date above set forth.
19
                           - - -
20
                  NETWORK DEPOSITION SERVICES
21                  SUITE 1101, GULF TOWER
                  PITTSBURGH, PENNSYLVANIA
22                      866-565-1929
23                         - - -
24
25
```

**NETWORK DEPOSITION SERVICES**
Transcript of Laureen Hagan 30 (b) (6)

18

```
 1            It is this year that they have had some
 2   that have merged for other reasons.  Others are doing
 3   so, or changing locations based off of COVID.  So the
 4   last number I had heard, which was probably several
 5   weeks ago, is about 270 something unique locations.
 6       Q    So does that mean that there might be
 7   locations that have two or more precinct, in-person
 8   precinct voting in the same location?  Two precincts
 9   voting in the same location?
10       A    Yes.  That is correct.
11       Q    Other than the 270 locations that you
12   mentioned, will there be any satellite offices of the
13   election office where people can return mail-in or
14   absentee ballots?
15       A    Yes.  The county is expecting to have three
16   voter service centers.  That would be to the Media
17   bureau of election office inside the Government
18   Center.  As well as a location in Upper Darby in the
19   voter services building.  And also, in Chester City
20   Hall.
21       Q    Will those voter service centers be manned?
22       A    Yes.  They will be.
23       Q    Will they have particular hours of
24   operation, or days they are open, or times that voters
25   can return their ballots?
```

**NETWORK DEPOSITION SERVICES**
Transcript of Laureen Hagan 30 (b) (6)

26

1   Those type of items.
2           We could also send a letter out, not
3   necessarily a rejection letter.  But a notice to the
4   voter that their identification review did not pass.
5   So we give them that notice and explain to them their
6   requirement to satisfy that need.
7       Q   So in addition to the in-person voting, and
8   that is at the voting locations, the polling
9   locations, and the three voter service center
10  locations, are there any other methods or means that
11  Delaware County intends to use to allow voters to
12  return their mail-in ballots?
13      A   At this time they are -- the county is
14  considering a mobile site where they would perhaps one
15  day travel to one location, the next day to another
16  location.  That is not fully established at this
17  moment.  But that is they are hoping to deploy later
18  in the election cycle.
19      Q   So can you explain what the mobile site
20  would look like?  Would it be a vehicle?  Or would it
21  be like a temporary site that is set up under a tent,
22  and then it moves from place to place?  Could you
23  explain that a little more?
24      A   A little more the method described in the
25  second item.  So it is going to a different area one

**NETWORK DEPOSITION SERVICES**
Transcript of Laureen Hagan 30 (b) (6)

27

```
 1   day it might be going to a certain library another
 2   day.  It might be going to a senior citizens center or
 3   such as that.
 4            So it will travel.  It will be listed as
 5   far as where they are going to go.  But it is not
 6   being done in a vehicle, no.  It will be in a
 7   building.  And that building could change from day to
 8   day.
 9       Q    And who would be manning that mobile site?
10       A    The concept is not fully finalized at this
11   time.  It would be an employee of the Delaware County
12   board of elections.
13       Q    When does the county expect it will have a
14   final plan in place with respect to the mobile site or
15   employment of the mobile site?
16       A    Last time I heard it discussed, that would
17   not come under the direct purview of my office.  The
18   last time I heard it discussed, it would be within the
19   next week to ten days.
20       Q    Would the mobile site be similar to one of
21   these voter service centers, just in a different
22   location from day to day?
23       A    Yes.  I think that is an appropriate
24   summary.
25       Q    Other than the potential use of a mobile
```

```
 1   site and the voter service centers, any other method
 2   that the county intends to use for voters to return
 3   their mail-in ballots?
 4        A    Can you repeat the question?
 5        Q    Sure.
 6             Other than the mobile site, the potential
 7   use of the mobile site, and the three voter service
 8   center locations, that you mentioned, are there any
 9   other means or methods that Delaware County intends to
10   employ for voters to return their mail-in ballots?
11        A    Yes.  The county intends to deploy these
12   drop boxes throughout the county.
13        Q    Could you explain what you mean by drop
14   box?
15        A    Certainly.
16             If a voter receives a by mail product, if
17   they requested mail-in or absentee, we would send that
18   to the address where they asked it go to.
19             Then the county's expectation is we are
20   trying to secure 50 locations to have drop boxes.  50
21   being that we have 49 municipalities in our county
22   plus one at the government/courthouse complex in
23   Media, the county seat.  So that is where the 50 count
24   comes from.  And that a voter could deposit their
25   ballot into a drop box in one of the locations.
```