# EXHIBIT 17

**NETWORK DEPOSITION SERVICES**
**Transcript of David Voye 30 (b) (6)**

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3                         - - -
 4   DONALD J. TRUMP FOR         )
     PRESIDENT, INC., et al.,    )
 5                               )
                Plaintiffs,      )
 6                               )
          vs.                    )No.
 7                               )2:20-cv-966-RN
     KATHY BOOCKVAR, et al.,     )
 8                               )
                Defendants.      )
 9
                           - - -
10
       Videotape Video Conference 30(b)(6) Deposition of
11          ALLEGHENY COUNTY BOARD OF ELECTIONS
              DAVID VOYE, Designated Deponent
12
                 Tuesday, September 29, 2020
13
                           - - -
14
          The videotape video conference deposition of
15   DAVID VOYE, called as a witness by the plaintiffs,
     pursuant to notice and the Federal Rules of Civil
16   Procedure pertaining to the taking of depositions,
     taken before me, the undersigned, Lance E. Hannaford,
17   Notary Public in and for the Commonwealth of
     Pennsylvania, at 2568 Aldon Drive, Sewickley,
18   Pennsylvania  15143, commencing at 12:30 o'clock p.m.,
     the day and date above set forth.
19
                           - - -
20
                NETWORK DEPOSITION SERVICES
21                SUITE 1101, GULF TOWER
                PITTSBURGH, PENNSYLVANIA
22                   866-565-1929
23                         - - -
24
25
```

```
 1   because some precincts may be co-located in the same
 2   building?
 3       A    Yes.
 4       Q    Does Allegheny County intend to have any
 5   satellite or pop-up precincts available?
 6       A    We intend on having eight additional
 7   election offices.
 8       Q    Will those eight additional election
 9   offices also be -- will function as a voting precinct?
10       A    People will be able to go into these
11   locations, apply for either a mail-in or absentee
12   ballot, and have their application processed there,
13   and vote a paper ballot there.
14       Q    Will these individual offices be manned
15   offices?
16       A    Yes.
17       Q    What is the current plan for staffing of
18   those additional offices?
19       A    These additional offices will be staffed by
20   county employees.
21       Q    How many poll workers will Allegheny County
22   require for the upcoming general election?
23       A    Hopefully, we would like to have 65, 66
24   hundred poll workers.
25       Q    Are you including county employees who will
```

```
 1   boxes for the return of absentee or mail-in ballots?
 2        A    At the additional voting locations, voters
 3   will be to return voted ballots.
 4        Q    I apologize, we are still receiving some
 5   extraneous or ambient noise or information.  Looks
 6   like it is coming from someone named "rosemana" maybe.
 7             Thank you very much.  That helped.
 8             Other than the drop boxes that Allegheny
 9   County plans to use at these eight additional
10   satellite offices, do you intend to use drop boxes at
11   any other location?
12             MR. OPSITNICK:  Objection.  Mr. Voye did
13        not testify as to drop boxes.  I think that was
14        in our discovery responses.
15             MR. WINKLOSKY:  I apologize if I am
16        unartfully phrasing my question.
17        Q    Can you explain the -- if there are going
18   to be any unmanned locations for the return of mail-in
19   ballots?
20        A    There will not.
21        Q    So as your counsel just mentioned,
22   Allegheny County does not plan to use drop boxes; is
23   that right?
24        A    We intend to use return ballot locations.
25        Q    And those return ballot locations are those
```

```
 1   eight additional offices that will be manned by county
 2   employees; is that right?
 3        A    Correct.
 4        Q    Is there going to be any signage up at
 5   those eight locations discussing or addressing the use
 6   of third party delivery of ballots, or return of
 7   ballots?
 8        A    Instructions will be given to the voters by
 9   the employees.
10        Q    And what will those instructions be?
11        A    When a voter comes in, they will be asked
12   if that is their ballot.  They will be asked if they
13   signed their ballot.  The voter will -- the clerk will
14   take the ballot from the voter, and drop it in a
15   secure box.
16        Q    Other than that face to face interaction
17   with the county employee and the voter, is the county
18   planning on putting up any signs or anything
19   reflecting that same information?
20        A    That has not been discussed as of yet.
21        Q    Will these locations have any type of video
22   surveillance, or will they strictly be manned by
23   county employees?
24        A    I think they will just be strictly manned
25   by county employees.
```