# EXHIBIT 26

## Debra Brown

**From:** Debra Brown
**Sent:** Thursday, April 9, 2020 9:36 AM
**To:** Yake, Adam
**Subject:** RE: drop boxes
**Attachments:** ballot box.PDF

**Importance:** High

Adam,

In light of the pandemic, this is something we are looking at, just not sure if it is feasible or if we are setting ourselves up for lots of problems.

Deb

**From:** Yake, Adam <ayake@pa.gov>
**Sent:** Thursday, April 9, 2020 9:02 AM
**To:** Debra Brown <DBrown@bedfordcountypa.org>
**Subject:** Re: drop boxes

Deb,

I don't have any information on Drop Boxes that are used for ballots. I have never heard of anything like that being utilized for ballots before. Either the voter dropped them off in the elections office for the county or mailed their ballot back in.

Adam

**From:** Debra Brown <DBrown@bedfordcountypa.org>
**Sent:** Wednesday, April 8, 2020 8:36 AM
**To:** Yake, Adam <ayake@pa.gov>
**Subject:** drop boxes

Hi Adam:

Are there specifics for drop boxes for mail in or absentee ballots? We are looking to purchase drop boxes for outside the courthouse and would like your thoughts, ideas on the process or what is allowable and what is not. Thanks.

Deb

*Debra Brown, Chief Clerk*
*200 South Juliana Street ~ Suite 301*
*Bedford, PA 15522*
*Email: dbrown@bedfordcountypa.org*
*Phone: 814-623-4807*
*Fax: 814-623-0991*

1

BED-000010





# Ballot Drop on Pedestal for 250+ Ballots

Interior/exterior security cabinet made with a low-maintenance, brushed stainless steel material, used to protect your cabinet from harsh elements. Includes an anti-tamper slot for protection. ADA compliant – offers one-hand delivery at ADA height.

Features and Benefits

**Security Features**      **Key Specs**

Low-maintenance, brushed stainless steel material makes it easy to remove graffiti and other harsh elements. Easily remove graffiti with a scouring pad.

ADA Compliant to fit the needs of all the communities

Heavy duty, all weather construction

Easy installation

Ships fully assembled

# Transfer Truck Ballot Capacity Calculator

Ballot Width (in): 8.5

Ballot Length (in): 11

Ballot Thickness  0.004



BED-000012