# EXHIBIT 27

Message

| | |
|---|---|
| **From**: | Martin, William [MartinW@co.delaware.pa.us] |
| **Sent**: | 5/18/2020 6:51:49 PM |
| **To**: | Reuther, Christine [ReutherC@co.delaware.pa.us]; JMParks@duanemorris.com |
| **CC**: | Madden, Kevin [MaddenK@co.delaware.pa.us]; Ashley Lunkenheimer [alunkenheimer@icloud.com]; Jim Byrne [jjbyrne@mbmlawoffice.com]; Gerald Lawrence [glawrence@lowey.com]; Savage, Jim [SavageJ@co.delaware.pa.us]; Grace, Marianne C [GraceM@co.delaware.pa.us]; Winterbottom, Crystal [WinterbottomC@co.delaware.pa.us]; Hagan, Laureen T. [HaganLT@co.delaware.pa.us] |
| **Subject**: | Re: Drop Boxes at Polling Places / Senior Living Communities |

I think we do it this week and it could occur during the solicitor's report and then have the Board handle on the 28th.

Get Outlook for iOS

---

**From:** Reuther, Christine <ReutherC@co.delaware.pa.us>
**Sent:** Monday, May 18, 2020 6:35:09 PM
**To:** Martin, William <MartinW@co.delaware.pa.us>; JMParks@duanemorris.com <JMParks@duanemorris.com>
**Cc:** Madden, Kevin <MaddenK@co.delaware.pa.us>; Ashley Lunkenheimer <alunkenheimer@icloud.com>; Jim Byrne <jjbyrne@mbmlawoffice.com>; Gerald Lawrence <glawrence@lowey.com>; Savage, Jim <SavageJ@co.delaware.pa.us>; Grace, Marianne C <GraceM@co.delaware.pa.us>; Winterbottom, Crystal <WinterbottomC@co.delaware.pa.us>; Hagan, Laureen T. <HaganLT@co.delaware.pa.us>
**Subject:** Drop Boxes at Polling Places / Senior Living Communities

I asked the Secretary of State's office if we can put a drop box at each polling location on election day so they can drop their ballots there and have them be treated as timely returned if they cannot get their ballots into the mail in time to be certain they will be received by close of business on Election Day and cannot get to Media to drop their ballots off at the Court House.

The answer was yes with some conditions.

1. The boxes have to be locked and under supervision at all times. This means they have to be in the polling places under the eyes of the Election Board.
2. The absentee and mail in ballots have to go into a separate box from the box for day of voting.
3. The absentee and mail in ballots have to be sealed for delivery to the County along with the mail in ballots, although there won't be as many and we won't have a count of the number delivered. We would have to account for the second ballot bag in our chain of custody.
4. A voter does not have to register but does have to go into the polling place to drop the ballot. The law would limit the actual voter to dropping his or her ballot. In reality if a person drops one off for a relative, it may not attract notice, although it might if the person who dropped it then gets in line to vote. And no one should be dropping off more than one.
5. **The County or the Election Board or both have to pass some kind of resolution stating that each polling location is deemed to be a County Election office for purposes of delivery of the mail in or absentee ballot. It isn't a big deal since each polling location is leased by the County for the day.**

So how should we handle number 5? If the County Council has to do it, we should do it at our meeting this week. I see some benefit to asking Council to do it subject to approval by the Board of Elections at its meeting on May 28 because it would get publicity and that is helpful.

There is a similar issue with senior living communities who might not get their mail in ballots until late. Can we get a drop box set up at each of the senior living communities for mail in voters on election day? This could be a mobile box with election staff (or county employees working for the election staff who bring a locked box around in a van at scheduled times to collect mail in ballots. I think it should work. If it is a county van.

Can the solicitors weigh in?  If we are doing it tomorrow, I have to get the rest of Council to add it to a crowded agenda at our meeting tomorrow.

Christine Reuther
Delaware County Council

CONFIDENTIAL
DELCO_WDPA_001927