# EXHIBIT 28

| | |
|---|---|
| **From:** | "Soltysiak, Lee" <lsoltysi@montcopa.org> |
| **Sent:** | Sun, 24 May 2020 20:17:26 -0400 (EDT) |
| **To:** | Havey Preate Elizabeth <epreatehavey@dilworthlaw.com>; Joseph Foster<jsf130@hotmail.com> |
| **Cc:** | Julia Vahey <julia@montgomerycountygop.com>; "lizphavey@gmail.com"<lizphavey@gmail.com>; "blevy@mcdems.org" <blevy@mcdems.org>; "Sisler, Karley" <KSisler@montcopa.org>; "Macekura, Matthew" <mmacekur@montcopa.org>; "Marlatt, John" <JMarlatt@montcopa.org>; Anthony Spangler<anthonyspangler@hotmail.com> |
| **Subject:** | Re: Secure Ballot Drop Off Locations |

Hi Liz & Joe,

Security was instructed before the boxes were in use on Saturday to instruct voters they can only drop off their own ballot. They have turned people away yesterday and today without incident who had ballots other than their own. We have also added the following language to our materials and emails going out regarding the five locations. Please reenforce this message with your constituents as well. It will make the process at the boxes much easier if we are not turning people away.

**Pursuant to the Pennsylvania Election Code you may only return your own voted ballot. You may not return any ballot that does not belong to you. County Security will be on-site at each location, and there will be video surveillance. Anyone depositing a ballot that does not belong to them will be referred to the District Attorney's office.**

> On May 22, 2020, at 12:39 PM, Havey Preate Elizabeth <epreatehavey@dilworthlaw.com> wrote:
>
> Thanks, Lee.
> Will the security guard be making sure that the law is being followed and people aren't dropping multiple ballots in to the box?
> I see these boxes as arms of the courthouse not like US Post office email boxes. If a person came to the courthouse to drop off their ballot and also tried to drop another ballot off, that second ballot would not be accepted by the courthouse employee.
>
> ELIZABETH PREATE HAVEY | DILWORTH PAXSON LLP
> 1500 Market Street | Suite 3500E | Philadelphia, PA 19102
> Tel: (215) 575-7123 | Fax: (215) 575-7200
> epreatehavey@dilworthlaw.com | www.dilworthlaw.com
>
> **From:** Soltysiak, Lee [mailto:lsoltysi@montcopa.org]
> **Sent:** Friday, May 22, 2020 12:29 PM
> **To:** Julia Vahey
> **Cc:** Joseph Foster; lizphavey@gmail.com; blevy@mcdems.org; Sisler, Karley; Macekura, Matthew; Marlatt, John; Havey Preate Elizabeth; Anthony Spangler
> **Subject:** Re: Secure Ballot Drop Off Locations
>
> Thanks for sending it out, Julia.
>
> Security will be be in place to protect the box itself. They will not be interacting with the voters. The boxes will function much like a regular mail box would. Notice will be posted on the boxes about the policy and procedures for mailing ballots, including that you cannot mail someone else's ballot.
>
> Once the ballots are returned to our office, the system will not accept any ballot that was not actually applied for. It will also not accept any ballot from a voter who has already returned a ballot to our office.
>
> Any other questions, let us know.
>
> Thank you!
> Lee
>
>> On May 22, 2020, at 11:39 AM, Julia Vahey <julia@montgomerycountygop.com> wrote:

Hi Lee,

Thank you for sending this over. We will be sending this information as well as the pay increases to our email lists within the hour.

Can you clarify if the security at these boxes will be checking that voters are only dropping off their own ballot? That is not abundantly clear in the press release and from our understanding it is illegal for anyone other than the voter to drop off their ballot.

Thanks,

_____
Julia Vahey
*Executive Director*
**Montgomery County Republican Committee**
860 Penllyn Blue Bell Pike | Suite 240
Blue Bell, PA 19422
p. 610-279-9300 | c. 215-407-7923
julia@montgomerycountygop.com | montgomerycountygop.com

On May 22, 2020, at 11:17 AM, Soltysiak, Lee <lsoltysi@montcopa.org> wrote:

Joe & Liz,
Attached is the press release and the details for the secure ballot drop locations which will be available starting tomorrow and will continue until Election Day. We will have security at each of these locations and the ballots will be removed daily and returned to Voter Services.

We are encouraging anyone who has not already returned their ballot to use these drop off locations instead to ensure their ballot is received by the Election Day deadline.

Please post and share with your lists.

Thank you!
Lee

<PR Montco Announces Ballot Drop Off Boxes for June 2 Primary  Election 5.21.20_FINAL.pdf><Ballot Box Drop Off Locations.pdf>

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

MONTGOMERY000286