# EXHIBIT 29

| COUNTY | LOCATION | HOURS |
|---|---|---|
| ALLEGHENY | County Administration Building - Lobby<br>542 Forbes Ave.<br>Pittsburgh, PA 15219 | Sat., May 30 - 10am-5pm<br>Sun., May 31 - 10am-5pm<br>Mon., June 1 - 5pm-8pm<br>Tues., June 2 - 7am-8pm |
| BEDFORD | Bedford County Courthouse<br>Parking Garage - 2nd floor near courthouse entrance<br>200 S. Juliana St.<br>Bedford, PA 15522 | 24/7 access available |
| BUCKS | Location #1: County Administration Building - Outside<br>55 East Court St.<br>Doylestown, PA<br><br>Location #2: Lower Bucks Government Service Center<br>7321 New Falls Rd, Levittown, PA 19055<br><br>Location #3: Upper Bucks Service Center<br>261 California Rd., Quakertown, PA 18951 | Sat., Sun., and Mon. - 7am-7pm |
| CHESTER | 1. Chester County Govt Services Center-Lobby, 601 Westtown Rd, West Chester<br>2. Chester County Public Safety Training Campus-Test Site Greeter Station, 137 Modena Rd, Coatesville<br>3. Longwood Gardens South Parking Lot-Test Site Greeter Station, 1010 E Baltimore Pike, Chadds Ford<br>4. Kimberton Fair Grounds-Parking Lot, 762 Pike Springs Rd, Phoenixville<br>5. Warwick County Park-Park Office, 191 County Park Rd, Pottstown<br>6. Battle of the Clouds Park-Parking Lot, 125 N Phoenixville Pike, Malvern | 1. 24/7 access available<br>2. 8am-6pm<br>3. 8am-6pm<br>4. 11am-7pm<br>5. 11am-7pm<br>6. 11am-7pm |
| CAMERON | Cameron County Courthouse - Mail/Drop box slot on outside of building<br>20 E 5th St.<br>Emporium, PA 15834 | 24/7 access available |
| CARBON | Carbon County Elections Office - Mail/Drop box slot on outside of building<br>76 Susquehanna St<br>Jim Thorpe, PA 18229 | 24/7 access available |
| CENTRE | Willowbank Office Building - Outside<br>420 Holmes St<br>Bellefonte, PA | 24/7 access available |
| CHESTER | Government Services Center - Lobby<br>601 Westtown Rd<br>West Chester, PA | |
| CLINTON | Clinton County Elections Office - Outside<br>2 Piper Way<br>Lock Haven, PA 17445 | 24/7 access available |
| CRAWFORD | Crawford County Courthouse - Lobby<br>903 Diamond Park<br>Meadville, PA | |
| DAUPHIN | Dauphin County Administration Building - Outside<br>2 South 2nd St.<br>Harrisburg, PA | 24/7 access available |
| DELAWARE | Delaware County Government Center<br>201 W Front St<br>Media, PA | Sat., May 30 - 9am-2pm<br>Tues., June 2 - 8:30am-8pm |
| ELK | Elk County Courthouse Annex<br>300 Center St.<br>Ridgeway, PA 15853 | 8:30 - 4:00 on Monday 7/1;<br>6:30 - 8:00 pm on Tuesday 7/2. |
| ERIE | Erie County Courthouse - Outside<br>140 W. Sixth St.<br>Erie, PA | 24/7 access available |

EXHIBIT
Marks 08/19/20 EX31

PADOS000008.000001

| County | Location | Hours |
|---|---|---|
| LUZERNE | 1. Drop box - Penn Place, 2 N. Pennsylvania Ave., Wilkes-Barre<br>2. Drop off counter - Hazleton Post Office, 231 N. Wyoming St., Hazleton<br>3. Drop off counter - Wilkes-Barre Post Office, 300 S. Main St., Wilkes-Barre | 1. Fri.-Sat. and Mon., 8am-5pm; E-Day, 7am-8pm<br>2. Fri.-Sat. and Mon., 7:30am-5:15pm; Sun. 9am-12:30pm<br>3. Fri.-Sat. and Mon., 7am-6pm; Sun. 8am-1pm |
| MONTGOMERY | 1. One Montgomery Plaza-Lobby, 425 Swede St., Norristown<br>2. Green Lane Park, 2144 Snyder Rd, Green Lane<br>3. Mont. County Community Connections Office, 421 W. Main St, Lansdale<br>4. Mont. County Community College, South Hall, 101 College Sr., Pottstown<br>5. Eastern Court House Annex, 102 North York Rd, Willow Grove<br>6. Lower Marion Township Building, 75 E Lancaster Ave, Ardmore<br>7. The Lower Providence Township Building, 100 Parklane Drive, Eagleville<br>8. Spring Mill Fire Company, 1210 E. Hector St., Conshohocken<br>9. The Upper Dublin Township Building, 801 Loch Alsh Ave., Fort Washington<br>10. Wall Park, 600 Church Road, Elkins Park | 1. 7am-8pm daily<br>2. Mon.-Fri., 9am-5pm; Sat.-Sun., 9am-2pm; E-Day, 9am-8pm<br>3. Mon.-Fri., 9am-5pm; Sat.-Sun., 9am-2pm; E-Day, 9am-8pm<br>4. Mon.-Fri., 9am-5pm; Sat.-Sun., 9am-2pm; E-Day, 9am-8pm<br>5. Mon.-Fri., 9am-5pm; Sat.-Sun., 9am-2pm; E-Day, 9am-8pm<br>6. Tuesday, June 2, 9am-8pm |
| PHILADELPHIA | City Hall - Between South Entrance and the Octavio Catto Statue<br>1400 JFK Blvd.<br>Philadelphia, PA | 24/7 access available |
| VENANGO | Venango County Courthouse Annex<br>1174 Elk St<br>Franklin, PA 16323 | 24/7 access available |
| YORK | York Administrative Center<br>28 E. Market St.<br>York, PA 17407<br><br>York County at Pleasant Valley Road<br>2401 Pleasant Valley Rd, York | Mon.-Fri. - 8am-4:30pm<br>Tues., June 2 - 8am-8pm |

