# EXHIBIT 31



# THE COUNTY OF CHESTER



| COMMISSIONERS: | CHESTER COUNTY VOTER SERVICES |
|---|---|
| Marian Moskowitz | Government Services Center |
| Josh Maxwell | 601 Westtown Road, Suite 150 |
| Michelle Kichline | P.O. Box 2747 |
| | West Chester, PA 19380-0990 |
| | (610) 344-6410   FAX: (610) 344-5682 |

SANDRA BURKE
Director

June 2, 2020

Mr./Ms. X
Address
Address

### RE: Please contact us immediately regarding your mail-in ballot

Dear _____:

Thank you for participating in the June 2, 2020 Primary Election by mailing your ballot to Chester County Voter Services. Voter Services has received your mail-in ballot but, unfortunately, we are unable to verify your identity because your signature on file does not match your signature on your ballot.

We genuinely want your vote to count. Please sign and return the enclosed signature verification form to Voter Services immediately, which must be received in our offices no later than 4:30 pm on Monday, June 8, 2020, to provide proof of identification so that we can confirm that your vote is valid. Alternatively, you can make an appointment to appear in person at our offices prior to this deadline. If you do not do this, we will not be able to count your vote.

Please contact us by phone at 610-344-6410, or by email ccelectionofficials@chesco.org. We are counting on you to help us make your vote count.

Thank you.


Chester County Voter Services