# EXHIBIT 33

Absentee/Mail-In Signature Matching Procedures

- Separate your envelopes by Mail-In and Absentee
- In Sure, click on the "Reports" tab
- Click on "Record Mailings"
- Select letter type
    - Absentee Ballot Label
    - Mail-In Ballot Label
- Select response type
    - Record-Ballot Returned
- Check the box next to auto record
- Place your cursor in the box under "Bar Code"
- Using your handheld scanner, scan the barcode located on the front or back of envelope
- When the voters information comes up on the screen:
    - Check off the envelope as a double-check
    - Ensure that the information on the screen matches the information notated above the barcode
    - Check the signature to ensure that it matches what is on file
- If the signature matches, place the envelope in the "Scanned ballots bin" so that it can be sorted into the correct precinct to await central scan
- If the signature DOES NOT match:
    - Click the "Clear Last Response" button
    - "Clear only the last response" box will come up, click "OK"

If a signature does not match

- Look the voter up in "Correct Voter"
    - Check "Documents" to see if there is anything scanned in with a matching signature
        - If there is, capture the signature to update it
    - Check "Votes" tab to see the last time they voted
        - If it was within the last two years, check the poll books for a signature match
            - If signature in poll books matches the signature on the envelope, scan the update signature into SURE
- Set envelope aside to be double-checked by a supervisor
- If the supervisor still cannot match the signature, the supervisor will check the voter record and absentee application for a phone number and/or email address
    - If there is contact information, reach out to the voter to explain the signature mismatch.
        - Either send new ballot or send voter verification letter
        - Notate on envelope initials, date, and which you are doing per voters request
    - If you cannot get ahold of the voter, send the a voter verification letter
        - Scan copy of letter into voter record
        - Keep a copy of letter with ballot

CONFIDENTIAL
CHESTER000056

Ballot Inquiries

Ballot inquiries are sent in to a mailbox reserve specifically for voters looking to get information regarding their ballot and are submitted online at the Chester County Voter Services website.

- From Outlook, check out the section labeled "Ballot Info"
- Start with the earliest inquiry received
- Call the voter to assist them with their inquiry
- Move the email to the "Resolved emails" folder

Missing Signatures

- Look the voter up in Correct Voter
    - Check voter registration and absentee/mail-in app for contact information
- If there is contact information, reach out to voter with the following method of reconciling:
    - Voter can come in and sign ballot envelope with identification
    - Ballot label can be cancelled and a new ballot can be mailed out
- If no contact information, send voter a missing signature letter asking them to contact our office.
- To cancel a ballot label for missing signature:
    - Click on "Reports" tab
    - Click on "Record Mailings"
    - Letter type
        - Absentee Ballot Label
        - Mail-In Ballot Label
    - Response Type
        - Canc – No Signature
    - Check the box next to auto record
    - Place your cursor in the box under "Bar Code"
    - Using your handheld scanner, scan the barcode located on the front or back of envelope

Undeliverable ballots

- Click on "Reports" tab
- Click on "Record mailings"
- Letter type
    - Absentee Ballot Label
    - Mail-In Ballot Label
- Response Type
    - Canc – Undeliverable
- Check the box next to auto record
- Place your cursor in the box under "Bar Code"
- Using your handheld scanner, scan the barcode located on the front or back of envelope

CONFIDENTIAL

- From the main SURE screen, click on "Correct Voter" tab
- Search the voter by name
- Check voter record and/or absentee/mail-in application for contact information
- Reach out to voter to notify them of undeliverable ballot and verify address
    - Update any changes that need to be made
    - Resend ballot out to voter
    - Notate on envelope method of contact, date, initials, and outcome
        - Resent per voter, left vm, sent email etc.

CONFIDENTIAL CHESTER000058