# EXHIBIT 34

**Commonwealth of Pennsylvania**  **Department of State**
**2019 Voter Registration Statistics - Official**  **Division of Voter Registration**
**November 5, 2019**

| County | Democratic | Republican | Other Parties | All Parties |
|---|---:|---:|---:|---:|
| Adams | 19,063 | 36,665 | 10,786 | 66,514 |
| Allegheny | 555,391 | 263,770 | 138,482 | 957,643 |
| Armstrong | 14,000 | 22,721 | 4,812 | 41,533 |
| Beaver | 53,567 | 41,421 | 13,926 | 108,914 |
| Bedford | 7,613 | 21,074 | 3,021 | 31,708 |
| Berks | 112,892 | 99,455 | 39,841 | 252,188 |
| Blair | 22,154 | 44,420 | 9,511 | 76,085 |
| Bradford | 9,197 | 21,722 | 4,727 | 35,646 |
| Bucks | 194,975 | 183,572 | 74,599 | 453,146 |
| Butler | 39,603 | 69,631 | 17,728 | 126,962 |
| Cambria | 38,935 | 34,478 | 8,470 | 81,883 |
| Cameron | 985 | 1,617 | 384 | 2,986 |
| Carbon | 17,746 | 19,330 | 6,748 | 43,824 |
| Centre | 45,644 | 42,903 | 20,369 | 108,916 |
| Chester | 141,393 | 148,390 | 62,142 | 351,925 |
| Clarion | 7,106 | 13,215 | 2,666 | 22,987 |
| Clearfield | 15,380 | 24,021 | 5,137 | 44,538 |
| Clinton | 7,696 | 10,161 | 2,672 | 20,529 |
| Columbia | 13,708 | 18,087 | 5,756 | 37,551 |
| Crawford | 18,366 | 28,030 | 6,553 | 52,949 |
| Cumberland | 59,283 | 87,110 | 28,654 | 175,047 |
| Dauphin | 83,301 | 72,948 | 27,801 | 184,050 |
| Delaware | 189,867 | 156,867 | 52,027 | 398,761 |
| Elk | 7,941 | 8,814 | 2,093 | 18,848 |
| Erie | 96,818 | 69,138 | 27,306 | 193,262 |
| Fayette | 40,623 | 28,190 | 7,259 | 76,072 |
| Forest | 1,186 | 1,806 | 355 | 3,347 |
| Franklin | 23,691 | 55,327 | 13,605 | 92,623 |
| Fulton | 2,120 | 5,920 | 906 | 8,946 |
| Greene | 10,597 | 8,714 | 2,099 | 21,410 |
| Huntingdon | 7,595 | 16,047 | 2,726 | 26,368 |
| Indiana | 18,774 | 24,464 | 6,461 | 49,699 |
| Jefferson | 8,767 | 17,570 | 3,488 | 29,825 |
| Juniata | 3,414 | 8,625 | 1,356 | 13,395 |
| Lackawanna | 83,950 | 41,899 | 14,471 | 140,320 |
| Lancaster | 105,958 | 166,729 | 52,609 | 325,296 |
| Lawrence | 24,114 | 23,385 | 6,005 | 53,504 |
| Lebanon | 25,875 | 46,546 | 12,801 | 85,222 |
| Lehigh | 111,383 | 78,384 | 40,432 | 230,199 |
| Luzerne | 105,548 | 77,576 | 25,841 | 208,965 |
| Lycoming | 20,386 | 38,470 | 8,998 | 67,854 |
| McKean | 6,449 | 13,880 | 3,271 | 23,600 |
| Mercer | 28,947 | 31,650 | 9,042 | 69,639 |
| Mifflin | 6,666 | 15,451 | 2,737 | 24,854 |
| Monroe | 50,400 | 36,267 | 21,422 | 108,089 |
| Montgomery | 274,285 | 201,111 | 87,466 | 562,862 |
| Montour | 4,627 | 6,406 | 2,160 | 13,193 |
| Northampton | 95,417 | 73,435 | 39,565 | 208,417 |
| Northumberland | 18,888 | 27,124 | 7,137 | 53,149 |
| Perry | 6,431 | 17,768 | 3,486 | 27,685 |
| Philadelphia | 815,854 | 118,003 | 128,749 | 1,062,606 |
| Pike | 13,485 | 17,803 | 8,489 | 39,777 |
| Potter | 2,378 | 7,007 | 1,123 | 10,508 |
| Schuylkill | 30,049 | 43,715 | 10,350 | 84,114 |
| Snyder | 5,236 | 13,744 | 2,792 | 21,772 |
| Somerset | 14,408 | 27,075 | 4,469 | 45,952 |
| Sullivan | 1,412 | 2,477 | 460 | 4,349 |
| Susquehanna | 7,139 | 14,782 | 3,282 | 25,203 |
| Tioga | 5,982 | 15,556 | 3,236 | 24,774 |
| Union | 7,088 | 12,509 | 3,882 | 23,479 |
| Venango | 9,680 | 17,078 | 3,885 | 30,643 |
| Warren | 9,893 | 15,620 | 4,809 | 30,322 |
| Washington | 66,422 | 59,784 | 17,187 | 143,393 |
| Wayne | 9,385 | 18,057 | 5,226 | 32,668 |
| Westmoreland | 102,690 | 105,878 | 28,080 | 236,648 |
| Wyoming | 5,152 | 9,803 | 2,001 | 16,956 |
| York | 94,896 | 144,784 | 45,211 | 284,891 |
| **Total** | **4,059,864** | **3,245,979** | **1,225,140** | **8,530,983** |