# EXHIBIT 37



DEPARTMENTS (/DEPARTMENT-DIRECTORY.HTML)   SERVICES (/QUICK-FIND-SERVICES.HTML)   EMPLOYMENT (/COUNTY-ADMINISTRATION/HUMAN-RESOURCES/FOR-JOB-SEEKERS.HTML)
FORMS (/FORMS.HTML)

What can we help you find?

0

York County Government & Courts have unveiled plans for modified operations based on York County's green phase of the state's reopening plan.
Click for more information. (https://yorkcountypa.gov/communications-office/news/1828-york-county-modified-operations.html)



# FAQ



York County wants to answer some frequently asked questions about voting in the upcoming General Election on Nov. 3.

**AM I REGISTERED TO VOTE?**
You can look this up online! You can look this up online!
Click here to verify (https://www.pavoterservices.pa.gov/pages/voterregistrationstatus.aspx)   your voter registration.

**HOW DO I REGISTER TO VOTE?**
The deadline to register to vote in the Nov. 3 election is Oct. 19. You can
register online at this link. (https://www.pavoterservices.pa.gov/Pages/VoterRegistrationApplication.aspx)



**WHAT IF I NEED TO MAKE A CHANGE TO MY REGISTRATION?**
You can change your registration at this link. (https://www.votespa.com/Register-to-Vote/Pages/How-to-Update-Your-Registraton.aspx)

**HOW DO I SIGN UP TO VOTE BY MAIL OR ABSENTEE AND WHAT'S THE DIFFERENCE BETWEEN THE TWO?**
Absentee ballots are for people who will be absent from their municipality on election day, or for those that have an illness or disability that results in an inability to vote at their polling location. Mail-in ballots are for people who do not want to go to their polling places. More information on the two methods and how to sign up for them can be found here. (https://www.votespa.com/Voting-in-PA/Pages/Mail-and-Absentee-Ballot.aspx)

**DID I SIGN UP TO RECEIVE A MAIL-IN BALLOT IN NOVEMBER?**
If you're not sure if you checked the "permanent" box on your mail-in application, click on this link (https://www.pavoterservices.pa.gov/Pages/BallotTracking.aspx)     , select "Election Ballot Status" and enter your information. As of now, your status will be listed as "pending." Closer to the election, you will see when your ballot is mailed and when your vote has been received by our office.

**CAN I WITHDRAW MY REQUEST FOR A MAIL-IN BALLOT AND VOTE IN PERSON IN NOVEMBER?**
If you received a ballot in the mail in the primary AND checked the box to permanently vote by mail and DO NOT WISH to receive a ballot through the mail in the fall, you can print and fill out a form titled: "REQUEST TO CANCEL PERMANENT ABSENTEE OR MAIL-IN STATUS." This form is accessible here. (/images/pdf/election/2020_General/PADOS_PermStatusCancellationForm.pdf)     Once filled out, it must be submitted to our office. By state law, we cannot make changes from an email or phone request

**WHERE CAN I RETURN MY VOTER REGISTRATION OR MAIL-IN BALLOT APPLICATION IN PERSON?**
Voters can come in to the Voter Registration and Elections Office to drop off all documents to change or modify your registered elector information or to drop off your voter registration or mail-in ballot applications, including their ballots, in the lower level of the county's Administrative Center at 28 E. Market St., York, PA 17401. Voters have until 8 p.m. on Nov. 3 to submit their mail-in ballot to the Elections office.

**WHAT IS THE DEADLINE TO RETURN MY MAIL IN OR ABSENTEE BALLOT?**
Voters have until 8 p.m. on Nov. 3 to submit their Mail-in ballot or Absentee to the Elections office.

**WHEN CAN I EXPECT MY MAIL-IN BALLOT?**
Final election ballots must be certified by the State. After they are certified and then printed we will be able to begin to mail them out. We anticipate we will be able to mail out the approved ballots in late September.

**WILL THERE BE A SECURE DROPBOX FOR MY MAIL-IN BALLOT?**
The only secure drop-box is in the lobby of the Elections Department. The Elections Department is open to the public. You can drop off your completed applications, registrations or changes to your registration at that location. Mail-iN ballots can be delivered to the secure drop box as follows:

Oct. 1 to Nov. 2- The drop box shall be located in the lobby of the Administrative Center from 8 a.m. to 4:30 p.m.
Saturday, Oct. 24, from 10 a.m. to 2 p.m. at the York County Administrative Center, 28 E. Market St., York, PA 17401
Sunday, Nov. 1, from 1 to 4 p.m.
Election Day, Nov. 3, from 7 a.m. to 8 p.m.

**CAN I RETURN MY SPOUSE OR ADULT CHILD'S MAIL IN BALLOT TO THE ELECTION OFFICE?**
A Registered Elector may only return their own ballot to the Elections Office unless they are returning a ballot for a disabled individual which will require a certification to permit a third party to submit a disabled individuals ballot.

**IF I REQUESTED A MAIL IN OR ABSENTEE BALLOT AND DO NOT RETURN IT TO THE ELECTIONS OFFICE BY 8:00 PM ON NOV. 3 CAN I STILL VOTE AT MY POLL?**
If you applied for a mail in ballot and a mail in ballot was placed in the mail to you, you will be noted in the poll books at your precinct as

having received a mail in ballot. You will be permitted to vote by provisional ballot ONLY and will be requested to sign an affirmation that you did not return your mail in ballot to the Elections Office.

