# EXHIBIT 39



## ▼ ABSENTEE VOTING

Hide All Answers

1. **When are ballots being mailed to people who applied to vote by mail?**
   We anticipate that ballots will be mailed out in late September.

2. **Can I vote in person after requesting a ballot?**
   If you change your mind and want to vote in person after being approved for a mail in ballot you can bring your ballot & the envelopes to the polls with you. You will give your ballot & envelopes to a Poll Worker and they will void it for you; enabling you to vote in person.

   The Poll Workers will be able to tell who has requested a mail-in ballot, so if you forget to bring your mail-in ballot & envelopes with you so that it can be voided you will be given a provisional ballot to complete at your polling location. This ballot will only be counted once we verify that your mail-in ballot has not been received by the Election Board.

3. **I applied for an absentee/mail-in ballot online but have not heard back. Do I apply again?**
   No, thank you! You can track your application by clicking here.

   There are a few different statuses that can appear:

### Categories

- All Categories
- General
- AAS
- Absentee Voting
- Board of Assessment Appeals
- Child Day Care Services
- Children & Youth Services - Adoption & Foster Care
- Children & Youth Services - Becoming a Foster Parent
- Commerce - Career Link
- Commerce - Jobs and Training
- Community Connections
- Community Housing Development Organization (CHDO)
- Correctional Facility - Inmate Telephone Inc.
- County Coroner
- Court Administration
- Domestic Relations
- Drug & Alcohol
- DUI Administration
- Health Department - Clinical Services & Public Health Nursing

 Enable Google Translate

No Match: This means that you haven't applied yet or that we have not processed your application. Please allow 10-14 business days from the time you submit your application for processing.

If you provided your email address on your application, you will receive an email indicating that your application was processed.

Pending: This means that your application was received and approved, but that your ballot has not been mailed yet. We will begin mailing ballots in late September.

Processed: This means that your application was received and approved, and your ballot has been mailed.

Vote Recorded: This means that we received your ballot and have recorded your vote.

If you gave us your email address in your application, you will receive an email when your application has been processed. You will also receive an email when your vote has been recorded. The PA State system only recognizes an email address once, so if you and another member of your household provided the same email address you will only receive an email for one ballot.

4. **Will the County be setting up drop boxes for the General Election?**
Yes! Secure Drop Boxes will be available from October 3rd, 2020 through November 3rd, 2020. Please note the following important information:

1. You **MUST** use **BOTH** envelopes when returning your ballot. Put your completed ballot into the secrecy envelope, and then into the return envelope. Sign & Date the return envelope.

2. You are only permitted to drop off *your own ballot*. You cannot drop off ballots for other people, even if you are in the same household.

The Secure Drop Boxes will be available during the following hours:

**October 3rd - October 30th:**

Monday, Wednesday & Friday - 9:00 AM through 4:00 PM

- Health Department - Environmental Field Services
- Health Department - General Questions
- Health Department - Health Promotions
- Health Department - PFAS
- Health Department - Rabies Prevention Program
- Health Department - Water Quality Management
- Inheritance Taxes
- ITS Data Sales Special Requests
- Job Opportunities
- Jury Commission - Juror FAQs
- Juvenile Probation
- Law Library
- Magisterial District Courts
- Marriage Licenses
- Orphans' Court
- Orphans' Court - Guardianship Information
- Parks
- Poll Workers
- Prothonotary
- Public Defender
- Public Safety - Emergency Management
- Recorder of Deeds
- Recycling Information and Programs
- Register of Wills
- Roads and Bridges
- Sheriff's Office
- Sheriff's Real Estate Sales
- Statewide Collection & Disbursement Unit
- Trail Challenge
- Veterans Affairs
- Voter Registration

 Enable Google Translate

Tuesday & Thursday - 11:00 AM through 6:00 PM

Saturday & Sunday - 11:00 AM through 4:00 PM

**October 31st & November 1st:**

Saturday & Sunday - 10:00 AM through 6:00 PM

**November 2nd & November 3rd:**

Monday & Tuesday - 9:00 AM through 8:00 PM

### LOCATIONS:

Click here to view an interactive map of all secure dropbox locations.

