# EXHIBIT 40



# LEHIGH COUNTY
Public Information Office
Government Center | 17 South Seventh Street
Allentown, PA   18101-2401
Phone:  610-782-3002 | Fax: 610-871-2755

## *Press Release*

**FOR IMMEDIATE RELEASE:**   **CONTACT:**  Laura Grammes
September 24, 2020   (610)-782-3002

### Mail-In Ballot Drop Boxes To Be Available In All Lehigh County Districts
*Lehigh County residents now have access to five drop boxes for their mail-in ballots.*

**Allentown, PA-** Drop boxes for mail-in ballots will be available for residents at five select municipal buildings in Lehigh County. Last Thursday, September 17th, 2020, the Supreme Court of Pennsylvania ruled that drop boxes will be allowed for the upcoming 2020 General Election. As a result, the Lehigh County Election Board finalized that five boxes will be available at the following locations.

Voters can find them at the following district locations:

| District #1 | District #2 | District #3 |
|---|---|---|
| North Whitehall Township Building<br>- 3256 Levans Road, Coplay, PA 18037<br>- 610-799-3411<br>- M-F 7:30AM- 4PM | Upper Macungie Township Building<br>- 8330 Schantz Road, Breinigsville, PA 18031<br>- 610-395-4892<br>- M-F 7:30AM- 4PM | Catasauqua Municipal Building<br>- 90 Bridge Street, Catasauqua, PA 18032<br>- 610-264-0571<br>- M-F 8AM- 4PM |
| **District #4**<br>Lehigh County Government Center<br>- 17 South 7th Street, Allentown, PA 18101<br>- 610 782-3194<br>- 24/7 Night Drop Box at Voter Office | **District #5**<br>Emmaus Borough Office<br>- 28 South 4th Street, Emmaus, PA 18049<br>- 610-965-9292<br>- M-F 8AM-3PM | |

All locations will have drop boxes inside the building and will be available for use during normal municipal business hour. Ballots can be dropped off at these locations instead of by mail or by handing them to a Voter Registration Office employee. Each drop box location will be monitored via electronic surveillance and by the presence of a municipal poll worker.

**All ballots must be enclosed in the security mailing envelope before being sealed in the mailing envelope. Any ballots that fail to do this will not be counted.**

Please be advised that current legislation is subject to change. This press release is up to date and current with federal and state legislation as of September 24th, 2020.

For more information, please contact the Lehigh County Voter Registration Office at 610-782-3194 or Public Information Officer Laura Grammes at 610-782-3002.

###