# EXHIBIT 41

 Go 

MENU 

# Mobile Voting Service Centers

Home / Departments / Elections / Mobile Voting Service Centers

## MOBILE VOTING SERVICE CENTERS

**Elections Bureau**
610-891-4673

**Voter Registration**
610-891-4659
610-891-4306 TDD/TTY

To inprove voting services to our residents, Delaware County will be taking our voting service centers on the road. The mobile voting services centers will travel around the county to conventient locations for residents to use.

**Voting Machines**
610-874-8780

### LOCATIONS AND HOURS OF OPERATIONS:

**To be announced**

### WHAT CAN I DO AT THE VOTING SERVICE CENTERS:

To be Determined

---

**Contact Us**

201 West Front Street,
Media, PA 19063

610-891-4000

webmaster@co.delaware.pa.us

**Press Releases**

What's the latest news from County Council and Delaware County Government...View our Press Releases:

Read more →

**Quick Links**

- Juror eResponse
- Crisis Connection
- Heroin Task Force
- Delco Alert

**About Delaware County**

Delaware County, presently consisting of over 184 square miles divided into forty-nine municipalities is the oldest settled section of Pennsylvania.

Read more →

© 2019 County of Delaware, PA. All rights reserved. | Disclaimer