# EXHIBIT 42




Home   |   Contact Us

Departments    Elected Officials    Programs/Assistance    Courts    Local Municipalities




Most Requested:
- COVID-19 Relief Grant Programs
- Open Records
- County Transparency
- Marriage Licenses and Birth Certificates
- Request a copy of a Deed
- Request a copy of a Divorce Decree
- Commissioners' Corner
- Documents
- Request a Passport
- Public Meeting Notes
- Retirement Board
- Block Grant Program

Additional Resources
- Interactive Maps (GIS)
- Geographic Information Systems (GIS)
- Events and Meetings
- Career and Workforce
- Education
- Arts and Culture
- Senior Centers
- Community Assistance
- Planning Commission

County Authorities
County Services
County Employees

Departments > Election and Voter Registration

## Election and Voter Registration



*Shirley Crowl, Director*

*Maryann Dillon, Head Clerk*

*Location:*

*200 South Center Street,*

*Ebensburg, PA 15931*

*Phone:*
*(814) 472-1460*

*Fax:*
*(814) 472-9642*

*Hours:*
*Monday - Friday*
*9 a.m. to 4 p.m.*

***POLL WORKERS NEEDED***

Poll Workers will be paid to attend training and to work on Election Day. Please see Poll Worker Information and Application below.

OUR MISSION IN CAMBRIA COUNTY IS TO CONDUCT AND UPHOLD THE INTEGRITY OF THE ELECTION PROCESS SO THAT EVERYONE HAS THE OPPORTUNITY TO INFLUENCE THE OUTCOME OF THE NEXT ELECTION AND SHAPE THE FUTURE. REGISTERING TO VOTE AND CASTING AN INFORMED BALLOT ARE TWO OF THE MOST IMPORTANT AND HARD-WON RIGHTS AND DUTIES OF AMERICAN CITIZENS. CAMBRIA COUNTY IS A FOURTH CLASS COUNTY WITH 125 VOTING PRECINCTS.

********** POLLING PLACES WILL BE OPEN IN CAMBRIA COUNTY ON NOVEMBER 3, 2020 *********

********MAIL-IN/ABSENTEE BALLOTS <u>WILL NOT</u> BE MAILED UNTIL THE END OF SEPTEMBER********

IF YOU CHOOSE TO VOTE BY MAIL, YOU MUST RETURN YOUR BALLOT BY MAIL OR BY PERSONALLY BRINGING YOUR BALLOT TO THE ELECTIONS/VOTER REGISTRATION OFFICE LOCATED IN THE COURTHOUSE BASEMENT BEFORE 8:00 P.M. ON NOVEMBER 3, 2020

**\*\*\*CAMBRIA COUNTY <u>WILL NOT</u> HAVE DROP OFF BOXES\*\*\***

**LAST DAY TO REGISTER BEFORE THE GENERAL ELECTION - OCTOBER 19, 2020**

**LAST DAY TO APPLY FOR A MAIL-IN / ABSENTEE BALLOT - OCTOBER 27, 2020**

The interactive map, below, provides information about polling locations/precincts.  Click on the flags for  more information.

View Larger Map

## Related Documents

| | File Name | Size(KB) |
|---|---|---|
| | 📁 ELECTION INFORMATION | 204 |
| | 📁 2020 PRIMARY RESULTS | 2383 |
| | 📁 APPLICATIONS AND FORMS | 1134 |
| | 📁 CAMPAIGN FINANCE INFORMATION | 1531 |
| | 📁 OFFICIAL NOTICE OF ELECTION FOR MILITARY AND OVERSEAS VOTERS | 1281 |
| | 📁 POLITICAL COMMITTEE INFORMATION | 241 |
| ⬇ | 📄 CONGRESSIONAL DISTRICTS (NEW) 2018.pdf | 86 |
| ⬇ | 📄 POLL WORKER INFORMATION AND APPLICATION-01082019160015.pdf | 808 |
| ⬇ | 📄 POLLING PLACE CHANGES FOR JUNE 2nd PRIMARY.docx | 15 |

9 object(s)

## Related Links

- [Election Machine Demo Video](#)
- [Find Polling Places & Precincts](#)
- [Online Voter Registration Application](#)
- [VotesPA.com](#)
- [Voting Election Results](#)

---



Cambria County, PA
---------------------------------------
Cambria County Courthouse
200 South Center Street
Ebensburg, PA 15931
(814) 472-5440

Resources
---------------------------------------
Privacy
Contact
Meetings & Events
Municipalities
Report Website Issues

Tourism
Business
Energy
Departments

Stay Connected...

   

© Copyright - 2020  Cambria County, PA

Home    Site Map    Sign In

website development and hosting by:
digital.iway - http://www.digitaliway.com