# EXHIBIT 43

# **MAIL IN BALLOT/ABSENTEE BALLOT IMPORTANT INFORMATION**

**FAQ**

1. I applied for a mail-in/absentee ballot online and was sent an email saying it was a duplicate; does this mean I will not receive a ballot for the General Election in November?
a. NO. This means you previously sent an application that was approved and the second application was a duplicate and therefore denied.

2. How do I cancel my mail-in/absentee ballot request?
a. Send a letter to the office or email to smay-silfee@monroecountypa.gov with your name, address and birthdate requesting your request for a ballot be cancelled.

3. How do I apply for a mail-in\absentee ballot?
a. You can apply online with a valid PA Driver's license or state issued ID at votespa.com, applications are available for download and printing at monroecountypa.gov

4. How can I return my voted ballot?
a. Ballots can be mailed using the US Postal Service (give 5-7 days for delivery) or ballots can be returned by the voter to the Monroe County Election and Voter Registration Office.

5. Will Drop Boxes be used.
a. NO

6. How do I know if I already applied for a mail-in\absentee ballot?
a. You can check your status at votespa.com

7. I am a registered (insert party here) do I have to vote for only (insert party here)?
a. NO, in a November General Election you can vote for any candidate on the ballot.

8. Will polling locations be open on Election Day?
a. Yes, all polling locations in Monroe County will open at 7AM on November 3rd and close 8PM same day.