# EXHIBIT 44

- Home
- About Us
  - Commissioner Lisa M Deeley
  - Commissioner Al Schmidt
  - Commissioner Omar Sabir
- Voters
  - Registering to Vote
  - New Voting System
  - Voting Reforms - Act 77
  - Voter ID
  - Check My Registration Status
  - Where Is My Polling Place?
  - Who Are My Elected Officials?
  - What Are My Election Districts?
  - View A Sample Ballot
  - Important Dates
  - Mail-In & Absentee Ballots
  - Polling Place Accessibility
  - Provisional Ballots
  - Candidates for Office
  - Committee People
  - Elected Officials
  - How To Cancel Voter Registration
  - Language Accessibility
  - Convicted Felons and Misdemeanants
- Candidates & Campaigns
  - Requirements for Office
  - Campaign Finance
  - Campaign Finance Reports
  - Important Dates
  - Nomination Petitions
  - Create Nomination Petitions
  - Poll Watcher Certificates
  - Create Nomination Papers
- Election Board Officials
  - Training Materials
  - Important Dates
  - Current Election Board Officials
  - Working on the Election Board
  - Become a Poll Worker
- Resources & Data
  - Political Maps
  - Previous Election Results
  - Reports and Data
  - Election Calendar
  - Right-to-Know Form
  - Archived Data Sets
- Contact Us

Select Language ▼

**VOTE BY MAIL**

**NEW VOTING SYSTEM**

**REGISTER ONLINE**

**CAMPAIGN FINANCE**

- Political Maps
- Previous Election Results
- Reports and Data
- Election Calendar
- Right-to-Know Form
- Archived Data Sets

# Political Maps

Print

Share on Facebook

Below are pdf maps of various election districts that can be downloaded and printed. You can also explore interactive district maps on our VoterApp by clicking here.

## City-Wide Maps

With [City Council Districts](#)

With [Congressional Districts](#)

With [Congressional Districts with Street Names](#)

With [State Representative Districts](#)

With [State Senatorial Districts](#)

With [Ward Boundaries](#)

With [Ward Boundaries with Street Names](#)

## District Maps

**City Council Districts (Maps Effective in 2016)**

- [District 1](#)
- [District 2](#)
- [District 3](#)
- [District 4](#)
- [District 5](#)

- [District 6](#)
- [District 7](#)
- [District 8](#)
- [District 9](#)
- [District 10](#)

**Congressional Districts (2018 Maps)**

- [District 2](#)
- [District 3](#)
- [District 5](#)

**State Representative District (2012 Revised Final Maps)**

- [All (collected)](#)
- [District 152](#)
- [District 170](#)
- [District 172](#)
- [District 173](#)
- [District 174](#)
- [District 175](#)
- [District 177](#)
- [District 179](#)
- [District 180](#)
- [District 181](#)
- [District 182](#)
- [District 184](#)
- [District 185](#)

- [District 186](#)
- [District 188](#)
- [District 190](#)
- [District 191](#)
- [District 192](#)
- [District 194](#)
- [District 195](#)
- [District 197](#)
- [District 198](#)
- [District 200](#)
- [District 201](#)

- District 202
- District 203

**State Senate Districts (2012 Revised Final Maps)**

- District 1
- District 2
- District 3
- District 4

- District 5
- District 7
- District 8

**Wards and Divisions**

For the purpose of coordinating our elections, Philadelphia is divided up into 1703 divisions which are the fundamental geographic areas which become the building blocks of all other voting districts in the City. Divisions are grouped into 66 wards, each containing no fewer than 11 and no more than 51 divisions.

Below are links to PDF maps of all 66 political wards in Philadelphia.

| Ward | Ward Map | Division Maps |
|---|---|---|
| Ward 1 | Ward Map | Division Maps |
| Ward 2 | Ward Map | Division Maps |
| Ward 3 | Ward Map | Division Maps |
| Ward 4 | Ward Map | Division Maps |
| Ward 5 | Ward Map | Division Maps |
| Ward 6 | Ward Map | Division Maps |
| Ward 7 | Ward Map | Division Maps |
| Ward 8 | Ward Map | Division Maps |
| Ward 9 | Ward Map | Division Maps |
| Ward 10 | Ward Map | Division Maps |
| Ward 11 | Ward Map | Division Maps |
| Ward 12 | Ward Map | Division Maps |
| Ward 13 | Ward Map | Division Maps |
| Ward 14 | Ward Map | Division Maps |
| Ward 15 | Ward Map | Division Maps |
| Ward 16 | Ward Map | Division Maps |
| Ward 17 | Ward Map | Division Maps |
| Ward 18 | Ward Map | Division Maps |
| Ward 19 | Ward Map | Division Maps |
| Ward 20 | Ward Map | Division Maps |
| Ward 21 | Ward Map | Division Maps |
| Ward 22 | Ward Map | Division Maps |
| Ward 23 | Ward Map | Division Maps |
| Ward 24 | Ward Map | Division Maps |
| Ward 25 | Ward Map | Division Maps |
| Ward 26 | Ward Map | Division Maps |
| Ward 27 | Ward Map | Division Maps |
| Ward 28 | Ward Map | Division Maps |
| Ward 29 | Ward Map | Division Maps |
| Ward 30 | Ward Map | Division Maps |
| Ward 31 | Ward Map | Division Maps |
| Ward 32 | Ward Map | Division Maps |
| Ward 33 | Ward Map | Division Maps |

| Ward | Ward Map | Division Maps |
|---|---|---|
| Ward 34 | Ward Map | Division Maps |
| Ward 35 | Ward Map | Division Maps |
| Ward 36 | Ward Map | Division Maps |
| Ward 37 | Ward Map | Division Maps |
| Ward 38 | Ward Map | Division Maps |
| Ward 39 | Ward Map | Division Maps |
| Ward 40 | Ward Map | Division Maps |
| Ward 41 | Ward Map | Division Maps |
| Ward 42 | Ward Map | Division Maps |
| Ward 43 | Ward Map | Division Maps |
| Ward 44 | Ward Map | Division Maps |
| Ward 45 | Ward Map | Division Maps |
| Ward 46 | Ward Map | Division Maps |
| Ward 47 | Ward Map | Division Maps |
| Ward 48 | Ward Map | Division Maps |
| Ward 49 | Ward Map | Division Maps |
| Ward 50 | Ward Map | Division Maps |
| Ward 51 | Ward Map | Division Maps |
| Ward 52 | Ward Map | Division Maps |
| Ward 53 | Ward Map | Division Maps |
| Ward 54 | Ward Map | Division Maps |
| Ward 55 | Ward Map | Division Maps |
| Ward 56 | Ward Map | Division Maps |
| Ward 57 | Ward Map | Division Maps |
| Ward 58 | Ward Map | Division Maps |
| Ward 59 | Ward Map | Division Maps |
| Ward 60 | Ward Map | Division Maps |
| Ward 61 | Ward Map | Division Maps |
| Ward 62 | Ward Map | Division Maps |
| Ward 63 | Ward Map | Division Maps |
| Ward 64 | Ward Map | Division Maps |
| Ward 65 | Ward Map | Division Maps |
| Ward 66 | Ward Map | Division Maps |

**More...**

**[Retired District Maps](#)**

[Tweet](#)

Home      Register to Vote      Polling Places      Election Results      Right-to-Know Policy      Translation Disclaimer      Contact Us