# EXHIBIT 45



**2020 Presidential Primary**

Tuesday, June 2, 2020
Official Returns

## Statewide

9,128 Out of 9,128 Districts (100.00%) Reporting Statewide

**100.00%**



☐ Auditor General

☐ State Treasurer

BIDEN, JOSEPH ROBINETTE JR
**79.26%**

**287,834 Votes**

DE LA FUENTE, ROQUE ROCKY
**1.79%**

**1,053,616 Votes**

GABBARD, TULSI
**2.70%**

**1,264,624 Votes**

WELD, WILLIAM F
**6.07%**

**20,456 Votes**

**43,050 Votes**

**69,427 Votes**

Back to Top

| Attorney General | County Breakdown |
|---|---|

| Democratic | Republican |
|---|---|
| SHAPIRO , JOSHUA D<br>**100.00%** | HEIDELBAUGH, HEATHER S<br>**100.00%** |
| **1,429,414 Votes** | **1,055,168 Votes** |

Back to Top

| Auditor General | County Breakdown |
|---|---|

**Democratic**

CONKLIN, HARRY SCOTT
**7.47%**

**112,952 Votes**

LAMB, MICHAEL E
**27.14%**

**410,556 Votes**

FOUNTAIN, TRACIE LYNNE
**9.00%**

**136,130 Votes**

DAVIS, ROSE MARIE
**5.99%**

**Republican**

DEFOOR, TIMOTHY L
**100.00%**

**1,042,092 Votes**



**90,558 Votes**

AHMAD, NILOFER NINA
**36.44%**

**551,144 Votes**

HARTMAN, CHRISTINA M
**13.97%**

**211,281 Votes**

Back to Top

| State Treasurer | County Breakdown |
|---|---|

| Democratic | Republican |
|---|---|
| TORSELLA, JOSEPH M | GARRITY, STACY L |
| **100.00%** | **100.00%** |
| **1,381,763 Votes** | **1,047,510 Votes** |

Back to Top

**Last Updated Time: Oct 1, 2020 3:15:31 PM**