# EXHIBIT 46

## Voter Registration by Party 1940 - 2019

| Election | Democratic Registration | Republican Registration | Other Registration | Total Registration |
|---|---|---|---|---|
| 2019 General | 815,855 | 118,004 | 128,749 | 1,062,608 |
| 2019 Primary | 808,296 | 117,220 | 125,698 | 1,051,214 |
| 2018 General | 818,092 | 118,693 | 127,358 | 1,064,143 |
| 2018 Primary | 798,647 | 116,884 | 119,889 | 1,035,420 |
| 2017 General | 796,682 | 116,908 | 117,783 | 1,031,373 |
| 2017 Primary | 800,136 | 117,866 | 116,158 | 1,034,160 |
| 2016 General | 853,098 | 125,522 | 123,944 | 1,102,564 |
| 2016 Primary | 804,172 | 118,849 | 105,048 | 1,028,069 |
| 2015 General | 781,198 | 111,638 | 107,645 | 1,000,481 |
| 2015 Primary | 776,690 | 110,928 | 104,867 | 992,485 |
| 2014 General | 806,923 | 119,290 | 106,109 | 1,032,322 |
| 2014 Primary | 806,181 | 119,663 | 103,205 | 1,029,049 |
| 2013 General | 803,773 | 119,644 | 100,914 | 1,024,331 |
| 2013 Primary | 805,583 | 120,235 | 98,905 | 1,024,723 |
| 2012 General | 830,385 | 130,044 | 99,884 | 1,060,313 |
| 2012 Primary | 801,127 | 128,974 | 93,087 | 1,023,188 |
| 2011 General | 798,175 | 127,547 | 91,101 | 1,016,823 |
| 2011 Primary | 797,762 | 127,165 | 90,407 | 1,015,334 |
| 2010 General | 832,143 | 135,633 | 95,905 | 1,063,681 |
| 2010 Primary | 827,409 | 134,654 | 93,455 | 1,055,518 |
| 2009 General | 830,436 | 134,338 | 92,934 | 1,057,708 |
| 2009 Primary | 835,098 | 135,486 | 92,389 | 1,062,973 |
| 2008 General | 841,126 | 136,321 | 92,438 | 1,069,885 |
| 2008 Primary | 799,349 | 145,434 | 86,208 | 1,030,991 |

| Election | Democratic Registration | Republican Registration | Other Registration | Total Registration |
|---|---|---|---|---|
| 2007 General | 749,875 | 150,541 | 92,583 | 992,999 |
| 2007 Primary | 750,254 | 150,350 | 92,024 | 992,628 |
| 2006 General | 761,126 | 160,670 | 86,164 | 1,007,960 |
| 2006 Primary | 736,735 | 159,732 | 86,160 | 982,627 |
| 2005 General | 737,699 | 160,927 | 85,047 | 983,673 |
| 2005 Primary | 740,868 | 161,483 | 84,147 | 986,498 |
| 2004 General | 798,894 | 176,240 | 92,166 | 1,067,300 |
| 2004 Primary | 727,918 | 169,295 | 68,270 | 965,483 |
| 2003 General | 722,944 | 169,438 | 65,408 | 957,790 |
| 2003 Primary | 688,654 | 161,754 | 59,312 | 909,720 |
| 2002 General | 766,051 | 188,912 | 70,433 | 1,025,396 |
| 2002 Primary | 762,167 | 187,083 | 68,646 | 1,017,896 |
| 2001 General | 751,613 | 190,883 | 67,538 | 1,010,034 |
| 2001 Primary | 747,685 | 191,159 | 66,204 | 1,005,048 |
| 2000 General | 760,462 | 198,044 | 66,981 | 1,025,487 |
| 2000 Primary | 737,722 | 192,524 | 60,709 | 990,955 |
| 1999 General | 735,104 | 191,317 | 59,491 | 985,912 |
| 1999 Primary | 735,722 | 186,087 | 57,207 | 979,016 |
| 1998 General | 703,345 | 200,457 | 56,404 | 960,206 |
| 1998 Primary | 700,282 | 200,042 | 54,674 | 954,998 |
| 1997 General | 693,729 | 199,818 | 52,583 | 946,130 |
| 1997 Primary | 689,471 | 199,073 | 50,515 | 939,059 |
| 1996 General | 687,705 | 200,442 | 48,729 | 936,876 |
| 1996 Primary | 637,131 | 195,537 | 40,380 | 873,048 |
| 1995 General | 619,032 | 192,615 | 36,855 | 848,502 |
| 1995 Primary | 596,714 | 187,948 | 32,612 | 817,274 |

