# EXHIBIT 47

# 2018 Remedial Congressional Districts

On this page you will find information regarding the 2018 Remedial Congressional Districts, designed to help Pennsylvania citizens understand what happened and how it will affect their voting and congressional representation.

FAQs

Districts by Number

Districts by County

Interactive Map

## Statewide District Map

Download a Large JPG of the Statewide Map

(/VotingElections/CandidatesCommittees/RunningforOffice/PublishingImages/2018_PA_Statewide_RemedialCongressionalDistricts.png)

Pennsylvania Supreme Court's Remedial Plan

(http://www.pacourts.us/news-and-statistics/cases-of-public-interest/league-of-women-voters-et-al-v-the-commonwealth-of-pennsylvania-et-al-159-mm-2017)

**If you have any questions, please call the Bureau of Commissions, Elections and Legislation toll-free at 1-877-868-3772 or contact your county election office** (http://www.votespa.com/county)

•

# Frequently Asked Questions

**Q:** What does this mean for voters?

The 2018 Remedial Congressional Plan only changes the congressional districts for the upcoming election. Otherwise, you'll still vote in the same location. Your polling place did not move with the recent congressional district changes.

## Q: Who is my current representative?

Your current representative in Congress will remain the same until a new representative has been elected in the 2018 November Election and begins their term in January 2019.

## Q: How can I find out what district I'm in now?

Under the new map, a majority of counties lie fully within a single congressional district, so voters in those counties can find that information on the county list located below.

In counties that are split, the interactive map below will be sufficient for many voters to identify their district.

Voters who are unsure of their congressional district, or if they live in a split municipality or ward, should call their county election office (http://votespa.com/county) to check their new district by residential address.

## Q: What does this mean for the Primary election on May 15?

When you vote in the primary election on May 15, 2018, you will be voting for a party candidate in your new congressional district. You can explore the new districts by county, by district number, and/or via a Google map.

## Q: Does the redistricting affect other representatives and elected

officials, like the State House, State Senate, City Council, etc.)?

No. The Remedial Congressional Redistricting only changes the district numbers and borders for the U.S. House of Representatives.

## Q: How is the November general election affected?

The only difference is the change in congressional district boundaries. Voters will choose their new congressional representative in November based on the boundaries of the Remedial Congressional maps. Otherwise, the election will not change. You can explore the new districts by county, by district number, and/or via a Google map.

## Q: Where will I go to vote?

Your polling place has not changed. You may continue to use the same polling place that is listed on your voter registration card or you can find your polling place at:

votespa.com/polls
(http://votespa.com/polls) .

## Q: Will I need a new voter registration card?

No, your current voter registration card is still valid.

## Q: My district number has changed; does that mean my representative changed?

Your current congressional representative did not change. The recent change only impacted congressional districts for the 2018 election. Voters will have an opportunity in the Primary and General elections to cast a vote for a candidate to represent them in the next term of Congress.

# 2018 Remedial Congressional Districts by Number

A district-by-district breakdown of the Remedial Congressional Districts.

## District 1:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD1.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-1-f ullres.jpg)

## District 2:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD2.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-2-f ullres.jpg)

## District 3:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD3.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-3-f ullres.jpg)

# District 4:

## Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD4.pdf)

## Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-4-f ullres.jpg)

# District 5:

## Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD5.pdf)

## Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-5-f ullres.jpg)

# District 6:

## Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD6.pdf)

## Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-6-f ullres.jpg)

# District 7:

### Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD7.pdf)

### Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-7-f ullres.jpg)

# District 8:

### Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD8.pdf)

### Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-8-f ullres.jpg)

# District 9:

### Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD9.pdf)

### Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-9-f ullres.jpg)

# District 10:

# District 11:

# District 12:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD10.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-10- fullres.jpg)

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD11.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-11- fullres.jpg)

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD12.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-12- fullres.jpg)

# District 13:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD13.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-13- fullres.jpg)

# District 14:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD14.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-14- fullres.jpg)

# District 15:

Comparison of 2011/ 2018 (PDF)

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ Documents/201 8%20Remedia l%20Congressio nal%20District s/2018Remedial Map_CD15.pdf)

Large Image (JPG )

(/VotingElecti ons/Candidates Committees/Ru nningforOffice/ PublishingIma ges/District-15- fullres.jpg)

# District 16:

# District 17:

# District 18:

Comparison of 2011/
2018 (PDF)

(/VotingElecti
ons/Candidates
Committees/Ru
nningforOffice/
Documents/201
8%20Remedia
l%20Congressio
nal%20District
s/2018Remedial
Map_CD16.pdf)

Comparison of 2011/
2018 (PDF)

(/VotingElecti
ons/Candidates
Committees/Ru
nningforOffice/
Documents/201
8%20Remedia
l%20Congressio
nal%20District
s/2018Remedial
Map_CD17.pdf)

Comparison of 2011/
2018 (PDF)

(/VotingElecti
ons/Candidates
Committees/Ru
nningforOffice/
Documents/201
8%20Remedia
l%20Congressio
nal%20District
s/2018Remedial
Map_CD18.pdf)

