# EXHIBIT 52



EXHIBIT

Boockvar Ex20 08/21/20





**Kathy Boockvar** @KathyBoockvar · Mar 7, 2017

Using the title 'President' before the word 'Trump' really demeans the office of the presidency...

⟲ 1   ♡ 3





3:05   nytimes.com

# Opinion

# Donald, This I Will Tell You



By Maureen Dowd

March 25, 2017

1191



Donald, you said you could shake up Washington and make it work again. Instead, you're the one who got worked over. Al Drago/The New York Times

WASHINGTON — Dear Donald,

We've known each other a long time, so I think I can be blunt.

You know how you said at campaign rallies that you did not like being identified as a

Access more of The Times by creating a free account or logging in.