# EXHIBIT 56

MONTGOMERY COUNTY GUIDANCE FOR WATCHERS AT DROP BOX LOCATIONS

This guidance is issued from the Board of Elections Office of Montgomery County and is intended to apply to any person or persons who wish to observe the operation of secure ballot drop boxes for elections held within the county. It is the expectation of the County that these procedures will be complied with at all times that drop boxes are open and available for public use. Anyone willfully and continuously violating this guidance or acting in a manner that could intimidate voters or otherwise prohibit or discourage eligible voters from utilizing a drop box will be asked to leave the area and may be referred to the authorities.

- For the purpose of this guidance, a watcher is considered to be anyone present at a secure ballot drop box location who is not a county employee assigned to be at that location for the conduct of county business or anyone who is not there for the immediate purpose of depositing a ballot.
- The term watcher being used for those observing the operation of secure ballot drop boxes is not intended to nor does it serve to extend the same or similar rights provided to watchers at polling places, canvass, or other activities of the County Board of Elections by the Pennsylvania Election Code.
- Watchers will not be permitted to challenge the ability of any voter to deposit a ballot in a drop box
- Watchers will maintain a distance that allows voters a clear, safe, and unobstructed path to a drop box on foot or by vehicle, but in all instances will not stand closer than 10 feet away from the location of the drop box.
- Watchers will not speak to or interact in any way with any voter who is approaching the drop box, depositing a voted ballot to the drop box, or departing from the drop box after depositing a ballot. Watchers may not interfere in any way with the process of casting a ballot in a ballot drop box.
- Watchers will refrain from wearing or exhibiting any political material while observing drop boxes
- Watchers will not be permitted to take photos or video of any voter using a drop box.
- It is illegal for any person to directly or indirectly practice intimidation or coercion through the use of force, violence, restraint, or infliction or threatened infliction of injury, damage, harm, or loss, in order to induce or compel a person to vote or refrain from voting for a particular political candidate or issue. The Pennsylvania Department of State lists the following as part of a non-exhaustive list of examples of voter intimidation:
    - Aggressive behavior
    - Blocking access to vote
    - Direct confrontation or questioning of voters
    - Disrupting voting lines
    - Disseminating false or misleading information

- - Ostentatious showing of weapons
  - Photographing or videotaping voters
  - Using raised voices, insulting offensive or threatening language or making taunting chants
  - Vandalism
  - Violence or the threat of violence being used to interfere with a person's right to vote
- Any acts on behalf of a watcher deemed to rise to the level of voter intimidation will be referred to the District Attorney and could result in a fine up to $5,000 and up to two years in prison.
- If watchers observe any activity that they find questionable they may contact XXXXXXXXXXXXX at XXXXXXXXXXXXXX to report the issue. The Board of Elections Office will take appropriate action to address any issues.