# EXHIBIT 58

Find information regarding **COVID-19**. 



# Frequently Asked Questions

## Early Voting

| — | Are there any provisions for early voting in Allegheny County? |

Early voting is not authorized in the Commonwealth of Pennsylvania. Voters have two choices: (1) mail-in or absentee ballots or (2) in-person voting.

## Change of Address, Name or Party Affiliation

| + | I recently moved. How can I update my address before the election? |

## Mail-In/Absentee Ballots

| + | I can't remember if I applied in the spring for my mail-in or absentee ballot. How can I find out? |

| + | I've changed my mind and no longer want to vote by mail-in or absentee ballot. How can I cancel my application? |

| + | May I return my mail-in or absentee ballot to the Elections office? |

| + | What kind of ID is required to return a ballot in person? |

| + | Does the voter need to fill out the mail-in or absentee ballot in the presence of the Elections Division personnel in order for the ballot to be valid? |

| + | If a voter has other voters in his or her household, may the voter bring the ballots of the other household members to the Elections office without the other household members being present? |

+ If a person wants to have someone else deliver his or her ballot in person, is there some kind of affidavit form that the voter can use to authorize someone else to drop off his or her ballot?

+ How soon after I receive my ballot can I can return my ballot to the election office?

+ Is my mail-in or absentee ballot date and time stamped when it is received by Elections?

+ During the primary, I heard that people received multiple ballots. Has that problem been fixed?

+ Can I email my application for a mail-in ballot?

+ When will I get my ballot?

+ Will we be voting in the consolidated polling places?

+ Can I return my ballot to the Elections Office?

+ Can I return my friend's/family member's/neighbor's ballot?

+ Can I return my voted ballot to my polling place?

+ What is the last date I can mail my ballot so that it's counted?

+ Where can I return my ballot if I don't want to mail it?

+ How can I track my ballot to see if it's been received and recorded?

+ I checked the status of my ballot and it says pending. What do I need to do to change it?

+ What do I do if I send my ballot in, but it's not showing as received and recorded by Election Day?

+ Is there anything specific that voters should do to ensure that their ballot is counted?

\+ Can I pick up my mail-in ballot in person?

\+ When can I go to the Elections Division to apply over the counter for my mail-in or absentee ballot?

## Ballot Return

\+ Are there any locations other than the Elections Office where I can return my mail-in or absentee ballots?

\+ Parking is difficult downtown. What accommodations will be made for when I want to return my ballot?

\+ If a voter has other voters in his or her household, may the voter bring the ballots of the other household members to return the ballot without the other household members being present?

\+ If a person wants to have someone else deliver his or her ballot in person, is there some kind of affidavit form that the voter can use to authorize someone else to return his or her ballot?

\+ Is my mail-in or absentee ballot date and time stamped when it is received by Elections?

\+ How are mail-in and absentee ballots secured once they are turned in?

## Poll Workers

\+ Do you still need poll workers for the November election?

## Election Day

\+ What safety precautions will be in place to protect voters and poll workers from COVID on election day?

\+ Can a voter bring a completed absentee or vote-by-mail ballot to her polling location in person, on Election Day?

\+ If a voter comes to the polling place and must vote by provisional ballot, what information/ID must the voter have to complete the ballot?

+ What protections are in place to prevent a person from voting by mail-in or absentee ballot and then voting at the polls?

+ I applied for a mail-in/absentee ballot, but I would rather go to the poll now. I've already received my ballot. What are my options?

+ Will we be voting on machines again for this election?

+ The instructions say that if I have a mail in ballot, but I decide to vote in person instead, that I need to bring my ballot to the polling place so it can be "spoiled". What does that mean?

## General Questions

+ I'm getting phone calls and mail from third party organizations, campaigns and candidates about my plans for voting. Isn't my information private?