# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.;** *et al.,* | ) ) ) | Civil Action |
| **Plaintiffs,** | ) ) ) | No.: 2-20-CV-966 |
| v. | ) ) ) | |
| **KATHY BOOCKVAR;** *et al.,* | ) ) ) | |
| **Defendants.** | ) | Judge J. Nicholas Ranjan |

## DEFENDANT ALLEGHENY COUNTY BOARD OF ELECTIONS' CROSS MOTION FOR SUMMARY JUDGMENT

AND NOW comes Defendant, the Allegheny County Board of Elections, by and through its undersigned attorneys, Andrew F. Szefi, Allegheny County Solicitor, George M. Janocsko, First Assistant County Solicitor, and Allan J. Opsitnick, Assistant County Solicitor, and respectfully moves this Honorable Court for summary judgment in its favor pursuant to Federal Rule of Civil Procedure 56 and the Court's September 23, 2020 Memorandum Order.

Date: October 3, 2020

Respectfully submitted,

*/s/ Andrew F. Szefi*
Andrew F. Szefi, Esq.
County Solicitor
PA I.D. No. 83747
Andrew.Szefi@alleghenycounty.us
412-350-1128

*/s/George M. Janocsko*
George M. Janocsko, Esq.
First Assistant County Solicitor
PA I.D. No. 26408
g.janocsko@alleghenycounty.us

/s/ Allan J. Opsitnick
Allan J. Opsitnick, Esq.
Assistant County Solicitor
Pa. I.D. #28126
aopsitnick@opsitnickslaw.com

Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120

Counsel for Defendant – Allegheny County Board of Elections

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

Dated: October 3, 2020

/s/ *Andrew F. Szefi*
Andrew F. Szefi, Esq.
County Solicitor
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120