IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC.;** *et al.,* | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| **KATHY BOOCKVAR;** *et al.,* | ) ) ) | |
| Defendants. | ) | Judge J. Nicholas Ranjan |

**APPENDIX OF MATERIALS IN SUPPORT OF DEFENDANT ALLEGHENY COUNTY BOARD OF ELECTIONS' CROSS MOTION FOR SUMMARY JUDGMENT**

Date: October 3, 2020

Respectfully submitted,

*/s/ Andrew F. Szefi*
Andrew F. Szefi, Esq.
County Solicitor
PA I.D. No. 83747
Andrew.Szefi@alleghenycounty.us
412-350-1128

*/s/George M. Janocsko*
George M. Janocsko, Esq.
First Assistant County Solicitor
PA I.D. No. 26408
g.janocsko@alleghenycounty.us

*/s/ Allan J. Opsitnick*
Allan J. Opsitnick, Esq.
Assistant County Solicitor
Pa. I.D. #28126
aopsitnick@opsitnickslaw.com

Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120

Counsel for Defendant – Allegheny County Board of Elections

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC.; *et al.*, | ) ) ) | Civil Action |
| Plaintiffs, | ) ) | |
| | ) | No.: 2-20-CV-966 |
| v. | ) ) | |
| | ) | |
| KATHY BOOCKVAR; *et al.*, | ) ) | |
| Defendants. | ) ) | Judge J. Nicholas Ranjan |

## TABLE OF CONTENTS

| **Exhibit** | **Date** | **Description** | **Page/Line(s)** |
|---|---|---|---|
| Exhibit A | 09.29.20 | Excerpts from the Deposition of David Voye | 11:14-21. |
| Exhibit B | 09.29.20 | Excerpts from the Deposition of David Voye | 16:4-20; 19:10-20:1 24:17-25:3 |
| Exhibit C | 09.29.20 | Excerpts from the Deposition of David Voye | 47:3-18. |
| Exhibit D | | Resolution of Allegheny County Board of Elections [Exhibit 13 to Voye Deposition] | |
| Exhibit E | 09.29.20 | Excerpts from the Deposition of David Voye | 32:19-33:1. |
| Exhibit F | 09.29.20 | Excerpts from the Deposition of David Voye | 33:12-18. |
| Exhibit G | 09.29.20 | Excerpts from the Deposition of David Voye | 36:10-37:4. |
| Exhibit H | 09.29.20 | Excerpts from the Deposition of David Voye | 38:20-39:3. |
| Exhibit I | 09.29.20 | Excerpts from the Deposition of David Voye | 32:10-14; 32:19-33:5; 38:4-39:3. |
| Exhibit J | 09.29.20 | Excerpts from the Deposition of David Voye | 37:5-8; 38:13-19. |

| Exhibit | Date | Description | Page/Line(s) |
|---|---|---|---|
| Exhibit K | 09.29.20 | Excerpts from the Deposition of David Voye | 38:13-39:3. |
| Exhibit L | 09.29.20 | Excerpts from the Deposition of David Voye | 39:10-14. |
| Exhibit M | 09.29.20 | Excerpts from the Deposition of David Voye | 38:4-12. |

Date: October 3, 2020

Respectfully submitted,

/s/ Andrew F. Szefi
Andrew F. Szefi, Esq.
County Solicitor
PA I.D. No. 83747
Andrew.Szefi@alleghenycounty.us
412-350-1128

/s/George M. Janocsko
George M. Janocsko, Esq.
First Assistant County Solicitor
PA I.D. No. 26408
g.janocsko@alleghenycounty.us

/s/ Allan J. Opsitnick
Allan J. Opsitnick, Esq.
Assistant County Solicitor
Pa. I.D. #28126
aopsitnick@opsitnickslaw.com

Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120

Counsel for Defendant – Allegheny County Board of Elections

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

Dated: October 3, 2020

/s/ *Andrew F. Szefi*
Andrew F. Szefi, Esq.
County Solicitor
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1120