# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., et al.<br><br>            Plaintiffs,<br><br>   v.<br><br>KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, et al.,<br><br>            Defendants. | Civil Action No. 2:20-CV-966<br><br>Judge J. Nicholas Ranjan |

**APPENDIX OF MATERIALS RELIED ON BY THE ALLIANCE INTERVENORS IN THEIR SUMMARY JUDGMENT BRIEFING**

| Exhibit | Document Description |
|---|---|
| 1 | Sept. 30, 2020 Expert Report of Dr. M. Barreto - Redacted |
| 2 | Equal Justice Initiative, *Lynching in America: Confronting the Legacy of Racial Terror* (3d ed. Sept. 15, 2020) |
| 3 | John Ritter, *The Ballot Cops*, The Atlantic (Sept. 19, 2012) |
| 4 | Sherwood Guernsey, Lee Harrison, Johanna Dombrowski, *Why Can't I Vote: The Republican Party's 50-Year Assault on Voting Rights* (Aug. 2015) |
| 5 | *Report: Trump 2016 Campaign Sought to Dissuade Blacks from Voting, Listed Millions for 'Deterrence,'* Forbes (Sept. 28, 2020) |
| 6 | Ben Schreckinger, *White Nationalists Plot Election Day Show of Force*, Politico (Nov. 2, 2016) |
| 7 | David Weigel, *Trump Fires Up Recruitment of Poll Watchers as He Warns of Election "Cheating,"* The Washington Post (Aug. 13, 2016) |
| 8 | Adam Brandolph, *Voters Report Problems with Long Lines, Confusion Over Voter ID Law*, TribLive (Nov. 6, 2012) |
| 9 | Brent Griffiths, *Sen. Casey Calls for DOJ to Intervene After White Nationalists Vow to Poll Watch*, Politico (Nov. 3, 2016). |
| 10 | Video of Aug. 12, 2016 Donald J. Trump for President Rally in Altoona, PA |
| 11 | Video of Oct. 1, 2016 Donald J. Trump for President Rally in Manheim, PA |
| 12 | Video of Oct. 10, 2016 Donald J. Trump for President Rally in Ambridge, PA |
| 13 | Philip Bump, *Donald Trump warns that 'other communities' are poised to steal the election*, The Washington Post (Oct. 11, 2016) |
| 14 | Garrett Epps, *Donald Trump's Attacks on the Rights of Minority Voters*, The Atlantic (Oct. 13, 2016) |
| 15 | Nick Corasanti, *Trump Supporters Disrupt Early Voting in Virginia*, The New York Times (Sept. 20, 2020) |
| 16 | Griffin Connolly, *Trump recruiting 50,000 polling site monitors in thinly veiled attempt to harass and intimidate voters, activists warn*, The Independent (May 18, 2020); |
| 17 | Plaintiffs' Discovery Responses Bates No. P001537–38 |
| 18 | Plaintiffs' Discovery Responses Bates No. P002042–45 |
| 19 | Plaintiffs' Discovery Responses Bates No. P001632–33 |
| 20 | Sept. 29, 2020 Presidential Debate |
| 21 | Pennsylvania Department of State, Guidance Concerning Examination of Absentee and Mail-In Ballot Return Envelopes, Version 1.0 (Sept. 11, 2020) |
| 22 | Pennsylvania Department of State, Guidance Concerning Civilian Absentee and Mail-In Ballot Procedures, Version 1.0 (Sept. 28, 2020) |
| 23 | Excerpt from Sept. 28, 2020 Deposition of Plaintiff M. Kelly |
| 24 | Excerpt from Sept. 28, 2020 Deposition of Plaintiff J. Joyce |

- 3 -

| Exhibit | Document Description |
|---|---|
| 25 | Excerpt from Sept. 28, 2020 Deposition of Plaintiff G. Thompson |
| 26 | U.S. Census Bureau, Quick Facts Pennsylvania |
| 27 | Excerpt from Aug. 21, 2020 Deposition of Secretary K. Boockvar |
| 28 | Social Media Post from Philadelphia Republican City Committee |
| 29 | Sept. 30, 2020 Expert Report of Dr. L. Minnite |
| 30 | Excerpt from Sept. 29, 2020 Deposition of L. Allison for Lawrence County |
| 31 | Excerpt from Sept. 28, 2020 Deposition of D. Parsnik for Luzerne County |
| 32 | Sept. 30, 2020 Expert Report of A. McReynolds |
| 33 | Excerpt from Sept. 29, 2020 Deposition of D. Voye for Allegheny County |
| 34 | Sept. 29, 2020 Deposition of L. Hagan for Delaware County |
| A | Sept. 30, 2020 Expert Report of Dr. M. Barreto - Unredacted |
| B | Plaintiffs' Discovery Responses Bates No. P001555 |
| C | Plaintiffs' Discovery Responses Bates No. 1550–51 |
| D | Plaintiffs' Discovery Responses Bates No. 1565 |
| E | Excerpt from Aug. 20, 2020 Deposition of James Fitzpatrick for Trump for President, Inc. and the Republican National Committee |