IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

**APPENDIX OF MATERIALS IN SUPPORT OF
SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S
CROSS-MOTION FOR SUMMARY JUDGEMENT AND
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

| **Exhibit** | **Date** | **Description** |
|---|---|---|
| **Summary Exhibits** | | |
| 1 | | Chart of Remaining Claims |
| **Witness Declarations** | | |
| 2 | 10.03.2020 | Declaration of Kathryn Boockvar |
| **Deposition Excerpts** | | |
| 3 | 08.20.2020 | Excerpts from the Deposition of James Fitzpatrick |
| 4 | 08.21.2020 | Excerpts from the Deposition of Kathryn Boockvar |
| 5 | 09.29.2020 | Excerpts from the Deposition of David Voye |
| 6 | 09.29.2020 | Excerpts from the Deposition of Veronica Degraffenreid |
| **Expert Reports** | | |
| 7 | 09.30.2020 | Expert Report of Matthew A. Barreto, Ph.D. |

| **Exhibit** | **Date** | **Description** |
|---|---|---|
| 8 | 09.30.2020 | Expert Report of Donald S. Burke, MD |
| 9 | 09.30.2020 | Expert Report of Amber McReynolds |
| 10 | 09.30.2020 | Expert Report of Lorraine C. Minnite, Ph.D. |
| 11 | 09.30.2020 | Expert Report of Robert M. Stein, Ph.D. |
| **Interrogatory Responses** | | |
| 12 | 08.10.2020 | Plaintiff Donald J. Trump for President, Inc.'s Objections and Answers to Defendant Kathy Boockvar's First Set of Interrogatories Directed to Plaintiffs |
| **Miscellaneous Exhibits** | | |
| 13 | 07.29.2020 | U.S.P.S. Letter from Tomas J. Marshall to Secretary Boockvar |
| 14 | 08.02.2020 | *Mail delays are frustrating Philly residents, and a short-staffed Postal Service is struggling to keep up,* The Philadelphia Inquirer |
| 15 | 08.04.2020 | @realDonaldTrump Tweet |
| 16 | 08.27.2020 | *The Rise of Ballot Drop Boxes Due to the Coronavirus*, The Lawfare Institute |
| 17 | 09.11.2020 | *'Like somebody turned off a switch': Small businesses say USPS delays are hitting them hard,* USA Today |
| 18 | 09.21.2020 | Florida GOP Newsletter |
| 19 | 09.26.2020 | Email from C. McGee to Counsel |
| 20 | 09.28.2020 | Letter from R. Hicks to The Honorable Ranjan |
| 21 | 09.30.2020 | *Read the Full Transcript from the First Presidential Debate between Joe Biden and Donald Trump*, USA Today |
| 22 | 10.01.2020 | Verified Complaint in Equity, *Donald J. Trump for President, Inc. v. Philadelphia County Board of Elections* |
| 23 | | *Ballot Drop Box Usage by Year*, Washington Secretary of State |
| 24 | | DHS Ballot Drop Box Paper |

| Exhibit | Date | Description |
|---|---|---|
| 25 | | P002067 |
| 26 | | P002068 |
| 27 | | Pennsylvania Application for Mail-In Ballot (PADOS000759.000001-3) |
| 28 | | Pennsylvania Drop Box Practices by County (Summary Exhibit) |
| 29 | | Pennsylvania Land Area County Rank |
| 30 | | L. Hagan Dep. Ex. 16 (DELCO_WDPA_004884) |
| 31 | | L. Soltysiak Dep. Ex. 20 (MONTGOMERY000097) |
| 32 | 05.20.2020 | Email from J. Marks to Counties (PADOS000134.000001-2) |
| 33 | 09.17.2020 | Email from J. Marks to Counties (PADOS000756.000001) |
| 34 | | Chester County Drop Box Signage (CHESTER000429) |
| 35 | 09.24.2020 | Lehigh County Drop Box Signage |
| 36 | | Montgomery County Voter Instructions |
| 37 | | Northampton County Drop Box Signage (NC0147-48) |

| | |
|---|---|
| Dated: October 3, 2020 | Respectfully submitted, |
| KIRKLAND & ELLIS LLP | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL |
| By: */s/ Daniel T. Donovan* <br> Daniel T. Donovan <br> Michael A. Glick <br> Susan M. Davies <br> Kristen L. Bokhan <br> Caroline Darmody <br> 1301 Pennsylvania Avenue, N.W. <br> Washington, DC 20004 <br> (202) 389-5000 (telephone) <br> (202) 389-5200 (facsimile) <br> daniel.donovan@kirkland.com <br> michael.glick@kirkland.com <br> susan.davies@kirkland.com <br> kristen.bokhan@kirkland.com <br> caroline.darmody@kirkland.com <br><br> Madelyn A. Morris <br> Sara S. Tatum <br> Jaywin Singh Malhi <br> 601 Lexington Avenue <br> New York, NY 10022 <br> (212) 446-4800 (telephone) <br> (212) 446-4900 (facsimile) <br> madelyn.morris@kirkland.com <br> sara.tatum@kirkland.com <br> jaywin.malhi@kirkland.com | By: */s/ Karen M. Romano* <br> Karen M. Romano <br> Keli M. Neary <br> Howard G. Hopkirk <br> Nicole Boland <br> Stephen Moniak <br> 15th Floor, Strawberry Square <br> Harrisburg, PA 17120 <br> (717) 787-2717 (telephone) <br> (717) 772-4526 (facsimile) <br> kromano@attorneygeneral.gov <br> kneary@attorneygeneral.gov <br> hhopkirk@attorneygeneral.gov <br> nboland@attorneygeneral.gov <br> smoniak@attorneygeneral.gov <br><br> MYERS BRIER & KELLY LLP <br><br> By: *Daniel T. Brier* <br> Daniel T. Brier <br> Donna A. Walsh <br> 425 Spruce Street, Suite 200 <br> Scranton, PA 18503 <br> (570) 342-6100 (telephone) <br> (570) 342-6147 (facsimile) <br> dbrier@mbklaw.com <br> dwalsh@mbklaw.com <br><br> *Counsel for Kathy Boockvar Secretary of the Commonwealth of Pennsylvania* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*