IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

**SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S
NOTICE OF ACTIVITY BY SUPREME COURT OF PENNSYLVANIA**

As explained in the Secretary's Reply in Support of Cross-Motion for Summary Judgment (ECF No. 556), on October 4, 2020, Secretary of the Commonwealth Kathy Boockvar filed a King's Bench Application with the Pennsylvania Supreme Court to obtain a final ruling regarding whether 1) the Pennsylvania Election Code requires or permits county election officials to reject mail-in and absentee ballots based on subjective signature comparisons; and 2) whether absentee and mail-in ballots and the applications for those ballots may be challenged by third parties based on signature comparisons. *See* Secy.'s Suppl. App. Ex. 38 (ECF No. 557-1).

As set forth in the attached Exhibit A, the Pennsylvania Supreme Court has requested that any responsive briefs to the Secretary's application be filed no later than 12:00 p.m. tomorrow, October 7, 2020. *See* Ex. A, Oct. 6, 2020 Letter from Office of Prothonotary to Counsel, *In re Nov. 3, 2020 Gen. Election*, No. 149 MM 2020.

Dated: October 6, 2020

KIRKLAND & ELLIS LLP

By:   */s/ Daniel T. Donovan*
     Daniel T. Donovan
     Michael A. Glick
     Susan M. Davies
     Kristen L. Bokhan
     Caroline Darmody
     1301 Pennsylvania Avenue, N.W.
     Washington, DC 20004
     (202) 389-5000 (telephone)
     (202) 389-5200 (facsimile)
     daniel.donovan@kirkland.com
     michael.glick@kirkland.com
     susan.davies@kirkland.com
     kristen.bokhan@kirkland.com
     caroline.darmody@kirkland.com

     Madelyn A. Morris
     Sara S. Tatum
     Jaywin Singh Malhi
     601 Lexington Avenue
     New York, NY 10022
     (212) 446-4800 (telephone)
     (212) 446-4900 (facsimile)
     madelyn.morris@kirkland.com
     sara.tatum@kirkland.com
     jaywin.malhi@kirkland.com

Respectfully submitted,

PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL

By:   */s/ Karen M. Romano*
     Karen M. Romano
     Keli M. Neary
     Howard G. Hopkirk
     Nicole Boland
     Stephen Moniak
     15th Floor, Strawberry Square
     Harrisburg, PA 17120
     (717) 787-2717 (telephone)
     (717) 772-4526 (facsimile)
     kromano@attorneygeneral.gov
     kneary@attorneygeneral.gov
     hhopkirk@attorneygeneral.gov
     nboland@attorneygeneral.gov
     smoniak@attorneygeneral.gov

MYERS BRIER & KELLY LLP

By:   *Daniel T. Brier*
     Daniel T. Brier
     Donna A. Walsh
     425 Spruce Street, Suite 200
     Scranton, PA 18503
     (570) 342-6100 (telephone)
     (570) 342-6147 (facsimile)
     dbrier@mbklaw.com
     dwalsh@mbklaw.com

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*