# EXHIBIT A

**File Copy**



### Supreme Court of Pennsylvania

Middle District

Amy Dreibelbis, Esq.
Deputy Prothonotary
Elizabeth E. Zisk
Chief Clerk

601 Commonwealth Avenue, Suite 4500
P.O. Box 62575
Harrisburg, PA 17106
(717) 787-6181
www.pacourts.us

October 6, 2020

RE:   In Re: Nov 3, 2020 General Election; Pet of PA Sec
      No. 149 MM 2020
      Lower Appellate Court Docket No:
      Agency/Trial Court Docket No:

Dear  Attorney Hicks
      Attorney Pratt
      Attorney Shaffer

   This is to acknowledge receipt of an "Application for Invocation of King's Bench Power to Declare Proper Construction of Election Code" received in the above-captioned matter.

   An Answer or a No Answer Letter is due by noon on Wednesday, October 7, 2020 and to be e-filed.

   **Note:**  An email was sent on October 5, 2020 to ALL counsel listed in the proof of service regarding the response time on October 7, 2020.

Very truly yours,
Office of the Prothonotary

/eez
cc:  Daniel Thomas Brier, Esq.
     John Bartley Delone, Esq.
     Michael John Scarinci, Esq.
     Joshua D. Shapiro, Esq.
     Donna Ann Walsh, Esq.

Docket No:  149 MM 2020

**File Copy**

AOPC 1258
Rev. 10/06/2020
Instance: 2037194124

# Service List

Addressed To:

Ronald Lee Hicks Jr., Esq.
Porter Wright Morris & Arthur, LLP
Porter Wright Morris & Arthur Llp
6 Ppg Pll Fl 3
Pittsburgh, PA  15222

PACFile Notified

Anthony Michael Pratt, Esq.
Greenberg Traurig, LLP
1717 Arch Street, Suite 400
Philadelphia, PA  19103

PACFile Notified

Thomas R. Shaffer, Esq.
Glassmire & Shaffer Law Offices, P.C.
5 East Third St
P.O. Box 509
Coudersport, PA  16915-1683

PACFile Notified

Carbon Copied To:

Daniel Thomas Brier, Esq.
Myers, Brier & Kelly, LLP
Myers Brier & Kelly
425 Spruce St Ste 200
Scranton, PA  18503

PACFile Notified

John Bartley Delone, Esq.
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA  19103

PACFile Notified

Fax No:

(215) 560-2494

Michael John Scarinci, Esq.
Pennsylvania Office of Attorney General
Pa Office Of Attorney General
15TH Floor Strawberry Sq
Harrisburg, PA  17120

PACFile Notified

Joshua D. Shapiro, Esq.
Josh Shapiro, Attorney General of the Commonwealth
of Pennsylvania
Pa Office Of Attorney General
Strawberry Sq Fl 16
Harrisburg, PA  17120

PACFile Notified

Docket No:  149 MM 2020                                                          **File Copy**

# Service List

Carbon Copied To:   Donna Ann Walsh, Esq.                    PACFile Notified
                    Myers, Brier & Kelly, LLP
                    425 Spruce St
                    Ste 200
                    Scranton, PA  18503