IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

**SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S
NOTICE OF FILING IN SUPREME COURT OF PENNSYLVANIA**

As the Court is aware from numerous filings this week, on October 4, 2020, Secretary of the Commonwealth Kathy Boockvar filed a King's Bench Application with the Pennsylvania Supreme Court to obtain a final ruling regarding whether 1) the Pennsylvania Election Code requires or permits county election officials to reject mail-in and absentee ballots based on subjective signature comparisons; and 2) whether the Code permits third parties to challenge absentee and mail-in ballots (and the applications for those ballots) based on signature comparisons.  *See* Secy.'s Suppl. App. Ex. 38 (ECF No. 557-1).  The Pennsylvania Supreme Court subsequently requested that any responsive to the Secretary's application by Noon on October 7, *see* ECF No. 569, and certain Plaintiffs in the present case (including Donald J. Trump for President, Inc. and the Republican National Committee) moved to intervene and filed an Answer to the Secretary's application on that date.  *See* ECF No. 571.

Yesterday, October 8, the Secretary filed her response.  As relevant here, the Secretary did not oppose Plaintiffs' intervention request in the Pennsylvania Supreme Court, but reiterated her

request that the Commonwealth's highest court provide clarity regarding the important state Election Code provisions at issue. *See* Ex. A, Oct. 8, 2020, Secretary's Answer to Applications for Leave to Intervene, *In re Nov. 3, 2020 Gen. Election*, No. 149 MM 2020.

Dated: October 9, 2020

KIRKLAND & ELLIS LLP

By: */s/ Daniel T. Donovan*
Daniel T. Donovan
Michael A. Glick
Susan M. Davies
Kristen L. Bokhan
Caroline Darmody
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000 (telephone)
(202) 389-5200 (facsimile)
daniel.donovan@kirkland.com
michael.glick@kirkland.com
susan.davies@kirkland.com
kristen.bokhan@kirkland.com
caroline.darmody@kirkland.com

Madelyn A. Morris
Sara S. Tatum
Jaywin Singh Malhi
601 Lexington Avenue
New York, NY 10022
(212) 446-4800 (telephone)
(212) 446-4900 (facsimile)
madelyn.morris@kirkland.com
sara.tatum@kirkland.com
jaywin.malhi@kirkland.com

Respectfully submitted,

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL

By: */s/ Karen M. Romano*
Karen M. Romano
Keli M. Neary
Howard G. Hopkirk
Nicole Boland
Stephen Moniak
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-2717 (telephone)
(717) 772-4526 (facsimile)
kromano@attorneygeneral.gov
kneary@attorneygeneral.gov
hhopkirk@attorneygeneral.gov
nboland@attorneygeneral.gov
smoniak@attorneygeneral.gov

MYERS BRIER & KELLY LLP

By: *Daniel T. Brier*
Daniel T. Brier
Donna A. Walsh
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100 (telephone)
(570) 342-6147 (facsimile)
dbrier@mbklaw.com
dwalsh@mbklaw.com

*Counsel for Kathy Boockvar Secretary of the Commonwealth of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*