# EXHIBIT A

IN THE SUPREME COURT OF PENNSYLVANIA

MIDDLE DISTRICT

No. 149 MM 2020

IN RE NOVEMBER 3, 2020 GENERAL ELECTION

---

**ANSWER OF PETITIONER KATHY BOOCKVAR TO APPLICATIONS FOR LEAVE TO INTERVENE**

---

Daniel T. Brier
Donna A. Walsh
MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

Daniel T. Donovan
Michael A. Glick
Susan M. Davies
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

J. Bart DeLone
Howard G. Hopkirk
Michael J. Scarinci
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120

Counsel for Petitioner Kathy Boockvar,
Secretary of the Commonwealth of Pennsylvania

The Election Code does not require or permit county election boards to reject absentee or mail-in ballots based on signature matching and does not allow challenges to absentee or mail-in ballots based on signature comparisons. As Secretary of the Commonwealth Kathy Boockvar detailed in her application, the plain language in the Election Code is controlling and compels the conclusion that absentee and mail-in ballot applications cannot be rejected and voted ballots cannot be cast aside based on subjective signature analysis.

Various Republican interests seek to intervene to advocate their contrary view that the Election Code implies additional and different procedures not expressed in its text. As this Court previously recognized in assuming jurisdiction over and deciding similar statutory interpretation issues raised by the Secretary, the Secretary's pending application to this Court to resolve issues of immediate public concern regarding implementation of new statutory provisions on mail-in voting is appropriate. This Court, and this Court alone, is the final word on such state issues.

The Republican Intervenors' suggestion that the Secretary's application is an attempted end run around the Western District litigation and constitutes "forum shopping" is belied by reality. Republican Intervenors' Appl. To Intervene at 2-3, 18. The Honorable J. Nicholas Ranjan announced on September 23, 2020 that he will *continue* to abstain from deciding unsettled issues of state law, including plaintiffs' claims regarding verification of in-person mail-in ballot applications. *See*

ECF Nos. 459, 460 (attached to Secretary Boockvar's Application as Exs. A and B). Undeterred by Judge Ranjan's abstention ruling, the plaintiffs in the Western District asserted a new claim under state law concerning signature analysis on September 23, 2020 challenging the Secretary's plain reading of the Election Code and the recent guidance that she issued on this subject. The Secretary's request that this Court declare the meaning of new state laws is consistent with Judge Ranjan's direction and decision to abstain. The Republican Intervenors mischaracterize Judge Ranjan's October 6, 2020 order by suggesting that the order reconsidered the earlier decision to abstain. *See* Ex. 1 to Appl. To Intervene at 9-10. That four-sentence electronic order merely vacated the previous scheduling order because "there are no material disputes of fact" and no longer a need for an "evidentiary hearing" which had been scheduled for October 13-14, 2020. (A copy of the electronic notice sent on October 6, 2020 is attached as Exhibit "A."). Nothing in the electronic notice suggests that Judge Ranjan reconsidered or retracted his earlier orders announcing that he would abstain from deciding unsettled state law issues.

The Republican Intervenors mischaracterize Secretary Boockvar's application as "*ex parte.*" *See* Republican Intervenors' Appl. To Intervene at 3, 11, 19. Notice of the intent to file was given to the organizational Republican Intervenors (and to Judge Ranjan) in advance, the application was filed to a public docket and was served on all parties in the Western District and all parties have been

2

afforded an opportunity to file an answer. This proceeding is not *ex parte*. *See Black's Law Dictionary*, 576 (6th ed. 1990) ("A judicial proceeding . . . is said to be *ex parte* when it is taken for granted at the instance and for the benefit of one party only, and without notice to, or contestation by, any person adversely interested.").

The Republican Intervenors are also wrong in advocating that the counties are necessary parties. *See* Republican Intervenors' Appl. To Intervene at 11. Requiring the participation of all parties having any interest which could be affected by a ruling on the construction of the Election Code would be impractical and is not required where the Secretary of the Commonwealth, the Commonwealth's Chief Election Officer, is already a party. *See generally City of Philadelphia v. Com.*, 838 A.2d 566, 570-71 (Pa. 2003). Moreover, despite being provided with notice and a copy of the Secretary's application, none of the 67 counties expressed interest in participating as parties yet many expressed strong views that this matter should be expeditiously decided in advance of the election. *See* Letters filed by Adams, Bradford, Butler, Clarion, Clearfield, Crawford, Cumberland, Luzerne, Northampton, Potter, Sullivan, Tioga, Warren, Westmoreland, and Wyoming Counties.

