IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*, <br><br> Defendants. | Civil Action No. 2:20-cv-00966-NR <br><br> Judge J. Nicholas Ranjan |

**SECRETARY OF THE COMMONWEALTH KATHY BOOCKVAR'S NOTICE OF DECISION BY THE PHILADELPHIA COUNTY COURT OF COMMON PLEAS**

In Secretary of the Commonwealth Kathy Boockvar's Memorandum in Support of Cross-Motion for Summary Judgment (ECF No. 547), and her reply in support of the same (ECF No. 556), the Secretary noted that Plaintiff Donald J. Trump for President, Inc. had challenged certain poll watching rules in the Court of Common Pleas for Philadelphia County and filed an Emergency Election Petition in that action. *See* ECF No. 547 at 68; ECF No. 556 at 10. Earlier today, the court issued an opinion denying Plaintiff's petition. *See* Ex. A, Order & Op., *Donald J. Trump for President, Inc. v. Phila. Cty. Bd. of Elections*, No. 02035 (Phila. Cty. Ct. Com. Pl. Oct. 9, 2020).

| | |
|---|---|
| Dated:  October 9, 2020 | Respectfully submitted, |
| KIRKLAND & ELLIS LLP | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL |
| By: */s/ Daniel T. Donovan*<br>Daniel T. Donovan<br>Michael A. Glick<br>Susan M. Davies<br>Kristen L. Bokhan<br>Caroline Darmody<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000 (telephone)<br>(202) 389-5200 (facsimile)<br>daniel.donovan@kirkland.com<br>michael.glick@kirkland.com<br>susan.davies@kirkland.com<br>kristen.bokhan@kirkland.com<br>caroline.darmody@kirkland.com | By: */s/ Karen M. Romano*<br>Karen M. Romano<br>Keli M. Neary<br>Howard G. Hopkirk<br>Nicole Boland<br>Stephen Moniak<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 787-2717 (telephone)<br>(717) 772-4526 (facsimile)<br>kromano@attorneygeneral.gov<br>kneary@attorneygeneral.gov<br>hhopkirk@attorneygeneral.gov<br>nboland@attorneygeneral.gov<br>smoniak@attorneygeneral.gov |
| Madelyn A. Morris<br>Sara S. Tatum<br>Jaywin Singh Malhi<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 (telephone)<br>(212) 446-4900 (facsimile)<br>madelyn.morris@kirkland.com<br>sara.tatum@kirkland.com<br>jaywin.malhi@kirkland.com | MYERS BRIER & KELLY LLP<br><br>By: *Daniel T. Brier*<br>Daniel T. Brier<br>Donna A. Walsh<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503<br>(570) 342-6100 (telephone)<br>(570) 342-6147 (facsimile)<br>dbrier@mbklaw.com<br>dwalsh@mbklaw.com<br><br>*Counsel for Kathy Boockvar Secretary of the Commonwealth of Pennsylvania* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Kathy Boockvar*
*Secretary of the Commonwealth of*
*Pennsylvania*