

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

───────────────

No. 2:20-cv-966

───────────────

DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,

Plaintiffs

v.

KATHY BOOCKVAR, in her capacity as Secretary of the Commonwealth of Pennsylvania, *et al.*,

Defendants.

───────────────

**ORDER ENTERING FINAL JUDGMENT**

───────────────

**AND NOW**, this **10th day of October, 2020**, upon consideration of Plaintiffs' Motion for Summary Judgment [ECF 503] and Defendants' and Intervenors' Cross-Motions for Summary Judgment [ECF 506, 512, 515, 517, 519, 521, 523, 527, 530, 533, 535, 536, 537, 538, 539], and the related briefs and exhibits, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**, and Defendants' and Intervenors' Cross-Motions are **GRANTED** for the reasons stated in the accompanying opinion.

It is **FURTHER ORDERED** that judgment is entered in favor of Defendants and against Plaintiffs on Counts I and II of the Second Amended Complaint, as well as on the aspects of Count IV that challenge the county-residency requirement for poll watchers. Those are dismissed with prejudice. Plaintiffs are deemed to have

withdrawn Counts VIII and IX, and thus judgment is entered in favor of Defendants and against Plaintiffs on those counts, and those counts are dismissed with prejudice.

The Court previously abstained from adjudicating Counts VI and VII. Those counts, as well as any related averments as to the scope of duties of, and polling-place restrictions on, poll watchers asserted in aspects of Count IV, are now dismissed without prejudice.

The remaining counts are state-law claims. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over those counts, and dismisses Counts III and V without prejudice.

Because the dismissal of certain counts without prejudice generally does not result in a final appealable judgment, pursuant to Federal Rule of Civil Procedure 54(b), the Court finds expressly that there is no just reason for delay, and enters final judgment as to Counts I, II, IV, VIII, and IX.

BY THE COURT:

*/s/ J. Nicholas Ranjan*
United States District Judge