### Philadelphia Mobile Drop Off Locations

| Region | Location | Address | Date | Time |
|---|---|---|---|---|
| West | Boys Latin of Philadelphia Charter High School | 5501 Cedar Ave Philadelphia, PA 19143 | Saturday, May 30, 2020 | 9:00 AM-11:00 AM |
| Southwest | John Bartram High School | 2401 S 67th St Philadelphia, PA 19142 | Saturday, May 30, 2020 | 12:00 PM-2:00 PM |
| South | South Philadelphia High School | 2101 S Broad St Philadelphia, PA 19148 | Saturday, May 30, 2020 | 3:00 PM-5:00 PM |
| Far Northeast | George Washington High School | 10175 Bustleton Ave Philadelphia, PA 19116 | Sunday, May 31, 2020 | 8:00 AM-10:00 AM |
| Lower Northeast | Rising Sun Plaza Shopping Center | Rising Sun & Adams Aves Philadelphia, PA 19120 | Sunday, May 31, 2020 | 11:00 PM-1:00 PM |
| North (East of Broad) | 25th District PAL Center | 3199 D Street Philadelphia, PA 19134 | Sunday, May 31, 2020 | 2:00 PM-4:00 PM |
| River | Fishtown Crossing Shopping Center | 2401 Aramingo Ave Philadelphia, PA 19125 | Sunday, May 31, 2020 | 5:00 PM-7:00 PM |
| Northwest | Shawmont Elementary School | 535 Shawmont Ave Philadelphia, PA 19128 | Monday, June 1, 2020 | 9:00 AM-11:00 AM |
| Upper North | Central High School | 1700 W Olney Ave Philadelphia, PA 19141 | Monday, June 1, 2020 | 12:00 PM-2:00 PM |
| North (West of Broad) | Tanner Duckrey Public School | 1501 W Diamond St Philadelphia, PA 19121 | Monday, June 1, 2020 | 3:00 PM-5:00 PM |

### Philadelphia Drop-Off Offices on Election Day (June 2, 7am-8pm) - Learn more: https://www.philadelphiavotes.com/en/home/item/1815-election_day_drop-off_offices

| District | Location | Address | Zip | Time |
|---|---|---|---|---|
| Council District 1 | Philadelphia City Commissioner's Office | 520 N. Columbus Boulevard | 19123 | June, 2 - 7am-8pm |
| Council District 2 | Tilden Middle School | 6601 Elmwood Avenue | 19142 | June, 2 - 7am-8pm |
| Council District 3 | Lucien Blackwell Library | 52nd and Sansom Streets | 19139 | June, 2 - 7am-8pm |
| Council District 4 | Hillside Recreation Center | 203 Fountain Street | 19128 | June, 2 - 7am-8pm |
| Council District 5 | Council President's District Office | 2815 Ridge Ave, Ste B | 19121 | June, 2 - 7am-8pm |
| Council District 6 | Councilperson Henon's District Office | 6730 Torresdale Avenue | 19135 | June, 2 - 7am-8pm |
| Council District 7 | Harrowgate PAL Center | 851 E Tioga Street | 19134 | June, 2 - 7am-8pm |
| Council District 8 | Councilperson Bass District Office | 4439A Germantown Avenue | 19144 | June, 2 - 7am-8pm |
| Council District 9 | West Oak Lane Library | 2000 Washington Lane | 19138 | June, 2 - 7am-8pm |
| Council District 9 | Wadsworth Library | 1500 Wadsworth Avenue | 19150 | June, 2 - 7am-8pm |
| Council District 10 | Councilperson O'Neill's District Office | Bustleton Ave and Bowler Streets | 19115 | June, 2 - 7am-8pm |