### IF I APPLIED FOR A MAIL IN BALLOT AND REGISTERED TO VOTE AT THE SAME TIME WILL MY MAIL IN REQUEST BE REJECTED IF THE REGISTRATION IS NOT FINALIZED FIRST?

No, if you applied for a mail-in ballot at the same time that you registered to vote, your mail-in application will be held until the registration has been completed and verified.

### IF I SUBMITTED A PAPER APPLICATION FOR A MAIL IN BALLOT AND HAVE NOT RECEIVED IT SHOULD I REAPPLY ONLINE FOR THE MAIL IN BALLOT?

No, if you have submitted a paper application for a mail-in ballot, please check online to verify your application approval at votespa.com, or call the Elections Office if you applied prior to Sept. 1, 2020. Do not apply more than one time for a mail-in ballot or for a change in address or voter registration as such duplicate applications will only further delay the verification and approval process.

### I RECEIVED NOTICE THAT MY MAIL IN BALLOT APPLICATION WAS REJECTED WHAT DO I DO?

If you receive notification that your mail-in ballot application was rejected, contact the Elections Office at 717-771-9604. Be prepared to address the reasons for rejection of the application. Common reasons for rejection:
- Failure to include apartment number or specific address identification.
- Incorrect birthdate.
- Incorrect Driver License Number.
- Incorrect address and no updated address form is on file.
- Incomplete application.

### DO I HAVE TO RETURN MY MAIL-IN BALLOT IN THE "SECRECY ENVELOPE."

Yes, The Supreme Court of Pennsylvania has ruled that your mail-in ballot must be returned to the Elections Office in the envelope on which is printed "Official Election Ballot", and that envelope must be inside the envelope addressed to the Elections Office. Further, the Official Election Ballot envelope must also be returned without any TEXT, MARK OR SYMBOL that would reveal your identity or your political affiliation or candidate preference. Any ballots returned with a marked up envelope or returned without the "secrecy" envelope must be set aside and declared void.

### DO I HAVE TO CHANGE MY POLITICAL PARTY TO VOTE FOR A CERTAIN CANDIDATE IN THE GENERAL ELECTION?

No. There are no separate ballots by political party for the General Election.



## Useful Information

Phone Numbers & Directions (/about-york-county/contacts-directions.html)

Department Directory (/department-directory.html)

Authorities & Boards (/authorities-boards-more.html)

Service Directory (/quick-find-services.html)

About York County (/about-york-county.html)

FAQ (/faq.html)

Sitemap (/sitemap.html)

## Divisions

County Administration (/county-administration.html)

Courts & Criminal Justice (/courts-criminal-justice.html)

County Human Services (/county-human-services.html)

Voting & Elections (/voting-elections.html)

Property & Taxes (/property-taxes.html)

Emergency Services (/emergency-services.html)

Parks & Recreation (/parks-recreation.html)

## Legal Information

Forms (/forms.html)

Privacy Policy (/2012-03-14-11-59-01.html)

ACA Non-Discrimination Statement (/images/pdf/hr-benefits/ACA_Notice.pdf)

Open Records Policy (/2012-03-14-12-14-34.html)

| S | M | October (/about-york-county/events/monthc... 2020 (/a... county/events/ever... |
|---|---|---|
| 27 | 28 | |
| 4 (/about-york-county/events/eventsbyday/2020/10/4/-.html) | 5 (/about-york-county/events/eventsbyday/2020/10/5/-.html) | 6 (/a... county/events/event... |
| 11 (/about-york-county/events/eventsbyday/2020/10/11/-.html) | 12 (/about-york-county/events/eventsbyday/2020/10/12/-.html) | 13 (/... county/events/events... |
| 18 (/about-york-county/events/eventsbyday/2020/10/18/-.html) | **19 (/about-york-county/events/eventsbyday/2020/10/19/-.html)** | 20 (/... county/events/events... |
| 25 (/about-york-county/events/eventsbyday/2020/10/25/-.html) | 26 (/about-york-county/events/eventsbyday/2020/10/26/-.html) | 27 (/... county/events/events... |

Select Language

Powered by Google Translate

YORK, PENNSYLVANIA    HOURS OF OPERATION: MONDAY-FRIDAY, 8:00 AM-4:30 PM

© Copyright 2020 York County, PA All Rights Reserved



## Voting & Elections » In This Section

Find It Here (/voting-elections/votespa-com.html)

2020 Election Information (/voting-elections/2020-election-information.html)

FAQ (/voting-elections/mail-in-voting-faq.html)

Register/Change Registration (/voting-elections/register-to-vote.html)

Become A Poll Worker (/voting-elections/become-a-poll-worker.html)

Poll Worker Training (/voting-elections/poll-worker-training.html)

Polling Places (/voting-elections/polling-places.html)

Forms (/voting-elections/forms.html)

Election Security (/voting-elections/election-security.html)

Election Results (/voting-elections/elections-results.html)

About Us (/voting-elections/about-us-election.html)

Links (/voting-elections/links-elections.html)