**Cheltenham**

Wall Park, 1 Wall Park Drive, Elkins Park, PA 19027

**Conshohocken**

To Be Determined

**Lansdale**

Church Road Parking Lot, 226 Station Square Blvd, Lansdale, PA 19446

**Lower Merion**

Ludington Library, 5 S Bryn Mawr Ave, Bryn Mawr, PA 19010

**Norristown**

Montgomery County Airy St Parking Lot, Corner of DeKalb & Airy Streets, Norristown, PA 19401

**Pottstown**

Montgomery County Community College - West Campus (Hanover St Building), 95 S Hanover St, Pottstown, PA 19464

**Royersford**

Royersford Borough Parking Lot #1A, 300 Main St, Royersford, PA 19468

 Enable Google Translate

**Skippack**

Skippack Municipal Building, 4089 Heckler Rd, Skippack, PA 19474

**Upper Dublin**

Upper Dublin Municipal Building, 801 Loch Alsh Ave, Fort Washington, PA 19034

**Upper Frederick**

Green Lane Park, 2144 Snyder Rd, Green Lane, PA 18054

**Upper Moreland**

Willow Grove YMCA, 3300 Davisville Rd, Hatboro, PA 19040

5. **My mail-in ballot application was declined because it was a duplicate, what does that mean?**
It means that we have already received your application. So, if you apply again, it will be considered a "duplicate" and rejected. This does not cancel your previous application.

We strongly recommend checking your status before submitting a second application.

Click here to track your ballot application.

There are a few different statuses that can appear:

No Record: This means that you haven't applied yet or that we have not processed your application. Please allow 10-14 business days from the time you submit your application for processing.

If you provided your email address on your application, you will receive an email indicating that your application was processed.

Pending: This means that your application was received and approved, but that your ballot has not been mailed yet. We will begin mailing ballots in late September.

 Enable Google Translate

Processed: This means that your application was received and approved, and your ballot has been mailed.

Vote Recorded: This means that we received your ballot and have recorded your vote.

The PA State system only recognizes an email address once, so if you and another member of your household provided the same email address you will only receive an email for one ballot

6. **Why was my mail-in ballot application declined?**
Applications can be declined for a few reasons. Here are the most common:

Duplicate - It means that we have already received your application. So, if you apply again, it will be considered a "duplicate" and rejected. This does not cancel your previous application

Incomplete address – Voter is registered in Montgomery County but the address on their mail-in application doesn't match their Voter Registration. Click here to update your voter registration.

Not registered – Voter is not currently registered in Montgomery County. Click here to register to vote.

7. **I cannot get out to pick up an application, is there another way to apply?**

 Enable Google Translate

Yes, you may send us a letter requesting an absentee ballot. The letter must include the following information:

- Address where the ballot is to be mailed
- Date of birth
- Name of voter
- Reason for requesting absentee ballot
- Registered Montgomery County address
- Signature of voter

As well as one of the following: PA Driver's license/PennDOT ID #, last four digits of your SS #, or a copy of an accepted photo identification.

You can also apply online here.

8. **I do not want to mail my ballot back using the USPS. What are my options?**
   No matter how you choose to return your ballot, you MUST use both envelopes that were sent with your ballot. Put your completed ballot into the secrecy envelope, and then into the return envelope. Sign & Date the return envelope.

**You can bring your completed ballot, inside of the envelopes we sent with your ballot to:**

Montgomery County Voter Services

One Montgomery Plaza

425 Swede St

Suite 602

Norristown PA 19401

**If using FedEx, UPS or other courier service:**

Montgomery County Voter Services

One Montgomery Plaza

425 Swede St.

 Enable Google Translate

Suite 602

Norristown, PA 19401

You must still use the two envelopes that are sent along with the ballot - the secrecy envelope, and the return envelope that you must sign. Place both of those into the envelope the carrier provides.

**You can also return your ballot by using a Secure Drop Box.**

1. You **MUST** use **BOTH** envelopes when returning your ballot, no matter which option for return you choose. Put your completed ballot into the secrecy envelope, and then into the return envelope. Sign & Date the return envelope.

2. You are only permitted to drop off *your own ballot*. You cannot drop off ballots for other people, even if you are in the same household, without completing a designated agent form.

3. Secure Drop Boxes will be available from October 3rd, 2020 through November 3rd, 2020 during the following hours:

**October 3rd - October 30th:**

Monday, Wednesday & Friday - 9:00 AM through 4:00 PM

Tuesday & Thursday - 11:00 AM through 6:00 PM

Saturday & Sunday - 11:00 AM through 4:00 PM

**October 31st & November 1st:**

Saturday & Sunday - 10:00 AM through 6:00 PM

**November 2nd & November 3rd:**

Monday & Tuesday - 9:00 AM through 8:00 PM

Click here to complete an application to vote by mail. The Election Board must receive your application by 5:00 PM on October 27th.

**Locations:**

Click here to view an interactive map of all secure dropbox locations.