| Election | Democratic Registration | Republican Registration | Other Registration | Total Registration |
|---|---|---|---|---|
| 1994 General | 579,488 | 186,594 | 31,122 | 797,204 |
| 1994 Primary | 602,836 | 195,455 | 30,896 | 829,187 |
| 1993 General | 594,704 | 195,223 | 30,760 | 820,687 |
| 1993 Primary | 619,854 | 207,938 | 32,315 | 860,107 |
| 1992 General | 630,905 | 213,255 | 32,538 | 876,698 |
| 1992 Primary | 576,368 | 222,879 | 21,450 | 820,697 |
| 1991 General | 554,224 | 222,089 | 19,644 | 795,957 |
| 1991 Primary | 650,763 | 250,735 | 24,525 | 926,023 |
| 1990 General | 623,075 | 228,738 | 22,607 | 874,420 |
| 1990 Primary | 702,227 | 247,922 | 25,135 | 975,284 |
| 1989 General | 694,714 | 243,924 | 24,831 | 963,469 |
| 1989 Primary | 736,856 | 249,793 | 27,108 | 1,013,757 |
| 1988 General | 727,090 | 246,084 | 26,214 | 999,388 |
| 1988 Primary | 695,788 | 239,557 | 22,747 | 958,092 |
| 1987 General | 663,248 | 235,477 | 21,309 | 920,034 |
| 1987 Primary | 609,308 | 198,373 | 17,814 | 825,495 |
| 1986 General | 715,666 | 182,920 | 28,009 | 926,595 |
| 1986 Primary | 819,946 | 195,856 | 31,389 | 1,047,191 |
| 1985 General | 814,480 | 191,590 | 31,549 | 1,037,619 |
| 1985 Primary | 863,091 | 200,293 | 33,283 | 1,096,667 |
| 1984 General | 861,142 | 195,321 | 32,297 | 1,088,760 |
| 1984 Primary | 909,458 | 203,047 | 36,907 | 1,149,412 |
| 1983 General | 895,720 | 202,817 | 36,730 | 1,135,267 |
| 1983 Primary | 899,882 | 176,930 | 37,220 | 1,114,032 |
| 1982 General | 695,228 | 198,031 | 41,837 | 935,096 |
| 1982 Primary | 749,373 | 209,522 | 48,091 | 1,006,986 |