Large Image (JPG )

(/VotingElecti
ons/Candidates
Committees/Ru
nningforOffice/
PublishingIma
ges/District-16-
fullres.jpg)

Large Image (JPG )

(/VotingElecti
ons/Candidates
Committees/Ru
nningforOffice/
PublishingIma
ges/District-17-
fullres.jpg)

Large Image (JPG )

(/VotingElecti
ons/Candidates
Committees/Ru
nningforOffice/
PublishingIma
ges/District-18-
fullres.jpg)

# 2018 Remedial Congressional Districts by County

The chart below lists congressional districts by county under Pennsylvania's new remedial plan. Click on a district PDF by your county for a comparison of the remedial congressional map and the 2011 congressional redistricting map, along with a description of the district.

| County Name | Remedial Congressional Districts |
|---|---|
| Adams | [District 13](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Allegheny | [District 17](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD17.pdf) <br><br> [District 18](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD18.pdf) |
| Armstrong | [District 15](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Beaver | [District 17](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD17.pdf) |
| Bedford | [District 13](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |

2018 Remedial Congressional Districts

| County Name | Remedial Congressional Districts |
|---|---|
| Berks | District 4 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD4.pdf) |
| | District 6 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD6.pdf) |
| | District 9 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |
| Blair | District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Bradford | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Bucks | District 1 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD1.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Butler | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf)<br><br>District 16 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD16.pdf)<br><br>District 17 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD17.pdf) |
| Cambria | District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf)<br><br>District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Cameron | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Carbon | District 9 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Centre | [District 12](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf)<br><br>[District 15](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Chester | [District 5](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD5.pdf)<br><br>[District 6](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD6.pdf) |
| Clarion | [District 15](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Clearfield | [District 15](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Clinton | [District 12](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Columbia | [District 9](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Crawford | District 16 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD16.pdf) |
| Cumberland | District 10 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD10.pdf)<br><br>District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Dauphin | District 10 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD10.pdf) |
| Delaware | District 5 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD5.pdf) |
| Elk | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Erie | District 16 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD16.pdf) |
| Fayette | District 14 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD14.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Forest | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Franklin | District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Fulton | District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Greene | District 14 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD14.pdf) |
| Huntingdon | District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Indiana | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Jefferson | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Juniata | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Lackawanna | District 8 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD8.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Lancaster | [District 11](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD11.pdf) |
| Lawrence | [District 16](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD16.pdf) |
| Lebanon | [District 9](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |
| Lehigh | [District 7](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD7.pdf) |
| Luzerne | [District 8](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD8.pdf) [District 9](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |
| Lycoming | [District 12](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| McKean | [District 15](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Mercer | District 16 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD16.pdf) |
| Mifflin | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Monroe | District 7 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD7.pdf)<br><br>District 8 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD8.pdf) |
| Montgomery | District 1 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD1.pdf)<br><br>District 4 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD4.pdf)<br><br>District 5 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD5.pdf) |
| Montour | District 9 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |

| County Name | Remedial Congressional Districts |
|---|---|
| Northampton | District 7 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD7.pdf) |
| Northumberland | District 9 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |
| | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Perry | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Philadelphia | District 2 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD2.pdf) |
| | District 3 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD3.pdf) |
| | District 5 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD5.pdf) |
| Pike | District 8 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD8.pdf) |

2018 Remedial Congressional Districts

| County Name | Remedial Congressional Districts |
|---|---|
| Potter | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Schuylkill | District 9 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD9.pdf) |
| Snyder | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Somerset | District 13 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) |
| Sullivan | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Susquehanna | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Tioga | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Union | District 12 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| Venango | District 15 (/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |

| County Name | Remedial Congressional Districts |
| --- | --- |
| Warren | [District 15](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD15.pdf) |
| Washington | [District 14](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD14.pdf) |
| Wayne | [District 8](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD8.pdf) |
| Westmoreland | [District 13](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD13.pdf) [District 14](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD14.pdf) |
| Wyoming | [District 12](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD12.pdf) |
| York | [District 10](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD10.pdf) [District 11](/VotingElections/CandidatesCommittees/RunningforOffice/Documents/2018%20Remedial%20Congressional%20Districts/2018RemedialMap_CD11.pdf) |

If you have any questions, please call the Bureau of Commissions, Elections and Legislation toll-free at **1-877-868-3772** or contact
your county election office

(http://www.votespa.com/county)

- 

# Interactive Map

**Notice**: This interactive google map is a representation of the

Remedial Plan issued by the Pennsylvania Supreme Court

(http://www.pacourts.us/news-and-statistics/cases-of-public-interest/league-of-women-voters-et-al-v-the-commonwealth-of-pennsylvania-et-al-159-mm-2017)

 on February 19, 2018. **It is made available for informational purposes only**. In the event of any conflict between the districts shown in this interactive map and the districts as described in the court's order, the official version appearing in the court order will prevail.

Remedial Congressional District Map ☆

This map was created by a user. Learn how to create your own.

Terms