Given the critically important rights that are at stake and the urgent need for final, declarative relief in advance of the election, the Secretary does not oppose intervention by the Republican Intervenors or the proposed Legislative Intervenors

3

(Speaker of the Pennsylvania House of Representatives Bryan Cutler and Majority Leader Kerry Benninghoff). The applications filed by the Legislative Intervenors, however, is defective to the extent it proposes to assert preliminary objections challenging the authority of this Court. Not only are the preliminary objections defective as a matter of law, such a filing would be contrary to Rule 2329 which requires that "the claim or defense of the proposed intervenor is not in subordination to and in recognition of the propriety of the action." Pa. R. Civ. P. 2329(1); *see Pierce Junior College v. Schumacker*, 333 A.2d 510 (Pa. Cmwlth. 1975) (intervention properly denied where proposed intervenor sought to quash appeal or remand to zoning board because such relief was "not in subordination to and in recognition of the propriety of the action").

This Court alone can provide the clarity on these issues necessary for a free and fair election and should proceed to resolve these critically important questions in advance of the general election.

Dated: October 8, 2020

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
MYERS, BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

J. Bart DeLone
Howard G. Hopkirk
Michael J. Scarinci
PENNSYLVANIA OFFICE OF
ATTORNEY GENERAL
15TH Floor, Strawberry Square
Harrisburg, PA 17120

Daniel T. Donovan
Michael A. Glick
Susan M. Davies
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

Attorneys for Petitioner, Kathy Boockvar, Secretary of the Commonwealth of Pennsylvania

# Exhibit A

## Carol A. Kelleher

| | |
|---|---|
| From: | ecf_intake_pawd@pawd.uscourts.gov |
| Sent: | Tuesday, October 6, 2020 12:07 PM |
| To: | pawd_ecf@pawd.uscourts.gov |
| Subject: | [EXTERNAL] Activity in Case 2:20-cv-00966-NR DONALD J. TRUMP FOR PRESIDENT, INC. et al v. BOOCKVAR et al Order Cancelling Deadline |

**CAUTION:** This email is from an external source. Do not click links or attachments unless you trust the sender AND know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Western District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 10/6/2020 at 12:07 PM EDT and filed on 10/6/2020
**Case Name:** DONALD J. TRUMP FOR PRESIDENT, INC. et al v. BOOCKVAR et al
**Case Number:** 2:20-cv-00966-NR
**Filer:**
**Document Number:** 566(No document attached)

**Docket Text:**
**ORDER vacating [462] amended scheduling order. Upon careful consideration of the parties' cross-motions for summary judgment, the Court finds that there are no material disputes of fact on the remaining legal claims and defenses in this case. The Court intends to resolve all claims on summary judgment. As such, the remaining deadlines, obligations, and events in the amended scheduling order (ECF [462]), including the evidentiary hearing, are hereby VACATED. Signed by Judge J. Nicholas Ranjan on 10/6/2020. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (av)**

**2:20-cv-00966-NR Notice has been electronically mailed to:**

Howard G. Hopkirk    hhopkirk@attorneygeneral.gov, lsheidy@attorneygeneral.gov

Christine D Steere    csteere@dmvlawfirm.com, kbannon@dmvlawfirm.com, lmahoney@dmvlawfirm.com

Robert Eugene Grimm    rgrimm@co.greene.pa.us

1

Karen Mascio Romano     kromano@attorneygeneral.gov

Kenneth L. Joel     kennjoel@pa.gov, bgilbert@pa.gov

A. Michael Pratt     prattam@gtlaw.com, bradleylo@gtlaw.com

Carolyn Batz McGee     cmcgee@porterwright.com, cbarmada@porterwright.com, tturoczy@porterwright.com

M. Abbegael Giunta     magiunta@pa.gov, chrpalmer@pa.gov

Ryan Michael Joyce     rjoyce@swartzcampbell.com

Matthew J. Carmody     mjc@joycecarmody.com

Justin T. Romano     justin@arlawpitt.com

Daniel T. Brier     dbrier@mbklaw.com, ckelleher@mbklaw.com, sfranklin@mbklaw.com

John B. Dempsey     jdempsey@mbklaw.com, ckelleher@mbklaw.com

Alex M. Lacey     alex.lacey@dentons.com, terri.bukovac@dentons.com

Michael P. Barbera     mpbarbera@barberalaw.com, lnaglic@barberalaw.com

Devin A. Winklosky     dwinklosky@porterwright.com, tlong@porterwright.com

Charles A. Pascal, Jr     attorney.pascal@gmail.com

C.J. Zwick     cjz@zwick-law.com

Molly E. Meacham (Terminated)     mmeacham@babstcalland.com, pkasicky@babstcalland.com