 Enable Google Translate

### Cheltenham

Wall Park, 1 Wall Park Drive, Elkins Park, PA 19027

### Conshohocken

To Be Determined

### Lansdale

Church Road Parking Lot, 226 Station Square Blvd, Lansdale, PA 19446

### Lower Merion

Ludington Library, 5 S Bryn Mawr Ave, Bryn Mawr, PA 19010

### Norristown

Montgomery County Airy St Parking Lot, Corner of DeKalb & Airy Streets, Norristown, PA 19401

### Pottstown

Montgomery County Community College - West Campus (Hanover St Building), 95 S Hanover St, Pottstown, PA 19464

### Royersford

Royersford Municipal Building, 300 Main St, Royersford, PA 19468

### Skippack

Skippack Municipal Building, 4089 Heckler Rd, Skippack, PA 19474

### Upper Dublin

Upper Dublin Municipal Building, 801 Loch Alsh Ave, Fort Washington, PA 19034

### Upper Frederick

Green Lane Park, 2144 Snyder Rd, Green Lane, PA 18054

### Upper Moreland

Willow Grove YMCA, 3300 Davisville Rd, Hatboro, PA 19040

 Enable Google Translate

9. **I am moving to a new address in Montgomery County in October, after the date the ballots are going out. How do I make sure I get my ballot?**
   Ballots are not forwarded by the USPS, so if you're now living at a different address than the one you provided on your mail-in ballot application; you will need to call our office at 610¬-278¬-3275. A representative will need to void the ballot that was sent to your former address and assist you as you complete a change of delivery address form. After that, we will mail a new ballot to your new address or you can come to our office at 425 Swede St in Norristown to pick up your ballot.

   You cannot submit another application or the change of delivery address form without having your original ballot voided first. Otherwise, our system would identify it as a duplicate or second request for a ballot and reject the application. This helps ensure that every voter only receives one ballot.

10. **How do I change the address that my ballot is being mailed to?**
    Ballots are not forwarded by the USPS, so if you're now living at a different address than the one you provided on your mail-in ballot application; you will need to complete this form.

    This form can be emailed to us at voters@montcopa.org or mailed to us:

    If using the USPS, please send to:
    Montgomery County Voter Services
    P.O. Box 311
    Norristown, PA 19404-0311

    If using FedEx, UPS or other courier service:

    Montgomery County Voter Services
    One Montgomery Plaza
    425 Swede St.
    Suite 602

 Enable Google Translate

Norristown, PA 19401

11. **How do I change or add my email address on the mail-in ballot application?**
    You can simply email that change to us! Be sure to include your name and date of birth so that we can ensure the correct record is being updated. Email us at voters@montcopa.org.

12. **Is photo ID required when voting via absentee?**
    You must provide one of the following as proof of identification when voting via absentee: PA Driver's license/ PennDOT ID #, last four digits of your SS #, or a copy of an accepted photo identification.

13. **Can I drop off a family member's ballot?**
    No. Similar to voting in person, you are only able to cast your own vote. You cannot collect, drop off or deliver ballots for other people.

    If you know a voter who has an illness or disability that will prevent them from dropping off their ballot, they can designate an agent to pick up or drop off their ballot. The agent can only pick up/drop off for voters who are in the same household, and the ballot can only be picked up & returned to our office at 425 Swede St in Norristown. The first page is signed by the agent and the second page needs to be signed by the voter.

    Click here to access the form.

14. **Can I email a mail-in or absentee ballot application form?**
    No. Ballot applications must be mailed to our office (please see mailing address below) or submitted online by clicking here.

    If using the USPS, please send to:

    Montgomery County Voter Services

    P.O. Box 311

    Norristown, PA 19404-0311

    If using FedEx, UPS or other courier service:

 Enable Google Translate

Montgomery County Voter Services

One Montgomery Plaza

425 Swede St

Suite 602

Norristown PA 19401

15. **I do not have a driver's license; how do I request a mail-in ballot?**
    In order to apply for a mail-in ballot, you must supply your PA Driver's License or PennDOT issued photo ID card number in the Identification section. If you do not have a PA Driver's License or PennDOT issued photo ID card, you must apply by mail by supplying the last four (4) digits of your Social Security number in Section 5.

    If you do not have a valid form of either of these types of identification, please check the box titled "I do not have a PA driver's license or a PennDOT ID card or a Social Security number" in the Identification section. If you choose this option, you must enclose a photocopy of an acceptable ID that indicates your eligibility to vote.

    The application can be found here.

16. **I would like to apply to vote by mail but do not have a computer. What can I do?**
    Constituents can call the Election Board at 610¬-278¬-3275 and provide their name and mailing address to a representative. We will send you the proper forms through the mail.

17. **How can I cancel my request for an absentee or mail-in ballot?**
    If you requested a mail-in ballot and would like to cancel your request, you will need to complete one of these forms:

    If you applied to vote by mail in the 2020 General Election only, click here to access the Single Use Ballot Cancellation form.

    If you applied for Permanent Mail-In Ballot Status, click here to access the Permanent Status Cancellation form.

 Enable Google Translate

Please note, if your ballot has already been mailed we will not be able to cancel your request.

[Enable Google Translate](#)