| Election | Democratic Registration | Republican Registration | Other Registration | Total Registration |
|---|---|---|---|---|
| 1981 General | 722,702 | 205,461 | 44,829 | 972,992 |
| 1981 Primary | 731,324 | 207,963 | 42,307 | 981,594 |
| 1980 General | 744,637 | 205,084 | 46,866 | 996,587 |
| 1980 Primary | 739,474 | 199,489 | 41,518 | 980,481 |
| 1979 General | 745,923 | 198,434 | 42,573 | 986,930 |
| 1979 Primary | 784,173 | 212,218 | 45,571 | 1,041,962 |
| 1978 General | 783,757 | 211,251 | 46,791 | 1,041,799 |
| 1978 Primary | 707,079 | 206,272 | 27,821 | 941,172 |
| 1977 General | 697,407 | 208,676 | 28,130 | 934,213 |
| 1977 Primary | 708,985 | 218,506 | 28,955 | 956,446 |
| 1976 General | 717,419 | 226,880 | 28,556 | 972,855 |
| 1976 Primary | 622,982 | 210,895 | 17,949 | 851,826 |
| 1975 General | 620,652 | 225,182 | 19,173 | 865,007 |
| 1975 Primary | 605,848 | 227,787 | 17,957 | 851,592 |
| 1974 General | 620,489 | 286,065 | 24,450 | 931,004 |
| 1974 Primary | 619,411 | 297,843 | 24,628 | 941,882 |
| 1973 General | 644,399 | 330,384 | 28,743 | 1,003,526 |
| 1973 Primary | 638,797 | 334,467 | 29,154 | 1,002,418 |
| 1972 General | 641,029 | 338,997 | 30,203 | 1,010,229 |
| 1972 Primary | 598,352 | 326,012 | 24,358 | 948,722 |
| 1971 General | 600,398 | 339,994 | 25,692 | 966,084 |
| 1971 Primary | 552,347 | 325,766 | 18,403 | 896,516 |
| 1970 General | 550,719 | 368,167 | 22,202 | 941,088 |
| 1970 Primary | 548,594 | 370,389 | 21,309 | 940,292 |
| 1969 General | 562,760 | 373,889 | 22,653 | 959,302 |
| 1969 Primary | 570,589 | 381,048 | 23,008 | 974,645 |

| Election | Democratic Registration | Republican Registration | Other Registration | Total Registration |
|---|---|---|---|---|
| 1968 General | 593,405 | 386,360 | 24,326 | 1,004,091 |
| 1968 Primary | 551,513 | 370,947 | 18,818 | 941,278 |
| 1967 General | 562,166 | 373,994 | 19,572 | 955,732 |
| 1966 General | 605,280 | 372,595 | 20,375 | 998,250 |
| 1964 General | 655,233 | 382,561 | 22,596 | 1,060,390 |
| 1963 General | 591,989 | 369,626 | 19,717 | 981,332 |
| 1962 General | 609,094 | 373,529 | 20,447 | 1,003,070 |
| 1961 General | 593,602 | 381,864 | 20,905 | 996,371 |
| 1960 General | 587,182 | 408,762 | 22,048 | 1,017,992 |
| 1959 General | 531,090 | 413,083 | 19,315 | 963,488 |
| 1958 General | 531,730 | 459,908 | 21,585 | 1,013,223 |
| 1957 General | 498,544 | 485,900 | 22,096 | 1,006,540 |
| 1956 General | 493,293 | 523,055 | 23,611 | 1,039,959 |
| 1955 General | 408,396 | 548,910 | 20,850 | 978,156 |
| 1954 General | 381,524 | 611,024 | 23,864 | 1,016,412 |
| 1953 General | 371,926 | 632,758 | 25,381 | 1,030,065 |
| 1952 General | 385,883 | 683,317 | 27,145 | 1,096,345 |
| 1951 General | 305,292 | 691,535 | 20,290 | 1,017,117 |
| 1950 General | 308,338 | 718,123 | 21,243 | 1,047,704 |
| 1949 General | 285,426 | 730,004 | 21,550 | 1,036,980 |
| 1948 General | 285,623 | 742,230 | 22,564 | 1,050,417 |
| 1947 General | 289,277 | 693,535 | 20,652 | 1,003,464 |
| 1946 General | 339,697 | 678,263 | 23,326 | 1,041,286 |

| Election | Democratic Registration | Republican Registration | Other Registration | Total Registration |
|---|---|---|---|---|
| 1945 General | 336,320 | 598,279 | 21,851 | 956,450 |
| 1944 General | 366,712 | 615,070 | 23,614 | 1,005,396 |
| 1943 General | 367,209 | 593,942 | 22,480 | 983,631 |
| 1942 General | 405,581 | 609,097 | 24,760 | 1,039,438 |
| 1941 General | 404,112 | 590,547 | 25,129 | 1,019,788 |
| 1940 General | 440,332 | 624,364 | 28,228 | 1,092,924 |