Donna A. Walsh     dwalsh@mbklaw.com, ckelleher@mbklaw.com

Sean R. Keegan (Terminated)     SKeegan@babstcalland.com

Adam R. Roseman     Rosemana@gtlaw.com, herrinm@gtlaw.com

Timothy Gates     tgates@pa.gov

Stephen Moniak     smoniak@attorneygeneral.gov, ARC-Court-WesternDistrict@attorneygeneral.gov

Nathan A. Morgan     nmorgan@beavercountypa.gov

Courtney Elgart     celgart@perkinscoie.com

Allen P. Page     apage@mpvhlaw.com, dmkirsch@mdwcg.com, efile@mdwcg.com

Susan Marie Davies     susan.davies@kirkland.com

Kathleen M. Kotula     kkotula@pa.gov

Keli Marie Neary    kneary@attorneygeneral.gov, lsheidy@attorneygeneral.gov

Gregory D. Sobol    gds@zwick-law.com

Stephen B. Edwards    sedwards@laverylaw.com, apaukovits@laverylaw.com, csheaffer@laverylaw.com, jortiz@laveylaw.com, tlife@laverylaw.com

Adriel I. Cepeda Derieux    acepedaderieux@aclu.org, bschratz@aclu.org, jdiaz@aclu.org, mperez@aclu.org

Dale E. Ho    dho@aclu.org

Andrew Degory    adegory@babstcalland.com

Nathaniel Justus Schmidt    contact@theschmidtlawfirm.com

Joseph A. Curcillo, III    jcurcillo@dauphinc.org

Elizabeth A. Dupuis (Terminated)    bdupuis@babstcalland.com

Peter M. Mcmanamon    pmcmanamon@penn.com

Ronald L. Hicks, Jr    rhicks@porterwright.com, tlong@porterwright.com, tturoczy@porterwright.com

Robert J. Grimm    rgrimm@swartzcampbell.com, cedenfield@swartzcampbell.com

Steven B. Silverman (Terminated)    ssilverman@babstcalland.com, tplassio@babstcalland.com

Clifford B. Levine    clifford.levine@dentons.com, terri.bukovac@dentons.com

Thomas W. Leslie    twleslie@twlpc.com, twlpc@verizon.net

William J. Madden    wjmpc@verizon.net

George M. Janocsko    gjanocsko@county.allegheny.pa.us

Witold J. Walczak    vwalczak@aclupa.org

Allan J. Opsitnick    aopsitnick@opsitnickslaw.com

Thomas R. Shaffer    tomshaffer@verizon.net

Anthony V. Clarke    theclarkefirm@yahoo.com

Keith O Brenneman    k.brenneman@verizon.net

Frank J. Lavery, Jr    flavery@laverylaw.com, apaukovits@laverylaw.com, csheaffer@laverylaw.com, jortiz@laverylaw.com, tlife@laverylaw.com

David A. Regoli    regoli@regolilaw.com, dregoli@co.westmoreland.pa.us, dregoli@gmail.com

Thomas S. Talarico    ttalarico@nwpalawyers.com

Keith A. Button    kbutton@shaferlaw.com

Mark A. Aronchick    maronchick@hangley.com

Mary McKenzie    mmckenzie@pubintlaw.org

Edward D. Rogers    rogerse@ballardspahr.com

David S. Fryman    Fryman@ballardspahr.com

Andrew F. Szefi    aszefi@alleghenycounty.us, rachel.danik@alleghenycounty.us, vscott@alleghenycounty.us

Nathan W. Karn    nkarn@eveyblack.com

Jeremy A. Mercer    JMercer@porterwright.com, TLong@porterwright.com

Frank A. Blum, III    heather@bozovichlaw.com

Thomas M. Caffrey    tcaffrey@rcn.com

Joseph D. Smith    dsmith@mcclaw.com, jkeiser@mcclaw.com, mwiley@mcclaw.com

Russell D. Giancola    rgiancola@porterwright.com, CBarmada@porterwright.com, MLinsenbigler@porterwright.com, mstudt@porterwright.com, tkuhn@porterwright.com

Christopher P. Gabriel    cgabriel@cfwwg.com, djackson@cfwwg.com, scooper@cfwwg.com, sfera@cfwwg.com

Michele D. Hangley    mdh@hangley.com, cas@hangley.com, ecffilings@hangley.com

Andrew W. Norfleet    anorfleet@laverylaw.com, apaukovits@laverylaw.com, csheaffer@laverylaw.com, jortiz@laverylaw.com, tlife@laverylaw.com

Matthew Earl Morgan    Matthew.Morgan@electionlawllc.com

Justin R Clark    justin.clark@electionlawllc.com

David P Yin    david.yin@wilmerhale.com

Samantha Picans    sam.picans@wilmerhale.com

Michelle Pokrifka    apuleo@yorkcountypa.gov

Jason H. Liss    jason.liss@wilmerhale.com

Zachary Strassburger    zachary.strassburger@phila.gov

Nicole Boland    nboland@attorneygeneral.gov

Elizabeth Wingfield    wingfielde@ballardspahr.com

Lori A. Martin    lori.martin@wilmerhale.com

Maureen Calder     mcalder@montcopa.org, shetzel@montcopa.org

Brian Taylor     eduddy@northamptoncounty.org, RSantee@northamptoncounty.org, btaylor@northamptoncounty.org, tim@brennanoffices.com

Gerard Joseph Geiger     ggeiger@newmanwilliams.com

Christina L Hausner     chausner@co.lancaster.pa.us

Molly R Mudd     mmudd@adamscounty.us

Christopher R. Noyes     christopher.noyes@wilmerhale.com

Terence Grugan     grugant@ballardspahr.com

Kahlil Williams     williamskc@ballardspahr.com

William Gleason Barbin     mkestermont@co.cambria.pa.us

Regina M. Blewitt     rmb@joycecarmody.com

Lawrence J. Moran, Jr     ljm@joycecarmody.com

Jared Vasconcellos Grubow     jared.grubow@wilmerhale.com

George J Farrell     farrellg@gtlaw.com

Sophia Lin Lakin     slakin@aclu.org, bschratz@aclu.org, jdiaz@aclu.org, mperez@aclu.org

Sarah E Brannon     sbrannon@aclu.org

Kevin Greenberg     greenbergk@gtlaw.com

Sarah Mae Murray     sarahmurray@lehighcounty.org

Eliza Sweren-Becker     sweren-beckere@brennan.law.nyu.edu

Myrna Perez     perezm@brennan.law.nyu.edu

Eleanor Davis     eleanor.davis@wilmerhale.com

Donald Zagurskie     jzmlawoffice@gmail.com

Joseph J Khan     jjkhan@buckscounty.org, jdsimon@buckscounty.org

Kenneth R Levitzky     krllaw@epix.net

Robert Schaub     rschaub@rjglaw.com, amaskinas@rjglaw.com

Robert Gawlas     rlgawlas@rjglaw.com

Elise Edlin    eedlin@perkinscoie.com

Torryn Taylor    trodgers@perkinscoie.com

Marc Elias    melias@perkinscoie.com

Uzoma Nkem Nkwonta    unkwonta@perkinscoie.com

Timothy P Brennan    eduddy@northamptoncounty.org

Richard E Santee    eduddy@northamptoncounty.org

Christina Matthias    cmatthias@hangley.com

Michael Glick    michael.glick@kirkland.com

Daniel T. Donovan    daniel.donovan@kirkland.com, ecf-f7abcf591979@ecf.pacerpro.com, kristen.farnsworth@kirkland.com

Benjamin David Geffen    bgeffen@pubintlaw.org

John B. Hill    jbh@hangley.com

John Michael Powers    jpowers@lawyerscommittee.org

Jonathan Oblak    jonoblak@quinnemanuel.com

John Chun, I    johnchun@quinnemanuel.com

Owen Fullerton Roberts    owenroberts@quinnemanuel.com

Ellison Ward Merkel    ellisonward@quinnemanuel.com

Sascha N Rand    sascharand@quinnemanuel.com

Madelyn Morris    madelyn.morris@kirkland.com

Caroline Darmody    caroline.darmody@kirkland.com

Kristen Leigh Bokhan    kristen.bokhan@kirkland.com

Jaywin Singh Malhi    jaywin.malhi@kirkland.com

Peter V Keays    pvk@hangley.com

Sara S. Tatum    sara.tatum@kirkland.com

Robert Wiygul    rwiygul@hangley.com

Nicholas F. Kravitz    nkravitz@mbklaw.com

Laura Hill    lhill@perkinscoie.com

Jacob D Shelly  jshelly@perkinscoie.com

**2:20-cv-00966-NR Notice has been delivered by other means to:**

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that requires filing confidential information and documents differently than non-confidential information and documents.

/s/ Daniel T. Brier<br>
Daniel T. Brier

Date: October 8, 2020

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that I am this day serving the foregoing Answer of Petition Kathy Boockvar to Applications for Leave to Intervene upon all counsel of record via PACFile eService, which service satisfies the requirements of Pa.R.A.P. 12.

/s/ Daniel T. Brier
Daniel T. Brier

Date: October 8, 2020